## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. | ) | |
| PINNACLE HIP IMPLANT PRODUCT | ) | MDL No. 2244 |
| LIABILITY LITIGATION | ) | |
| | ) | Honorable Ed Kinkeade |
| This Document Relates To: | ) | |
| | ) | |
| *Aoki v. DePuy Orthopaedics, Inc., et al.* | ) | |
| No. 3:13-cv-01071-K | ) | |
| | ) | |
| *Christopher v. DePuy Orthopaedics, Inc., et al.* | ) | |
| No. 3:14-cv-01994-K | ) | |
| | ) | |
| *Greer v. DePuy Orthopaedics, Inc., et al.* | ) | |
| No. 3:12-cv-01672-K | ) | |
| | ) | |
| *Klusmann v. DePuy Orthopaedics, Inc., et al.* | ) | |
| No. 3:11-cv-02800-K | ) | |
| | ) | |
| *Peterson v. DePuy Orthopaedics, Inc., et al.* | ) | |
| No. 3:11-cv-01941-K | ) | |

## DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF PLAINTIFFS' TREATING PHYSICIANS

The undersigned defendants respectfully move the Court to enter an order barring plaintiffs from offering expert testimony from plaintiffs' treating physicians about opinions that extend beyond the scope of their treatment of the specific plaintiffs in these cases. The grounds for defendants' motion are set forth in the accompanying memorandum.

Dated: January 31, 2016            Respectfully submitted,

s/ Michael V. Powell            s/ Stephen J. Harburg
Michael V. Powell                    John H. Beisner
Seth M. Roberts                     Stephen J. Harburg
LOCKE LORD LLP              Jessica Davidson Miller
2200 Ross Avenue, Suite 2200    SKADDEN, ARPS, SLATE, MEAGHER
Dallas, Texas 75201           & FLOM LLP
(214) 740-8453               1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

COUNSEL FOR DEFENDANTS DEPUY ORTHOPAEDICS, INC., DEPUY SYNTHES, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC. AND JOHNSON & JOHNSON INTERNATIONAL

## CERTIFICATE OF SERVICE

I certify that on January 31, 2016, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to all parties' counsel of record, who are registered ECF users.  Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure.  *See* LR 5.1.

s/    Stephen J. Harburg

*Counsel for Defendants*