IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | ( MDL Docket No. ( ( ( 3:11-MD-2244-K ( |
| This Document Relates to AOKI - 3:13-CV-1071 CHRISTOPHER - 3:14-CV-1994 GREER - 3:12-CV-1672 KLUSMANN - 3:11-CV-2800 PETERSON - 3:11-CV-1941 | ( ( ( ( ( ( January 11, 2016 |

-------------------------------------------------------
-------------------------------------------------------

TRANSCRIPT OF TRIAL – VOLUME 2

BEFORE THE HONORABLE ED KINKEADE,

UNITED STATES DISTRICT JUDGE, and a jury

-------------------------------------------------------
-------------------------------------------------------

A P P E A R A N C E S:

FOR THE PLAINTIFFS:     MARK LANIER
                        ALEX BROWN
                        The Lanier Law Firm
                        6810 FM 1960 West
                        Houston, TX 77069
                        713/659-5200
                        ajb@lanierlawfirm.com

                        ERNEST H. CANNON
                        ERNEST CANNON & ASSOCIATES
                        PO Box 1193
                        Stephenville, TX 76401
                        254-918-1006

                              RICHARD ARSENAULT
                              JENNIFER M. HOEKSTRA
                              Neblett, Beard & Arsenault
                              2220 Bonaventure Court
                              Alexandria, Louisiana 71309
                              800/256-1050
                              rarsenault@nbalawfirm.com

                              WAYNE FISHER
                              Fisher, Boyd, Johnson &
                              Huguenard, LLP
                              2777 Allen Parkway, 14th Floor
                              Houston, Texas 77019-2129
                              713.400.4001
                              wfisher@fisherboyd.com


                              JAYNE CONROY
                              Simmons Hanly Conroy, LLC
                              112 Madison Ave
                              7th Floor
                              New York, NY 10016
                              212-784-6410
                              jconroy@simmonsfirm.com


ALSO PRESENT:                 ROBERT HIRSCHHORN
                              LEE CIRCSH
                              ROBERT LEONE



FOR THE DEFENDANTS:           MICHAEL V. POWELL
                              Locke Lord Bissell & Liddell LLP
                              2200 Ross Ave
                              Suite 2200
                              Dallas, TX 75201-6776
                              214/740-8520
                              mpowell@lockelord.com


                              STEVEN W. QUATTLEBAUM
                              Quattlebaum, Grooms, Tull & Burrow, PLLC
                              111 Center St #1900,
                              Little Rock, AR 72201
                              501.379.1707

```
                              RICHARD E. SARVER
                              Barrasso Usdin Kupperman
                              Freeman & Sarver
                              909 Poydras Street, Suite 2400
                              New Orleans, Louisiana 70112
                              504.589.9733
                              rsarver@barrasousdin.com

                              SETH MICHAEL ROBERTS
                              Locke Lord Bissell & Liddell LLP
                              2200 Ross Ave. Suite 2200
                              Dallas, TX 75204
                              214/740-8453
                              Email: sroberts@lockelord.com

                              KENNETH H. INSKEEP
                              Barnes & Thornburg LLP
                              11 South Meridian Street
                              Indianapolis, IN 46204-3535
                              317.236.1313
                              ken.inskeep@btlaw.com


ALSO PRESENT:                 ANDREW WHITE
                              JOHN TULL
                              DENNIS STOLLE


SPECIAL MASTER:               JAMES M. STANTON
                              Stanton Law Firm PC
                              4350 Beltway Drive
                              Addison, TX 75001
                              972/233-2300
                              Email: Stanton@StantonTrialFirm.com



COURT REPORTER:               PAMELA J. WILSON, RMR, CRR
                              1100 Commerce Street, Room 1525
                              Dallas, Texas 75242
                              214.662.1557
                              pam_wilson@txnd.uscourts.gov

     Proceedings reported by mechanical stenography,
transcript produced by computer.
```

1      VOLUME 2 - TRIAL TRANSCRIPT - JANUARY 11, 2016

2                   **P R O C E E D I N G S**

3          THE SECURITY OFFICER:  All rise, come to order.

4      The United States District Court for the Northern

5  District of Texas is now in session, the Honorable District

6  Judge Ed Kinkeade presiding.

7          Let us pray.

8          God bless these United States and this Honorable Court.

9          Please be seated.

10         THE COURT:  We're back on DePuy et al., MDL, cause

11  number 3:11-MD-2244-K.

12         I think we're ready to go.

13         Mr. Powell, was there something you wanted to address

14  before we got cranking?

15         MR. POWELL:  Your Honor, I just wanted to say that

16  we did file a motion to ask Your Honor --

17         THE COURT:  I was up at 2:30 and saw that.  I was

18  just right there on it.

19         MR. POWELL:  Very good.  We would move the court to

20  preclude discussions of punitive damages in the opening

21  statements.

22         THE COURT:  You want me to bifurcate?

23         MR. POWELL:  Yes.

24         THE COURT:  And I've already ruled against that.  I

25  think what your motion says is that until the Fifth Circuit

1    rules I should consider all of that section -- I forgot the

2    number of it -- as substantive.

3             MR. POWELL:  Yes.

4             THE COURT:  Which would require me to bifurcate.

5             MR. POWELL:  Yes, sir

6             THE COURT:  I just want to make sure the record

7    says, because that's your new argument.  I'm not saying it's

8    not a good argument.  I think it's a good argument, but I'm

9    still going to overrule that.

10       Okay.  Thank you.

11       Deny that.  Excuse me.

12       Okay.  How long did I give y'all for opening statements?

13       Who's going to make opening statements?

14       Mr. Sarver?

15       By yourself?

16             MR. SARVER:  It's the best I can do.

17             THE COURT:  By yourself, Mr. Lanier?

18             MR. LANIER:  No, Your Honor.  Mr. Cannon will help

19    me.

20             THE COURT:  I don't know if I messed up on the

21    timing.  I tend to cut y'all short when I think lawyers are

22    getting boring.  Sorry.  I won't do that today.  I won't do

23    that today.  I won't cut y'all off today.

24             MR. LANIER:  I'll try not to be boring, Your Honor.

25                        (Laughter)

1        THE COURT:  I'm kidding you.  I don't intend to do

2   that.  Occasionally I mess up on the time.

3      Anything else?

4        MR. LANIER:  With the court's permission, the way

5   we'll probably divide it up is I'll go for about 55 minutes or

6   so.  Mr. Cannon will go for thirty minutes or so and leave me

7   about five minutes to finish up.

8        THE COURT:  That's pretty close.

9        MR. LANIER:  Thank you, Your Honor.

10        THE COURT:  Mr. Sarver, do you need me to give you

11   any kind of warning or anything?

12        MR. SARVER:  If you could tell me when I'm about

13   five minutes.

14        THE COURT:  Five minutes.  Okay.  You bet.

15      And you're going to stay by the podium or within

16   arms-length touching the podium.

17        MR. LANIER:  Yes, Your Honor.

18        THE COURT:  I'm looking at you, Mr. Lanier, when I

19   say that because you're the one that extends to Stretch

20   Armstrong it.  Do you remember that toy?

21        MR. LANIER:  I will not be Stretch Armstrong today.

22        THE COURT:  It will be hard to hear you, this one on

23   the podium right here if you get too far.

24      If I hum-hum, that's what that means, is you're messing

25   up.

```
 1              MR. SARVER:  Your Honor, the only time we might
 2    stray a bit --
 3              THE COURT:  Is when you're showing something on the
 4    podium.
 5              MR. SARVER:  Show and tell a little bit.
 6              THE COURT:  You got a loud voice.  Make sure when
 7    you have your back to Ms. Wilson -- I don't care how loud your
 8    voice is in here, it's just hard to hear you.  And I'll be
 9    watching for that.
10              MR. SARVER:  Yes, sir.
11         Pam, I'll do my best.
12              THE COURT:  Y'all aren't going to go over here and
13    try to get in the jury box.  No?
14         Okay.  All right.  I'm trying to think whatever else
15    y'all -- since the last time.
16         How long has it been since we tried that last case
17    together?  Two years?
18              MR. LANIER:  14 months, Your Honor.
19              THE COURT:  14 months, 12 days, six hours, two
20    minutes, something like that.
21              MR. LANIER:  Yes, Your Honor.
22              MR. SARVER:  Seems like just yesterday.
23              THE COURT:  Okay.  All right.  Well, I'm going to
24    read my instructions.  I don't know if I showed y'all those or
25    not, but it's nothing I haven't already said.  I did add
```

1    something with the individual cases not very different from

2    what I said to Ms. Tjarks during the voir dire.

3          Do I have any of my Baylor students here today?

4          No.   Kids from other schools?

5          Somebody from SMU?

6          Just a bunch of lawyers.

7          Oh, wow.   Okay.   All right.   I think we're ready.

8                THE COURT:   Good morning, ladies and gentleman.

9          Stand up and I'll give you -- Actually, Mr. Jacobson is

10   going to give you your last oath that you will take in this

11   trial.

12         If you will raise your right hand.

13         Mr. Jacobson.

14                       (Jury sworn.)

15                THE COURT:   Okay.   Y'all be seated.

16         One of my staff brought y'all some donuts.   I hope y'all

17   didn't eat all of those.   This is a chance for y'all to really

18   gain a lot of weight while you're down here.   We will try to

19   do that occasionally.

20         I notice you remembered to bring something warm to wear.

21   That's good too.   I'll try to regulate that.   As the weather

22   in Texas, of course, is hot and cold, sometimes that's hard to

23   regulate.   But I promise I will do my best.

24         The second thing is don't eat a big lunch today and don't

25   until you kind of get used to this.   Y'all are not used to

1  sitting listening to lawyers talk, talk, talk, talk, talk.  I

2  don't know how many talks that was, but Ms. Wilson could tell

3  me.  It's just different.  It's tiring.  It really is.  And

4  you need to be alert.  So if you eat chicken fried steak and a

5  big piece of cake -- kind of sounds good -- at lunch, you

6  know, just think about that.  We're going to bring you lunch

7  in today.  I think y'all ordered that Friday.  We'll do that

8  every day.  That will save us about 30 minutes every day of

9  your time being able to get -- to get right back at that.

10      Let me read you some additional instructions that I think

11  will help you with your job.

12      You've now been sworn in as the jury to try the case, and

13  as the jury you will decide the disputed questions of fact.

14  As the judge, I will decide all questions of law and

15  procedure.

16      From time to time during the trial and at the end of the

17  trial, I will instruct you on the rules of law that you must

18  follow in making your decision.  Soon the lawyers for the

19  parties will make what is called an opening statement.  In

20  fact, right after I get through reading this to you.

21      Opening statements are intended to assist you in

22  understanding the evidence.  What the lawyers say is not

23  evidence.  After the opening statements the plaintiff will

24  call witnesses and present evidence.  Then the defendant will

25  have an opportunity to call witnesses and present evidence.

1    And they have indicated to me they are going to do that.

2         After each parties' main case is completed, the opposing

3    party will be permitted to present rebuttal evidence.  After

4    all the evidence is completed the lawyers will again address

5    you to make final arguments.  That will be several weeks from

6    now.  Then I will instruct you on the applicable law.  You

7    will then retire to deliberate on a verdict.

8         Keep an open mind during the trial.  Do not decide any

9    fact until you've heard all the evidence, the closing

10   arguments, and my instructions.

11        Pay close attention to the testimony and evidence.  If

12   you would like to take notes during the trial, you may do so.

13   If you do take notes, be careful not to get so involved in

14   note taking that you become distracted and miss part of the

15   testimony.  Your notes are to be used only as aids to your

16   memory, and if your memory should later be different from your

17   notes, you should rely on your memory and not on your notes.

18   If you do not take notes, rely on your own independent memory

19   of the testimony.  Do not be influenced -- unduly influenced,

20   excuse me, by the notes of another juror.  A juror's notes are

21   not entitled to any greater weight than the recollection of

22   each juror concerning the testimony.

23        Even though the court reporter is making stenographic

24   notes of everything that's said, a typewritten copy of the

25   testimony will not be available for you -- for your use during

 1    deliberations.  However, if you have a specific disagreement

 2    as to a particular witness' testimony on a specific subject,

 3    we can attempt to obtain that information for you.  On the

 4    other hand, any exhibits admitted during the trial will be

 5    available to you during your deliberations.

 6         Until this trial is over, do not discuss this case with

 7    anyone and do not permit anyone to discuss this case in your

 8    presence.  Do not discuss the case even with other jurors,

 9    even among yourselves, until all the jurors are in the room

10    actually deliberating at the end of the case.

11         I know that many of you use cell phones, iPhones,

12    BlackBerries.  There's still BlackBerries out there.  The

13    Internet, and other tools of technology.

14         You must not talk to anyone about this case or use your

15    tools -- iPads, iPhones -- to communicate electronically with

16    anyone about the case.  This includes your family and friends.

17    You may not communicate with anyone about the case on your

18    cell phone, through email, BlackBerry, iPhone, text messaging,

19    on Twitter, through any blog or -- excuse me -- Internet chat

20    room or by way of any social networking web sites, including

21    Facebook, My Space, LinkedIn YouTube and some new ones I don't

22    even know.

23         If anyone should attempt to discuss this case or approach

24    you concerning the case, you should inform the court

25    immediately.

1          You can tell Mr. Everett, who is the court service

2     officer, and he'll immediately get with me.

3          It is important not only that you be fair and impartial

4     but that you appear to be fair and impartial.

5          Do not make any independent investigation of any fact or

6     matter in this case.  You are to be guided solely by what you

7     see and hear in this trial.

8          In other words, you don't do any research, look on the

9     Internet, do anything like that on your own.

10         Do not try to learn anything about the case from any

11    other source.

12         During the trial, it may be necessary for me to confer

13    with the lawyers out of your hearing or to conduct a part of

14    the trial out of your presence.  I promise you that will

15    happen.  I will handle these matters as briefly and as

16    conveniently for you as I can, but you should remember that

17    they're just a necessary part of the trial.

18         The evidence in this case will consist of the following:

19    The sworn testimony from witnesses who will get in this chair

20    right here next to me, and that's of all the witnesses no

21    matter who called a witness; all exhibits received in evidence

22    regardless of who may have produced the exhibits; all facts

23    that may have been stipulated or judicially noticed that you

24    must take as true for purposes of this case.

25         A stipulation is an agreement between both sides that

1    certain facts are true.  When the lawyers on both sides

2    stipulate or agree to the existence of a fact, you must,

3    unless otherwise instructed, accept the stipulation as

4    evidence and regard that fact as proven.

5         I may take judicial notice of certain facts or events.

6    When I declare that I will take judicial notice of some fact

7    or event, you must accept that fact as true.

8         If I sustain an objection, that will happen, too, I

9    promise, to any evidence, or if I order the evidence stricken,

10   that evidence must be entirely ignored.

11        During the trial, the lawyers may make objections to

12   questions asked or answers given.  That simply means the

13   lawyer is requesting that I make a decision on a particular

14   rule of law.  Do not draw any conclusion from those objections

15   or from my ruling on the objections.  These relate only to the

16   legal questions that I must determine and should not influence

17   your thinking.

18        If I sustain an objection to a question -- and that will

19   happen -- the witness cannot answer.  Do not attempt to guess

20   what answer might have been given had I allowed the question

21   to be answered.

22        If I overrule an objection, treat the answer like any

23   other.

24        Additionally, some evidence may be admitted for a limited

25   purpose only.  When I instruct you that an item of evidence

1    has been admitted for a limited purpose only, you must

2    consider it only for that limited purpose and for no other

3    purpose.  You are to consider only the evidence in the case.

4    From the facts that you believe have been proven, you may draw

5    such reasonable inferences or conclusions as you feel are

6    justified in light of your own experiences.

7        As we discussed briefly during jury selection the case on

8    trial involves eight separate plaintiffs from five separate

9    cases.  It was my decision, not the parties, to consolidate

10   multiple cases into a single trial for the purposes of

11   judicial efficiency.  Although the five cases concern claims

12   involving the Pinnacle metal-on-metal hip, the law requires

13   you to consider each claim by each plaintiff separately.

14       Five of the plaintiffs were implanted with a Pinnacle

15   metal-on-metal device, and the remaining three plaintiffs have

16   alleged a claim for loss of consortium because they are the

17   wives or husbands of the affected patients.  Although you are

18   a single jury, I am instructing you to consider each of the

19   five cases and eight plaintiffs separately.  You must consider

20   the evidence presented during this trial separately for

21   liability and separately for damages.

22       At the conclusion of the trial, I will provide you

23   additional instructions about the specific claims and defenses

24   of the parties and you will be asked to answer separate

25   questions for each plaintiff.

```
1          Listen carefully to the evidence presented as to each
2   plaintiff so you will be able to answer those questions.
3          It's now time for opening statements.
4          Mr. Lanier.
5               MR. LANIER:  May it please the court.
6               THE COURT:  Yes.
7               MR. LANIER:  Your Honor, thank you.
8          Ladies and gentlemen of the jury, good morning.  I
9   appreciate y'all being here very, very much.  I know this is
10  not your first choice for what you're doing, but it makes the
11  world of difference, not only to our clients, but I think it
12  makes a world of difference to our community as well.  I'll
13  explain why as we go through this.
14         I was trying to figure out how to present the opening
15  statement as best as I could, and I decided that -- that a lot
16  of us don't read that much anymore, in terms of books, most of
17  us do our reading online and things like that, but to me this
18  just fit a book.
19         And so if you will excuse me I've made up a book and it's
20  in the PowerPoint that you see behind me.  The book is "The
21  Account of a Medical Experiment Gone Wrong."
22         And I believe that's what this case is about.
23         Now, His Honor has given each side an hour and a half to
24  give an opening statement, which is an overview of what the
25  case is like.  I'm going to speak for about 55 minutes, Your
```

1    Honor, if the court would allow it.  And then when I'm through

2    Mr. Cannon has got about 30 minutes or so.  And I may get five

3    minutes at the end, or whatever time Mr. Cannon leaves me, and

4    I'll get a chance to do that.  And that's what you've got.

5         When we're done, whatever time His Honor determines, the

6    other side will then give his opening statement.  They've got

7    that hour and a half as well.

8         Now, the account of a medical experiment gone bad here's

9    the table of contents, the forecast.  I'm giving to give you

10   an instruction.  I'm going to talk to you about all three

11   chapters:  The Seduction, The Truth, and The Consequences.

12   And then we'll talk about the Conclusion or the Epilogue after

13   that.

14        So let's start with the introduction:

15        This case is about five people who trusted a product.

16   They trusted their doctor.  And they got a terrible result.

17        The five people are in this courtroom.  Earnest will

18   introduce them to you in more detail.  I've got pictures of

19   them up here right now.  Earnest will tell you all about them,

20   because in a very real since they're the central part of this

21   case.  They're what this case is about.

22        But in the process of this, all of these people bought a

23   DePuy J & J Pinnacle metal-on-metal hip implant.

24        Now, DePuy and Johnson & Johnson are the companies that

25   make it.  Pinnacle is the name of the brand.  It's like buying

1   a Ford as opposed to a Chevy.  So Pinnacle is the name of the
2   brand.
3        And then metal-on-metal is the kind of hip implant.
4        Your Honor, may I have the freedom to grab some things?
5             THE COURT:  Yes.
6             MR. LANIER:  Thank you.
7             THE COURT:  Yes.
8             MR. LANIER:  So I've -- I've got -- as I stay within
9   an arms-length of the podium, I've got a couple of real ones
10  here that you've got a chance to see.
11       This is the stem.  This is what goes into the thigh bone.
12  They cut off the top of the thigh bone and dig out and put
13  this stem in.
14       And then they've got to put a ball -- a ball goes on the
15  stem.  And then on the hip side -- that's the thigh side.  On
16  the hip side they ream out a hole, looks like a cheese grater.
17  And I think Mr. Sarver has the tools, he can show them to you
18  because they make the tools to do this as well.
19       But they will put in a cup into your bone, into your hip
20  bone, and inside that cup they're going to put a liner.  They
21  can put a metal liner or they can put a plastic, or poly,
22  liner.  And then that ball will fit into the liner and move
23  around.
24       So they have choices.  They can use poly, or "plastic" is
25  another word for it, or they can us metal.  And they put it in

1    there and it moves around.

2         So that what's we're talking about when I say each of

3    them got a metal-on-metal.  For each of them the ball was

4    metal and it went into a metal liner, and so that's where they

5    got their materials from.

6         Now, DePuy -- I listened to the voir dire that was done

7    by Mr. Powell, a great Dallas lawyer who has been doing this

8    for a long time.  He did a marvelous job.  He said you

9    probably haven't heard of DePuy, they're a small -- or they're

10   a company up in Warsaw, Indiana, well -- started in 1895 by

11   Mr. DePuy.

12        That's not really who we're talking about.  This is not

13   some family-run research-driven company.

14        What DePuy really is, is a multibillion dollar

15   multinational company that spends more time and more money

16   selling their products than they do doing their homework, than

17   they do research and development.

18        They've got plants, this is one I believe over in

19   England, Leeds England.  They're all over the world.

20        When Johnson & Johnson bought the company in the '90s

21   Johnson & Johnson paid 3.5 billion dollars for the company.

22        So this is not a little -- little place up in Warsaw, I

23   Indiana, you know, mom and pop.  It's not at all.  That's not

24   what it is.

25        And as for Johnson & Johnson yes, they do make baby

1    powder and yes, they do make Listerine, but this is not your

2    baby's Johnson & Johnson we're going to be talking about here.

3    And you're going to see it from the inside and you're going to

4    see some things that frankly will make you sick at your

5    stomach.  But we will show it to you and you will learn the

6    inside of this.

7          If I've placed you guys correctly, you are the perfect

8    jury for this case.  And while I don't -- none of us know each

9    other well, if I remember correctly you've got among you one

10   of the top debaters in the country my senior year of high

11   school.  You've got among you people who teach, either teach

12   children or teach adults.  You've got among you social

13   psychologists.  You've got among you people who interact with

14   folks and have good common sense.  That's the kind of jury

15   that you've got here.  And y'all get to figure out what

16   happened.  You get to figure out why it happened.  And you get

17   to figure out how to fix it.  It's an awesome job that will

18   make a difference in this country as you see the way medical

19   device practice has been in the past and a chance to speak on

20   that and whether or not it's acceptable.

21         So that's where we are.  Here's chapter 1, The Seduction.

22         By the way, I don't make that up.  I get that word from a

23   PowerPoint that was presented -- Juan, can we go to the ELMO,

24   please -- a PowerPoint that was presented by a doctor of

25   DePuy's choosing.  This is one of DePuy's doctors they use to

1    help sell the Pinnacle product.  He made this presentation

2    just a few years ago, Dr. Fehring.  And you will hear his

3    deposition.  You will hear who he is.  You will hear him talk

4    about how horrible this device has been, the medal-on-medal.

5    THA stands for Total Hip Arthroplasty.  Just means hip

6    implant.  Okay?

7         So this is not supposed to look like that when you cut

8    someone's area open.

9         And he's the one who made the presentation:  "How did we

10   get here?  Hip surgeons were seduced into using

11   medal-on-medal.  They were seduced by manufacturers, DePuy,

12   Johnson & Johnson.  They were seduced by patients, because

13   patients would watch the advertisements and say, hey, I just

14   saw that DePuy ad with Coach Krzyzewski, I want that, I want

15   that hip.  And then they seduced themselves because these

16   doctors went around and told everybody to use the product.  He

17   even defines what "seduction" means:  "To lead someone astray

18   into a behavior of choice they may not otherwise make."

19        So when I talk about this being a seduction, I'm use

20   using a term that is -- is from DePuy's doctors.

21        Here's how we got there.

22        In the 1960's and '70s metal-on-metal implants were

23   failing at a massive rate.  I'm not saying there weren't some

24   successful ones.  They did some autopsies on some people.  And

25   for some people the metal-on-metal hip implant would work for

1    30 years.  But statistically, more times than not, it was a

2    massive failure.

3         So one of the forefathers of modern hip design is a

4    fellow from England now deceased named Sir John Charnley.  And

5    he invented the idea of metal-on-poly.

6         Now, if anybody knows anything about cars they know when

7    your oil light comes on you better check your oil because no

8    one is going to run a car engine with metal-on-metal without

9    there being oil present.  It's a recipe for disaster.

10   Heavens, our chairs squeak every time we roll back and forth

11   because it's metal-on-metal and it needs some oil.  And -- and

12   that's just the way it is.

13        So Sir John Charnley said I'm, instead of doing

14   metal-on-metal, I'm going to do metal-on-poly.

15        Now, both of these will have some wear, but the body will

16   react differently to the metal wear than it will the wear from

17   the plastic, the poly.

18        So Sir John Charnley invented a metal-on-poly hip that

19   took the world by storm.  It was not perfect but it was very,

20   very good.  And that became the standard all over the world.

21        Now, because it was not perfect, even though it was the

22   best by far, scientists were always trying to figure out a way

23   to make it better.  If you're good for 95 percent of the

24   people let's try to be good for 96 percent.

25        And so scientists were working on the poly to make

1    changes to it.  They made good changes.  They also made some

2    bad changes that didn't work.  But they were always tinkering

3    with it to make it better.

4        DePuy and some others decided that they had a better

5    idea, they'd go back to the metal-on-metal, the failed past.

6    DePuy said -- and Johnson & Johnson, DePuy said, you know, if

7    we make a metal-on-metal we're going to make a lot more money,

8    because what we can do is we can tell everybody that this is

9    the greatest, best thing, and you don't need to -- to wait

10   until later in life to get a hip implant, we'll put them in

11   you when you're young, because it's going to last forever.

12       And so that's what they did.

13       Now, DePuy knew they had to act fast.  J & J, DePuy knew

14   that the sooner they got to market the bigger their market

15   share.  So they wanted to say we're going to get into the

16   market with this brand-new metal-on-metal.  But if we're going

17   to do it we've got to get their really fast 'cause other

18   people are trying to do that too.  Other people are doing

19   their experiments.  Other people are -- are checking it out to

20   see if it's going to work or to see if they can design it

21   better or do something like that.

22       So DePuy was in a hurry.

23       And because they were in a hurry, they knew, DePuy knew,

24   that they had not solved the problem of metal-on-metal without

25   oil or some lubrication in the middle.

1        But even though they hadn't solved the problem, they went

2   to market anyway.   They did not wait to test it.

3        In fact, what you're going to find out is DePuy,

4   Johnson & Johnson, told the doctors that they'd solved the

5   metal-on-metal problem.

6        You will see some marvelous pictures like this one.

7        This is a picture that DePuy was famous for using where

8   they said we have devised an implant where it's engineered so

9   well that there is full fluid film lubrication.   The body puts

10  a full layer of lubrication between the liner and the head, so

11  that the metals do not touch each other, and you don't have to

12  worry about the metal debris getting in your body, which

13  everybody knew was toxic, would kill cells and kill muscle

14  tissue and do a lot of damage.

15       So DePuy told the doctors, we've solved this

16  metal-on-metal problem.   And they went to market.   They went

17  to market around the year 2000/2001, with metal-on-metal.

18       And then to sell this seduction DePuy found some doctors

19  that were willing to take money to go around the country and

20  tell everybody this is fantastic.

21       Some of these doctors they said were -- well, they called

22  them inventors or something of the metal-on-metal, which I

23  guess means the doctor has skin in the game.   But what they

24  would do -- I've looked at the patents, I don't see that these

25  doctors were all inventors that were getting paid for this,

1    but they picked their key doctors and they would pay these key

2    doctors to go around the country touting the benefits of this

3    metal-on-metal and then they'd give the doctors a cut of every

4    one that was sold.

5         So these doctors are raking in millions upon millions of

6    dollars, a whole lot more off of selling these metal-on-metal

7    implants than they ever made practicing medicine.  But they

8    would go around the country and do it.

9         And that was -- you know, some products sell themselves;

10   not this one.  This one took a bunch of doctors and a bunch of

11   people to sell it.

12        J & J then would tell the world, not just the medical

13   community, but you and me if we're reading Woman's Day

14   magazine or if we're reading -- they put it in Golf magazine.

15   They put it in every magazine that they thought that older

16   people might read.  And they would tell everybody -- they

17   printed up thousands, tens of thousands, hundreds of thousands

18   of brochures to put in all the doctor's offices and everywhere

19   else, telling everyone that their metal-on-metal was wildly

20   successful.

21        You're going to hear -- the one study they cited the

22   most, more than any other, in all of their literature and

23   everything else, was one that said this was 99.9 percent

24   successful at five years out from surgery.

25        And I can't wait until you get to hear about that study,

1   because it's the most bogus study you've ever seen in your

2   life.  It's just flat wrong.  I mean, it's just -- it's

3   appallingly wrong.  And I'm going to show it to you.  And

4   you'll be the first to see it.  It's evidence that's been

5   marked confidential by DePuy and no one has ever been able to

6   see it before until this courtroom.  And for the first time

7   you're going to see the evidence that the study they told all

8   the orthopedists was profoundly beneficial to the product was

9   in fact -- it's just -- it's -- it's a lie.  It's just not

10  true.  And I'll show you that.  We'll walk through it.

11       Now, here's the truth, chapter 2.

12       DePuy knew metal-on-metal wasn't going to work.  They

13  knew it from the outset.  They had -- their chief fellow on

14  this was a man named Graham Isaac.  And Graham Isaac wrote

15  this paper in 1995.

16       The paper is entitled "End Game."  And this was internal

17  within DePuy.  They didn't send this out to anybody.  End

18  game, the failure of total hip replacement by the development

19  of manager of DePuy's hips.

20       And here's what he said, he talks about what causes

21  failure.  And he talked about the failure with metal-on-poly,

22  which was the major one out there.  And we can show you

23  examples of poly liners that fail.  It was not perfect but it

24  was really good.

25       Here's what he says.  "What are the alternatives?"

 1          "There are two bearing surface combinations."  The

 2    bearings are the part that meet.  It's the ball and it's the

 3    liner.  "There are two bearing surface combinations in use

 4    which do not have a," plastic or, "Polyethylene component."

 5          There's ceramic-on-metal and there's metal-on-metal, both

 6    of which have identical surfaces, metal, metal, articulating

 7    or moving against each other, "which would normally be

 8    considered -- "normally considered to be bad engineering

 9    practice."

10          Just common sense tells you, you don't do that.

11          He goes on to say it is clear -- and we just loss some

12    power.

13          Your Honor . . .

14          THE COURT:  We got it figured out?

15          Okay.  We'll take a little short break.  You need to

16    understand, we're not as -- it's not the lawyer's fault it's

17    usually our court's fault.  Things will go wrong with our

18    technology because we're government.

19          (Laughter.)

20          THE COURT:  But we are.  I have great folks that

21    work with it, but we have people that bid at the lowest price

22    and that's what we get.

23          So let's work on it just a minute.  And we'll let y'all

24    know.

25          Don't talk about the case.  It's our first break.

1          Thank y'all very much.

2                  THE SECURITY OFFICER:  All rise.

3                          (Recess taken at 9:40.)

4                      (Proceedings resumed at 9:43.)

5                  THE SECURITY OFFICER:  All rise for the jury.

6                  (Jury enters the courtroom.)

7                  THE COURT:  Okay.  Y'all be seated.

8        I think we've temporarily fixed it, best we can for now.

9                  MR. LANIER:  Your Honor, if you could go back to

10    PowerPoint real quick.

11        May I continue?

12                 THE COURT:  Yes, sir.

13                 MR. LANIER:  Thank you, Your Honor.

14        Nice thing about a book, you can put it down and pick it

15    back up.  So we'll pick back up with our book.

16        J & J, they knew metal-on-metal wasn't going to work.

17    They absolutely knew it.  They started selling it 2001/2001.

18        Your Honor, if we'll go back to the ELMO, please, or

19    Jesse.

20        Thank you guys.

21        Here's the memo they did internally, Graham Isaac did,

22    "End Game:  The failure of total hip replacement by the

23    manager." He talked about the alternatives of metal-on-metal

24    and ceramic-on-ceramic and said that it is normally considered

25    bad engineering practice.  That's just where he starts out

1    talking about where they're going to end up in the end game.

2        He goes on to say when he analyzes metal-on-metal, "It is

3    clear from the literature the survivorship of cobalt chromium,

4    metal-on-metal prostheses" -- that means implants -- "in the

5    past has been far from satisfactory."

6        Here's the problem.  You put one of these in your hip and

7    it goes wrong, you got to get it out.  And you think putting

8    it in is a problem, wait until you hear about getting it out.

9    And you get it out, and you just hope and pray you do it

10   before it destroys a bunch of muscle.

11       So here's what he said.  He was very clear.  He spoke

12   about it and he said, "While cobalt chromium components may be

13   manufactured optimally" -- We can make them the best science

14   will let us.  We can say we've got brand-new ways to make

15   things they didn't have ten years ago.  It's the best in the

16   world, he says "There is no guarantee this quality can be

17   maintained, and if the surfaces break down the debris produced

18   has been shown to be more harmful than plastic."

19       And it is.

20       Mr. Sarver is going to get up here -- Mr. Sarver is this

21   lawyer back here in the corner.  He's going to get up here and

22   give the opening statement.  He's going to show you all the

23   problems with plastic.  And every time he shows you a problem

24   with plastic, you remember what the company knows -- because

25   I'll prove it during the trial -- and that is the debris

1    produced from metal is even worse than what you're seeing with

2    plastic.  So as bad as plastic is, it's worse than with metal.

3    That's where this fellow goes.

4        He says so while the problem with of wear is present, the

5    results of -- This is poly.  He's talking here about plastic.

6    He says the appropriate question, what's the problem, look at

7    the long term results of metal-on-plastic.  And he talks about

8    those.  And he says "So whilst" -- You can tell he's from

9    England "Whilst the problem of wear is present, the results of

10   plastic, poly, are still excellent when compared with the

11   results from metal-on-metal given above."

12       And his ultimate conclusion:  "The alternatives to

13   metal-on-poly have either mixed results" -- which is

14   ceramic-on-ceramic -- "or are building upon past failures --

15   metal-on-metal -- "with partial solutions in the hope of

16   future success."

17       That's what the company knew.

18       And in spite of that, the company decides that they're

19   going to go forward and start selling these.

20       I asked Mr. Isaac in his deposition -- And I don't think

21   he'll come over from England for this case.  But I asked him

22   in his deposition to help us with the timeline.  And here's

23   the timeline.  He wrote this in 1995 about metal-on-metal

24   failures and the problems with the debris and the little metal

25   ions.

1          In 2001, they started selling the Pinnacle metal-on-metal

2     anyway.  And at that time he had to admit under oath nobody

3     knew what was a safe level of debris -- how much debris can

4     your body take before your body says enough.

5          Nobody knew what a safe level was then, nobody knew now.

6     And they kept selling this and they kept selling this until

7     ultimately they finally quit.

8          Now, if we go back to the book, please.  So that's what

9     we're looking at here.

10          J & J/DePuy, they knew the metal-on-metal wasn't going to

11     work.  Not only did they know that, but they also knew they

12     hadn't solved anything.

13          They started selling this product, and they had never

14     tested it with people.  They put it in machines.  They put it

15     in machines, and most of the time when they put it in machines

16     they put it in a liquid, as opposed to a body.  And then they

17     would take that liquid, and in most of their tests in the

18     machines they put it upside down.  They put it like -- like

19     you're standing on your head.  So it's in liquid and they

20     would do this.  And they would do the same motion, back and

21     forth, back and forth, back and forth.  And they would just

22     test it in a machine doing that.  Never stopping.  As if

23     that's the way people walk.  You only move your leg the exact

24     same way back and forth.  You never go sideways.  You never

25     stop and start.  You don't climb stairs.  You don't look up.

1    You don't look down.  You don't sit down.  You don't stand up.

2    You don't lay down.  You don't get up.  And they didn't -- You

3    don't jog.  You don't step.  They didn't do any of that.

4    Their testing was thoroughly inadequate, and it was never

5    tested in people.

6         Now, a lot of people think the FDA tests these things.

7    Oh, no.  The FDA relies upon the manufacturer to test.  That's

8    why we sue the manufacture.  We don't sue the FDA.  So they

9    decided to sell these implants before they ever tested them.

10   And they used a loophole to get by the need of testing with

11   the FDA.  You will hear about this loophole.  That word

12   loophole, I didn't make that up.  The New England Journal of

13   Medicine is my cite, and it's clear they used a loophole.

14   That's what the New England Journal of Medicine pointed is the

15   reason that these have been tragic failures.  And they have

16   been tragic failures.  These are five cases.  There have been

17   thousands of cases.  These are the five that are being tried

18   right now.

19        The patients were the unwilling guinea pigs.  They didn't

20   even know it.  They thought they were paying a premium, paying

21   lots more than they would for poly to get the very best that

22   was out there never having remotely any idea that they were

23   the test subjects.

24        They're the ones that were going -- I mean, the company

25   is just going to sit back and wait and see.  "Hey, I wonder if

1    this works."  And that's what happened.

2         Now, over time it became apparent the company had not

3    solved the problem.  See, the company was keeping track of how

4    many revisions, how many people had to go back in and have

5    their hip exchanged because it wasn't working.  And they know

6    what an acceptable amount of revisions are.  There are

7    guidelines for this.

8         They knew what the acceptable failure rate was, and you

9    could measure and see what the failure rate was of

10   polyethylene, of the plastic.

11        And so the company starts getting in these failures.  And

12   on some of them the company just issues them, doesn't even

13   count them.

14        On others, the company -- I don't know if they misplaced

15   them or whatever, but the company never tells anybody about

16   it.  And then the company starts making excuses.  Well, we're

17   getting these because some doctors must have messed up.  It's

18   really interesting because the doctors were putting in the

19   plastic, too.  But the plastic is not failing the way the

20   poly -- the way the metal is.  So time shows the real truth.

21        Their Pinnacle metal-on-metal was a dismal failure.

22        I've got a picture up here of what's called the National

23   Joint Registry for England.  England and a number of other

24   companies but England is the big one.  You want to use the big

25   one for the sample size.  Don't go to the little small

countries.  England has national health insurance.  You don't

have an insurance company.  You don't have to pay.  You just

go in, and you get treated, and as a result, the government

keeps up with everything they're paying for.  So there is in

England a really good record of every hip that's been put in

and how many of them worked and how many of them don't, and

every year those results come out.  For years and years and

years, J & J/DePuy had a man on the inside who was in charge

of working on this report.  They knew these numbers.  They

know 'em before the public does.

But those numbers show that the Pinnacle metal-on-metal

hip is a dismal failure.  It just is.

So what happened?

Well, the truth is through this lawsuit we learned that

J & J/DePuy used multiple manipulations to sell this implant.

You're going to hear evidence that no one has heard before.

You're going to hear evidence about outrageous payments, and

even bribes, that were paid to doctors to use these hip

implants.

They would pay the doctors under a variety of schemes.

Some they would say we're paying them because the doctor

helped us invent the product, just didn't get listed on the

patent.

Some they would say -- They would go to the doctors --

They did this massive study.  It's called a seeding study, set

1    up by the marketing development, not research and development.

2    And here's what they did.

3         They says, hey, doctor, if you will use our Pinnacle hip

4    implant for, say, 50 patients, we'll pay you three, four

5    hundred dollars a patient.  All you got to do is send us the

6    results, and let us know how it's going on.  We'll call it a

7    study, and you will be in our study.  You can add it to your

8    resume; I did a study for DePuy.

9         But what they were really doing is paying the doctors to

10   put in the implants so that the doctors would use 'em.  They

11   would just mark up the price so that the patient winds up

12   paying.  Or the government -- if it's Medicare -- or

13   insurance, or whatever.

14        That's what they were really doing.  In fact, in that

15   study they did an analysis before they did the study.  How

16   much would it cost us to pay these doctors like that?

17        Well, it would cost a few hundred thousand.

18        How much would we make off of it by selling the hip

19   implants?

20        We would make a couple of million dollars.

21        Okay.  Let's do that one.

22        That's the way this was done.

23        Johnson & Johnson/DePuy, they hid the metal-on-metal

24   dangers, and they used doctors as marketers.  They would use

25   surgeons, and they would pay them to come teach the sales

1    force how to sell.  They would use the surgeons to write fake
2    articles and put 'em in the scientific literature.
3         Doctors use something called "evidence-based medicine."
4    All doctors use it.  It's a term you'll hear because doctors
5    want to make decisions based upon the evidence.  So what
6    Johnson & Johnson/DePuy did is they made up the evidence.  So
7    the doctors are basing it upon evidence that's just not true.
8         And I will show you these things.  I will show you
9    everything I'm talking about.  That's one reason it's going to
10   take us about four weeks to put on our case.
11        It is my hope and pledge to you that four weeks we will
12   be done.  And that's the end of this week, Your Honor, being
13   one.  I know we're off next Monday, I'm even counting that.
14   Four weeks I think I can put my case on if we don't get any
15   hold-ups.
16        But I want to you to hear all this evidence, and I tell
17   you that because Mr. Sarver gets up to speak, and I don't get
18   to tell you anything after he's done.  I just get to call
19   witnesses.  He may try to suggest things Mr. Lanier can't
20   prove this.  One of his favorite words is "outrageous."
21   That's outrageous.  But I promise you, everything I'm showing
22   you, I'll show you the evidence.  I will show you evidence on
23   all of this.
24        I will show you evidence that Johnson & Johnson/DePuy
25   mounted the world's largest direct-to-consumer campaign to

1    drive their sales.

2         What do we mean by that?  "Direct to consumer" means they

3    would advertise about these Pinnacle hip implants to you and

4    me.  You can't buy them at the store.  You can't go to the

5    store and say:  I'd like a Pinnacle metal-on-metal hip

6    implant, please, I'm going to put it in this afternoon.  See

7    how it works.  That's not the way it's done.  Doctors do this,

8    But they were advertising to you and me because they figured

9    out if they did it we would to go our doctor's and say, Man, I

10   want that Pinnacle thing I saw on TV.  And they determined

11   that 97 percent of the time the doctors would put in what you

12   asked for.  So they're selling you and me and our parents and

13   doctors.  I don't know how many of you follow basketball.  I

14   know we've got some sports people on the jury.  That's coach

15   Krzyzewski.  That's an unusual name to pronounce when it

16   starts with a K.  So people just call him Coach K.  They used

17   that in this massive ad because Coach K who was at Duke

18   University was coaching the U.S. Olympic game.  They would buy

19   ad space, and it was a big deal, and they would say Coach K

20   has DePuy hips.  He does have DePuy hips, but he doesn't have

21   Pinnacle metal-on-metal.  He's got the metal-on-poly hips that

22   they're going to tell you just weren't any good and you can't

23   trust.  They just didn't tell the consumers that.

24        Anyway, you will hear all this.  You're going to hear

25   their story of deception.  You're going to hear their stories

1    of pay-offs.  You are going to hear about their hidden truths.

2    You're going to hear about them with the government entering a

3    plea of guilty -- a deferred prosecution agreement, is what

4    it's called, where they have deferred prosecution on the

5    anti-kickback statute.  Chris Christy when he was Attorney

6    General, he prosecuted this.  And they paid a massive fine and

7    agreed to the government watching them for a year so that

8    they -- and they changed the way they were doing business

9    supposedly because of the accusations of them bribing doctors.

10        So you're going to hear all of that.  You're going to see

11   it.

12        And then the consequences.  Ladies and gentlemen, their

13   story began to unravel.  It began to unravel because the

14   revision rate, failure rate, was so high with these Pinnacle

15   metal-on-metal.  It started with a different product they

16   made.  They also made an ASR metal-on-metal hip.  ASR was a

17   different product.  It had some very real differences.  It

18   didn't have a cup and a liner.  That was all combined.  It was

19   slightly different shape.  But it was metal-on-metal, and

20   DePuy swore to the FDA that it was substantially equivalent,

21   is the language, to the Pinnacle metal-on-metal.

22        So that starts failing, and it's failing massively.  The

23   company decides they're going to re-call it.  They should have

24   re-called it a lot earlier.  But they drug their feet.  They

25   finally re-called it.  And when they re-called it, they got

1    all this publicity.  It was a massive problem.  It was a big

2    legal mess.  But the company knew that's okay, we'll just

3    shift people over to Pinnacle.  We'll tell the doctors it's an

4    ASR problem, not a metal-on-metal problem.

5         Now, some of Johnson & Johnson/DePuy's hand-chosen

6    doctors begin demanding action saying you've got to do

7    something.

8         Two of these doctors will be in the courtroom by at least

9    video for one of them.  That one on the top left is Dr. Tony

10   Nargol in England, and DePuy used to pay him to teach people

11   and give lecterns and to go around.

12        And he said this ASR is a failure.

13        They said, no, it's not.

14        He said, yes, it is, and Pinnacle is, too.

15        Finally, this company said, well, yeah that ASR -- we're

16   going to have to pull it, but they fought on Pinnacle, and

17   they said No, no, no, we can't go there.

18        Dr. Black Irving is going to come to court, and you're

19   going to hear his testimony.  He's going to tell you

20   everything I told you was true.  He was on the inside, and he

21   knows it better than anybody.

22        Sonny Ball is another one who complained.  I don't think

23   he'll be in this courtroom.

24        Even at some point Johnson & Johnson/DePuy's highest paid

25   doctors -- These are doctors that are still taking lots of

1    money from the company -- even they quit using the product by

2    2010.  They quit using it before Ms. Aoki got hers.  They just

3    didn't tell anybody because they were getting a cut off every

4    one that got sold.

5        So once this all starts boiling up, Johnson & Johnson --

6    and Mr. Powell, I respect him a lot, but when he said this

7    case is really just about DePuy -- No.  No.  No.  DePuy is the

8    hand, but the rest of the body is Johnson & Johnson.  And

9    Johnson & Johnson outlines the strategy for DePuy.  Johnson &

10   Johnson handles the lawyers for DePuy.  Johnson & Johnson

11   handles the regulatory for DePuy.  Johnson & Johnson oversees

12   and approves the marketing for DePuy.  Johnson & Johnson is

13   the person behind all of this.

14       And they outline a strategy for DePuy on what they're

15   going to do.

16       And the strategy is one that we can see as it unfolds.

17   It's really interesting.  The first thing the company does is

18   they said, look, metal-on-metal is going away, people have

19   learned it's not working, but one thing we could do, we could

20   pretend we've made a better ball.  We'll call it the Asphere

21   head or ball.  We'll tell people we've made a better one.  So

22   now this one is really going to work.

23       And then all of the people who say metal-on-metal is bad

24   and who are going to quit, they will all come work for us.

25   And they figure out how to maximize every sale they can before

they quit selling this product.

And when they quit selling it, they were fine with that too, because when yours fails it's not like you can take your car in that's under warranty and say would you fix this, please.  When it fails you have to buy another one from 'em. You've got to go pay for a whole other one.  And so the company got real excited.

The marketing people said, hey, it looked like we were going to lose money but it turns out we're making a ton of money on the revisions.  Happy days are back.  The market we thought we lost has turned out to be a big boon to our bottom line.

And that's what they did.

Oh, that doesn't look too good, does it.

See, books get typos.

Thousands of people have basically a walking time bomb in their hip.  There are thousands of people who have this problem.  For many, thousands upon thousands, it's means -- meant revision surgery.  We'll show you those statistics.

And for some it will depend on what day it goes off.  And I'm sure for some it will probably last them for their lifetime.

So that's what we have, thousands of people suffer, but these guys have their cases before you.

I'm going to pause, Your Honor, and give the floor to

1   Mr. Cannon and let him talk about these folks a little bit.

2        If I might, Your Honor?

3             THE COURT:   Mr. Cannon.

4             MR. LANIER:   Thank you.

5             MR. CANNON:   May it please the court?

6             THE COURT:   Yes, sir.

7             MR. CANNON:   Morning.   Hope today finds you well.

8        If there are moments -- minutes during this trial that I

9   seem to be burdened, somewhat overwhelmed, somewhat at a loss,

10  I want to share something with you:   There's a group of

11  individuals out here that I've grown to know well.   I'm their

12  lawyer, I'm their friend, and I'm their advocate.

13       What that means to me is I'm the conduit between these

14  people, what happened to them, and you.   And in order to carry

15  their story, their life, their ups, their downs, their

16  victories, their tragedies, in order to carry that to you it

17  has to flow through me.   There is a burden there, because I've

18  never been associated with a group in my life, in my

19  experience, and that's getting to be abundant, happens

20  relatively fast, that has as much duty, dedication, service,

21  honor, kindness, as this group of people that stories will

22  flow through me.

23       I feel sometimes like a power-lifter when -- when I'm

24  trying to lift the burden of bringing everything to you about

25  the truth, the truth, the truth of what happened to them and

1    who they are.

2         We've been here for a good while and it's a great

3    opportunity now for me now to introduce these people to you.

4         We have Margaret Aoki.

5         Margaret, if you would stand up, please, ma'am.

6         Margaret is a resident of Austin.  She's from Michigan.

7    Her dad was a professor up there.  Her mother was a teacher.

8    Margaret had been a lot of places.  They had been to Michigan.

9    She had been to Salt Lake City.  She lived in Alaska.  She's

10   lived in -- and how could they have possibly left out

11   Waxahachie.  And she lived in Waxahachie.  And now she's back

12   in Austin.

13        You -- you can sit down, Margaret.

14        Margaret was born September the 1st, 1949.  She married

15   Richard Aoki, who she met in Waxahachie, where he was a

16   landscape -- landscape artist.  And they were married for 21

17   years -- 25 years, until he met his untimely death in Zilker

18   Park having a heart attack, riding a bicycle, after he had

19   survived a tour in Vietnam, been awarded metals in Vietnam,

20   was a Green Beret in Vietnam, survived all that, came home.

21   Ms. Aoki bore him a daughter, lovely daughter, Robin.

22        And in 2006 she lost him.  And that's the same year that

23   she got cancer, had chemotherapy.  And when I talk about

24   resilience, when I talk about strength, when I'm talking about

25   -- when I talk about people who get bucked off and get back

1    on, that's who -- that's who I represent.

2         She went to a doctor in Austin with her hip.  In 2010 --

3    do you remember Mark talking about all these complaints coming

4    in?  DePuy was overloaded with complaints about metal-on-metal

5    and they had a doctor named Heinrich in Austin that they had

6    picked to work with and paid him scores of hundreds of

7    thousands of dollars, and unfortunately she ended up with him

8    and he put a metal-on-metal in her in September the 20th of

9    2010.

10        And she had to have to take -- have it taken out in

11   February of 2013, because of the metal-on-metal.

12        These people got -- I'll get to all of 'em -- I'm going

13   to use way too much time going like this, judge.  I'm going to

14   speed up on them on --

15             THE COURT:  Okay.

16             MR. CANNON:  But these people are so great I wish I

17   had a week to talk about them, Your Honor.

18             THE COURT:  I can't give you that much.

19                       (Laughter.)

20             MR. CANNON:  Well, I -- I can talk about 'em a

21   month, to tell you the truth, they're -- they're splendid.

22        She had -- they've got one thing in common.  They all had

23   metal-on-metal hips.

24        They got a second thing in common.  They all had trouble

25   with their metal-on-metal hip -- a metal-on-metal on hip.

1    They had a third thing in common is they all had to get

2    taken out and put another kind of hip in there besides

3    metal-on-metal, because the metal-on-metal is not any good.

4        That's the reason they had to take it out.  That's the

5    reason they didn't put it back in there.

6         And we can look -- paper this courtroom with papers and

7    papers and papers, but don't the facts speak for themselves

8    that you've got five people here, come from all walks of

9    life -- let's go to the next one.

10       Mr. Christopher, my only native Texan.  Beaumont; is that

11   Texas?

12              THE WITNESS:  Yes, sir.

13              MR. CANNON:  Close to Louisiana?

14       Do you have dual residency?

15              THE WITNESS:  My wife does.

16              MR. CANNON:  Okay.

17       Okay.  She's from Louisiana.  And Mr. Christopher here

18   was -- you were 46 years old when you had this hip done.

19       You can sit down, Jay.

20       And your wife?

21       Yes.  He's got two kids, Blake -- he's got Blake and

22   Trevor.  They're in their 20s.

23       Jackie, his wife, and he have been married forever.

24   When -- earlier on when the judge would say we've got eight

25   plaintiffs I'd keep thinking, no, we've got five, because I

1    think of them as one.  Because they are one.  When I see one I

2    see the other.  When one hurts the other one hurts.  When one

3    loves that -- when one cries the other one cries.

4        So, to me, his case is her case, her case is his case,

5    because that's what they are.  He's been fortunate enough to

6    live in Beaumont and work in a small electrical supply

7    business and do electrical work with his dad, who's now 83

8    years old.  And his dad is enheartening to me and encouraging

9    to me because he homeschools a grandchild.  He's 83 years old.

10       So when they say this guy is about to play out or there's

11   not much left, there's a lot left to homeschooling a child,

12   isn't there?

13       Okay.  Christopher Greer.

14       Dr. Greer -- can you hear me, Dr. Greer?

15       Dr. Greer and I have something in common.

16       Dr. Greer, is your wife Jane here with you?

17       Thank you.

18       Dr. Greer is another individual born outside Texas and --

19   you can sit down Dr. Greer.

20       Can you hear me?

21       There you go.

22       Dr. Greer is a plastic surgeon.  He grew up in Chicago.

23   And he moved to -- he's lived in Colorado.  He lived in

24   Florida.  He went to Vietnam.  He was in the Navy.  He went to

25   medical school.  He had three kids:  Stephen, William --

1  Stephen is here.  William is in Austin.  And Don, Jr., is in

2  the Air Force -- Army.  He's in the Army.  And he has three,

3  four, five Bronze Stars, something like that, in Afghanistan,

4  and we thank you.

5        And his son Stephen, he adopted.

6        His son William was hit by a car when he was a teenager

7  and he's blind and had some frontal lobe damage.  And, you

8  know what, these people's response to that?  You talk about

9  getting back on the horse, they went and adopted a child that

10 was supposedly -- had -- the only way at their age they could

11 adopt a child is to say we'll take someone with something

12 wrong with them, a special needs child.  And that was their

13 response to their child getting brain damaged.

14       So they went and got another one with special needs and

15 there are absolute miracles that occur in front of all of us.

16 There's nothing wrong with him.  They were wrong.  The child

17 was absolutely normal, the one they adopted when they thought

18 he had special needs.

19       Dr. Greer showed up in Vermont with him in the car and

20 totally surprised Jane.  She didn't even know there was a baby

21 coming:  Here he is, go look in the car.

22       Dr. Greer went to -- he's active.  He road, he rides

23 horses.  He completes riding horses.  He works on a ranch,

24 built a fence.  He's a plastic surgeon and he's a very, very

25 kind man.  And his wife will not testify in the case, and

1    we'll explain that to you.  There's conditions and things that

2    happen that just prevent that -- from perhaps her being able

3    to do that from a physical standpoint but that doesn't mean

4    that she's not here and a big part of him and his life and

5    what's going to happen.

6         He had his hip put in, in San Antonio.  It was put in by

7    Dr. Goletz.

8         Let me stop here.  It's important.

9         I skipped Christopher.  I skipped Aoki.  I was about to

10   skip Greer to tell you something really important.  This is --

11   this is me, I'm the conduit, what I want to bring you the

12   truth.  I'm going to bring you every word I can from the

13   doctors who treated these individuals, the ones who did the

14   surgery, not someone that we looked up that's a professional

15   witness or writes books or whatever, the doctors who looked at

16   the hip, looked at the damage, and saw what was actually in

17   the operation.  They don't have to go back and look at a

18   record, a film, or make an interpretation.  They were there

19   and they did the work.

20        His doctor is Dr. Morrey.  That's who did the revision of

21   his hip when it had to come out.  And Dr. Morrey I think you

22   will find extremely interesting.  He's Mayo trained.  His dad

23   is Mayo trained.  His dad operated on the President of the

24   United States.  They are eminently qualified to give their

25   opinions.

1          Dr. Kearns, you were lucky to get him, Mr. Christopher.
2     Dr. Kearns, a 65-year-old doctor in Houston who is with --
3     with the largest orthopedic group in Texas, second biggest
4     customer of DePuy.  He says that the hip is -- that
5     metal-on-metal is no good.  He wishes he had never heard of
6     them.  He wishes he could take them all out.  And he'll be
7     here to testify.  That's -- he was lucky to get him because
8     when he started having trouble with the metal-on-metal Mr. --
9     Dr. Kearns didn't hesitate, didn't try to hide it, didn't
10    blink, said we got to get that thing out of you, because if we
11    leave it in there it eats you up.
12         With that -- you will get to see what this metal does.
13    It's cobalt, that's a heavy metal.  Chromium is a heavy metal.
14    It gets out of there because that rubbing, metal-on-metal, the
15    lady that was sitting out here that farms, is probably home
16    now greasing a disc now because she's going to get in season
17    because she knows that you can't leave those bearings
18    metal-on-metal without burning her bearings up and ruining the
19    disc.  She knows that.  And I know that.  And you know that.
20    And you can't sell a product that's metal-on-metal and put it
21    in somebody's body and expect it to work.
22         Hello?  Don't just do that for money.  I think that's
23    what we'll prove.
24         We've got Greer.
25         What about Klusmann?

1       Where is Mr. Klusmann?

2       Dick.

3       Susan.

4       Mr. Klusmann was the CEO of a -- well, he's not from here

5  either.   You've only been down here, what, 30, 40 years.

6                           (Laughter.)

7            MR. CANNON:   And he's from Wisconsin.

8       Susan is from Wisconsin.

9       He went to Madison for a while, played football.   Then

10  they went to Milwaukee.   She taught school up there.   She's

11  going to want to tell you the story about when they first met

12  and he got in his football uniform and took him to the

13  classroom where she taught in the inner city and she took him

14  in his football uniform to show him to the kids and have him

15  tell them about football.

16      Thank you.

17      They got bucked off several times.   They got back on.

18       Dick's managed a hospital there in Austin for a long

19  time, St. Mary's.   It's got about 150 beds.   They had

20  Jennifer, who lives up here in Dallas.   And Jennifer's got

21  three kids.

22       And then they had Mindy, about two years later.   And they

23  found out that Mindy has spinal muscular atrophy, which is

24  terrible.   None of your voluntary muscles work.   And she was

25  supposed to live until she was five years old and that would

1   be the end of it.  He worked in the hospital.  He talked to

2   doctors.  He read books.  And the two of them developed a way

3   to treat her, a physical therapy.  She's still alive.  She's

4   married.  They've got a grandchild that she adopted in China.

5   They went to China.  And it's just amazing how the Lord pulls

6   these things through.  It's just absolutely -- there's a lady

7   that's supposed to have died when she's five years old, she

8   works, she's married, she's disabled, and she's picked a child

9   up that nobody else wanted and is taking care of it.

10       You see my burden?

11       You see -- just incredible stories.

12       He unfortunately went to Dr. Heinrich.  Dr. Heinrich put

13  two hips in him.  Dr. Heinrich had to take two hips out of

14  him.  But he waited a long time.  And the tissues got

15  literally eaten up.  He's got -- he's had five surgeries.  The

16  last one they tries to revise the hip and there's two tendons

17  they couldn't even sew back, they're just gone.  They couldn't

18  operate the hip.  That man right there tries to walk a mile

19  and a half every day.  I'd hate to walk a mile in his shoes

20  with what he must feel like.

21       You know what they did when they found out that Mindy had

22  spinal atrophy, spinal muscular atrophy?

23       Immediately they went and adopted a child, with special

24  needs.

25       You know, these are not people that sit down and feel

1    sorry for themselves that I've represented.  These people are

2    people that get up swinging to do the right thing.

3         Last, but not least, Captain Peterson, Karen.  Captain

4    Peterson is from Pennsylvania.  You ever heard of Slippery

5    Rock, Pennsylvania?  He was an all American swimmer there.  He

6    won the nation in swimming in the 50 and the 100.

7              MR. PETERSON:  That's right.

8              MR. CANNON:  You okay, Captain?

9         Have a seat.  Karen.

10        How much time I got, Your Honor?

11             THE COURT:  You've got about 20 minutes.

12             MR. CANNON:  Captain Peterson.  You know, I got a

13   preacher I just dearly love, and he says the good sermon is

14   when you tell'em -- tell 'em what you're going to tell 'em,

15   tell 'em and then tell 'em what you told 'em.

16        Some of this stuff I feel like if I tell you now, you'll

17   think that's not true.  I mean, that can't be true.  I mean,

18   this is like -- this is like a book.  I'm not a party to this.

19   I can't imagine I'm seeing this.  That's the way I feel now.

20        But I need to tell you what he's going to tell you

21   because this guy is so modest.  Well, you know people that are

22   kind of marginally good that brag on themselves?

23        You know people that are good that brag on themselves?

24        This guy doesn't brag on himself at all.  And it kind of

25   makes him mad if I brag on him.

1        But if I don't brag on him -- That's my job.

2        And I'm going to brag on you.

3        He got out of school and he was in the 2nd Navy SEAL

4    team.  He went through the SEAL training and in 1961 -- about

5    1964, he did his first three tours in Vietnam, most of the

6    time behind in enemy lines.  He would shoot a gun, carry a gun

7    that's the same kind the enemy carried because when he fired

8    his gun he wanted them to think he was one of them because he

9    was in their area.

10       His wife, Karen, bore him three children -- bore him

11   Eric, and then they got two grandchildren, Anna Elise, named

12   after both mother and the grandmother.  That's politically

13   correct.  And Jack, Jack William, the middle name of his

14   grandfather.  And there's things -- I wrote down to say about

15   him that he's courageous and he's brave.  It's not true.  He

16   got the Silver Star for valor.  Valor is a step above courage

17   and bravery.  It's my honor to know him.  It's such a special

18   privilege and honor to represent him, not that he's a step

19   above any of these other people, not that his damages or his

20   pain is greater or his disability is greater, but I just feel

21   so overwhelmed by speaking on behalf of him because of what

22   he's done for that over there (indicating).

23       He went to -- I'm not sure he even wants to testify about

24   it because he doesn't want his grandchildren to know that with

25   his medal -- his silver star -- with his Silver Star -- I

1  think it was -- Let's talk about this.  Let's talk about this

2  first.

3     While he was over there Karen had his child in Mumbai

4  India?  No?  Virginia.  If you notice every once in a while it

5  doesn't click, and they have to give me a clue, Virginia

6  instead of India.  And the later they moved to Mumbai, India.

7  And if you notice every once in a while they have to give me a

8  cue that's it's Virginia instead of India.

9     He's worked in Antarctica.

10    You know what the hardest thing that ever happened to him

11 is?  What he had to go through with this hip.  Harder than

12 Vietnam, harder than Navy training, harder than SEAL training,

13 harder than Antarctica because of what that heavy metal did in

14 his system and the way he felt.  You know, I find Captain

15 Peterson to be credible.  I believe ever word he said.

16    I bet that was hard to be over there and have that baby

17 born and him be in the jungle behind the lines?

18    Can you imagine?

19    And then thinking:  I've got to stay alive.  He said it

20 was easy before then, but it was hard after the baby, because

21 he had to get home to him.

22    And he is his son's hero, but it's not because of that

23 Silver Star.  It's because of the rest of the way he's lived

24 his life, honorably and with integrity.  His whole life has

25 been valor.  And I really thank you for your service, Captain.

1   It's my honor to know you and to speak for you.

2        He had to go behind -- he didn't have to.  The enemy had

3   captured a -- I'm about through.  The enemy had captured one

4   of our soldiers, and they knew they were going to torture them

5   pretty bad.

6        You okay, captain?

7             MR. PETERSON:  Sure.

8             MR. CANNON:  And so he and five other guys went in

9   at night to get the guy out, and they got discovered in there,

10  and they got in a fire fight.  And there were 500 Viet Cong,

11  and there were six of them.

12       They didn't find the guy.  Whatever happened to that poor

13  soul, bless his heart, rest his soul, but Captain Peterson got

14  himself and the other five SEALs that he was leading out of

15  that camp with 500 Viet Cong and killed scores of them,

16  many -- And this hurts him.  He doesn't want his grandkids to

17  know about it -- many with his own hands.  For me.

18       His doctor will testify.  Dr. Heinrich, will testify by

19  deposition -- by deposition.  Now, you can tell I like these

20  guys.  Can you tell that?

21       I like 'em all.  I love 'em all.

22       What I'd like to know, they got your product put in.  It

23  had to be taken out.  Can you give them for one time, one day,

24  one minute, an honest answer of why you had to endure this, go

25  through this again, risk having more revisions, more

1   surgeries, more limitations.  Because every time you cut on

2   that again, you got less chances of a good result.  You've

3   made these people vulnerable.  You have hurt them.  Give them

4   a real, honest, straightforward answer of why this hip failed

5   in them and promise 'em you won't do it again, you'll try

6   harder.  They deserve that.

7        May it please this Court.

8             MR. LANIER:  Your Honor, may I finish?

9             THE COURT:  Yes.

10            MR. LANIER:  And I've got about five minutes or so?

11            THE COURT:  I think that's right.

12       Ronnie, help.

13            MR. LANIER:  I've got it, Ronnie.  Took me a minute.

14       Ladies and gentlemen, you're going to hear -- Let me turn

15   my mic back on.

16       You're going to hear from a lot of different witnesses.

17   One of the key witnesses I want you to wait for -- and we're

18   going to have to bring him live -- is the doctor behind three

19   of these patients.  His name is Matthew Heinrich.

20   Dr. Heinrich had a lot of these patients and had a lot of

21   problems with them.  And so while his patients were filing

22   their cases, DePuy hired Dr. Heinrich behind their back to be

23   their -- their expert in this case.

24       And then the DePuy lawyers sent me a letter, an email,

25   telling me that the patients were no longer allowed to talk to

1    their doctor because their doctor worked for DePuy and that I

2    was to instruct them that they were not allowed to talk to

3    him.

4         And what the patients didn't know is their doctor had

5    been working for DePuy for years.

6         When Dr. Heinrich got out of medical school -- and he

7    went to Texas Tech Medical School.  When he got out of medical

8    school, he tried to open his own practice, without anybody

9    else, down there in Austin.  And he quickly was latched on to

10   by Johnson & Johnson/DePuy, and they said we'll give you

11   patients, we'll help -- we'll funnel you patients if you will

12   do our bidding.

13        So DePuy set up this -- Johnson & Johnson/DePuy set up

14   this web site, "Hipreplacement.com," and you said here's my

15   zip code I need a doctor.  You punch it in.  If you are in

16   Austin, you get Dr. Heinrich.  DePuy is paying him the whole

17   time without you knowing it.  They're paying him for different

18   things, and you will hear about it.  And then they start

19   paying him to be an expert to testify.

20        You're going to get to meet him.  But even he can't say

21   that he messed up or what went wrong with his patients or the

22   others.

23        And so we come here today with a simple question, and

24   I'll leave this for Mr. Sarver, but for Ms. Aoki and

25   Mr. Christopher and Dr. Greer and Mr. Klusmann and Captain

1    Peterson, why did their hip fail?

2         And Mr. Sarver can write his answers on here, and then

3    we'll look at them during the trial.  We'll go back to the

4    flow because the answers are not going to hold up.  I've been

5    listening to 'em.

6         The answers just aren't -- aren't -- aren't good.

7         You see, Johnson & Johnson outlined the strategy for the

8    company.  They said here's what you need to do:  Get the

9    lawyers and do the following; first of all, just try and show

10   that the product is -- is good.  Use different registries,

11   play with the numbers, find somebody somehow that is looking

12   at such a limited scope of vision that they think it's okay.

13   So first of all, just try to play with the numbers.

14        And if that doesn't work, then you need to blame the

15   victim.  Say, oh, they did too much on their hip or, oh, they

16   just have an unusual body.

17        When Mr. Powell said allergies, I'm going to find it real

18   hard to believe but if they think that these people are just

19   allergic -- Mr. Klusmann isn't allergic -- if they're going to

20   argue that these people are allergic to their metal-on-metal

21   hip implants, then let them write it down, if this is

22   allergies.  It's not allergies.

23        If they're going to argue that they have got some

24   mysterious disease, let them write it down.

25        What -- let's have a record of it and we'll work through

1    the trial on it because that's the way the -- Johnson &

2    Johnson said to defend.  They said use funny math.  They said

3    blame the victim -- or blame the doctor.

4        You know, if you want to say, oh, it's the doctor's

5    fault, then write it down, the doctor messed up.

6        I want to tell you with each of these people, all they

7    had to do to fix their problem -- those doctors had to pop out

8    the metal liner, put in a plastic one.  Problem fixed.

9    Because what their body did is what most bodies will do; it

10   reacted to the metal poison.

11       So I look forward to having them fill this out.

12       Your Honor, I look forward to trying this case in front

13   of you, and thank you that you let us do it.

14       Thank you, ladies and gentlemen.

15           THE COURT:  Mr. Sarver, you need a break?

16           MR. SARVER:  I think it's a good idea, Your Honor.

17   Yes.  Yes.

18           THE COURT:  Okay.  We'll take another quick break,

19   ladies and gentlemen.

20       Don't talk about the case.

21           THE SECURITY OFFICER:  All rise.

22                  (Recess taken at 10:41.)

23           (Outside the presence of the jury.)

24           THE COURT:  Outside the presence of the jury but on

25   the record Mr. Powell has a motion.

1           MR. POWELL:   During the opening statement Mr. Lanier

2    referred to the deferred prosecution agreement and explained

3    his version of the deferred prosecution agreement.   That is an

4    inadmissible thing to talk about in this case.   It has not

5    been offered into evidence.   It is clearly a violation of

6    federal rules of evidence 401, 403, 404, 408, and 410.

7         Also during the opening statement he told the jury there

8    are thousands of more cases, which is also irrelevant to the

9    outcome of this case.   And it violates federal Rule 401, 403.

10   And we think that was a highly inflammatory and improper thing

11   for him to say.

12        We move for a mistrial at this point in time because of

13   the improper putting into the jury box of those two very

14   inflammatory, inadmissible facts.

15           THE COURT:   Motion denied.

16           MR. SARVER:   Your Honor, before the jury comes in,

17   given what they said about thousands of cases it seems to me I

18   have every opportunity to talk about the lawyer advertising

19   that generated the thousands of cases.

20           THE COURT:   Remind me, is that in our in limine?

21   Let me look.   Let me look.

22   That's number 2.

23                       (Pause.)

24           THE COURT:   You can certainly talk about the cases.

25   How does that bring up the advertising?

1          MR. SARVER:   Your Honor, the reason that there are

2     thousands of cases is that there has been millions of dollars

3     of lawyer advertising.

4          If they can talk about the numbers, I've got to be able

5     to talk about how did the numbers grow.

6          THE COURT:   Any response?

7          Mr. Lanier, any response to that?

8          This is number 18 and 19, and I think 3 -- no, 2.

9          MR. LANIER:   Yeah, I don't think they have got any

10    witnesses that are going to say it was lawyer advertisements

11    that were the cause.

12          MR. SARVER:   Oh, Your Honor, we do.  We actually

13    have expert witnesses who have written reports that say

14    actually that.

15          MR. LANIER:   If they're going to call -- if they're

16    making a representation right now on the record that that

17    witness will actually show up in this courtroom then I'll move

18    the argument, but I'm going to be shocked if they will make

19    that representation on the record that they're going to bring

20    the witnesses.

21          MR. SARVER:   We absolutely will bring witnesses that

22    will testify to that.  They will -- whether we'll bring -- if

23    you're referring to Dr. Barsky, who is the witness from Boston

24    who has written the report, there certainly will be

25    witnesses -- experts who rely on Dr. Barsky's report that will

1    testify in this case.  Absolutely.

2           MR. LANIER:  Then they're not going to have any

3    testimony from a qualified expert that the advertisements --

4    and the reason it takes an expert is because there are so many

5    other things it could be.  It could be the write-ups in the

6    New York Times.  It could be the news accounts.  It could be

7    all these other things, the ASR re-call, all these other

8    things, advertisements for other type of hip implant cases

9    where people didn't know what kind they got.

10       I mean, they've got to have an expert to offer the

11   evidence.  And I don't think they will.

12          THE COURT:  Don't throw the ball.

13          MR. SARVER:  I'm sorry.

14          THE COURT:  Are you or are you not going to bring a

15   witness that's going to -- that is an expert on this

16   advertisement, not somebody who relies on it, expert on those

17   advertisements?

18          MR. POWELL:  Your Honor, our position is that the

19   experts who will --

20          THE COURT:  I didn't ask your position.

21       Are you going to bring that actual witness that --

22          MR. SARVER:  We are going to bring witnesses who are

23   qualified.

24          THE COURT:  No, can't do it.

25          MR. SARVER:  Okay.  Thank you, Your Honor.

```
 1        Does that preserve our objection for the record?
 2             THE COURT:  You're a big lawyer, big boy.  You know
 3   that one way or the other.  That's up to you.  You make
 4   whatever objection you want to.
 5             MR. SARVER:  All right.
 6        Your Honor, I object to your ruling denying our
 7   opportunity to respond to Mr. Lanier's opening statement with
 8   prove of advertising.
 9             THE COURT:  That's great.
10             MR. SARVER:  Thank you.
11             THE COURT:  You think that preserves your record,
12   yes or no?
13             MR. SARVER:  Your Honor, I'm no -- no appellate
14   genius.  I hope it did.  I'm certainly trying to preserve it.
15             THE COURT:  Well, I think you're being paid a lot to
16   be an appellate genius.
17        All right.  Her we go.
18        I wouldn't suggest you spar with me any further,
19   Mr. Sarver.
20             MR. SARVER:  I'm sorry, Your Honor, I didn't mean
21   to.
22             THE COURT:  I think you did.
23                  (Jury enters the courtroom.)
24             THE COURT:  All right.  Y'all be seated.
25        Mr. Sarver.
```

1          MR. SARVER:  May it please the court?

2          THE COURT:  Yes, sir.

3          MR. SARVER:  Thank you, Your Honor.

4      Good morning, ladies and gentlemen.

5          You have in fact heard a story.  I'd like you to hear the

6  rest of the story.  There is a lot more to it.

7          Every day around the world there are human beings,

8  patients, who are diagnosed with serious and debilitating

9  diseases.  They go to their doctor and they will often ask two

10 questions:  Can you help me; and what are my choices.  What

11 are my choices.  Whether it's a cancer drug, a heart stent, a

12 heart valve, a knee or a hip or a shoulder.  They want options

13 applications.

14         And they're counting -- Americans are counting on our

15 medical system to provide the choices that can make them

16 better.  And fortunately they have those options.  But where

17 do these devices come from?

18         They sure don't come from lawyers, either for the

19 plaintiffs or for the defendants.

20         Who invents them?

21         Who designs them?

22         Who manufactures them and produces them and puts them

23 into the hands of doctors?

24         Who does that so that we all have the benefit?

25         DePuy has been doing that for over a hundred years.  And

1    I -- I am extremely proud to represent the men and women of

2    DePuy who get up in the morning, they go to work every day

3    with one goal in mind:  To produce products that help people

4    to get better, that produce products that allow doctors to say

5    yes to both those questions.  Yes, I can make you better; and,

6    yes, you have choices.

7         This is what's called a product liability case.  It means

8    that the plaintiffs have sued DePuy saying our product is

9    defective and that some defect in our product caused each of

10   these plaintiffs to have the revision that you've heard so

11   much about already.  A "revision" means you redo at least part

12   of the surgery.  You do it again, you replace the part.  Like

13   Mr. Lanier talked about, you -- you pop out one part of the

14   device and pop in another one.  Vast majority of cases on

15   revision go just fine.

16        DePuy doesn't just make hips.  They make devices that do

17   many things.  They are composed of really marvelous people.

18   And I absolutely respect Mr. Cannon's deep respect for his

19   clients.  I have it, too.

20        But the people of DePuy are good people and they go to

21   work and they do build products.  And they've been doing it

22   for a hundred years.

23        Ezra DePuy started this company in Indiana over a hundred

24   years ago in 1895.  And you don't stay in business for a

25   hundred years making bad products.  DePuy doesn't.

1    Even the doctors that they will call in this case use

2  DePuy products to-date and have been for a long, long time.

3    Now, one of the things you know is you're going to hear

4  from some of the DePuy people.  The first one you'll here from

5  is someone that Mr. Lanier asked to come.  His name is Andy

6  Ekdahl.  He was the former president of DePuy.  And he is not

7  a scientist.  He's not a medical doctor.  He is a businessman.

8  And because of that he will know the answer to some of

9  Mr. Lanier's questions, but not a lot.  And, in fact, he's a

10  bit of a quirky person, but he agreed to come because

11  Mr. Lanier asked him to, so he'll be here.

12    How do we know that the device is not defective?

13    How do we know?

14    You're going to hear evidence throughout the trial about

15  what happened.  But the easy part is did it break?

16    No.

17    Did it crack?  Did it fracture?  Did it seize up?  Did it

18  stop working?

19    The answer to that is no.

20    We know it did in fact reduce and eliminate pain for

21  years in these plaintiffs.  It restored the ability to move.

22  We know this because that's the evidence.

23    And, in fact, you're going to hear that one of the

24  experts actually was provided with four of the explanted

25  devices from these plaintiffs.  They were taken out of their

1    body and sent to a laboratory in California.  And you're going

2    to hear from a Dr. Patricia Campbell.

3         Dr. Campbell has devoted her entire professional career

4    to something that is pretty remarkable.  She has studied

5    explant -- sorry -- explanted devices taken from humans to

6    figure out what works, what doesn't work, and what went wrong,

7    what didn't go wrong.

8         And she will tell you -- she will tell you that the

9    devices in these cases, they were in the hips, they're minding

10   their own business, performing as they were intended and

11   designed to perform.  They were not defective.

12        In responding to Mr. Lanier's question and Mr. Cannon's

13   question, absolutely.  The very first thing we want to do is

14   to tell you why, why were these five patients revised.

15        At the outset these are remarkably talented, impressive,

16   decent -- they're great people.  There is nothing that I say

17   or any one of our witnesses will ever say to say anything

18   against the five plaintiffs.  They're good people.  But

19   they're all different.

20        Now, that's important.  They are different.  And the

21   reason for their revision is different in each and every one

22   of these plaintiffs.  Very different.

23        If we take a look, Mrs. Aoki -- now, you're going to

24   learn that Mrs. Aoki had her device in the very shortest

25   period of time, but you're also going to learn that she had

1   the very largest amount of wear from her device.

2        How come?  How come?

3        Well, the reason is she had something called instability.

4   The tissues and muscles her hip didn't keep the device in

5   place.  And she will talk about that on the stand.  She'll

6   tell you.  She will tell you it clunked, it squeaked, and it

7   felt unstable from the beginning, had nothing whatsoever to do

8   with the design of the device or the fact that the device was

9   metal.  A plastic, ceramic, or a device made out of wood would

10  have been unstable, too.

11       So remember the test, remember what you have to do.  They

12  have to prove that some defect in our product caused the

13  plaintiffs' revisions.  It didn't in Mrs. Aoki.  It was

14  instability.

15       Mr. Christopher, another -- and, I'm sorry, Mrs. Aoki is,

16  talented in may ways.  You're going to learn she's a talented

17  musician.

18       Mr. Christopher is also accomplished.  He owns his own

19  business, an electrical business.  And what you're going to

20  learn is that he had hip pain for a long time, but the reason

21  for his revision had nothing to do with his metal device.  He

22  had something you can have, I can have, all of us can have

23  depending on our activity.  He had bleeding in his hip.  It's

24  called a hemarthrosis.  It's relatively common.  And you don't

25  have to have a hip device to have hemarthrosis.

1    Now, when you bleed in your hip it causes pressure.  It

2    causes pain.  It feels bad.  Most of the time if you wait

3    and -- and -- and stay off it long enough it'll go away, or

4    you can do something called an aspiration and take the blood

5    out of the joint.  All that would happen.  But it had nothing

6    to do with whether he had a metal device, a plastic device, or

7    some other kind of device.  So they are simply unable to prove

8    what they must prove.  No defect caused his revision.

9        Dr. Greer, a talented plastic surgeon, well-respected,

10   and I learned more about him today, clearly a very, very

11   decent man.  But his revision wasn't caused by metal.  He had

12   over his lifetime a fairly rare autoimmune, an autoimmune

13   disease that led to him taking steroids and the steroids

14   caused him to need a hip revision.  And we'll talk about that

15   in detail later.

16       What happened is the autoimmune disease called a sarcoid

17   in his hip.  It's a -- a packet, a pocket of inflammatory

18   tissue that can cause pain.

19       When that was taken out his hip was fine.  Had nothing to

20   do with metal, had nothing to do with the design of the hip.

21       Now, remember, their burden is prove defect caused the

22   revision.  It didn't.

23       Captain Peterson, an utterly remarkable human, someone I

24   would be proud to know.  Wish I could talk to him.  I can't.

25       Thank you.  Thank you very much for your service.

1          You know, he's a remarkable man in many ways.  What

2     you're going to hear is he's an accomplished athlete,

3     world-class athlete and he wore out his joint.  He wore out a

4     hip.  He Wore out a shoulder.  He wore out a knee.  He had

5     them all replaced.  Didn't stop him.  But he had pre-existing

6     cysts in something called the acetabulum.

7          And the acetabulum is the bony part of your hip joint.

8     Now, he had cysts there before he had hip surgery.  Before.

9     And those cysts formed -- and he happens to be a cyst former.

10    He forms cysts in other part -- parts of his body, too.

11         But the cyst form, and he had osteoarthritis.  He needed

12    a hip.  The cysts were taken out of during his hip surgery, as

13    they should be, done right.  But after six years of hard,

14    strenuous work, world-class athlete work, the cysts came back,

15    not because it was metal but because he was pressuring the hip

16    in a way that caused his body to do what it does.  It forms

17    cysts.  They were taken out by Dr. Heinrich, who did a

18    beautiful job.  And he's fine.

19         Mr. Klusmann is absolutely the one patient in this

20    case -- plaintiff in this case who had an adverse reaction to

21    metal.  No question about it.  He had what's called a delayed

22    type IV hypersensitivity reaction to metal.  The best example

23    I can give you is to penicillin.  Is a drug that has cured

24    millions of people around the world, but if you are one of

25    those people that reacts badly to penicillin, it can cause

1    serious injury or death.  It turns out that Mr. Klusmann is

2    one of the people who has a reaction to metal debris.  He did

3    react badly.  No question about it.  He was revised three

4    times, as Mr. Lanier said.  It is something that is

5    predictable.  It is a known and expected risk.  It is part of

6    your risk benefit analysis when you choose the kind of hip you

7    get.

8         And of all the plaintiffs, he is the one most capable of

9    consenting, choosing, and understanding because he's been in

10   the medical field his entire career.  He was the CEO of a

11   hospital.

12        Now, let's talk about hips.

13        What you're going to learn is that the hips we were born

14   with are lined with cartilage.  It is -- It's remarkable.  It

15   is a wonderful shock absorber.  More -- more -- It has the

16   best lubrication properties of anything that has ever been

17   seen.  We can't beat it with anything that mankind has

18   developed as of 2015.  Your cartilage is an utter miracle.

19   The folks at DePuy are humble enough to know they can't make

20   any kind of hip as good as the hip you were born with.  They

21   can't do it.  They try every day to make a better hip.  And we

22   hope for your children they will offer a hip that's better

23   than anything available today in 2015.  But we're not there

24   yet.

25        So what happens when the cartilage wears out?

1          Osteoarthritis is a disease that kills the bone and the

2    cartilage in your joint.  You wear it out.  The bone becomes

3    spurred, it becomes roughened, it becomes very, very painful

4    because you have bone rubbing on bone.  Now, that might not

5    sound painful, but when you walk every step with bone rubbing

6    on bone -- there are lots of nerve endings -- it's incredibly

7    painful.  That's what four out of five of these plaintiffs

8    have.  I say four out of five because remember all of these

9    plaintiffs are very different.  They're very different in

10   terms of their diagnosis, treatment and the reason for their

11   revision.  It's not as simple as the plaintiffs would have you

12   believe.

13         Now, four out of five of these plaintiffs had

14   osteoarthritis.  Those four didn't include Dr. Greer.

15   Dr. Greer had a different disease.  Greer had avascular

16   necrosis.  That's a disease where the blood vessels are cut

17   off from the bone, and the bone dies.  That's the femoral

18   head, and the femoral head is the top of your femur bone.

19   When that dies, it collapses.  When it collapses, it causes

20   tremendous pain.  Why did it collapse in Dr. Greer?  It

21   collapsed and died because he had an autoimmune disease that

22   his doctors treated properly with steroids.  Now, steroids do

23   wonderful things, but they have risks, and those risks are

24   understood and known.  And the fact that the steroids taken by

25   Dr. Greer caused his avascular necrosis doesn't make the

1    steroids defective.  It's a known and expected complication in
2    order to get the benefits of the steroids.  But that's why he
3    was implanted with a hip.
4        Before their hip replacement surgery -- Can you read
5    that?
6        Is that good enough that you can read?
7        Before their hip replacement surgery, all five of these
8    plaintiffs were in severe, serious ongoing unrelenting pain.
9        Here are some quotes from their medical records.
10       With Mrs. Aoki you can see her pain caused her to have
11   pain, caused her to have pain when she walked.  More
12   importantly, it caused her pain at night, night pain.  She's
13   not even moving.  She's trying to sleep at night, and the pain
14   is so severe it wakes her up at night.  That's the pain that
15   she was suffering.
16       Mr. Christopher had this hip pain since he was in his
17   teens.  It had limited his activities.  He was suffering
18   increased pain with everything he did.
19       Dr. Greer really had -- I -- I think one of the saddest
20   onsets, the way he told -- told it to his doctors, if he uses
21   his crutches, and is very good, he gets relief of pain.  Now,
22   that's no way to live.  And he decided he wanted -- he's tired
23   of living with the pain, and he'd like to get better.
24       And Captain Peterson told it beautifully as well.  He
25   talks about being barely able to walk.  This is a man who runs

1    and wins triathlons, who wins long-distance bicycle races, who

2    wins international rowing competitions.  He could barely walk.

3    He retired sort of from the Navy after 30 years in the Navy

4    and was working a farm and worried about having to give up --

5    ranch, I'm sorry -- worried about having to give up the ranch

6    because he couldn't do what it took.

7         And he couldn't exercise to stay not just healthy and fit

8    but happy.

9         Mr. Klusmann, his pain was pretty much constant, and it

10   started in the '60s.  Total hip surgery can make that better.

11   And it did.  But it's not perfect.

12        Total hip surgery, and you're going to hear it called

13   arthroplasty at times, THA, total arthroplasty, that means

14   replacement of the hip joint.  It has risks, complications and

15   limitations, but it's a risk/benefit.  Are you willing to take

16   the risk in order to get rid of the pain.  And that's the

17   choice, for all -- all of us.

18        What you're going to learn is that there are really

19   relatively few reasons for hip surgery avascular necrosis,

20   osteoarthritis, you might break your hip, have it crushed in

21   an accident.  There might be others, but there are very few

22   reasons to have hip surgery, but there are a lot of reasons

23   why hip surgery is revised or redone.  Many reasons.

24        And here is a list of just a few of them.  And the

25   reasons there are so many reasons, this is hard.  Hip surgery

1   is an amazing surgery, but a lot of things have to go right in

2   order for it to work.

3        It has to grow into the bone.  It has to stay in place.

4        It has to be put in at the right angles.  You have to

5   have your tissues be tight enough so that the hip stays where

6   it's supposed to be.  You have to not reject the device

7   because the body doesn't like something foreign put into it.

8   We all know that.  You get a sliver in your thumb.  If you

9   don't get it out, what does it do?  It's red, inflamed.  The

10  body is trying to reject it.

11       Revisions happen.  They're a fact of life.  There are

12  thousands of revisions every year in the United States for a

13  lot of reasons.  Revisions are not rare.  Revisions are in

14  fact common.  They're routine.  They're expected.  They're

15  warned about.  Every one of these patients was warned about

16  the potential for a revision before they had the surgery.  It

17  is part of the bargain.

18       Why?

19       Why then do it?

20       Because the pain is unrelenting.  And medical science has

21  found that you're going to get worse if you don't do something

22  about your hip.

23       You heard Mr. Powell in opening statement.  You've got

24  choices, but one of the choices -- a long time ago your only

25  choice -- was to sit on that rocking chair on the porch and

1    stop doing the things that make life worth living.

2        That's the reason to do -- to take the risk of hip

3    surgery.

4        Unfortunately, 1 out of 4 of us is going to develop

5    serious osteoarthritis in our hip by the time we're 85.

6    Assuming we make it to 85.  It's a very -- it's the leading

7    cause of disability in the United States.  And over a half a

8    million people in 2011 underwent total hip surgery.  It is a

9    marvelous surgery that has risks along with it.

10        It does confer both the -- the relief of pain, but what

11   also happens is that you're able to move again, and you're

12   able to be healthy, and your life span is actually increased

13   if you elect hip surgery as opposed to those patients who say,

14   no, I'm not going to do that, I don't want to do that.

15        Again, back to Captain Peterson, because we have some

16   information in a document from Captain Peterson that says it

17   better than I could ever say it, "By the year 2004, I could

18   barely walk and could no longer do the work needed on the

19   ranch and could not exercise physically to stay fit, healthy

20   and happy."

21        Hip was so painful it was difficult to sleep.  Like

22   Mrs. Aoki.  The problem on the two joints was so limiting that

23   without some correction I faced a future of pain and physical

24   limitation forcing me to give up the ranch.

25        Better than I could say it.  That's why he chose to take

1    the risk.

2         In fact, Captain Peterson chose to take a bigger risk

3    than the other plaintiffs because at the same time he had his

4    lift hip replaced, he had a knee replacement also with a DePuy

5    product.  At the same surgery.  Something that is normally not

6    done because it is more risky.  But he wanted to get back to

7    his active life and was willing to accept that level of risk.

8         The plaintiffs did in fact dramatically improve.

9         These are their own words from their medical records.

10         With Mr. Christopher, he had his hip replacement in for

11    six years with no pain whatsoever.  This is great.  He had had

12    pain since his teens, and now even though he's doing physical

13    work he had no pain whatsoever.  And it's the operation he

14    forgot.

15         The folks at DePuy, that is the -- the ideal.  That's

16    what they're shooting for.  They're not able to do it very

17    often, to put in a hip that you forget.  It's a wonderful

18    thing.  Ultima it's a marvelous thing.

19         Dr. Greer, again, he's done very well with his hip, very

20    little pain over the last three years.  A man who exercises,

21    who rows, who chops wood, and he's able to do that with his

22    hip.

23         Captain Peterson again said it's better than I can say.

24         What activities were you able to do now that you weren't

25    before surgery?

1    On the ranch I can build fences, clear scrub, carry

2    animal feed and hay bales.  On the bicycle, I can ride daily

3    and train strenuously.  I can do all the walking, lifting

4    involved in normal life.  All without pain.

5    That was for six years with his Pinnacle metal-on-metal

6    hip.  It did what it was supposed to do, what it was designed

7    to do.

8    And doctor -- Mr. Klusmann, he had his left hip done, and

9    it felt so much better, relieved the pain, that he had his

10   right hip replaced with the same kind of a device.

11   Just months after having both hips replaced he's hiking

12   and canoeing.

13   In fact, they did receive relief of pain and the ability

14   to do their activities.

15   There are risks and benefits with everything in life.

16   And in the modern world there are choices in the kind of hip

17   surgery -- hip implants you can have.  Each one of them have

18   different risks and different benefits.  Not one of these

19   devices is perfect.  We are not good enough to make a perfect

20   hip.  I want to admit that right up front.  If anyone thinks

21   that that's the standard, we have no chance here because we

22   can't build a perfect hip.

23   But each choice comes with differences.  A real choice

24   means real differences.  If you have a real choice, it implies

25   you get different benefits.  A real choice means you also may

1    have different risks.  And that's the truth of hips.  A real

2    choice wouldn't be a choice between -- Well, today in America

3    you get to pick a black Chevy Malibu or a white Chevy Malibu.

4    That's not a real choice.  The real choice involves

5    differences in benefits and differences in risks.

6         After a lot of work over, goodness, going back into at

7    least the 1930s and '40s, the materials that are available to

8    use in hip replacement surgery are basically three.  There is

9    ceramic, there is metal, and there is plastic.

10        Now, over the years ivory was tried.  There were even

11   some -- Teflon was tried by Dr. Charnley.  It didn't work.

12        What else is tried?  Diamond-coated surfaces on hips was

13   tried.  All of this was an effort to make it do better.  And

14   the story of hip surgery is a story of iterative progress.

15   You move, you move.  You try to learn from the past and do

16   better.  That's the story.  We're not perfect yet.

17        And the risk and benefits are well-known to surgeons.

18   This is no surprise.  The risk and benefits and the

19   differences have been talked about and debated for years and

20   years and years.

21        Here's an article that happens to set out all three in

22   one little slide.  This I think was published by Dr. Ian Clark

23   back in 2008.  And it talks about the difference risks.

24        With metal there's no surprise.  The risk of a biological

25   reaction, tissue reaction, has been well-known as a

1    possibility with a metal-on-metal device decades ago.  It's no

2    surprise to anyone that a metal-on-metal can cause a tissue

3    reaction.

4        And there are benefits and risks to all the different

5    devices.  And they're just set out here in the scientific

6    literature for anyone paying attention to know about.

7        Now, from the very beginning it became obvious that the

8    enemy of hip replacement surgery was wear.

9        What do I mean by wear?

10       Well, any time you rub two surfaces together, they create

11   wear.  And some of it is microscopic.  The amount of wear

12   created by a metal-on-metal device is minuscule, but it

13   exists.  The amount of wear created by a ceramic device is

14   still even more minuscule but it exists.  Plastic actually

15   creates the most wear.

16       Why is it important?

17       The body doesn't like foreign stuff being put inside it.

18   It doesn't like it.

19       I don't know if any of you are old enough, have bad

20   enough taste in movies -- do you remember the movie Inner

21   Space?  I think it was Meg Ryan, Dennis Quaid and Martin

22   Short.  The gist of it was they shrunk this little submarine

23   down to microscopic size, and they injected it into a person,

24   and the submarine is going along in the blood vessel, and it's

25   being attacked by the body defenses by cells, macrophages, by

1    eosinophils, different things the body sends after anything

2    that goes into it.   The body attacks wear, doesn't like wear,

3    doesn't like anything for it, including sometimes an organ.

4    You get an organ transplant sometimes they're rejected because

5    the body doesn't like it.   But all of these devices create

6    wear.   There are genetic differences in humans.   That's no

7    surprise.   Humans are a funny bunch.   We're all a bit

8    different.   And genetic differences can cause you to have a

9    bad reaction to a relatively small amount of plastic.   You can

10   have a bad reaction to a relatively small amount of metal, and

11   that's what they were talking about here, an immune reaction

12   to a relatively small amount -- a low and expected amount of

13   metal wear can cause an immune reaction.   That's exactly what

14   happened to Mr. Klusmann, exactly.   His device worked

15   beautifully.   His body didn't like it at all.

16        What are the risks?

17        Well, they have all got their risks.

18        Ceramic never took off in the United States.   It's

19   starting to become more popular.   In Europe, France,

20   Germany -- all the European countries -- they love ceramic.

21   It's a product they think is great and have used it for

22   decades with a lot of success.   But one of the major risks --

23   all of the ceramics, what happens when you drop a ceramic

24   piece, pod or good, it shatters.   Well, these hips could

25   shatter in the body, and it's a disaster because it creates

shards of highly small ceramic that can utterly destroy any
new implant that's put in to replace it.  It can destroy metal
because the ceramic is actually harder than the metal.  It
chews up plastic.  It's a rare risk, the shattering, but it's
a risk that happens, and it's terrible for the person that has
it.  That's one of the reasons ceramic never took off in the
U.S.  It can also squeak, which doesn't sound like a big deal,
but think about it if you've got a hip and people can hear you
walking across the room, you know, it's a thing -- it's not
something you want.

Plastic devices.  Plastic devices are great.  DePuy makes
some of the finest, the most effective plastic devices on the
planet.  They are absolutely wonderful and if -- If Mr. Lanier
said I am going to criticize plastic, I'm not, because plastic
is a terrific surface, but it doesn't come without its own
risk.  It creates thousands of particles with every step you
take.  Over the course of a year you create hundreds of
millions of particles of plastic.  And the plastic particles
that are created, they don't go away.  You've seen the
pictures of the -- the Marine mammals with plastic in their
gills and things.  It's because plastic doesn't degrade.  And
the body stores it up.

So what you see here is tissue from a patient that had a
metal-on-plastic revision.  On the left, it doesn't look so
bad.  But if you put it under polarized light, that same

1    tissue, that lights up, and it stays there in the tissue.  It

2    accumulates.  It builds up.

3         Now, metal is not without its risks.  It has benefits,

4    but it absolutely has the risk that in some patients metal

5    wear debris can cause a tissue reaction.  That's been known

6    for decades.  Doctors know it.  The FDA knows it.  All the

7    regulatory bodies around the world know and understand that

8    this is a known and expected risk.

9         So it's not a surprise that some patients will have that

10   happen.

11        What's the difference in the way the body reacts to metal

12   and plastic?

13        It does react differently.  No surprise.  Different

14   things mean different reactions.  Metal particles can be

15   handled by the body and excreted, but the body doesn't do that

16   with plastic.  And this has been known -- when was this

17   published?  Over 20 years ago.  About 20 years ago.  Known and

18   understood.

19        I'd like to talk a little bit about the history of how we

20   got where we are in hip replacement.  These are some of the

21   true geniuses behind the development of total hip replacement.

22   The one Mr. Lanier talked about is John Charnley.  He may be

23   the genius among geniuses because he came up with a wonderful

24   device, metal-on-plastic device, that has been great for

25   decades.  In fact, I've got one.

1          This is the old Charnley device explanted from a patient

2     and studied by Dr. Pat Campbell, who you will get to hear

3     from.

4          There's the femoral with the head put into the hip by the

5     femur.  And this part, how do you get it to stick in the

6     person?  How do you get this acetabular to stick?

7          A lot of different ways are tried.  Dr. Charnley chose

8     glue, cement, a polymethyl methacrylate.  It's a dental

9     cement.  It worked.  It would stay in place.  And this is the

10    way you would articulate.

11         The other gentlemen here all did different things, but

12    the reason they did it -- this is back in the -- going to the

13    '40s and '50s -- their patients would come to them, tremendous

14    pain, tremendous disability, unable to sleep and to move and

15    live, and they -- they refused to say, I'm sorry, I can't help

16    you.  They refused to take no for an answer.  And so they

17    tried things.

18         Dr. Charnley tried -- Teflon was one of his first.  It

19    didn't work at all.  But it's not because he wasn't trying.

20    He absolutely was trying.  He refused to say to patients the

21    one thing I can do for you if you don't want to go sit on a

22    porch like Mr. Powell said, I can do something called a

23    Girdlestone procedure.  What's that?  The Girdlestone takes

24    out the entire hip joint.  It's gone, the pain is gone because

25    your arthritis isn't there anymore.  But your hip is gone,

1    too, and moving around becomes extraordinarily difficult.  It

2    is a gruesome operation but many people chose it because they

3    couldn't stand the pain anymore.

4        Here are some of the very first devices.  Look at the

5    screws.  Very, very crude.

6        What is really strange is that these x-rays, they're

7    taken two years after implant.  Those things actually worked.

8        You're going to hear about a device called the

9    McKee-Farrar.  It's one of the first metal devices.  I might

10   have one here.

11       I don't have it, but I'll bring one.  It worked great.

12   McKee was one of the -- the contemporaries of Charnley.  They

13   actually talked.  They worked together.

14       And this was a metal-on-metal device that worked in

15   patients.  And it -- it did well on some patients and it did

16   poorly in others.  It wasn't perfect, but it worked.  And for

17   decades it provided pain relief to many, many people.

18       We've talked about the Charnley, and I talked about the

19   cement.  That's how he got it to stick.

20       McKee actually used cement to make -- make his stick in

21   the body, too.

22       Ring is another device that tried a different method.

23       See that big screw at the top?

24       They would actually screw that up into the pelvis to try

25   and make the device stick.  You've got to make it stay in

place or nothing works.   Nothing works.

Tried all kinds of things.

One of the things DePuy is most proud of is it found a
better way to make the device stick, to make it stay in the
hip.

Back in 1977 DePuy came up with what's called POROCOAT.
And POROCOAT is putting beads of metal, microscopic beads now,
of metal that encourage your natural bone to grow into the
device.   It's a whole lot better than cement.   It's a much
better bond.   And DePuy figured this out decades ago.   And
it's been a fantastic innovation and achievement for millions
of people.

But that bone growing in now saves you from having
cement.   You don't have to use screws.   And it's one of the
things that goes with the Pinnacle device.   It is a fantastic
cup and has been for decades.

Here's just a -- so many ways, so many choices were
offered to patients over the course of the years.   Many of
them were fraught with risk.   But they're trying to solve a
serious problem.

And what has happened is that innovation has made efforts
get better.   We're better in 2015 than we were in 2010, 2005
we're better.   And we hope that we're not done yet.   We hope
that in 2020 it'll be better and that your children will have
something even more fantastic.   Maybe somebody will invent the

1    new device that is the perfect device.  But we're just not
2    there yet.
3         And innovation continuing doesn't make what came before
4    defective.  It -- it shouldn't come as a surprise to anyone
5    that a device that was designed and -- and -- and built and --
6    and created in the 1990s and 1980s is no longer on the market
7    in 2015.  That shouldn't surprise anyone, because innovation
8    is so important to American medicine.
9         None of these devices, the McKee-Farrar, the -- the first
10   ceramic device, the Autophor, nobody uses Charnley anymore.
11   They were not defective.  Innovation has simply gone beyond
12   that.
13        It's like, I use an iPod, I don't use a gramophone.  I
14   use a small cell phone, I don't use the big blocky thing.
15   Don't use VCRs anymore, probably none of you do either.
16        They're not defective because progress has gone beyond.
17   And they're accusing us of creating a defective product when
18   in fact innovation has simply moved on.
19        Turned out, and this was a surprise to everyone,
20   including Dr. Charnley, there was a hidden problem with the
21   Charnley device that he didn't know about, nobody knew about.
22   The Charnley device worked so well that it really pushed a lot
23   of the other devices, including metal-on-metal, off of the
24   market.  It really did well.  But it had a hidden problem.
25        What was it?

1        The plastic in the device caused a tissue reaction in the

2    bone and caused the bone to melt away.  Took a while.  It

3    might take five, six, seven, ten, 15 years, but eventually

4    what happens is these plastic particles are released, the body

5    responds with -- it's like a little Pac Man, macrophages

6    they're called.  And the macrophages attacks the plastic.  And

7    when it does the macrophages releases chemicals.  And the

8    chemicals are chemokines and different cause the bone to

9    resorb, the bone to melt away.  And when that happens the

10   devise can't stay in place.  The bone melting away is called

11   osteolysis.  And you're going hear a lot about osteolysis.

12       Osteolysis is bone melting away.  But the Charnley device

13   wasn't defective.  It had a risk.  And using the device

14   doesn't make you bad, it means you've chosen to accept a risk

15   to -- to relief the pain but the risk is osteolysis.  Charnley

16   was never defective.

17       Now, what happens?

18       This is an example from one of the surgeons you're going

19   to hear testify today, a surgeon from Dallas.  The patient

20   here had severe osteolysis.  And look, look where that hip is.

21       Not supposed to be there.  It's about three inches beyond

22   where it ought to be.  It's way inside the pelvis now.

23       That's because the bone melted away.  Bone's gone.  And

24   bone's gone and the device is shoved up into the pelvis and

25   all of a sudden your leg is three inches shorter.  That's what

happened.

The surgeon here performed an heroic operation.  And look at this contraption that he had to develop in order to make it work.  And the great thing is she's fine.  It worked.

So while osteolysis can cause bone loss, it's a serious problem, it's a serious risk, but it doesn't make the plastic defective.  It's just a risk that you must accept if you want that device.

This is from Pat Campbell's lab.  And it looks kind of like a scoop of vanilla ice cream.  That's melted-away bone that's called by osteolysis.

And osteolysis is -- is a silent disease.  I doesn't hurt while you're bone is melting away, but if you let it go too long you have the reaction that you saw that required the contraption to fix it.

Now, plastic just didn't work as well for younger patients.  But nobody knew that.  No -- nobody knew that when -- when they were starting out.  Now, Charnley didn't know it very much, because he was very strict on who he would give his device to.  He would implant very elderly people, primarily, and people who wouldn't want to put a lot of stress on it.  He's from England.  And primarily he would put it on people who their activity was going back and forth to the kitchen to get their pot of tea and walk back into the living room.  He didn't want a lot of activity on his device.

1        And younger patients provided a very challenging

2    population.   Plastic had trouble with younger patients.

3        Now, here's a study that shows that the plastic devices

4    were doing great at ten years.   A 90 percent survival rate at

5    ten years.   They're doing great.

6        But look what happened at 14 years.

7        14 years it's down to 56.3 percent.   And that's because

8    of the osteolysis, the buildup of the plastic and the erosion

9    of the bone.   It doesn't make the plastic defective, it's

10   simply a known and understood risk.

11       They found that around the world.   In -- in Sweden they

12   found the same thing.   In younger patients the plastic didn't

13   last as well as older patients, and the revision rate was 30

14   percent at 11 years.

15       So the orthopedic community and surgeons, they didn't

16   abandon plastic, they didn't reject plastic, they didn't say

17   it was defective, they said give us something better.   And the

18   orthopedic community demanded of regulators, of scientists, of

19   medical companies like DePuy, give us something better.

20       So they carefully considered metal-on-metal.   Here's the

21   National Institute of Health for the United States, back in

22   1982.   And they held a conference looking at how do we make

23   this better.   We've got a problem with plastic, what do we do?

24       They looked at metal and they -- they recognized that

25   small metal particles are a risk, you have allergic reactions

to the alloys.  But they didn't stop it.  They said move

forward.  Move forward and let's see if we can find something

better.

In 1995 there was one of the largest meetings of

scientists, surgeons, medical professionals, and companies to

pig out what do we do, should we proceed with metal-on-metal?

It was not something that was undertaken in the back

rooms of -- of some company.  This was debated among

scientists for a long time before the DePuy device was ever

launched.  They debated.  And -- and there was back and forth.

You're going to hear that there were scientists in favor

of metal, scientists against metal.  And he ever is out in the

open.  Eyes are wide open about risks and the benefit of metal

because they studied it, debated, talked about, and published

about it.

The risks of metal have been published about for decades.

Just like the risk of plastic had been published about for

decades, going back to the '70s, the '80s, the '90s, 2000.

The potential risk of the metal-on-metal device had been

published.

Anyone paying attention knows about that risk.

We're -- we're going to talk a lot about scientific

literature.  I'm sure Mr. Lanier and -- and Mr. Cannon will

have scientific articles they'd like to show you.  We will

certainly do that.  But where do surgeons and medical

1    professionals get their information?

2         Some of you I know are well-aware of the scientific

3    literature because you use it in the course of -- of your

4    work, but these are journals that are called peer-reviewed

5    journals.  And this is where scientists and doctors get their

6    information.  They don't get it from the advertisements that

7    Mr. Lanier spent so much time talking about.

8         In fact, these surgeons, the ones that are -- are going

9    to testify in this case will tell you we didn't rely on any

10   advertisements, and never would, that's ridiculous.

11        What's the word he says I like?

12        "Outrageous."  It's outrageous to think that doctors

13   would rely on advertisements to choose what devices to put in

14   their patients.  They don't.  They didn't.  Will not.  They

15   rely on scientific evidence.

16        And the other thing about those ads:  He talked about

17   patients going to their doctors and asking for devices.  Well,

18   this case is about these five plaintiffs.  Not one of these

19   five plaintiffs read those advertisements that he spent so

20   much time on, not one of them relied upon them, not one of

21   them used them, not one of them took them to their doctor.

22   Why is it spending your time on something that has nothing to

23   do with this case?  Nothing.  All these advertisements have

24   nothing to do with this case.

25        But they might make you mad.  And do you make your best

1    decisions when you're mad?

2         You don't.

3         And someone trying to make you mad is not asking you to

4    make your best decision.

5         Why cobalt chromium?

6         It's been used for 80 years.

7         Cobalt chrome has been used for 80 years in human beings.

8    Because it works.  It's strong.  It reacts pretty well to the

9    body.  The body doesn't hate it.  It's not a poison, like

10   Mr. Lanier tells you.  You will hear evidence from medical

11   doctors, from scientists, who will say it's not a poison, good

12   grief.  The body needs cobalt chromium.  In fact, if you take

13   your vitamins, and I'm over 60 so I take my Centrum Silver,

14   and it's got chromium in it, cobalt in it.  It's something the

15   body knows how to handle.

16        It's real important to remember that when you have

17   choices you have different risks.  And the risks of metal were

18   well-known, understood in the medical community for decades.

19   You just have to be paying attention.  And these doctors were.

20        Now, he was talking about how the Charnley was so much

21   better than -- than the metal-on-metal devices.

22        Turns out they're just different.  There were studies

23   comparing Charnley, which is the plastic one, to the McKee,

24   which is the metal one, going way back.  Now, these devices

25   were put in a long time ago.

1    And here's what they found out:

2    The McKee is the -- the orange line, and the Charnley

3    device is doing better.  Looks like it's doing better for

4    first ten years it's certainly better.  First 15 years it's

5    better.

6    If you go out to 20 years it turns out the opposite.  The

7    McKee, the metal is actually outperforming the plastic.

8    That doesn't mean it's better.  That doesn't mean plastic

9    is defective at 20 years.  It just means the choices are

10   different.  And to have a real choice replies -- implies real

11   differences.  That's all.

12   Now, somehow this got lost in Mr. Lanier's story.  And he

13   tells a great story.  I love to hear him tell stories.  But

14   stories aren't always true.  Fiction is written and -- by --

15   by many authors and it's very popular.

16   So he's got a storybook that he wants to tell you about

17   but he missed a pretty big part of the picture.  Because DePuy

18   didn't just come out and start making its own device, after

19   those first generation metal-on-metal devices going way back

20   into the '50s, the folks in Europe went to metal way before

21   DePuy did.  And it did great.

22   In the '80s and '90s there were thousands of different

23   surgeons using metal-on-metal in Europe, Switzerland, Germany,

24   France.  And they're having great results.

25   We talked earlier that the -- the Europeans loved ceramic

1    much better than -- than the U.S. did.  It's just a different

2    choice.  But they used it long before we did.  They also used

3    metal long before we did.  And they had good results.  And

4    they published it in the literature.  And DePuy paid

5    attention.  They listened to this.

6        Now, when you're talking about how do you know whether a

7    device works in the human body, you can do petri dish studies.

8    You can do clinical studies.  More importantly, you can pay

9    attention to what real people are doing with real devices

10   implanted in them.  And around Europe thousands of patients

11   had these devices and it was published in the literature, and

12   the results were good.

13       Dr. Wagner and his son, also Dr. Wagner, used many, many,

14   metal-on-metal devices, published about 'em, and had great

15   results.

16       The same is true throughout.

17       In fact, the results were so good that some of the

18   longest lasting results published in the literature were

19   metal-on-metal, really good results.

20       And DePuy paid attention to that.  And I know Mr. Lanier

21   talked about Graham Isaac and his -- his paper back from '95,

22   but they're paying attention can these devices work, do they

23   work.  And, in fact, they do.

24       So DePuy offered surgeons choices.  What they did is take

25   that great cup we talked about, that POROCOATed cup, they

1   allowed surgeons to choose to put in that cup.  You can put in

2   plastic.  You can put in ceramic.  Or you can put in metal.

3   In one cup.  It's a remarkable achievement.  But that's what

4   DePuy offered with the Pinnacle device.

5       It -- it's -- in fact, DePuy has always had more users of

6   plastic with its device than it has with metal.

7       DePuy has innovated plastic and has been at the forefront

8   of trying to make a better plastic from the very beginning.

9   DePuy is absolutely not against plastic.  We make some of the

10  best in the world.

11      In fact, DePuy invented the first cross-linked plastic --

12  intentionally cross-linked plastic that the FDA cleared in

13  1998 in this country.  So to say we're against it is utterly

14  false.

15      But, this is from the British FDA.  It's called the MHRA.

16  And they said, look, wait a minute, people, surgeons, we don't

17  know what these new plastics are going to do.  And the new

18  plastics are different than the old Charnley plastic for a lot

19  of reason.  They can make it different in a lot of ways.

20      But primarily what they do is irradiate it.  They

21  shoot -- they put radiation into the plastic.  And it causes

22  the molecules in the plastic to get all cross-linked together.

23  That -- that has really good things that come with it.  What

24  it does is it makes it much harder.  It becomes a much harder

25  surface but it also becomes more brittle.  When you make

1    things harder you make it more brittle.  It's a trade-off.

2         So you make it harder.  You get less wear.  That's great.

3    But it also can fracture.  So you add that risk to the

4    equation.  It's that same what risk am I will to take.  It's

5    the bargain you accept when -- when you accept the product.

6         So DePuy -- the -- the Marathon was actually irradiated

7    with five mega-rads of radiation.  Turned out to be a great

8    plastic.

9         But, you know what, DePuy didn't stop there.  Marathon

10   wasn't where they dropped.  They've invented another --

11   another plastic called ALTRX that they think is even better

12   than Marathon.  The Marathon is still good.  It's not

13   defective.  ALTRX has more radiation.  And now they're going -

14   they -- the research is going beyond that.  It haven't

15   stopped.  DePuy is trying to make the best plastic on the

16   planet.  And they're not done.

17        Plastic took the same kind of course metal did.  There

18   are some metal-on-metal devices that haven't worked well.  And

19   the ASR is one of them.  And Mr. Lanier talked about that.

20   But there are many plastic devices that didn't work well.  It

21   didn't mean that plastic was defective.  It just meant that

22   the idea behind that plastic device wasn't as good as others.

23        Carbon-reinforced plastic wasn't the best plastic.

24        Something called Hylamer, which is pressure-intensed

25   plastic, that didn't work well either.

1            Many different companies tried different things to make

2       the plastic better.

3            DePuy is not out there on its own.  There are -- there

4       are really good medical device companies in this country that

5       have come up with different ways to make plastic, and many of

6       the plastics are really good.  So to say we're condemning

7       plastic is -- is just not so.

8            But we talked about the risks.

9            The more radiation you put in this plastic to make it

10      harder the more brittle it becomes and a risk you have is

11      fracture.  It can break.  But you accept it.  It doesn't make

12      it defective.  It's just a risk.

13           Now, DePuy -- Mike Powell and I, I suppose could go to

14      his garage here in Dallas, and try to create some sort of

15      medical device.  It would be a terrible idea for us to do

16      that.  DePuy acted responsibly in its innovation of metal.

17      And it took a long time.  It started way back before it

18      released it.  You go back to 1992 and they're working,

19      designing, innovating, inventing, testing metal before it was

20      ever released to the public.

21           And of course before it can be released to the public if

22      Mike and I want to invent some kind of device we can't just

23      sell it to people.  The FDA in this country has to either

24      clear or approve anything that you can sell.  And, of course,

25      that happened.

 1        This is a busy slide that gives you an idea of the dozens

 2   and dozens of medical tests DePuy employed on the

 3   metal-on-metal device for years before it ever sold the

 4   device.

 5        This is that simulator that Mr. Lanier talked about.

 6   Yes, indeed, it does go back and forth.  Yes indeed, it does

 7   do that.  It is a best way to determine how a device it wears.

 8        We didn't have a test where the hip simulator had us

 9   skipping on one foot and singing a song while we're doing it.

10   That's ridiculous.  We didn't do that.  We ran the test that

11   the International Standards Organization said was the right

12   test to use on hips.  And we did it for a long time.

13        Now, you remember the Metasul device that was doing so

14   well in Europe?  It seemed to DePuy that, well, how do we go

15   head to head?  How do we compare (sic) against a device that's

16   working great in people.  The Metasul device was working great

17   in humans.  So they decided to put the Metasul in their

18   simulator head to head with the Ultima device which is another

19   metal-on-metal device that they were working on at the time,

20   and they compared the wear rates.  It turned out our metal was

21   wearing less than the Metasul.  It's just a logical

22   comparison, and that's the kind of testing they did.

23        Two billion cycles.  What does that mean?  Most of us if

24   we're active will walk between one and two million cycles a

25   year.  So two billion cycles we're looking at over a thousand

1    years of human beings walking.  That's the kind of testing --

2    And this took a long time.  In order to do this, you've got

3    tests that last for months.

4         One test will last for months before you finish it.  But,

5    you know, it's hard to hear the things that the plaintiffs say

6    about DePuy because these are good people doing their very

7    best to make good products, and they did a tremendous amount

8    of work to do that.

9         Now, the FDA was paying attention.  The FDA in this

10   country cleared the Pinnacle metal-on-metal, the Ultamet

11   device, and it also cleared 190 metal-on-metal devices from

12   various manufacturers.

13        The FDA was paying attention.

14        Now, we know that -- You remember that meeting back in

15   1995 with UCLA with the hundred scientists?  Two of those

16   scientists were FDA scientists, and they were there to hear

17   the debate about the good and bad of metal.  They did more

18   than just listen.  They published in the peer-reviewed

19   literature, Dr. Kathy Merritt and Dr. Stan Brown were

20   scientists with the FDA who talked about the risk of metal and

21   published on the risk of metal in 1996 including a discussion

22   of the very hypersensitivity reaction that Mr. Klusmann

23   suffered.  This was well-known and well understood by the FDA

24   before they cleared these devices to be used.

25        And this is just kind of a timeline of the different --

1    the different tests that were done, the different entries that

2    were made to the FDA.  And, in fact, there were clinical

3    studies done.  The FDA approves a clinical study of the Ultima

4    hip.  The FDA approved a study of the one-piece hip.  So there

5    were clinical studies being done on real patients with real

6    metal-on-metal devices, studies approved by the FDA.

7        Here's the actual approval letter.  I'm sorry.  Here's

8    the actual clearance letter from the FDA from October of 2000.

9        Now, the FDA didn't have just information from DePuy.

10   DePuy was required to provide whatever information the FDA

11   wanted about its devices, but they also had -- had information

12   from all the different manufacturers who also made medical

13   devices.  The FDA had an incredible amount of information

14   available to it and had improved the devices.

15       You know, what -- what's this case about?  It's a product

16   liability case that requires them to prove our product was

17   defective.  Has the FDA ever said that the Pinnacle

18   metal-on-metal device is defective?  The answer is no.  To

19   this day they have never said such a thing.

20       Now, as of 2012, the FDA had cleared 190 different

21   submissions for metal-on-metal devices in the United States

22   alone.  And that's from their web site in 2015.

23       Around the world the equivalents of the FDA have

24   approved, cleared, or permitted the use of metal-on-metal

25   devices, the Pinnacle Ultamet, in 51 countries.  They have

never -- No FDA has ever said your device is defective, you have to re-call it.  Never.  51 countries around the world.

Now, I'm not saying that the FDA equivalent in Egypt is anything as good as the FDA in this country, but the FDA equivalent in England, in France, in Germany, in Norway, in Sweden, are all very sophisticated.  All very sophisticated.

Here's what the FDA is saying on their web site.

"Overall, metal-on-metal hip implants have been shown to provide high implant survivorship (no need to remove the implant and put another in its place) in certain patient populations."

That's a long, long way from saying a device is defective.  They have not said that.

The FDA even talks about the risk-benefit ratio that we've talked about, and that's going to be so important in our analysis.

For many patients, currently available information supports a favorable risk-benefit ratio.  That's the FDA as of 2015.

And, in fact, metal-on-metal has had good results.  It hasn't had always good results.  And some metal-on-metal devices haven't had good results at all.  You heard about those.

What you didn't hear about are the devices that have had good results in different countries around the world.

1          We know that there is a risk of a tissue reaction.  We

2    know that.  Every person who is paying attention -- scientist,

3    surgeon, medical person -- knows that metal-on-metal can cause

4    a tissue reaction.

5          How often does it happen?  There is studies showing that

6    from about 2013 the Dr. Wiley study showed in about 14,000

7    hips that the incidence of that reaction was .06 percent.  The

8    study in Japan showing about the same number of hips, about

9    13,500, they found the ratio of metal reactions was about .5

10   percent with one kind of device and 1.2 percent with another

11   kind of device.

12         So we've talked about this before, revisions happen, but

13   you need to put in perspective how often is the revision due

14   to a problem with metal.  In 2000 -- I'm sorry.  I don't

15   remember the date of this article, but it's relatively recent.

16   This was the pie chart showing the different reasons for

17   revision.  Metallosis was one of the reasons absolutely, but

18   if you put it in perspective, osteolysis, the risk for

19   revision to plastic was five times as high.  Now, to be fair

20   you have to understand that there are more plastic devices

21   than metal devices.  So the percentages have to be viewed --

22   Anytime you look at statistics, you've got to look hard at

23   statistics, right?  Because statistics can be made to look

24   different ways by different people.  So look hard at the

25   statistics.  We'll try to be as -- as clear about that as we

can.

One of the things that -- that is important when we're looking at the statistics of survivorship -- particularly the survivorship of plastic -- is that there are lots and lots of metal-on-plastic patients walking around with metallosis.

What they have found is there's a high percentage of patients that are not revised but in fact have osteolysis. Now, how long is it going to be before they are in fact revised. How long is it going to be before the statistics about the success of plastic look different?

Here these are patients -- 40 percent of these patients who are unrevised have osteolysis. Here, it's 15 percent of the stem part have osteolysis on the stem, and another 17 percent of the surviving have acetabular osteolysis. So you have to pay attention to -- to statistics about survival when you're looking at metal-on-plastic because there are many of those devices that have osteolysis and yet are still in place.

The Pinnacle Ultamet has performed extraordinarily well. Of all metal-on-metal devices, it has performed beautifully. What we know is if you look at the different registries -- In Australia, you're going to find that the Pinnacle Ultamet not only is best in class, it's number one and number two. It's rated number 1 with one stem and second best with a different stem. The very best in class. And the second best in class.

In the Nordic registry -- That's a registry with Sweden,

1    Finland, Norway, Denmark -- I'm missing one.  They found when

2    you look at the numbers the metal does just as well as the

3    plastic.

4         The U.S., I believe that's the Medicare database, they

5    found that metal and plastic performed the same -- I'm sorry.

6    This is actually the Health East registry because it's looking

7    particularly at the Pinnacle which performed just as well as

8    the plastic.

9         And in the UK, the registry that Mr. Lanier loved so much

10   metal -- Pinnacle Ultamet is also best in class.

11        How do we know?

12        Their expert, Dr. Al Burstein, who actually was present

13   at the 1982 National Institute of Health meeting that looked

14   at metal.  He was there.

15        "Q.  Is it accurate to say that the Ultamet outperforms

16   other metal-on-metal devices in the UK registry?"

17        Dr. Burstein:  "It has better survivorship, yes."

18        So to say the Pinnacle is defective is wrong in so many

19   ways.

20        How would you evaluate a hip if you had one put in?

21        How would you do that?

22        The best way is how does it feel, how does it work?

23   Well, there are studies about that.  The Harris Hip Score

24   evaluates how well the hip does.  The Oxford hip score also

25   does.  Our device has been studied.  How well does it do?

1          It does great.   You take the patients before and after.

2     Before hip surgery the -- they're doing very poorly on the

3     Harris Hip Score.   After, the results are excellent.   Across

4     the board poor to excellent.   That's the test of whether a

5     product works.   That's the test of whether a product is not

6     defective.   And here is one of these studies that we're

7     looking at.   We've talked about how these become the knowledge

8     of doctors.   That's where doctors go to get their information.

9     They don't -- they don't go to an advertisement.   Doctors

10    study.   They look at the scientific research.

11    This is just another study showing how well the -- the cup

12    performs.   This is just the cup part.   It performs

13    beautifully, virtually a hundred percent survivorship at ten

14    years.   97.9 if you include reoperation for any reason.

15    The Pinnacle cup is an incredible cup, and the company is

16    justly proud of it.   How do surgeries choose?   How do they

17    pick?   We know that they are highly trained.   Hopefully, I

18    won't become too annoying with this, but I'm so proud of my

19    daughter, every chance I get I talk about her.   She's in her

20    first rear of residency at the University of Chicago.   I about

21    beam every time I talk about her.   But surgeons just don't go

22    to a little bit of school.   It's four years of medical school.

23    To become an orthopedic surgeon, it's five years of residency

24    and another fellowship so they learn how to do specialized

25    things.   They get board certified.   They continue their

1    training throughout their career.  And the essence of the

2    practice of medicine is choosing the right device for your

3    patient because what we know for sure is surgeons are

4    individuals.  They're not all the same.

5    Even something as simple as are you a left-handed surgeon, are

6    you a right handed surgeon, it matters.  And different devices

7    work differently in different surgeon's hands.  Some of them

8    love metal, some of them love plastic, now -- not very many,

9    but now in the U.S. you can get ceramic.  Used to be not so

10   long ago if you wanted ceramic as an American you had to go

11   over to Europe to get it.  Now it's available as a choice here

12   in this country, too, and different surgeons love it, and some

13   surgeons hate it.  Choices.

14        And like I said, people are a funny bunch.  We are all

15   different.  We are all so different.  Which is a good thing.

16   It's a beautiful thing.  But different people have different

17   needs.  It wasn't very long ago when surgeons had to make the

18   patient fit the hip device.  Today because of innovation by

19   companies like DePuy, you can make the device fit the patient.

20   Here, again, we've talked about Pinnacle offering these

21   choices.  The great shell, you can put in ceramic, metal or

22   plastic.  And they're all good options.  They all have their

23   risks, all have their benefits.  Not one of them are

24   defective.

25        How do surgeons choose?  You're going to hear from

1    Dr. Emerson.  He will testify in this trial.  He wrote in 2005

2    in the peer-reviewed literature how he did choose.  Talking

3    about metal "We do, however, weigh the potential unknown

4    effects of metal ions against the potential benefit of

5    improved wear characteristics and lower dislocation rates

6    during our pre-operative discussions with our patients and as

7    a standard part of the operative consent."  That's how it's

8    done.  Surgeons look at the literature, know the risk, weigh

9    the risk and talk about it with their patients.  That's the

10   right way to indict.

11       These plaintiffs are all different and Mr. Cannon asked

12   me to do this, Mr. Lanier asked me to do this.  I will tell

13   you what the evidence will show on why they were revised.

14   They're all different people, and they're all highly

15   accomplished people, very successful at what they do, but

16   they're all different.  Remember that, because you're going to

17   be asked to evaluate each of them individually.

18       Now, we talked about this.  This is just a reminder, and

19   I'll talk about it in detail, but Mrs. Aoki revised because

20   her hip was unstable.  Mr. Christopher because of the

21   bleeding.  Dr. Greer, his autoimmune disease, Captain Peterson

22   because of the pre-existing cyst that came back.  And

23   Mr. Klusmann, the hypersensitivity.

24       Now, how do we know that they're all different?

25   Let's take a look at how the devices performed, because we --

1    Dr. Campbell evaluated and tested the amount of wear that came

2    from these devices.

3        Mrs. Aoki, who had her device for the lowest amount of

4    time, had by far the highest amount of wear.  How is that

5    possible?

6        We're going to tell you.

7        But the others, for seven years, over six years, had very

8    low wear.  A minuscule amount of wear, which means the device

9    is minding its own business doing what it's supposed to do

10   inside their bodies and the revision happened for another

11   reason.

12       Okay.  How do we know Mrs. Aoki was unstable?

13       Because she told us.

14       Her medical records are filled with references to the

15   instability of her hip.  She always felt a bit wobbly in PT,

16   but was told that just increasing her muscle strength would

17   help that.

18       That's right.  The muscles were lax and if you could

19   somehow make them tenser and tighter it would -- it would get

20   the instability out.

21       The hip always had a feeling of instability to it.  And

22   it's gotten worse.  And then they started to feel she had a

23   clunk.  Well, you're not supposed to feel a clunk in your hip.

24   That's not normal.  That's not right.  And it's the

25   instability, the tissues were lax, causing the head to move

out and clunk back into the hip.

And then she got squeaking.

Well, ceramic devices can have squeaking.

Metal devices, unless something is not going right don't squeak.

She had squeaking reported multiple times.

And then when she was revised Dr. Pearce did a revision, inside the revision inside her hip he was able to find pistoning.

Well, pistoning is, again, caused by laxness, moving back and forth, in and out of the hip.

When he fixed her, when he revised her, and he did -- and we'll talk about how he fixed it.  He rigged the instability.  After he put the trial in we had better stability, no pistoning, and very good stability.

Once again, very good stability and no pistoning.  He emphasized that in his operative report because that's how he fixed her.

And this is the result of that pistoning.  This is called edge wear.  This is a photo of her actual explanted device taken by Dr. Campbell.

And this is an edge wear map.  The green is low wear.  And the red is high wear.

And so what happens is as you're moving the head out you're sliding across the edge.  When you do that with the

pistoning, the clunking that she had, you're wearing on the edge.  That's why she had high wear and the others had low wear.

And her -- her blood ion levels were high too.  Now surprise.  She had high wear.  She had high ion levels.  And remember, that's how the body is reacting to the metal wear debris.  It's handling it.  It's treating it.  It's sending it out through the blood.

Stable joint, it's well within the socket.

And subluxation, unstable joint, it's out to the edge. It's really that simple.

But we warned -- DePuy has warned about subluxation and dislocation from the beginning.  It can happen.  If you don't get the joint tight enough, if the joint is lax you can have subluxation, you can have dislocation.  And we told the doctors that.  But they knew it anyway.

How did -- how did Dr. Pearce fix her?

Okay.  This is kind of busy but it's actually pretty cool.  This is her original surgery.  And she had this much length between her -- her hip bone and the start of her femur. 64 millimeters.

He lengthened it to 70 millimeters when he was doing the surgery.  It's not a lot but it was enough, four and a half millimeters of extension and length caused her tissues to be tight enough that she's not unstable anymore.  That fixed it.

1       Okay.  What we know is the reason for her revision was
2   instability and had nothing to do with whether her device was
3   made outed of metal, wood, plastic, ceramic, or anything else.
4   It wasn't a defect that caused her revision.
5       Now, Mr. Christopher, he has the blood in his joint,
6   hemarthrosis.
7       How do we know?
8       Well, let's talk about him from the beginning.
9       Well, first, he was originally diagnosed with avascular
10  necrosis, by -- by his doctor.  Reasonable diagnosis, turned
11  out that wasn't correct.  And they only found that out on
12  pathology.  He had osteoarthritis like three of the other
13  plaintiffs here.  And he had restrictions in all of his
14  activities of daily living.  He needed a hip.
15      So he got the hip.  And he did great.  Absolutely great.
16  Surgeon doesn't even want to see him back until three years
17  later.  He's done well and regained good function in his hip.
18      But about five and a half years later he comes back to
19  see his doctor.  And here's -- here's what original they found
20  "After his primary hip replacement" he had no pain whatsoever.
21      This is great.  This is the hip that he forgot.  This is
22  the Pinnacle metal-on-metal hip that they're saying is
23  defective.  It's the hip he forgot.
24      But he comes back in, in June of 2015.  And he's had his
25  hip replaced in 2006.  Then great.

1          Then he had right groin pain that started two, three

2     weeks ago.  A sudden onset of pain.

3          That's important.  You've got to remember that.  He does

4     do a lot of heavy lifting.  That's what his doctor reports.

5          Okay.  That's important too.

6          He writes, the patient may be having a metal-on-metal

7     reaction.  He's concerned that that's a possibility.  And he

8     recommends the patient get a chromium and cobalt level and a

9     MARs scan of the hip.  He -- at this point he was already

10    thinking, well, it'll probably lead to a revision of the

11    components, because, as -- as Dr. Cannon -- or Mr. Cannon

12    said, Dr. Kearns was someone who he was never in favor of

13    metal-on-metal and he was somewhat spring-loaded to take it

14    out.

15         But let's see.  The test he -- he decided to order, these

16    metal ion levels, they're -- they're almost nothing in

17    Mr. Christopher.

18         For the cobalt level, it's non-detect-- can't find it.

19         The chromium is well, well within normal limits.

20         That tells you the device is doing fine.  It's operating

21    the way it's supposed to operate.

22         Now, when he did -- he did the revision surgery because

23    of the pain in the hip.  What'd he find?

24         He says he saw a metal-on-metal reaction encountered with

25    fluid and synovial hypertrophy.  But then he describes the

1    fluid.  The fluid he describes as yellowish-greenish fluid.

2         Now, Dr. Emerson will tell you that's what you'd expect

3    from a hip with hema -- hemathrosis.  That's what you would

4    expect from a hip with a bruise in the joint, blood on the

5    joint.  That's what you would not expect from a hip with a

6    metal-on-metal reaction.  They look different.

7         And the pathology confirmed it.

8         In the pathology they're predominately macrophages,

9    remember those little Pac Men that eat up the plastic?  They

10   also eat up old blood.  Macrophages with brown pigment in it.

11        And the lymphocytic reaction, which is one of the things

12   you look for in a metal-on-metal reaction, that wasn't present

13   in the pathology.

14        Pathologists, you're going to hear from Dr. Scott Nelson

15   from UCLA.  He's going to talk to you about Mr. Christopher's

16   tissue and how it looked good and how he found golden-colored

17   pigment in macrophages in his -- in his tissue and that the

18   best explanation for that is that they're old blood.

19        So he's got pain.  He's got swelling in his joint.  And

20   the pain is most likely caused by pressure from the bleeding

21   of his hemarthrosis.  It was not caused by a metal reaction.

22        So, again, Mr. Christopher was revised but not because of

23   any defect in his Ultamet hip.

24        Dr. Greer is our next plaintiff.  Dr. Greer suffered from

25   an ongoing autoimmune for much of his life.

 1          THE COURT:   You've got five minutes.

 2          MR. SARVER:   Thank you, Your Honor.   Appreciate it.

 3      He was diagnosed originally with polymalgia rheumatica

 4  that had these kind of symptoms.

 5      He was eventually given a -- an Ultamet hip.   And he

 6  started having some symptoms that caused him to go to an

 7  infectious disease specialist who actually nailed the diagnose

 8  early on.   He said consider the possibility this is an

 9  autoimmune process related to his polymyalgia or that he has

10  developed a more aggressive autoimmune disorder with joint

11  involvement.   He had a sarcoid in his hip that caused pain.

12      And the pathologist will tell you -- this doesn't mean

13  anything to me either, I know -- I know it doesn't mean

14  anything to you, but this is classic for a sarcoid, and that

15  means pain.   You've got inflammation in the hip that led to

16  his pain, had nothing whatsoever to do with metal.

17      Now, Dr. Greer continues to have some thigh pain.   And

18  the reason for his thigh pain is that the stem of his hip is

19  actually put in a little off-kilter and it's impinging on the

20  bone at the bottom of his -- of his -- the stem.   It created a

21  notch in his femoral cortex, that's continuing pain.   And the

22  stem is left in place.

23      So Dr. Greer is going to have to decide on his own choice

24  do you want to have the stem replaced or not.   That will fix

25  the pain.

1          Captain Peterson, the preexisting cyst:

2          We know that the reasoned he had THA in the first place

3     was because he's a cyst developer.  Incredible athlete.  But

4     he needed the hip because he could barely walk.

5          The cyst developed his acetabulum.  That's the top part

6     of his hip joint.  Continuing record of those hips.  And

7     here's what we're looking at.  Those are that -- those are

8     the -- the cysts -- the kind of cysts that form from someone

9     working a hip hard.

10         After the surgery look at this, I mean this is -- this is

11    just wonderful.  This is what DePuy hopes for:  Ride daily and

12    strenuously, do all the walking, lifting involved in normal

13    life, all without pain.  He did it for six years.  But that's

14    a lot of work and effort on the hip.  These are things he did

15    throughout the time that he had his Ultamet hip.

16         But the cysts came back.  And they came back not because

17    of metal.  They came back because of the pressure that was

18    caused by all his strenuous, really wonderful, accomplished

19    activity.

20         And you will hear an expert come in and tell you that

21    based on the CT scan he can tell you the revision was not due

22    to metal debris, rather it was due to fluid pressure.  I don't

23    read that to mean anything, about an expert does.

24         Again, Captain Peterson was revised because of the cyst

25    coming back, not because of any defect in the Pinnacle device.

1        Mr. Klusmann, of all the -- the patients, has the ability

2    to understand and know and choose risk versus benefit and to

3    understand how to deal with doctors.  He's the CEO of a

4    hospital.  He knows this stuff.

5        DePuy has always warned about the potential for a tissue

6    reaction in a metal-on-metal device.  Always warned about

7    that.  And his doctor knew about it.  You're going to hear

8    from Dr. Heinrich who said I knew that.  I knew -- that DePuy

9    didn't tell need to tell me.  I knew that long before.  It's

10   one of the things I considered in deciding what hip to use.

11       Dr. Heinrich warned Mr. Klusmann.  This is from the

12   medical records from Mr. Klusmann where Dr. Heinrich described

13   the risk of surgery.  In the very middle of the document you

14   see hypersensitivity.

15       This is no surprise.  It wasn't kept secret from anyone.

16   It is a known and expected risk.  And Mr. Klusmann signed the

17   consent saying that I understand, I get it, but I want the

18   hip.

19       No question that hypersensitivity was the diagnosis for

20   Mr. Klusmann all throughout his records.  Everyone agrees,

21   including the plaintiffs' experts.

22       So at the end of the day we're going to ask you to render

23   your verdict based on the evidence and not based on any

24   emotion that you've heard from -- from plaintiffs' counsel or

25   Mr. Lanier.  But the evidence is not one of them was revised

1    because of any defect in the Pinnacle metal hip.  They all had

2    individual different reasons for their revisions.

3         Thank you very much.

4         Thank you, Your Honor.

5              THE COURT:  Thank you, Mr. Sarver.

6         Ladies and gentlemen, we'll start back at 1:35.

7         The lunch for you is in the jury room.

8         Thank y'all very much.  Don't talk about the case.

9                   THE COURT SERVICE OFFICER:  All rise.

10                  (Recess taken at 12:28.)

11                  (Proceedings resumed at 1:47.)

12             THE SECURITY OFFICER:  All rise, come to order,

13   please.

14                  (Outside the presence of the jury.)

15             THE COURT:  Okay.  Just from what y'all have said

16   I'm assuming Dr. Ekdahl is the first witness, right?

17             MR. LANIER:  That's correct.

18             THE COURT:  What about exhibits?  Have we got any

19   agreements or do I just need to rule on the fly?

20             MR. LANIER:  I have shown the exhibits that I plan

21   to use until the next break.  Mr. Quattlebaum, I understand

22   there are two exhibits that he has a question about.  An

23   objection to.

24             THE COURT:  Do y'all agree on some of the others?

25             MR. QUATTLEBAUM:  Yes, Your Honor.

1          THE COURT:  Ah, thanks, Mr. Quattlebaum.  I

2    appreciate that.

3          MR. LANIER:  You are objecting to Plaintiff's

4    Exhibit 38?

5          MR. QUATTLEBAUM:  Exhibit 38, you will recall from

6    the previous trial is the proposed rule change that's

7    contained in the CFR regarding metal-on-metal products and

8    Mr. Lanier spent considerable amount of time going over that

9    in detail.  Our objection is that, number one, it's hearsay.

10   Number two, it's a proposed rule, not a final rule.  So it has

11   very little -- has no probative value, but whatever probative

12   value it might have would be substantially outweighed by its

13   prejudicial effect and questioning this witness about

14   something contained in the CFR is beyond the scope of the

15   witness and not proper cross-examination.

16         THE COURT:  And?

17         MR. LANIER:  And I used it last time against him.

18   It's something that he certainly had notice about, everybody

19   had notice about.  It's the FDA findings.  It's the rest of

20   the story from what Mr. Sarver put on the opening screen this

21   morning.

22         MR. QUATTLEBAUM:  Your Honor, before I go on,

23   Mr. Ekdahl is in the room.  If you want him to step outside.

24         THE COURT:  Would you?

25         MR. QUATTLEBAUM:  Sorry.

1          THE COURT:  I'm sorry.  I should have recognized

2  him.  I didn't see him.  My fault.

3          MR. QUATTLEBAUM:  Our response to that is it's not a

4  final document, Judge.

5          THE COURT:  What's happened by the way on these?

6          MR. QUATTLEBAUM:  Nothing.  It's not a final.

7          THE COURT:  Still pending?

8          MR. QUATTLEBAUM:  Yes.

9          THE COURT:  The federal government acts like this.

10  Have y'all noticed?

11          MR. LANIER:  As a practical matter the FDA did issue

12  a ruling that required drug -- metal-on-metal product

13  manufacturers to go through the PMA process now, and none of

14  them are doing it.  So there's no need for this rule to become

15  final until they do.

16          MR. QUATTLEBAUM:  I disagree with --

17          THE COURT:  You disagree with that interpretation

18  that that's what they're doing?

19          MR. QUATTLEBAUM:  I disagree they ever did that.

20  They proposed it, but they have never done it.  They have

21  talked about going forward and making such a requirement.

22          THE COURT:  So they don't have that shorter way of

23  doing it?

24          MR. QUATTLEBAUM:  Well, sort of.

25          THE COURT:  Or different way of doing it.  Would

1    that be a better term?

2              MR. QUATTLEBAUM:   Correct.

3              THE COURT:   Okay.   But they have not done anything?

4              MR. QUATTLEBAUM:   It hasn't happened.

5              THE COURT:   How are y'all so disagreeable on that?

6              MR. QUATTLEBAUM:   It's just our nature.

7              THE COURT:   Well, yes, that's true, but --

8              MR. LANIER:   It's the way we're wording it.   The

9    reason it hasn't happened is because they pulled the product

10   off the market.   If they were going to continue with the

11   product, then the FDA would have said you have to do a PMA.

12             MR. QUATTLEBAUM:   We disagree.

13             THE COURT:   All right.   I will think about this.

14   Don't talk to him about it until we take a break.

15        I'm assuming he's not a five-minute witness.

16             MR. LANIER:   He's not a five-minute witness, but

17   that was pretty early on, Your Honor.

18             THE COURT:   Pretty early?

19             MR. LANIER:   Because I used it in the last trial

20   without any trouble.

21             THE COURT:   I understand that.

22             MR. LANIER:   I know.

23             THE COURT:   I've become a better judge since then.

24                       (Laughter)

25             MR. LANIER:   I understand, Judge.

```
 1              THE COURT:  I've read some law since then.
 2              MR. LANIER:  Okay.
 3              THE COURT:  But I will look at it and let you know.
 4              MR. LANIER:  Thank you, Your Honor.
 5         The other one is Plaintiff's Exhibit 10 that we're going
 6    to offer, which is a PowerPoint by one of their consulting
 7    doctors, Dr. Fehring.  I showed a slide from it in opening.
 8    It's the seduction Powerpoint.
 9              THE COURT:  You think?
10              MR. QUATTLEBAUM:  First of all, it's hearsay.
11    Second, if somebody needs to talk about it, it would be
12    Dr. Fehring.
13         Third, it occurred sometime -- We're not sure exactly
14    when, but certainly after all of the implants that are in
15    existence in this case -- and, frankly, probably after
16    Ultamet -- was withdrawn from the market.  So whatever
17    probative value it has would be only probative in context of
18    Dr. Fehring.  And whatever effort it would have in -- with
19    Mr. Ekdahl would be substantially outweighed by the confusion
20    it would cause because he didn't create the document.
21              THE COURT:  Okay.
22              MR. LANIER:  We've got the deposition to prove up
23    the document and to prove that this was a speech that's been
24    given repeatedly by the company to prove that this is, in
25    fact, a fellow who has been paid by DePuy who worked on the
```

1    project, and he's looking back historically and giving his

2    assessment.

3            THE COURT:   What is this document?

4            MR. LANIER:   The PowerPoint presentation that the

5    doctor has given at continuing medical seminars.

6            THE COURT:   Is he a DePuy paid doctor?

7            MR. LANIER:   Yes, he is.

8            THE COURT:   Has he made it at DePuy events?

9            MR. LANIER:   Yes, he has.

10           THE COURT:   What are you going to ask --

11           MR. LANIER:   Did you say has he made this

12   presentation at DePuy events?

13           THE COURT:   Yes.

14           MR. LANIER:   I don't know that.

15           THE COURT:   Absolutely?

16           MR. LANIER:   He tells everybody -- You will see at

17   the beginning of it you'll see he lists himself as someone who

18   has the interest -- On the conflict of interest sheet, Your

19   Honor, he will say his disclosure is royalties, DePuy and a

20   J&J consultant.   And he puts that at the start of the

21   presentation himself.

22           THE COURT:   Is Fehring coming?

23       No?

24           MR. LANIER:   We've got him by deposition, your

25   Honor, but not live.

```
 1              THE COURT:  But he's going to be played?
 2              MR. LANIER:  Yes, Your Honor
 3              MR. QUATTLEBAUM:  He will either be played or live.
 4         He testified about this extensively in his deposition.
 5    He was never an agent of DePuy when he gave that presentation.
 6    It's not clear when he gave it.  He said I think I gave it to
 7    residents.  I think I might have been in a debate with another
 8    doctor about it when I gave it.  Mr. Lanier showed him that
 9    very slide, and he said you're taking this out of context and
10    dramatizing it.  I remember that from the deposition.
11         So it was never an admission by DePuy because he's not an
12    agent of DePuy.
13              THE COURT:  Okay.  Overrule your objection to this
14    one.
15         The other one I'll think about.
16         What else?
17              MR. LANIER:  Those are the only two in contention
18    for the next hour or two, Your Honor.
19              THE COURT:  Here's what I propose to say to the
20    jury, the exhibits that they don't offer are automatically in.
21    I'm not making the lawyers go -- They have been cooperative,
22    and there will be a number of those exhibits.  There may still
23    be fights about exhibits, but they will come up as they
24    actually come up, but otherwise that's -- that's -- it's just
25    saving some time.  Is that okay with you?
```

1          MR. QUATTLEBAUM:  Yes, Your Honor.

2      With regard to saving time, I need some advice from the

3  court.

4      There will be a lot of exhibits in this case that will

5  postdate the implant of the plaintiff, that will go to the

6  issue I presume of whether there should have been some notice

7  to DePuy or some other purpose and the postdating or a

8  statement by DePuy --

9          THE COURT:  I'm not sure what you're saying.  They

10  were postdated or they occurred after the implants?

11          MR. QUATTLEBAUM:  Thank you for that clarification.

12  They were not postdated.  They occurred after the implant

13  occurred, and so they could not have affected the decision

14  making of the surgeon who implanted the device.  I don't want

15  to have to stand up every five minutes and make that

16  objection, if I can help it.  May we have a continuing

17  objection for that purpose for documents that are dated that

18  occurred after the event of the implant?

19          THE COURT:  Do it once and that will be fine.  How's

20  that?

21          MR. QUATTLEBAUM:  Thank you, Your Honor.

22          THE COURT:  I mean, I know that's not perfect.  I'm

23  going to let that in, but do it once because I think the jury

24  needs to hear it once, and then I will make it clear on the

25  record, but remind me to do it, that you don't have to do it

```
 1    otherwise.
 2              MR. QUATTLEBAUM:  Judge, don't strike me down if I
 3    happen to make it more than once.
 4              THE COURT:  I can't promise that, on the strike you
 5    down thing.
 6                        (Laughter)
 7              MR. QUATTLEBAUM:  All right.
 8              THE COURT:  I mean, all y'all are in line of danger,
 9    from both sides.  You just are.  You're lawyers.
10              MR. QUATTLEBAUM:  I feel like I'm in a canoe in a
11    thunderstorm.  You might get struck by lightning.
12              THE COURT:  I would say a rubber raft, and I mean
13    like my grandkids have, not the real good kind like the
14    military.  That's what I would say.
15         Yes, I know.  My friends say, yes, federal court is a
16    place where bad things happen to lawyers.  That's what my
17    friends say.
18              MR. QUATTLEBAUM:  To good people.
19              THE COURT:  But I will try to be nice to you.
20         Here we go.
21         And fair.
22         All right.  So how many other exhibits are there on him?
23              MR. LANIER:  Your Honor --
24              THE COURT:  30, 40, 50?
25              MR. LANIER:  Yes, Your Honor.
```

```
 1              THE COURT:  Okay.  All right.
 2       Anything else?
 3       I want to make sure -- Mr. Powell, usually there's
 4  something you have kind of the last Columbo word.
 5              MR. POWELL:  I do not have anything else right now,
 6  Your Honor.
 7              THE COURT:  Thank you, Mr. Columbo.  I appreciate
 8  that.
 9       All right.  Let's bring them in.
10                    (Jury enters the courtroom.)
11              THE COURT:  If the sandwiches were cold, that was my
12  fault.
13       All right.  We're ready to call our first witness.
14              MR. LANIER:  Thank you, Your Honor.
15       As an adverse witness I would call the DePuy Johnson &
16  Johnson at least president for a while Andrew Ekdahl to the
17  stand.
18              THE COURT:  Mr. Ekdahl, how are you today?
19              MR. EKDAHL:  I'm fine, thank you.
20              THE COURT:  Good to see you.
21              MR. EKDAHL:  Thank you.
22              THE COURT:  Would you raise your right hand.
23       Oh, Ronnie, you're going to swear him in.  I'm sorry.
24                    (Witness sworn.)
25              THE COURT:  Have a seat next to me, Mr. Ekdahl.
```

1    There is water.

2        Is there anything else you need down there?

3            MR. EKDAHL:  I'm fine.

4            THE COURT:  You know how to talk into that

5    microphone?

6            MR. EKDAHL:  Yes, sir.

7            MR. LANIER:  May I begin, Your Honor?

8            THE COURT:  Yes.

9                        DIRECT EXAMINATION

10   BY MR. LANIER:

11   Q.    Mr. Ekdahl, good afternoon.

12   A.    Good afternoon.

13   Q.    I want to make sure that the jury knows how to spell your

14   name as much as me.

15       You are Andrew, can you spell your last name, please?

16   A.    Certainly.  E-k-d-a-h-l.

17   Q.    Mr. Ekdahl, what is your current job, today?

18   A.    My job today is the president of Ethicon Surgical Care.

19   Q.    And Ethicon Surgical Care is another Johnson & Johnson

20   subsidiary?

21   A.    That's correct.

22   Q.    And they also make medical devices?

23   A.    That's correct.

24   Q.    All right.  At one point in time you were the president

25   of DePuy, the company that makes the hips, right?

1    A.    Yes, I was the president of DePuy Synthes Joint

2    Reconstruction.   Correct.

3    Q.    Mr. Ekdahl, before we get into that, were you here or in

4    one of the overflow courtrooms where you were listening to the

5    opening statements this morning?

6    A.    No, sir.   I arrived during the break.

7    Q.    Did you have an opportunity to hear anything at all --

8    and I'm not asking you about what lawyers have told you, but

9    to hear anything at all about the various themes that were set

10   forward by Mr. Sarver on behalf of DePuy?

11   A.    No, sir.

12   Q.    All right.   I'd like to look at some of these themes, at

13   least as I heard them, and see if you and I can agree upon

14   some aspects related to them.   Okay?

15   A.    Okay.

16   Q.    I'm calling them J & J/DePuy excuse.   That's probably a

17   bit argumentative of me.   I'll at least say these themes.

18   Okay?

19        Do you follow me?

20   A.    I follow what you have written.

21   Q.    And I want to look at those, but I also want to look at

22   the truth and see if we can come to an agreement about some

23   truth on such issues.   Fair?

24   A.    Okay.

25   Q.    All right.   First, innovation is important.

1        Now, you believe that, don't you?

2   A.   Innovation is important, yes, I do.

3   Q.   But you also would agree with me that innovation must be

4   done responsibly, right?

5   A.   Yes.

6   Q.   And you would also agree with me that innovation without,

7   for example, proper testing, innovation minus proper testing,

8   can be a formula for disaster, can't it?

9   A.   I would use appropriate testing.

10  Q.   All right --

11  A.   And I don't know that --

12  Q.   -- you would say appropriate instead of proper?

13  A.   And I'm not sure that that is a disaster.

14  Q.   It can be.  You might look at it, might be, might not be,

15  right?

16  A.   May or may not be, but I don't -- I wouldn't use

17  disaster.

18  Q.   Have you looked at some of the problems that some of the

19  plaintiffs have had in this case?

20  A.   I'm not familiar with the plaintiffs in this case.

21  Q.   Have you considered what's happened to Mr. Klusmann or

22  some of the others who have lost a lot of tissue and muscle

23  and tendons and whose bodies have been wrecked?

24  A.   I'm not -- I don't know what's happened to each of --

25  Q.   All right.

1   A.    --to these of these plaintiffs.

2   Q.    All right.

3         Next thing.

4         No hip implant is perfect.

5         Now, you and I both know that to be true, don't we?

6   A.    I would say no medical device is perfect.

7   Q.    Okay.  Well, what other kind of hip implants are there?

8   A.    Well, there could be a trauma hip implant, but I'm saying

9   that there is -- no medical device is perfect, and hips are

10  medical devices.

11  Q.    Okay.  So you would agree with us that no hip implant is

12  perfect.

13        I mean, I think that's one of the big arguments that

14  y'all have been making.

15  A.    I think that we have -- keep going.

16  Q.    Okay.

17        Now, while no implant is perfect, would you also agree in

18  front of the jury that perfection is not the standard.  Right?

19  A.    Perfection is not the standard?

20  Q.    Right.

21  A.    I -- I don't know how to re-- I can't agree to that.

22  Q.    Well, what I mean by that is we're not -- no one in this

23  case is suggesting that hip implants need to be perfect before

24  they're sold.  We're just saying sell the better ones and tell

25  us if you're selling one that's worse.  Right?

1    A.    I don't -- I -- I'm struggling to follow what you're --

2    how you're positioning that.  I'm sorry.

3    Q.    There's -- there's not a perfect car that's made.  Would

4    you agree with me on that?

5    A.    Yes, I would agree with you.

6    Q.    But that doesn't mean you can make Ford Pintos that are

7    going to explode when people get hit in it rear if they get

8    hit at just the right angle at just the right time?  Right?

9    A.    Okay.

10   Q.    Okay.  So while no hip implant is perfect that doesn't

11   mean you guys aren't responsible for making one that's

12   reasonably safe and -- and reliable, right?

13         You still got responsibility, don't you?

14   A.    Yes, we have responsibilities.

15   Q.    All right.  Every hip implant has risks.

16         We kind heard that, at least by my hearing this morning.

17   You follow what I mean by that?

18   A.    I think every hip implant has some level of risk, yes --

19   Q.    All right.

20   A.    -- that is correct.

21   Q.    Would you agree with me that the risks must be reasonable

22   and they must be clearly -- must be reasonable and clearly

23   disclosed.  Agreed?

24   A.    I don't think you can disclose every single risk.

25   Q.    If you know the risk you ought to disclose it, right?

1    A.    I think it depends on that particular risk.

2          So I can't -- I don't know how you can disclose every

3    single risk.  There are risks that are known in the orthopedic

4    community that I don't know if you need to disclose.

5    Q.    So your position is the risks must be reasonable --

6    you'll agree with that part, right?  Every implant has got

7    risks but they must be reasonable?

8    A.    I agree every implant has risks.

9    Q.    And those risks should be reasonable, right?

10   A.    Yes.

11   Q.    But you don't agree that they should be clearly

12   disclosed.  Just the -- which ones should be?

13   A.    I don't know.  I'm -- I haven't thought that through I

14   guess while we're sitting here.

15   Q.    You've worked on some of the materials that DePuy put out

16   for its Pinnacle hip.  You personally worked on them, didn't

17   you?

18   A.    I was among the team that worked on them, yes.

19   Q.    You had interactions with a number of the writers for

20   some of those brochures and materials, didn't you?

21   A.    I would have, yes, along with --

22   Q.    Not "I would have," you did.

23   A.    I did, yes.

24   Q.    Okay.

25         You were involved in the decisions of what risks would be

1   disclosed and which ones would not, weren't you?

2   A.    I don't believe that, no.

3   Q.    Are you sure?

4         You didn't edit the technical monograph 2002?

5   A.    I don't believe I did.

6   Q.    Okay.

7         At any rate, which risks do you believe as a manufacturer

8   you had a duty to disclose to the doctors and patients for

9   your metal-on-metal implants?

10  A.    That would be a conversation that would happen between

11  our regulatory team and the FDA on what are required

12  disclosures.  I don't know them.

13  Q.    Wait.  Wait.  Wait.

14        You're suggesting that the FDA tells you what you have to

15  disclose in terms of risks?

16  A.    I'm saying that is a dialogue between a device

17  manufacturer and the FDA.

18  Q.    It's actually something that the device manufacturer has

19  responsibility for before it sells a device, to disclose the

20  risks.  Right?

21  A.    In -- based on what -- based on guidance from the FDA.

22  Q.    And you're not able to tell us which ones you believe

23  should be disclosed and which should not?

24  A.    Off the top of my head, no.

25  Q.    All right.

```
 1        Next.  There are no guarantees.
 2        Y'all don't guarantee the performance of your
 3  metal-on-metal hip implants, right?
 4  A.   I'm sorry, what do you mean "guarantee," in a sense of
 5  what?
 6        Help me define "guarantee."
 7  Q.   In a sense that we guarantee this is going to work or
 8  your money back.
 9  A.   That's correct.
10  Q.   Because if it doesn't work y'all just sell 'em another
11  one, don't you?
12  A.   We -- sell -- what do you mean "sell them another one"?
13  Q.   If a person's got a Pinnacle metal-on-metal hip in and
14  the hip fails, y'all just sell them another one, don't you?
15  A.   The revision may or may not be with a DePuy product.  It
16  might be with somebody else's product.
17  Q.   Okay.  But y'all certainly pursued selling more, didn't
18  you?  The revision market was something you sought after,
19  right?
20  A.   Yes.  It's an important hip market.
21  Q.   There are no guarantees.
22        But would you agree with me that DePuy needs to be
23  responsible for its products?
24        Would you agree?
25  A.   Yes.
```

1   Q.   And would you agree with me that not only -- and I say

2   is, let's say must be.

3        And not only must they be responsible but they need to be

4   accountable if the product is defective, right?

5   A.   If the product is defective?

6   Q.   Right.

7        Can I get an agreement from you?

8   A.   If the product is defective --

9   Q.   Yes.

10  A.   -- should we be accountable?

11  Q.   Right.

12  A.   If the product is defective, yes.

13  Q.   Okay.

14       Next thing.

15       There's something wrong with the patient.

16       Someone had a cyst, someone's got some diagnosis that's

17  basically so rare it's almost unheard of in someone like that,

18  saying there's something wrong with the patient, that

19  shouldn't be done lightly, should it?

20  A.   I guess I don't know the context.  It would be -- I would

21  look at that and say that is a case-by-case statement.

22  Q.   But typically isn't that something -- if you want to know

23  there's a problem with a patient wouldn't you typically go to

24  a patient's doctor to ask them?

25  A.   Would I?

1    Q.    Yes.

2    A.    I would want to understand -- I guess I would want to

3    understand the context of that particular statement,

4    understand if I can agree to that or not.

5    Q.    But before the company comes in before front of the jury

6    and just says, oh, there's just some unique problem with each

7    of these five plaintiffs, a different one with each, and we've

8    hired doctors to come in here and say it, isn't it appropriate

9    just to ask the doctors who treat the patients?

10              MR. QUATTLEBAUM:    Excuse me, Mr. Lanier.

11         Your Honor, I object.    It's just an argumentative

12   question.   It's not a question of fact.    It's asking for some

13   kind of legal opinion about what takes place in the courtroom.

14   Mr. Ekdahl is not a lawyer.

15              THE COURT:    Overrule your objection.

16              THE WITNESS:    It's a patient-by-patient conversation

17   that I'm not even a -- I'm not a surgeon, I can't answer for

18   that.

19   BY MR. LANIER:

20   Q.    Have you seen the J & J strategy memo that says blame the

21   patient in the process of trying to handle these types of

22   problems with ASR?

23   A.    "Blame the patient"?

24   Q.    Yeah.

25   A.    No.

1    Q.   Would you agree with me at least, you can't just blame

2    the patient -- wait.  Let me ask it this way?

3             MR. LANIER:  Your Honor, if I could strike that and

4    get another run at it.

5    BY MR. LANIER:

6    Q.   Would you agree with me that it's not right to blame the

7    patient if it is in fact a problem with your product?  Right?

8    A.   If it's a product issue -- I'm sorry, I need you to

9    repeat your statement, sir.

10   Q.   Yes.

11        If it's a problem with -- problem with the product

12   doesn't blame the patient.  Fair?

13   A.   Well, if it's a problem with the product or is it a

14   known -- I guess a known issue with a particular product.

15        I guess I don't know how you define "problem," so it's

16   very difficult to even agree with that.

17   Q.   Okay.  We'll come back to it then.

18        ASR and Pinnacle are different.

19        Now, we didn't hear that that much yet, but I want to

20   talk to you about it with the jury.

21        ASR, you know what that product is, don't you?

22   A.   I'm sorry, do I?

23   Q.   Yes.

24   A.   Yes.

25   Q.   You were hands-on with that product, weren't you?

1   A.   I'm sorry, what do you mean "hands-on"?

2   Q.   You had a very deliberate involvement over the hip unit

3   when that product was out, right?

4   A.   Yes.  I was among the people in our hip business when

5   that product was made available, correct.

6   Q.   And one way we might describe it, instead of being four

7   pieces like the Pinnacle, the ASR was three pieces, right?

8   A.   I'm sorry, I can't -- forgive me, I can't see what you

9   even have in your hand.

10   Q.   Oh, I'm sorry.  Here, I'll put it right here for you.

11   A.   I'm not sure you've got the correct products.

12   Q.   All right.  The DePuy Pinnacle system has four pieces,

13   correct?

14   A.   Generally.

15   Q.   You have a stem that goes in the thigh bone?

16   A.   In the femur, correct, yes.

17   Q.   "Femur" is technical word for the thigh bone, right?

18   A.   Yes.

19   Q.   You've got the cup that goes in the pelvis, correct?

20   A.   In the prepared acetabulum, yes.

21   Q.   And the jury can see the coating on both the stem and the

22   cup.  That's because that's in touch with bone and hopefully

23   will grow into the bone, right?

24   A.   It's designed for bone to grow into it, correct.

25   Q.   Okay.  There are holes in the cup because sometimes when

1    the doctor puts the cup in there he may put in screws as well

2    to hold it, right?

3    A.    That's correct.

4    Q.    And then in the Pinnacle system you can put a liner

5    inside that cup so that the ball that goes on the stem has

6    something to rub on.  Right?

7    A.    Yeah.  That's the articulating surface, correct.

8    Q.    And with Pinnacle you can do it with a metal liner or you

9    can put in a plastic or polyethylene liner, correct?

10   A.    That is correct.

11   Q.    Now, ASR had a stem, right?

12   A.    It was ASR XL, yes.

13   Q.    Yes.  And ASR -- which is the one you sold in the U.S.?

14   A.    Yes.  It's the one available in the United States, ASR

15   XL.

16   Q.    Had a ball, correct?

17   A.    A different ball than the one you've got there.

18   Q.    Yeah.  This is an MSpec ball, but it had a ball that went

19   on the edge of the stem, right?

20   A.    Correct.

21   Q.    But instead of having two pieces, the ASR had just one

22   piece and the liner was built into the shell, correct?

23   A.    That is correct.

24   Q.    And the ASR was also metal-on-metal, wasn't it?

25   A.    Yes, it was.

1    Q.    And the ASR was signed off on or allowed to be used by

2    the FDA, correct?

3    A.    The ASR XL was a 510(k) cleared product in the United

4    States.

5    Q.    Great.  We'll get to some of those details perhaps later

6    with the jury.  But for our purposes right now let's see if we

7    can agree to this?

8          Both -- the FDA approved the ASR XL because DePuy swore

9    to the FDA that ASR and the Pinnacle metal-on-metal were

10   substantially equivalent on safety and efficacy.  Right?

11   A.    I don't know what was stated in the 510(k).

12   Q.    That's what a 510(k) states, substantial equivalence in

13   safety and efficacy.  Did you not know that?

14   A.    Well, I don't know -- I think it was that the Pinnacle

15   metal-on-metal was among the devices that were substantially

16   equivalent.  It wasn't only Pinnacle metal-on-metal as

17   substantially equivalent to ASR.  There was a -- there's a

18   group of devices.

19   Q.    And I'm not fussing that with you, but one of the devices

20   that DePuy swore was substantially equivalent in safety and

21   efficacy was the Pinnacle metal-on-metal, the Ultamet.  Right?

22   A.    That was among the devices that were substantially

23   equivalent.

24   Q.    And so we're clear with the jury, your company issued a

25   re-call of the DePuy ASR, didn't it?

1    A.    Yes.

2    Q.    It issued a re-call because ASR is a defective product,

3    correct?

4              THE COURT:   Stop just a second.

5         Go ahead.

6              MR. QUATTLEBAUM:   Your Honor, we would object to any

7    evidence regarding the ASR re-call.  The ASR is a different

8    product, not at issue in this case.

9              THE COURT:   Overruled.

10             MR. QUATTLEBAUM:   And may that be a continuing

11   objection?

12             THE COURT:   Yes, sir.

13             MR. QUATTLEBAUM:   Thank you, Your Honor.

14   BY MR. LANIER:

15   Q.    The ASR was re-called because of its high revision rate,

16   correct?

17   A.    The revision rate did not meet our clinical -- didn't

18   meet the clinical requirements of the market.

19   Q.    Well, that's -- that's technical language for saying it's

20   too high and was hurting too many people, right?

21   A.    The revision rate did not meet the clinical requirements

22   of the market.

23   Q.    Which is very dressed-up language which means to ordinary

24   people there were too many revisions and so the product was

25   hurting too many people.   Right?

1    A.    There were too many revisions, correct.

2    Q.    And a revision does hurt people.  That's not a good

3    thing, right?

4    A.    Revisions are not good, correct.

5    Q.    Okay.

6          So DePuy re-called the ASR.  Do you remember when?

7    A.    So I wasn't -- I was not living in the United States at

8    the time of the re-call, so I believe it was August of 2010.

9    I believe.

10   Q.    Yeah.  No, you're right.

11         And what the company did when they re-called ASR is they

12   told the sales force try to talk the doctors that were using

13   ASR into using Pinnacle metal-on-metal and just move them from

14   one to the other.  Right

15   A.    It was to get the surgeons to understand the benefits of

16   Pinnacle metal-on-metal, correct, that the device that was

17   performing very well on the market.

18   Q.    Actually, as of August 2010 did you not know that all of

19   your surgeons that you used that you were paying money to had

20   quit using the product?  Quit using Pinnacle metal-on-metal?

21   A.    I don't believe they all had.

22   Q.    So your belief is that as of August 2010, you say -- I'll

23   put A.E. as your initials -- you say Pinnacle metal-on-metal

24   was performing -- let's see what you said.

25         "Very well."

1        And that's your testimony to this jury?

2   A.   Yes.

3   Q.   Okay.  We'll get into that in a little bit.

4        This argument I expected to hear, but I did not hear it,

5   so we're going to set it aside for a moment.

6        The FDA let us sell it.

7        Again, the FDA allowed the company to sell Pinnacle

8   metal-on-metal, right?

9   A.   The FDA cleared Ultamet metal-on-metal for use in the

10  United States, that's correct.

11  Q.   But so the jury understands, the FDA never tested the

12  product, did it?

13  A.   That's not the role of the FDA.

14  Q.   Excuse me, that wasn't my question, sir.

15       The FDA never tested the product, did it?

16  A.   It's not the role of the FDA.

17  Q.   I understand that, sir.

18       But the FDA does at time test products and at times

19  orders the testing of products.  You understand that, don't

20  you?

21  A.   I don't believe the FDA tests products.

22  Q.   You did not know that the FDA sometimes on their own,

23  it's not often, but rarely tests a product or pharmaceutical

24  device?

25  A.   To the best of my knowledge I did not know that.

1    Q.   All right.  Well, then regardless, you'll agree with me
2    the FDA never tested Pinnacle, did they?
3    A.   The FDA wasn't going to test Pinnacle.
4    Q.   So that means they never -- sir, this simple truth.
5         Simple truth:  FDA never tested Pinnacle, true?
6    A.   True.
7    Q.   All right.
8         Simply truth:  The FDA relied on the information given to
9    it by DePuy and Johnson & Johnson, right?
10   A.   By DePuy, correct.
11   Q.   You've heard the expression garbage in/garbage out,
12   haven't you?
13   A.   I've heard that, yes.
14   Q.   Because the -- the decision that's going to be made is
15   only as good as the data given to the decisionmaker.  Fair?
16   A.   Fair.
17   Q.   So when the -- when -- when your company is swearing that
18   ASR is substantially equivalent in safety and efficacy to
19   Pinnacle, it -- your company got Pinnacle approved by doing
20   much the same thing, right?
21   A.   I -- I disagree with that.
22   Q.   No.  No.  No.
23        Pinnacle got approved under 510(k) is what it's called,
24   right?
25   A.   Yes.  Pinnacle Ultamet was a 510(k), correct.

1    Q.    And what 510(k) says is you can get it approved for sale

2    if you will swear that it's substantially equivalent in safety

3    and efficacy to another product that's being sold.

4    A.    Or group of products.

5    Q.    Right.

6          Correct?

7    A.    Yeah, so --

8    Q.    And that's how Pinnacle got approved, through this 510(k)

9    process, didn't it?

10   A.    That's how almost every medical device in the United

11   States is approved.

12               MR. LANIER:   Objection, nonresponsive.

13               THE COURT:   Sustained.

14   BY MR. LANIER:

15   Q.    Can you answer my question, sir?

16   A.    Can you ask it again, please?

17   Q.    That's how Pinnacle got approved through the 510(k)

18   process, correct?

19   A.    Yes.   In working with the FDA, the FDA cleared Pinnacle

20   through the 510(k) process.

21   Q.    Because your company swore that Pinnacle was

22   substantially equivalent to the Ultima, didn't it?

23   A.    Among other things, yes.

24   Q.    The Ultima got pulled because of its failures, didn't it?

25   A.    No.   Under no circumstance.

```
1    Q.    What?

2    A.    No.  No.

3    Q.    Did you see the failures over in England?

4    A.    Yes.

5    Q.    Did you read the report?

6    A.    Yes.

7    Q.    And you don't think it says that metal-on-metal particles

8    were the reason for Ultima failures?

9              MR. QUATTLEBAUM:  Your Honor, we would object to

10   questions about Ultima.  Different product, different

11   application, and not the product at issue in this trial.

12             THE COURT:  Overruled.

13             MR. QUATTLEBAUM:  And, Your Honor, may I also

14   supplement my earlier objection on ASR as being subsequent

15   remedial measure?

16             THE COURT:  I didn't hear the very last thing.  I

17   apologize.

18             MR. QUATTLEBAUM:  Subsequent remedial measure

19   objection on my earlier ASR objection as well.

20             THE COURT:  You're adding to the one I said you

21   didn't have to make?

22             MR. QUATTLEBAUM:  Yes.

23             THE COURT:  Okay.

24        Overrule that, too.

25   BY MR. LANIER:
```

1   Q.   Go ahead, sir, if you would answer it.

2        Do you remember it?

3   A.   I'm sorry, I don't.

4   Q.   That's okay.

5        I said, you don't think that the report on the Ultima

6   says that part of the failure was because of the

7   metal-on-metal articulation?

8   A.   I don't recall exactly what that report says.

9   Q.   All right.  There's probably a better witness for me to

10  thrash through that than you anyway; would you agree with me?

11  A.   I think there probably is.

12  Q.   All right.  I'll wait for that.

13       Next subject I want to talk to you about from

14  Mr. Sarver's opening:

15       Mr. Sarver suggested to the jury that DePuy's one goal is

16  to produce products to help people.

17  A.   I would agree with that.

18  Q.   Actually, DePuy's goal is I'm sure in part to have

19  products that help people, but the goal is to make money

20  selling those products, right?

21  A.   We wouldn't be successful if we didn't have products that

22  worked and helped people.

23  Q.   Actually, sir, I'm not fussing that at all.  But your

24  company does have products that haven't worked that y'all have

25  sold anyway and you've had to quit selling, right?

1    A.    Yes.

2    Q.    Okay.  My point is, what your company has done -- and the

3    jury is going to get to hear all this -- do you know Mimi

4    Drumwright, that lady right there back in the corner.

5          Mimi, would you stand up, please?

6          Do you know Dr. Drumwright?

7    A.    I do not.

8    Q.    She'll be the witness right after you.  She's going to

9    testify about the marketing in this case and how it was done.

10   Now you're a marketing fellow, aren't you?

11   A.    I've worked in marketing, that's correct.

12   Q.    Well, not just worked in it, that's how you got your feet

13   wet, right?

14   A.    I would disagree.  I began my career in sales.

15   Q.    Sales is different than marketing?

16   A.    They're different requirements, different professions,

17   yes.

18   Q.    Okay.  So you're in -- you would at least agree with me

19   you're in sales and marketing, fair?

20   A.    I would say that my career has been in sales and

21   marketing and general management.

22   Q.    So if we look at you as worldwide president for this

23   DePuy Synthes Joint Reconstruction and DePuy Orthopaedics,

24   that was a job title you used to have before you got moved

25   over to another J & J company, right?

1   A.   That's correct.

2   Q.   But you weren't qualified to head this place up because

3   you were an orthopedist or a joint man, right?

4   A.   I'm sorry.  I don't understand that.

5   Q.   Your qualifications to be president didn't come about

6   because you were orthopedically trained.  That's not what your

7   training was, was it?

8   A.   Are you asking me am I an orthopedic surgeon?

9   Q.   Sure.

10  A.   I am not an orthopedic surgeon --

11  Q.   Well, I won't ask it -- I'll go this way.

12       You're not only -- are you an orthopedist?  The answer is

13  no.

14       But are you a licensed medical doctor?  The answer to

15  that is no as well, isn't it?

16  A.   I am not a licensed medical doctor.  That's correct.

17  Q.   And I'm just trying to figure out first what kind of

18  person has made it all the way up from the bottom to the top

19  of this company.  You don't have a science background, do you?

20  A.   I do not have a degree in science.

21  Q.   You don't have a pharmacy background, do you?

22  A.   I do not.

23  Q.   You don't have a biological engineering background, do

24  you?

25  A.   No.

1    Q.    You don't have an FDA background, do you?

2    A.    I do not.

3    Q.    Your background is in sales and marketing, fair?

4    A.    Sales and marketing and general management, yes, that

5    would be fair.

6          And general management.

7    Q.    By the same token, we can look at DePuy as a company and

8    not just look at the man who is president.  DePuy doesn't even

9    have an orthopedist that works for it.  DePuy Orthopaedics

10   doesn't have an orthopedist working for it, does it?

11   A.    Today we do.

12   Q.    I'm talking about back in this hip time.  For the decade

13   of 2010, 2012, 2013, there wasn't an orthopedist employed at

14   the company, was there?

15   A.    I'd have to go back and look, but I believe there was.

16   But I'd have to go back and look.

17   Q.    What was his name or her name?

18   A.    Well, Rodrigo Diaz I believe is an orthopedic surgeon.

19   Q.    Rodrigo Diaz isn't even licensed in the United States of

20   America.

21   A.    No, I understand that.

22   Q.    All right.  How about there was no orthopedist working

23   for -- By the way, what was Mr. Diaz's job title?

24   A.    I believe he was a -- Oh, I can't remember off the top of

25   my head.  I believe he was medical director.

```
 1    Q.   So you think Dr. Rodriguez (sic) --
 2    A.   I believe he was a medical director.
 3    Q.   Was a medical director.
 4         And do you know where he got his medical degree from?
 5    A.   Off the top of my head I don't, no.
 6    Q.   Okay.  But you believe he was also an orthopedist?
 7    A.   I believe so.  Going from memory, yeah.
 8    Q.   And you think he was a licensed medical doctor?
 9    A.   I believe so.
10    Q.   But not in America?
11    A.   Not in the United States, correct.
12    Q.   Okay.  Fair enough.
13         Now, in this regard, sir, if we look, for example, in a
14    bit more detail at you, and then we'll come back and look at
15    the rest of the company.  I've tried to work out your work
16    history for the jury so they can see it while you talk about
17    it.
18         You rose from the top starting out at some humble
19    beginnings, fair?  You started out at ground level, worked
20    your way up, right?
21    A.   Yeah.  I had an entry level opportunity in orthopedics
22    after some other jobs after college.
23    Q.   Graduated from college in '84 and you started doing some
24    sales work for Proctor and Gamble between '84 and '87,
25    right?
```

1   A.   That's correct.

2   Q.   And when I said you had sales background and you said

3   marketing, I thought you did start out at sales at Proctor and

4   Gamble, didn't you?

5   A.   Yes.

6   Q.   And then you went to McKim Advertising and did some sales

7   work for them?

8   A.   It was a marketing job.

9   Q.   Fair enough.  And then you started working for Johnson &

10  Johnson Medical Products --

11  A.   Yes.

12  Q.   -- for two years.

13       And then from there you went on and you became what's

14  called a distributor, correct?

15  A.   That is correct.

16  Q.   Now, as a distributor -- the jury is going to learn about

17  this more with the Pinnacle.  A distributor is one of those

18  folks that goes to the doctors regularly and gives 'em

19  information and provides 'em with product and ultimately tries

20  to convince the doctor to use more product, right?

21  A.   And works with the doctor, yes.

22  Q.   For example, in hip arena the distributor would go into

23  surgery with the doctor and bring a bunch of DePuy parts to

24  give the doctor, right?

25  A.   After the surgeon prescribes the use of a product, the

1  distributor or a sale consultant brings those products to the
2  operating theater, that's correct.
3  Q.   All right.  And you did that for seven years.
4  A.   Yes.
5  Q.   And then you got moved over to the hip department in
6  1999.  Correct?
7  A.   Yes.
8  Q.   And from '99 to 2001 you were the product director.  You
9  moved up to group product director.  Right?
10 A.   Yes.
11 Q.   Now, when you're the product director, you're not that
12 because you have you're an orthopedist or because you have
13 science, are you?
14 A.   No.
15 Q.   The product director was the best salesman they had
16 because you were trying to develop products that you could
17 sell.  Right?
18 A.   No.  We were trying to develop -- work with the R&D
19 organization to meet unmet clinical needs.
20 Q.   Well, actually, sir, as a product director you're trying
21 to find the product that will help you get market share and
22 will make the company -- that are sellable.
23      That's the goal, right?
24 A.   To do that requires a product that's meeting an unmet
25 need in the market.

1   Q.   Then you became the director of hip marketing, correct?

2   A.   Correct.

3   Q.   Then you became the vice president for marketing in the

4   United States.   Right?

5   A.   Correct.

6   Q.   Vice president for the United States hip marketing and

7   worldwide vice president for marketing and business strategy

8   on hips.   Correct?

9   A.   Actually, I was not responsible for hips at that point in

10  time.

11  Q.   All right.   So no hips reported to you when you were vice

12  president for marketing and business strategy?

13  A.   No, sir.

14  Q.   All right.   That one is minus hips.   The earlier ones,

15  obviously hip related, right?

16  A.   Generally, yes.

17  Q.   And then you became the franchise vice president for the

18  European, Middle East and Asian markets, right?

19  A.   The A is Africa.

20  Q.   A is Africa?

21       Thank you.

22       So it's Europe, Middle East and Africa?

23  A.   Correct.

24  Q.   And then you became the president of DePuy Orthopaedics

25  and worldwide president of DePuy Synthes after that.   Correct?

1    A.    That's correct.

2    Q.    Now, sir, not only do you approach this as someone who is

3    sales oriented, but wouldn't you agree with me the whole

4    company by and large is much more heavily weighted on sales

5    and marketing than it is on research and development?

6    A.    What do you mean "heavily weighted"?

7    Q.    Well, that's a good question.

8          Let's look at it this way.

9          Is DePuy a science company?  Or is it more marketing and

10   sales?

11         Marketing and sales.  Whose got the president of the

12   company?

13         Where'd you come from?

14         Which side of this coin?  Line.

15   A.    Sales and marketing.

16   Q.    All right.  Employees.  Who's got the most employees,

17   marketing and sales or science?

18   A.    Well, if you combine sales and marketing, then we have a

19   larger sales and marketing organization.

20   Q.    And we'll combine for science R&D, research and

21   development.  You've still got more in sales, in marketing,

22   don't you?

23   A.    Yeah.  Because of the need to cover the -- cover the

24   surgical cases in the market, that's correct.

25   Q.    Budget.  Who gets the most money, marketing and sales or

science?

A.   The budget for marketing is smaller than the budget for science.   Absolutely.   But if you add sales to that, the sales budget will be larger.

Q.   So the marketing and sales budget is larger than the science budget, right?

A.   That's correct.

Q.   And as an aside, since you want to throw in extra information, just for the jury to know, some of the research and development budget, the science budget, is actually being spent on marketing anyway, right?

A.   Perhaps some of it, yes.

Q.   Well, for example, let me show you what we have marked as Plaintiff's Exhibit 3500.

        MR. LANIER:   Your Honor, I have given a copy of this to opposing counsel before we began.   I don't think there are any objections to it.   I know you told me we don't need to offer it.   Do you want me to give a copy to the witness or am I just okay displaying it.

        THE COURT:   If he's going to be asked questions about it, he needs it.

        MR. LANIER:   May I approach him, Your Honor?

        THE COURT:   Sure.   Sure.

        MR. LANIER:   Thank you.

BY MR. LANIER:

1    Q.    Do you have a copy before you, sir, of Plaintiff's

2    Exhibit 3500?

3    A.    3500, yeah.  With a 1 at the end?

4    Q.    Yes.  That's because that's page 1 that you're looking

5    at.

6          This is the budget, for example in 2001, the year your

7    company went to market with the DePuy Pinnacle metal-on-metal

8    hip implant, correct?

9    A.    Correct.

10   Q.    If you will look on page 745, if you're looking at the

11   numbers in the lower right-hand corner down here, 745 are the

12   last three digits.  Do you follow what I mean?

13         And tell me when you're there.

14   A.    Okay.  I mean, I've had no chance to study this document,

15   so . . .

16   Q.    I'm not going to ask you anything that's rocket science.

17   You're going to be able to grab it immediately.

18         Tell me when you're there.

19   A.    I'm there.

20   Q.    All right.  You've got the set-out for adjustments to a

21   budget.  Do you see that?

22   A.    I see that, yes.

23   Q.    And if you continue to flip back, you'll get to 749.  The

24   budget we're looking at, at this point, is R&D, new product

25   development, right?  R&D targeted expense summary.  Do you see

1    that?

2    A.    I see that, yes.

3    Q.    All right.  So even within the R&D expense summaries, if

4    you now go to page 749 you will see that part of that budget

5    includes travel and entertainment, doesn't it?

6    A.    Yes.

7    Q.    Part of that is new product development?

8    A.    That's correct.

9    Q.    Y'all were spending more on travel and entertainment than

10   you were on developing your products, weren't you?

11   A.    Well, I don't know what this document is telling me.

12   Without studying all of this document, I can't agree to that.

13   Q.    What would you be looking for other than this that shows

14   the budget of -- Let's see if I can get it all up there at

15   once without us losing the ability to read it.

16         The budget line, we've got it for salaries.  See?

17   A.    I see that.

18   Q.    You got it for travel and entertainment.  Do you see

19   that?

20   A.    I see that.

21   Q.    You got it for sales meetings and conventions.  That's

22   coming out of your research and development budget.

23   A.    That's correct.

24   Q.    Do you see that?

25   A.    That's for the R&D folks to go there, yes.

1   Q.   So the R&D folks can go to the sales meetings?  Are these

2   real R&D folks?

3   A.   Well, they're there educating.

4   Q.   Okay.  And then new product development, it's down there

5   as well.  Do you see that?

6   A.   Yeah, I see that.  But I don't know what these dollars

7   are tying back to.

8   Q.   Well, sir, the dollars are just right there.  It's the

9   2000 budget.  It's got the year-to-date that's actually been

10  incurred, the year-to-date that's been budgeted and what the

11  variance is.

12      I mean, this -- you deal with these sheets all the time,

13  don't you?

14  A.   Yeah.  And I would take my time to look at the sheet and

15  understand it and study it.

16  Q.   All right.  But if you --

17  A.   Let's -- let's -- if you're --

18  Q.   I'm sorry.

19  A.   Go ahead, please.

20  Q.   I've got a copy you're welcome to take home with you

21  overnight or to the hotel, and I'm going to have you on the

22  stand tomorrow.  If you come to a different conclusion you can

23  tell us.

24      But for our purposes right now, it sure looks like y'all

25  spend more on travel and entertainment and going to the sales

 1    meetings and conventions than you do on developing your new

 2    products, don't you?

 3    A.   Absolutely not.  I disagree with your statement based on

 4    what I'm looking at here.

 5    Q.   And, sir, why?

 6    A.   Why?

 7         Because if this is the R&D budget and salaries and wages,

 8    what says here the 1.4 million, those are people who are

 9    working hard to develop products.

10    Q.   Are you talking about the 2001 budget when you went to

11    1.4 billion -- I mean million?

12    A.   Correct.  It's an increase.  So we increased the budget

13    spent on people who are working in R&D developing products.

14    Q.   Well, those are the same people though who are also doing

15    the traveling and entertainment and going to the sales

16    meetings.  So you've got to divvy them up.  You can't just

17    give them all to one column, right?

18    A.   I'm sorry?

19    Q.   That's all right.

20    A.   Okay.  So then let's keep going.  Since -- I'm doing my

21    best here.

22         Then you've got outside consultants that are helping you

23    with your design and development of R&D products.

24    Q.   Well, now time out.  Time out.  You want to be real

25    careful here.  You understand we're going to look through this

1    stuff.

2    A.    Okay.

3    Q.    You know, these consulting and outside service people

4    that are getting paid out of the R&D budget are the doctors

5    that y'all got in trouble for paying, right?

6            MR. QUATTLEBAUM:  Objection, Your Honor.  There's no

7    foundation for that.

8            THE COURT:  Overruled.

9            THE WITNESS:  I'm sorry.  Got in trouble for paying?

10   BY MR. LANIER:

11   Q.    Yeah.  You're familiar with the deferred prosecution

12   agreement with Chris Christy?  Governor Christy.  At the same

13   time Prosecutor Chris Christy.

14           MR. QUATTLEBAUM:  Objection, Your Honor.  We object

15   to any discussion of the deferred prosecution agreement.  We

16   set that out in detail in the court in writing.  We renew all

17   those objections at this time.

18           THE COURT:  I remember all those, and I overrule all

19   those.

20   BY MR. LANIER:

21   Q.    These are the doctors y'all got in trouble for paying

22   under the anti-kickback allegations that were lodged against

23   you, right?

24           MR. QUATTLEBAUM:  And I object, Your Honor, to the

25   lack of foundation.  They didn't get in trouble.

```
 1                    THE COURT:  I'm sorry?
 2        What was the last word?
 3                    MR. QUATTLEBAUM:  They didn't get in trouble.
 4                    THE COURT:  Overruled.
 5                    THE WITNESS:  Yes, we signed a deferred prosecution
 6        agreement with the U.S. Attorney.
 7        BY MR. LANIER:
 8        Q.    And paid how many millions of dollars?
 9        A.    I don't recall the number.
10        Q.    80 something million dollars?
11        A.    You're probably in the ballpark.
12        Q.    And agreed to change the way you did business?
13        A.    The orthopedic industry --
14                    MR. LANIER:  Objection, nonresponsive.
15        BY MR. LANIER:
16        Q.    And you agreed to change the way you would do business?
17        A.    We agreed to change, further enhance how we worked with
18        surgeons, along with the rest of the orthopedic community.
19        Q.    And you personally went back and had to go through some
20        of the files and decide whether or not doctors had done enough
21        work to justify the money y'all had paid 'em.  That was your
22        personal job in part, wasn't it?
23        A.    We had a number of people who went through and went back
24        and looked at all payments to surgeons.  And we found some
25        that we had underpaid, yes.
```

1    Q.    Some that what had you?

2    A.    Had underpaid.

3    Q.    You found some you overpaid and couldn't pay anymore,

4    didn't you?

5    A.    That's correct.

6    Q.    That's what I was asking, sir.  There were doctors that

7    y'all were not supposed to be paying legally that you quit

8    paying once you got in trouble, right?

9              MR. QUATTLEBAUM:  Objection --

10             THE WITNESS:  I don't believe that.

11             MR. QUATTLEBAUM:  Excuse me, Your Honor.

12        I object.  I would like a continuing objection first of

13   all on DPA issues; and, secondly, there's a lack of foundation

14   for Mr. Lanier's questions.

15             THE COURT:  Overruled.

16             MR. QUATTLEBAUM:  May I have the continuing

17   objection so I don't have to stand up over and over, judge, on

18   that point?

19             THE COURT:  On that -- not on the second but on the

20   first part, yes.

21             MR. QUATTLEBAUM:  Thank you.

22             THE COURT:  Yes, sir.

23   BY MR. LANIER:

24   Q.    All right.  Let's go back to this sheet, sir.

25        The jury will get to go back look at this budget line on

1    doctor's later and whether or not that's part of sales or

2    whether or not that's part of new product development, but

3    you've got a specific budget line for new product development.

4    Don't you?

5    A.    That's what it says there, but --

6    Q.    And you've got a specific --

7    A.    What I would say --

8    Q.    Excuse me, sir.

9          Please, I've got limited time.  I've got to finish in

10   four weeks.  If you will hold on to my questions he'll get to

11   come after me and ask me anything he wants.  Okay?

12         Do you follow what I mean?

13   A.    I'll do my very best to answer the questions that you

14   pose --

15   Q.    Thank you.

16   A.    -- as thoroughly as I can, yes.

17   Q.    Okay.  Thank you.

18         You've got a line for new product development.  And it's

19   189 -- what is that, thousand, 1.89 million?  You got any

20   clues?

21         I think this is in thousands, isn't it?

22   A.    Like I said, I've not looked at the document but I would

23   expect it's in thousands, yes.

24   Q.    All right.  And then if you just compare that line for

25   new product development to travel and entertainment, we'll

1    leave out sales meetings, you're still spending more on the

2    bottom line for travel and entertainment than you are new

3    product development, aren't you?

4    A.    I completely disagree with your statement.

5    Q.    All right.  Let's look at it again from this light.

6          Would you agree with me that key studies being done by

7    your company, these studies the jury's heard about, are really

8    just marketing studies?

9    A.    I would dis-- pardon me.  I would disagree with you.

10   Q.    The studies were developed and put in place by marketing

11   people, weren't they?

12   A.    I disagree with that.

13   Q.    All right.  I'm going to put a note on it and we'll look

14   at this in a little bit as well.  A.E. disagrees.

15         Next.

16         The doctors and the orthopedists that y'all hired, these

17   consultants, they were working in marketing and sales, weren't

18   they?

19   A.    I disagree with that.

20   Q.    Dr. Thomas Schmalzried, remember him?

21   A.    I do.

22   Q.    You spent a lot of time with him, haven't you?

23   A.    I've spent time with him, yes.

24   Q.    Dr. Tom Schmalzried.

25         And the jury is going to get to hear him.  Either he will

1    come live or we'll have to play a video or something if we
2    can't get him to come here.  He lives in California, right?
3    A.    Correct.
4    Q.    He's someone y'all paid, what, 24 million dollars to?
5          He's the 24 million dollar man?
6    A.    Yeah.  We compensated him for his scientific
7    contributions.
8    Q.    Uh-ha.  Well, those scientific contributions included
9    attending your sales meeting where he stood up as a
10   cheerleader and delivered the sales pitch that the sales force
11   needed to go out and sell more of these products, right?
12   A.    I would say he was at our sales meeting.  I don't think I
13   would call him a cheerleader.
14   Q.    Have you seen his presentation?  It's on video.
15   A.    I haven't seen it in a long time.
16   Q.    Where he talks about, hey, you've sold a billion dollars,
17   let's sell a billion more?
18   A.    I recall that, yes.
19   Q.    Where he did his PowerPoint about big balls and small
20   liners, and he had all the lewd slides in it?
21              MR. QUATTLEBAUM:  Objection, Your Honor.
22              THE WITNESS:  That I don't recall.
23              MR. QUATTLEBAUM:  Excuse me, Your Honor.
24        I object to that lack of foundation.  It's grossly
25   inaccurate.  He did not give that presentation at a sales

1    meeting.

2            THE COURT:   Overruled.

3            MR. LANIER:   He may have given it at another meeting

4    instead of the sales meeting.

5    BY MR. LANIER:

6    Q.    But you've seen that presentation of his, haven't you?

7    A.    Not that I recall, no.

8    Q.    On behalf of DePuy?

9    A.    Not that I recall.

10   Q.    And he's not the only doctor or orthopedist that y'all

11   were paying to go around the country trying to convince people

12   to use your metal-on-metal, is he?

13   A.    We had surgeons who were providing professional education

14   and dialogue around many things, including metal-on-metal,

15   that's correct.

16   Q.    You were paying these folks, a lot of them, a cut of what

17   they sold, a percentage?

18   A.    No.   They received -- many of them received a royalty for

19   the intellectual property that they contribute, the science.

20   Q.    Well, let's break that apart.

21         A royalty is a cut.   That's a fancy word for a "cut."

22   Right?

23   A.    No.   No.

24   Q.    For every --

25   A.    No.   No.   I do not -- I disagree with that.   I disagree

1  with how you've characterized it, a "cut."

2  Q.   Time out.  Time out.  Let me get it out.

3  A.   No.

4  Q.   They would get paid a percentage of sales, wouldn't they?

5  A.   They are paid a royalty based on the intellectual

6  property, the science that they contribute to the development

7  of a product.

8  Q.   Sir, I -- the jury is entitled to the truth here.

9       The royalty was a percentage of money from products sold.

10  That's what you're calling a royalty, isn't it?

11  A.   The royalty is compensation for their intellectual

12  property --

13  Q.   I'm not asking what it's for.  I'm asking what the

14  royalty is.

15       The royalty is a percentage, or cut, of money from the

16  products sold, right?

17  A.   The agreement is that they receive a percentage of --

18  yes, dollars from the product sold.  I dispute the phrase of a

19  "cut."  It's a royalty.  And it's a royalty based on their

20  contribution.

21  Q.   Well, hold on.

22       Are you insinuating that Dr. Schmalzried is on the patent

23  or was an inventor of the Ultamet metal liner?

24  A.   Dr. Schmalzried was a participant in the development of

25  the Ultamet liner.

1    Q.   Oh -- went to ten or 11 different meetings y'all flew him

2    into and paid him to attend, right?

3    A.   I don't know if we paid him to attend or not.

4    Q.   Yeah.  He had a consulting agreement where y'all would

5    pay him to come to these meetings and tell y'all, yeah, I

6    think I would like that or no I don't think I would like that.

7         Do you remember?

8    A.   I disagree with how you've characterized it.

9    Q.   All right.  We'll look at those in a little more detail

10   in a minute.

11        And, of course, we have the distributors.  The

12   distributors, they're not science people, they're marketing

13   salespeople, like what you were at one point in time, right?

14   A.   Well, the distributors provide a logistic function.

15   Q.   That wasn't my question.  They're marketing and sales,

16   aren't they?

17   A.   That's among -- that's among the things they do, yes.

18   Q.   All right.

19   A.   That's not all they do.  That's among the things they do.

20   Q.   All right.

21        Next subject.

22        Because you don't have a science background I'm figuring

23   I need to ask these questions of someone else, but also in

24   opening I heard what I called bizarre science.

25        Are you familiar with the phrase "bizarre science"?

1   A.   I am not.

2   Q.   Okay.  Do you know anything about the ida that just

3   because you can take some chromium in your mouth in your

4   Centrum Silver vitamins for those who take them that that's

5   very different than the cobalt and chromium that comes off in

6   one of these implants in someone's muscle tissue?

7        Are you the right guy for me to ask those questions?

8   A.   I -- I am not.

9   Q.   Okay.  I'll leave that alone.

10       The idea that ions is how the body's handling metal

11  debris as opposed to being a tremendous problem, are you the

12  right guy for me to ask those questions?

13  A.   I am not.

14  Q.   The idea that metal debris gets excreted from the body;

15  whereas, plastic debris stays in the body, are you the right

16  guy for me to ask those questions?

17  A.   Not in any detail, other than I agree with that

18  statement.

19  Q.   Wait a minute.

20       You are actually going to contend to this jury that metal

21  debris gets excreted out of the body and none of it stays in

22  the bodies?

23  A.   Ions do, yes.

24  Q.   Ions get excreted out -- there's a difference between

25  debris and ions, isn't there?

1  A.    I believe you said -- maybe I misheard you.  I thought
2  you said "ions."
3  Q.    No, sir.  Ms. Pam, typing this up minute by minute.
4        I said the idea that metal gets excreted from the body;
5  whereas, plastic debris stays in the body.  You said I agree
6  with that statement?
7  A.    I sorry.  I misheard you --
8  Q.    That's fair.
9  A.    -- I heard ions.
10 Q.    Thank you for clarifying on the record.
11       Because you know, even not being a science guy, that when
12 the metal ball was rubbing against the metal liner in these
13 plaintiffs and others that are out there in the world, that
14 there's debris, real small little pieces of metal that come
15 off, right?
16 A.    There's the potential for metal debris, yes.
17 Q.    No, not the potential for.  You know that there's metal
18 debris that comes off, right?
19 A.    There's the potential for it.  There's the potential for
20 wear debris in all articulations.
21 Q.    I wasn't asking about all right now.  I want to stay on
22 metal-on-metal.
23       But there's the difference between saying there's the
24 potential and that as a matter of fact it happens.  It happens
25 with each step that you take.

1          You know that to be true, don't you?

2     A.   There's the potential for that to happen, yes.

3     Q.   No, it does happen.  It's not potential.  It does, based

4     upon the work you're familiar with, right?

5     A.   I think it's a potential, yes.

6     Q.   Do you understand the difference between potential --

7     I've got potential to go on to a basketball court and throw

8     the ball from mid-court and make a basket.  There is that

9     potential.  Do you understand what I mean?

10                 THE COURT:  Not much of one.

11                      (Laughter.)

12                 THE WITNESS:  Thank you, Your Honor.

13                 MR. QUATTLEBAUM:  I was inclined to object, judge,

14     but then I thought better of it.

15                 MR. LANIER:  Which makes my point.

16     BY MR. LANIER:

17     Q.   A very slim potential, but the potential is there, right?

18     A.   Potential, yes.

19     Q.   There's a difference between saying there's the potential

20     to make that shot and saying, oh, yeah, Lanier's going to make

21     it.  Those are two different statements, aren't they?

22     A.   Yes.

23     Q.   Okay.  I'm not asking you is there the potential for

24     debris from metal-on-metal.  I'm not asking about is there

25     potential.

1          I'm saying you know for a fact in the Pinnacle

2     metal-on-metal hips when there is movement in the ordinary

3     person there is going to be debris, metal debris.

4     A.    The potential for metal debris, that's correct.

5     Q.    Well, you just changed and went "potential" on me again.

6          Why do you keep putting that word in there?

7     A.    Because I believe it's a potential.

8     Q.    You don't think it happens all the time?

9     A.    I don't think it does.

10    Q.    So when the booklets that you've put out say that tool --

11    that this piece is self-polishing -- you're familiar with

12    those statements in your brochures, right?

13    A.    Yes.

14    Q.    All right.  It's self-polishing.  And by that you mean

15    that scratches get buffed and polished out, right?

16    A.    Correct.

17    Q.    Well, how does the scratch get polished out if there's

18    nothing rubbing putting off debris?

19    A.    I agree.

20    Q.    I mean, it doesn't take rocket science to figure out if

21    -- I'll exaggerate the drawing, and I know we've got jurors

22    that draw and I'm not a drawer and I apologize now.  But if

23    you've got a crack in the ball, I just cut the ball in half so

24    we can see that crack, and I exaggerate it -- do you follow

25    me?

1    A.    Yes.

2    Q.    Do you see what I've done?

3          The only way you're going to polish that crack out is by

4    rubbing off some of the metal, right?

5    A.    Correct.

6    Q.    And when you rub off the metal that's called "debris,"

7    isn't it?

8    A.    I agree.

9    Q.    And the debris that comes off from these implants is so

10   small it's called nanometer debris, right?

11         Nanometer size, correct?

12   A.    I believe that's correct.

13   Q.    And "nanometer" means it's so stinking small you -- you

14   can't even see it under the microscope, right?

15   A.    That I don't know.

16   Q.    All right.  We'll save that for someone else.

17         But that's the debris -- and -- and at some point do you

18   want me to ask you these questions about whether or not

19   Mr. Sarver's statement is true that you urinate these things

20   out?

21         You know for a fact you don't urinate out the debris, do

22   you?

23   A.    I -- no, I don't believe you do.

24   Q.    Okay.  Thank you.

25         And that's the truth, isn't it?

1      Next subject.

2      I'm going to hold this subject until after the afternoon

3  break and move to a different one.

4      I want to talk to you about innovation.  Okay?

5  A.   Okay.

6  Q.   Now, Mr. Sarver told the jury that just because a product

7  is innovated -- the innovation takes place doesn't make the

8  earlier product defective.

9      Does that ring a bell with you?

10 A.   So could you just read me exactly what he said?

11 Q.   I'll do you better.

12     I think it's slide 32, if I was counting right.

13     It's the slide that had the gramophone and the big cell

14 phone on it.

15         MR. LANIER:  If we could find that slide from the

16 defendants, please, and put it up.

17     Thank you very much.

18 BY MR. LANIER:

19 Q.   This is the slide that Mr. Sarver was using.

20     Do you see it?

21 A.   I do.

22 Q.   And Mr. Sarver told the jury just because a new product

23 comes out and there's innovation doesn't mean the old product

24 was defective.

25     Do you follow what I'm saying -- or what he was saying?

1    A.    I don't know what he said, so I'll -- I guess I'll

2    believe you.

3    Q.    Well, the point that I want to make, sir, is that this

4    isn't a situation of someone coming up with a -- the

5    metal-on-metal was never a -- a new cell phone or something?

6          Do you follow what I mean?

7    A.    I don't.

8              MR. LANIER:   All right.   Let's go back to the ELMO,

9    please.

10   BY MR. LANIER:

11   Q.    Metal-on-metal had been around for a long time.   Been

12   around in the '60s and in the '70s, right?

13   A.    That's correct.

14   Q.    And Mr. Sarver showed the jury the McKee-Farrar

15   metal-on-metal implant, right?

16   A.    Okay.

17   Q.    And then the jury was told a number of different things

18   about this.   And I'd like to go back and just make sure that

19   we're on the same page as you and the company.

20         The company knew that the metal-on-metal in the '60s and

21   '70s had suffered dismal failures, right?

22   A.    I don't know if I would classify it like that.

23   Q.    Well, the company did an analysis -- you know who Graham

24   Isaac is, don't you?

25   A.    I do, yes.

```
1           MR. LANIER:  Your Honor, I would like to approach

2    the witness, please.

3           THE COURT:  That will be fine.

4    BY MR. LANIER:

5    Q.   I want to hand you Plaintiff's Exhibit Number 1.  I

6    showed this to the jury in my opening statement.

7         This is the End Game memo done by Graham Isaac who was

8    the development manager of hips.

9         Do you see that?

10   A.   Yeah.  I don't know it's a memo.  I think it's a document

11   he created for himself, but --

12   Q.   Okay.  "Document," "memo," I mean, do y'all have

13   classifications of those things that I need to be attentive

14   to?  Is there a special buzzword for at the company?

15   A.   No.  But I think sometimes people create a document

16   drafting it for themselves for their own reading and for --

17   you know, to organize their, you know, their own thinking

18   that's not widely distributed, I guess.

19   Q.   Do -- do you have any reason to believe that this was

20   drafted just for his own personal review as opposed to anyone

21   else in the company?

22   A.   In a discussion with Graham I believe he created this for

23   his own thinking.

24   Q.   And so he put Graham Isaac, Ph.D., just in case he forgot

25   who he was?
```

1   A.    I'm -- just my discussion with Graham.

2   Q.    And in case he forgot his job title he wrote down

3   "development manager for hips"?

4         And he titled this "End Game, the failure of total hip

5   replacement" as just a personal, gee, I'm bored today, what

6   should I do with my time?

7         Is that really what you want us to believe?

8   A.    That's what Graham told me, that this is a document he

9   put together for himself.

10  Q.    Um.

11        Um.

12        So he put together a document for himself asking "What

13  causes failure?"  And then he starts walking through the

14  different things that can cause failure.

15        Right?

16        Do you see this?

17  A.    Yes.

18  Q.    Then he says -- and he's talking about here -- this whole

19  section is poly wear or plastic wear, the wearing of plastic,

20  right?

21        That's what UHMWPE stands for, Ultimate High Molecular

22  Weight Polyethylene.  A kind of plastic.  Right?

23  A.    Yeah.  Many generations ago.

24  Q.    Oh, beautiful.  Beautiful.  Thank you for that point.

25  Let's write that down.  We're going to come back to this.

1          Ultra High Molecular Weight Polyethylene plastic, many,

2    many generations ago.  That's what you just said, right?

3    A.    I think I said "many," but . . .

4    Q.    Right.  One "many."  I got carried away because I got

5    excited over it.

6          We'll come back to that, okay?

7    A.    Okay.

8    Q.    Now, "how does wear appear?"  And "what are the

9    alternatives?"

10          Now here are the alternatives he's talking about to

11    metal-on-plastic.  The old conventional plastic, right?

12          I'm assuming if you talked to Graham about this memo you

13    know what this memo says?

14    A.    I haven't read it.  I guess I read it a couple of weeks

15    ago, but . . .

16    Q.    So you talked to him to learn how it is he wrote the memo

17    and what he meant by it, but you never read the memo?

18    A.    No, I said I read it a couple of weeks ago.

19    Q.    Okay.  And where were you when you were talking to him.

20    This guy is over in England, isn't he?

21    A.    It was on a phone call.

22    Q.    Okay.  You were calling him because you figured I would

23    be asking you about this?

24    A.    I was curious to know where -- how we came up with

25    this.

1   Q.   Okay.

2        He said there are two alternatives, ceramic-on-ceramic,

3   which we know hadn't caught on much in the U.S., but

4   metal-on-metal, "both of which have identical surfaces

5   articulating against each other - which would be normally

6   considered to be bad engineering practice."  Right?

7   A.   I see where he's written that.

8   Q.   And it's your testimony, again, that he's told you that

9   this was just something he was just writing for himself so he

10  would know that, right?

11  A.   Yeah.

12  Q.   By the way, he's an engineer.  He actually is a science

13  guy, isn't he?

14  A.   Very much so.

15  Q.   Let's skip the ceramic-on-ceramic section and go to the

16  metal-on-metal.

17       "It is clear from the literature that the survivorship

18  of cobalt chrome, metal-on-metal prostheses in the past has

19  been far from satisfactory."

20       Do you see that?

21  A.   I see where he's written that, yes.

22  Q.   And then he looks at the McKee-Farrar prosthesis that

23  Mr. Sarver showed the jury this morning, right?

24  A.   Yes.

25  Q.   And he says that it's got a 27.5 percent success rate at

1   20 years, citing the August study, right?

2   A.   I don't know if that's the success rate.

3   Q.   It is.

4        Would you like to see the August study before I press you

5   on it?

6        Would that help you?

7   A.   Sure.

8            MR. LANIER:   Your Honor, may I approach the witness?

9            THE COURT:   Yes.

10           MR. LANIER:   Your Honor, I'm handing the witness

11  Plaintiff's demonstrative 64 which is the August study.   I

12  don't think there's an objection.

13           MR. QUATTLEBAUM:   No objection.

14           THE COURT:   All right.   Plaintiff's Exhibit 64 is

15  admitted only for demonstrative?

16           MR. LANIER:   Yes, Your Honor.

17           THE COURT:   Not for evidence, simply for

18  demonstrative.

19           MR. LANIER:   Thank you, Judge.

20  BY MR. LANIER:

21  Q.   Do you have this August paper that is being cited by

22  Mr. Graham?

23  A.   I do, yes.

24  Q.   And he's looking at the McKee-Farrar metal-on-metal hips

25  that were done in these two hospitals between 1965 and 1973?

1          Do you see that?

2     A.    I see where that's in the paper, yes.

3     Q.    And if you look at the results of this paper, you will be

4     able to see what the success ratio was.  I tell you, this is

5     going to give you -- Well, go to the survivorship section.

6     You've got a table.  Table 5.

7          Do you have that?

8     A.    I'm sorry.  I'm just reading the document.

9     Q.    Can you go to table 5, please, sir?

10    A.    I'm just trying to get there.

11    Q.    It's on page 525 of the document.

12         And it's got the survivorship that I've got up on the

13    screen, if you find it easier to look at it there.

14    A.    I don't.

15    Q.    It shows you the number of prostheses removed.

16         The annual percentage removed.

17         And the cumulative percent that survive.

18         Do you see that?

19    A.    I'm getting there.  I'm orienting myself on the paper.

20    Q.    Sir, all I'm trying to do is take the little time that

21    I've got with you to answer your question of whether or not

22    that percentage is the number surviving.  It's not going to

23    take a thorough read of the paper to get to the chart and see

24    if at 20 years the 27.51 is a number for percentage surviving.

25         Do you see that?

1  A.   I'm sorry.  Go ahead.

2  Q.   The 27.51 is the cumulative percentage surviving after 20

3  years, true?

4  A.   Yes.  But it doesn't say why they failed.

5  Q.   So if we go back to what Mr. Isaacs wrote in the memo, or

6  whatever you want to call it, the 27.5, that's how many

7  survived at 20 years.

8       That's survival, right?

9  A.   At 20 years.  If you go back in the paper, it's a much

10 lower rate at years prior to that.

11 Q.   You can't get higher at years prior and have the rate go

12 down.  The rate is always going to climb from lower to higher,

13 right?

14      In other words, if you've got 50 percent surviving today,

15 tomorrow you can't have 75 percent surviving.

16 A.   No.  I -- I understand that.

17 Q.   Okay.  Now --

18 A.   I'm saying that there is -- at 20 years seems like there

19 is a significant increase in the number.  And I -- I have not

20 had a chance to --

21 Q.   Sir, none of that is what I'm asking you.  I'm glad to go

22 into it with you if you want to take time from them, but on my

23 time I'd like to stick to this, please.

24      The writer, the DePuy head science guy on this -- By the

25 way, that's who Graham Isaac was?  He was your head science

1    guy inside DePuy on hips at this time, wasn't he?

2    A.    He was among them, yes.

3    Q.    Your head science guy says "It is clear from the

4    literature survivorship has been far from satisfactory."  And

5    then he gives the 27.5 percent at 20 years.  He did that, not

6    me.  Right?

7    A.    That's what he's written there.

8    Q.    Yeah, I mean, that's not me saying it, I'm not trying to

9    cherry pick something.  That's his writing, isn't it?  Your

10   head science guy.

11         Then he gives the Stanmore prosthesis.  That's also

12   metal-on-metal, isn't it?

13   A.    I believe so.

14   Q.    And the metal-on-metal Stanmore implant, only a little

15   over half of those are still surviving after 11 years

16   according to the Dobbs paper, right?

17   A.    According to the Dobbs paper, yes.

18         Do you have a copy of that one?

19   Q.    Sure.  I mean, do you really need it or is this -- what

20   good does it do you for me to give you the Dobbs paper?

21   A.    I'm curious.

22              MR. LANIER:  All right.  Your Honor, may I approach?

23              THE COURT:  Yes, sir.

24   BY MR. LANIER:

25   Q.    Demonstrative number 926 is the Dobbs paper.

1    A.    Thank you, sir.

2    Q.    Have you got it?

3    A.    I do.

4    Q.    "Survivorship of total hip replacements" by Dobbs.  He

5    says "The results indicate that for metal-on-metal prostheses

6    the overall probability of survival was only 53 percent after

7    11 years.

8          "The average annual probability of survival,

9    irrespective of cause, was 5.5 percent.  The results were

10   better for metal-on-plastic" with 88 percent after eight

11   years, just one and a half percent respectively.

12         Do you see that?

13   A.    Yes, I do.

14   Q.    Okay.  So within the framework Mr. Graham, Dr. Graham

15   Isaacs, points out this problem and then he starts talking

16   about why it exists.  Right?

17         Do you see where he says, "This poor survivorship has

18   been attributed to" --

19   A.    Yes.

20   Q.    -- "poor component design and poor tolerancing of the

21   femoral head and the acetabular cups."

22         Did I read that right?

23   A.    You have read that correctly.

24   Q.    I want to make sure we're all on the same page on this.

25   What Dr. Isaac seems to be saying to himself, based on what

1    you've heard, is that the problem historically has been

2    attributed to the idea that there is either a bad design of

3    these components or there's a poor tolerancing of the heads.

4    The head doesn't fit well in the cup.   Right?

5    A.    I see where he's said that.

6    Q.    That leaves an opening for the company, doesn't it?

7    A.    I'm sorry, opening?

8    Q.    Yeah.   Y'all can come up with your own product and say,

9    hey, people have conceived that there's been poor component

10   design and poor tolerancing and we designed something better

11   with good tolerancing.   There's an opening there for the

12   company, isn't there?

13   A.    Well, what I would say is there is -- Pardon me.   I

14   wouldn't phrase it as an opening for a company or anybody.

15        I would say it is an opportunity for the orthopedic

16   community to solve a clinical problem.

17   Q.    And I would agree with you there as well.

18        My point is, sir, that your company never solved that

19   problem; they just told everybody they did.   Right?

20   A.    I disagree with your statement.

21   Q.    All right.   Well, we'll get into that in a little bit.

22        He goes on to say that "Manufacturing methods have

23   improved so that we can make these components the way we think

24   they ought to be made, together with an improved cobalt-chrome

25   material, a modern stem design, a cushioned cup has led its

1    proponents to suggest metal-on-metal is the bearing surface of

2    the future."

3         Do you see that?

4    A.   Yes.

5    Q.   "However, simulator testing" -- That's the machines that

6    do the exact same motion over and over and over, at least back

7    then, right?

8         The simulator machines?

9    A.   Yes.

10   Q.   Yeah.  And you're aware of the fact that lots of people

11   have tried to modify those machines so they use different

12   motions and they start and stop now, but back then it was this

13   motion over and over y'all were doing?

14   A.   Yeah.  I'm not an expert on what the simulators could or

15   couldn't do then --

16   Q.   All right.  I'll leave it aside.

17        "However, simulator testing" -- And if anybody is going

18   to know about that, it's going to be Graham Isaac, true?

19   A.   Correct.

20   Q.   "Simulator testing of such components" -- These are the

21   new and improved ones -- "suggest that their performance" --

22   Can you read what that says?

23   A.   He says -- he says it's unpredictable.

24   Q.   As ever.  "Is as unpredictable as ever, working well for

25   a period of time before suffering a sudden catastrophic

 1    breakdown of the bearing surface accompanied by a release of a

 2    large volume of wear debris."

 3         Do you see that, sir?

 4    A.   I see where Graham has written that, yes.

 5    Q.   And I'm not taking anything out of context.  We're just

 6    reading the document, right?

 7    A.   You're reading the document, yes, I agree, except that

 8    this is a period of time.  So this goes back to, what, 1994?

 9    Q.   '95, '96.

10    A.   Okay.  So let's say it's '95.

11    Q.   Yeah.  It's within five years of when you're selling the

12    Pinnacle metal-on-metal?

13    A.   Yeah.  And the advancements in manufacturing are

14    significant during this period of time.

15    Q.   Actually, did you talk to Mr. Isaacs about that?  Because

16    in his deposition I specifically explored that with him and

17    asked him to tell me about any advances.

18         Do you recall that?

19    A.   I don't.

20    Q.   And he said that there weren't any.

21         MR. QUATTLEBAUM:  Objection, Your Honor.  It's

22    argumentative and not true

23         THE COURT:  Well, let's wait until we see.  Sustain

24    the objection.

25    BY MR. LANIER:

1  Q.    You're not familiar with what advances there were or were

2  not.  You were selling stuff for Johnson & Johnson at that

3  time, weren't you?

4  A.    Correct.

5  Q.    Now, he then goes on -- Dr. Isaac then goes on, page 3,

6  to start talking about -- well, he just continues, actually,

7  on metal-on-metal.

8       And he talks about how the maintenance of the bearing

9  surface quality is far from certain in a clinical situation.

10 Do you see that?

11 A.    I see where he's written that.

12 Q.    All right.  You guys have these buzz words that maybe not

13 all of us are familiar with.  So I want to make sure we've got

14 this right.

15      "Clinical situation" means in people, as opposed to a

16 machine, right?

17 A.    I'm assuming that's what Graham meant.  I don't know.

18 Q.    Well, that's the way you use the word, right?

19 A.    Yes.

20 Q.    Okay.  And then he looks at revision surgeries, to get

21 them out of people to see what they look like.  Do you see

22 that?

23      And then he says, "So even when the surfaces are

24 manufactured optimally" -- That means the best you got, right?

25 A.    At the time.

1    Q.    -- "there is a mechanism whereby the surface can become

2    damaged, the bearing surface break down, and large volumes of

3    wear debris produced."  Do you follow me?

4    A.    I see that's what Graham has written.

5    Q.    And then he says it's useful to compare the different

6    materials because the effect of the wear debris is very

7    different.

8          Do you see that?

9    A.    I see that.

10   Q.    Cobalt-chrome produced a more florid foreign body, and

11   chronic inflammatory reaction was associated with decreased

12   ingrowth of bone compared to particles of polyethylene.

13         Do you see that?

14   A.    I see that.

15   Q.    Just to emphasize the point.  I guess you say he's doing

16   this just to emphasize the point itself as opposed to all of

17   y'all at this time trying to decide whether or not to go

18   forward?

19   A.    I'm sorry.  Repeat your question.

20   Q.    Yeah.  Do you think he's just emphasizing this point to

21   himself or do you think maybe as we're going through this he's

22   writing it because at this very moment your company is trying

23   to determine do we do the metal-on-metal or not?

24   A.    I don't think so.

25   Q.    I'm going to come back to that.  Let's be very clear,

1    1995 that's the very thing -- '94 even, your company is trying

2    to figure out?

3    A.    I think the orthopedic community is looking at

4    alternative bearings at this point in time because --

5    Q.    That wasn't my question, sir.

6    A.    Okay.

7    Q.    I don't care about the community right now.  I'm trying

8    this case against Johnson & Johnson/DePuy with these five

9    families that had a Johnson & Johnson/DePuy hip implant.  Do

10   you understand?

11   A.    Yes.

12   Q.    My question is very clear 1994/1995 is when your company

13   was trying to decide about whether to go forward with a

14   metal-on-metal hip or a ceramic-on-ceramic hip, true?

15   A.    I believe so.  I wasn't there and part of the decision as

16   I think we've established.

17              MR. LANIER:  May I approach the witness?

18              THE COURT:  You may.

19   BY MR. LANIER:

20   Q.    I want to give you two exhibits, sir.  I want to give you

21   Plaintiff's Exhibit 35, and I want to give you Plaintiff's

22   Exhibit 667.  Do you have those?

23        Do you have 35 and 667 in front of you, sir?

24   A.    I'm just --

25   Q.    Here.  We're going to look at it together, so you will

1    get a chance.

2        These are DePuy exhibits that are protected documents

3    produced subject to a protective order.  Do you see that?

4    A.   I see that, yes.

5    Q.   We got them in this case.

6        The jury is getting to see this document that's dated

7    February 12th, 1995.  Do you see that?

8    A.   I do.

9    Q.   And it's the alternate bearing project.  Bearing, that

10   means the ball and liner, right?

11   A.   Yes.

12   Q.   And alternate because at the time y'all were selling a

13   metal-on-poly, metal-on-plastic.  You weren't selling

14   metal-on-metal at the time, right?

15   A.   Metal-on-metal was not available, correct.

16   Q.   All right.  So this is the very project that y'all were

17   trying to figure out.  You were doing feasibility research

18   project to research and develop alternative bearings, trying

19   to figure out if you could do something about the osteolysis

20   caused by the plastic debris, right?

21   A.   Yeah.  We were -- I guess.  I mean, I wasn't there, but

22   reading it, I would say they were investigating alternative

23   bearings.

24   Q.   And your company recognized in the commentary that

25   osteolysis is the biggest issue in orthopaedics?

1    A.    Yes.

2    Q.    If they could reduce the polyethylene, that would be good

3    because that's the weak link.

4          "If we provide the marketplace with an alternative

5    bearing, it would provide DePuy a true differentiating factor

6    from the competition."

7          Y'all would be different, right?

8    A.    I see where that's written, yes.

9    Q.    "Pushing this technology into the next generation with an

10   alternative bearing material assistance will provide us an

11   opportunity to significantly increase market share."

12         Do you see that?

13   A.    I do.

14   Q.    "If we can beat our competition to the punch."  Right?

15   A.    Yes.   I think at this time if a company --

16   Q.    Now --

17   A.    -- solves the issue with polyethylene with alternative

18   bearings, it will be differentiated, and it will result in

19   more surgeons prescribing these products.

20   Q.    Sir, with all due respect I wasn't asking you for that.

21   I'm just asking you here.

22         Would you answer my question first before the speech?

23   A.    What was your question?

24   Q.    Yeah.   I said the key for y'all to significantly increase

25   your market share according to this memo is beating the

1    competition to the punch, get your product out there, right?

2    A.    Yes.   That's what's written here.

3    Q.    Look at this "Collaborate with internal research and

4    Leeds R&D."

5          Do you see that?

6    A.    I see that, yes.

7    Q.    Leeds R&D is headed up by Dr. Graham Isaacs, Ph.D.,

8    correct?

9    A.    Yes.

10   Q.    That's the gentleman whose writing this memo that --

11   that's called the End Game memo, correct?

12   A.    Correct.

13   Q.    Because what the company was doing is at that point in

14   time trying to figure out how to get to market first with a

15   new head, true?

16   A.    A new head.

17   Q.    A new head and liner, yeah.

18   A.    With new bearings, alternative bearings.

19   Q.    Right.   But you knew even then that one day you might

20   have to be dealing with us lawyers, didn't you?

21   A.    No, I disagree with that.

22   Q.    If you will look at Plaintiff's Exhibit 667.   These are

23   the meeting minutes, 1995 May.

24         This is where y'all are meeting with some surgeons that

25   you've paid to come talk to you about whether or not this

1    bearing might be a good idea.

2         Do you see that?

3    A.   I'm reading them.

4    Q.   You recognize a lot of those names, don't you?

5         I mean, there are some relationships here.  Steve has

6    works in the company?  Marketing?

7    A.   Not anymore.

8    Q.   He did at that time?

9    A.   I believe he was in a marketing role.

10   Q.   And then he had his brother, the orthopedic surgeon from

11   Colorado there.  So he's paying his brother?

12   A.   I'm not sure I'd qualify it that way, but --

13   Q.   Well, they're brothers.  You didn't know that?

14   A.   Yeah.  But I'm not sure.  You said Steve is paying his

15   brother.  Steve is not paying his brother.

16   Q.   Well, Steve has got his brother involved, and

17   DePuy/Johnson & Johnson is paying him.  I'm sorry.  You're

18   right.  Your company is paying Steve Haas's brother ultimately

19   to sell this product, right?

20   A.   No.

21   Q.   Sorry.

22   A.   He has been asked to help design a product.

23   Q.   Look at what Dr. Peters had to say at this meeting in

24   1995.  It's on the second page.

25        "We need to be cautious of the legal litigation issues

```
 1   and lawyers, et cetera . . . perception of metal debris and

 2   metal-ion release."

 3              MR. QUATTLEBAUM:  I don't have page 2.

 4              THE COURT:  Let's take a break for 15 minutes.

 5   Don't talk about the case.  Thank y'all.

 6              THE SECURITY OFFICER:  All rise.

 7                   (Recess taken at 3:33.)

 8                   (Proceedings resumed at 3:52.)

 9                   (Jury enters the courtroom.)

10              THE COURT:  Y'all be seated.

11        Jim, is it blowing out hot or cold air?

12        Are they hot?

13        If it's hot, let's turn them off.

14        I apologize.  I used to work on these air-conditioning

15   units as -- I wasn't a real knowledgeable -- I was a grunt for

16   the guy that knew what he was doing at Baylor University, so

17   that's how old those are.  Baylor has since replaced them with

18   something sensible.  They're still here in the federal

19   courthouse.  Anyway, they're hard to regulate, hot or cold, as

20   y'all have noticed.  So, anyway, I'm working on it.

21        Go ahead.

22              DIRECT EXAMINATION (Cont.)

23   BY MR. LANIER:

24   Q.   Sir, I don't want to get so lost in the weeds that we

25   lose track of where we are.
```

1          My point is, is in 1995, '94, '95, '96, your company was

2     looking at getting into metal-on-metal hips, and even then

3     they knew that there might be some concerns about ultimate

4     litigation issues and lawyers because of the perception of

5     metal debris and metal ion release.   We can read that in black

6     and white, can't we?

7     A.    I see where that's written, yes.

8     Q.    And so within that time frame that your company is

9     checking with the -- the -- the fellow Graham Isaac who heads

10    the project up, he's the head over at Leeds, right?

11    A.    Yes.

12    Q.    Okay.  Graham Isaac just happens to be writing this memo

13    that you think he was writing to himself, and he talks about

14    ". . . the only combination of materials which is likely to

15    give rise to toxic levels of metal under clinical conditions

16    is cobalt chrome articulating against itself."

17         Do you see that?

18    A.    I just want to make sure I get the paper.

19    Q.    This is the End Game memo, page 3.

20    A.    Just reorienting.  I apologize.

21    Q.    That's okay.

22    A.    Okay.  Okay.  I follow you.

23    Q.    The only combination of materials which is likely to give

24    rise to toxic levels.  You understand toxic means it kills

25    cells, right?

A.   Yes.

Q.   "-- of metal under clinical conditions" we mean -- we know from that that means in the person, right?

A.   Yes.

Q.   ". . .is cobalt chrome articulating" -- that means moving, doesn't it?

A.   Yes.

Q.   " . . . against itself."

     The inside of the DePuy Pinnacle metal cup it's made of cobalt chrome, isn't it?

A.   Yeah, the Ultamet metal insert is cobalt chrome, correct.

Q.   The Pinnacle metal-on-metal ball is made of cobalt chrome, isn't it?

A.   That is correct.

Q.   The Pinnacle metal ball moving or articulating in the Pinnacle metal cup is cobalt chrome articulating against itself, isn't it?

A.   It is, yes.

Q.   Which your company knew, or its head science guy new, was the only combination of materials likely to give rise to toxic levels of metal.  Right?

A.   Based on one study from -- I don't know if it's professor or Dr. Ray.

Q.   I don't know if it's based on one or not.  You don't either.  We don't know how many he looked at before he did

1    this memo to himself, do we?

2    A.    No.

3    Q.    We would assume he's a good scientist, wouldn't we?

4    A.    Yes.   Excellent scientist.

5    Q.    We would assume that he can research and pick out the

6    best of the articles, can't we?

7    A.    Yes.

8    Q.    We can assume that he would have done his homework,

9    right?

10        Can't we?

11   A.    Yes, depending --

12   Q.    He doesn't put in here what Mr. Sarver said in opening,

13   oh, cobalt and chrome is just part of our vitamins and we need

14   to take it and these are going to be healthy.  That isn't what

15   he says, is it?

16   A.    I don't know what Mr. Sarver said.  I don't know if

17   you've directly quoted him or not.

18   Q.    So he says, "Therefore while cobalt chrome -- that's

19   CoCr, cobalt chrome, correct?

20   A.    Correct.

21   Q.    "While cobalt chrome may be manufactured optimally --"

22   made the best we can, right?

23   A.    Way back 22 years ago, yes.

24   Q.    Sir, y'all were selling them five years after this.

25   A.    Yes.

1    Q.    You know your patent for the Ultamet metal liner, your

2    patent, at least one of them, was already a year old at this

3    point?

4    A.    Yes, but I don't believe the patent was for the

5    articulating surface, was it?

6    Q.    Yes, sir, it was.

7    A.    Okay.

8    Q.    "There's no guarantee this quality can be maintained and

9    if the surfaces do break down the debris produced has been

10   shown to be more harmful than plastic, polyethylene," right?

11   A.    I see where Graham has written that, yes.

12   Q.    And then he says, "What is the solution"?

13         Well, "The more appropriate question is what is the

14   problem?"

15         Maybe the problem is not as big as you-all thought it

16   was.

17         Do you see this?

18         Do you see the section where I am?

19   A.    I do, yes.

20   Q.    He says, Consider the long-term results with

21   metal-on-plastic, and then he's got some here, doesn't he?

22   He's got, what, six studies he cites, right?

23   A.    He does, yes.

24   Q.    Let's look at the first four.  The first four all talk

25   about how many of them have survived after 20 years.  Right?

1    A.    Yes.

2    Q.    And this is metal-on-plastic, or poly, right?

3    A.    It is.

4    Q.    And he's already told us on the other page his two

5    studies for metal-on-metal, hasn't he?

6          He's already given those, hasn't he?

7    A.    Yes.   He's cited those.

8    Q.    All right.   One of the ones he cited on metal-on-metal

9    was the August study, and it was a 20-year study, wasn't it?

10   A.    I believe it was in that range, yes.

11   Q.    And the survivorship of metal-on-metal as opposed to

12   metal-on-poly was what?

13         We'll put metal-on-metal on the side.

14         What was the survivorship, sir?

15   A.    I don't recall.

16   Q.    Can you look?

17         You've got it there.   And I want the jury to stay on this

18   page.   Have you got it?

19   A.    I'm looking for it.

20   Q.    Hang on.   I found it.   27.5 percent.   Is that right?

21   A.    Yes.

22   Q.    Now, Mr. Sarver put up in his opening this graph that

23   says, oh, after 20 years it turns out that metal-on-poly is

24   worse than metal-on-metal, right?   Not according to the

25   studies of your top scientist, right?

```
1    A.    These aren't his studies.

2    Q.    They're the studies he chose to put in his paper.

3    A.    They're the studies he chose to put in his paper.

4    Q.    I mean, he's got all the literature at his disposal.

5    These are the ones he chose, isn't it?

6    A.    Those are the ones he chose, yes.

7    Q.    And the difference between metal-on-metal and

8    metal-on-poly is the difference between night and day, isn't

9    it?

10   A.    I'm not sure how you characterize it as night and day.

11   Yes, they're different.

12   Q.    And then he shows some metal-on-poly that lasted for 10

13   and 11 years.  Do you see that?

14   A.    I see that, yes.

15   Q.    What were his metal-on-metal -- I mean metal-on-metal

16   results at 11 years?

17   A.    Don't know.

18   Q.    53 percent, weren't they?

19         The Dobbs paper you wanted to look at.  Remember?

20   A.    Yeah.

21   Q.    53 percent.

22         Again, at 10 or 11 years advantage metal-on-poly.  True?

23   A.    Yeah.  I don't know if you can compare all of these

24   statistics.  I have not read all the papers, but --

25   Q.    I'm talking about what he did, your lead scientist.
```

1    You're not going to trump his science, are you?

2          You're a business guy, you're a sales guy.  Right?

3    A.    But I'd want to -- if I was debating with him and wanted

4    to review with him, I would want to read the papers.

5    Q.    Well, when you talked to him a couple of weeks ago, did

6    you not say did you do your homework well?

7    A.    No.

8    Q.    Did you challenge him and say you wanted to take him on

9    on the science?

10   A.    No.

11   Q.    You read this before you talked to him, did it occur to

12   you that maybe you ought to probe him on those things before

13   you testified to the jury?

14   A.    No, that's not what I discussed with him.

15   Q.    He goes on to say on plastic "While the problem of wear

16   is present, the results are still excellent when compared with

17   the results for metal-on-metal given above."

18         Do you see that?

19   A.    I see where he's written that, yes.

20   Q.    "When dealing with patients, a modification to something

21   that's very successful would appear to be a safer and more

22   appropriate solution."

23         Do you see that?

24   A.    I see where he's written that, yes.

25   Q.    In other words, if you could modify the plastic that's

1    been very successful, that would appear to be safer and that

2    would appear to be more appropriate, what he records, isn't

3    it?

4    A.    Assuming you can modify the plastic.

5    Q.    Oh, we know we could.  Y'all modified your plastic.  Two

6    years later you came out with Marathon.  Three years later.

7    Didn't you?

8    A.    Yes, we did.

9    Q.    And Marathon is what Coach K had, your big poster boy for

10   these, right?

11        Y'all put -- his doctors put Marathon poly liners in him.

12   They didn't put metal-on-metal, did they?

13   A.    Metal-on-metal wasn't available.

14   Q.    It was for a second hip in 2002.

15   A.    I don't recall.

16   Q.    It was available in 2002, wasn't it?

17   A.    Metal-on-metal?

18   Q.    Yeah.

19   A.    Yes.

20   Q.    You didn't know he had his second hip done in 2002 and

21   still went metal-on-poly?

22   A.    I don't recall when he had his -- either one of his hips

23   done.

24   Q.    Didn't stop y'all from using him for your metal-on-metal

25   ads, though, did it?

1    A.    Used him for our overall promotion on hips, yes.

2    Q.    "Conclusion.  The alternatives have either mixed results,

3    ceramic-on-ceramic, or are building upon past failures,

4    metal-on-metal, with partial solutions in the hope of future

5    success.

6          "Which option would you favor?"

7          Do you see that?

8    A.    Yeah, I see where he's written that, yes.

9    Q.    And do you think he was writing that to himself, too,

10   which option would you favor?  He just wrote it that way

11   instead of which option would I favor?

12   A.    I don't know.

13   Q.    Just reading this don't you get a feel that he was

14   probably writing this for you guys that were saying we want to

15   talk to Leeds and see what they had, see what they thought?

16   A.    I can't speculate based on one sentence.

17   Q.    Well, but it's not just one sentence.  I mean the whole

18   thing.  It sort of reads like he was writing it for someone

19   else.

20         He even puts at the end a bibliography with all of his

21   citations so that y'all can look up all of the papers, doesn't

22   he?  His references?

23   A.    Yeah.  He's provided a thorough review of his references.

24   That's great.

25   Q.    Okay.  This is, so we're clear, a time period when y'all

1    were chasing market share, weren't you?

2    A.    Chasing market share?

3    Q.    Yes, sir.

4              MR. LANIER:   May I approach, Your Honor?

5              THE COURT:   Yes.

6    BY MR. LANIER:

7    Q.    I'm going to give you Plaintiff's Exhibit 279, make sure

8    we're still on the same page.

9         Do you have Plaintiff's Exhibit 279 in front of you?

10   A.    Yes, I believe I do.

11   Q.    Now, this predates y'all looking to Graham Isaacs for his

12   information.  It's dated October 10, 1994.  That's before

13   y'all went to Graham Isaac.  Do you see that?

14   A.    I see the date, yes.

15   Q.    Because y'all went to Graham Isaac, that was Exhibit

16   Number 35, where you said February of '95 will collaborate

17   with internal research and Leeds R&D.  Remember?

18   A.    I see that, yes.

19   Q.    So before y'all ever decided to go to Leeds and talk to

20   your top scientist you had a project called metal-on-metal,

21   and the objective was to provide the market an alternative to

22   the parts, modular acetabular components with the plastic

23   liner, the old plastic liner.  Do you see that?

24   A.    I do, yes.

25   Q.    And the objective was to grow market share by three

1    market share points in the first three years of product

2    launch.

3         You see?

4         Do you see that?

5    A.    I see where that's written, yes.

6    Q.    Y'all's philosophy was to push technology into the next

7    generation.

8    A.    Yes.   Advance innovation.

9    Q.    Thinking it would -- no, it's advance sales.

10         You didn't have answers according to Graham Isaac, right?

11         Do you follow what I'm saying?

12         Sir, it's a wonderful thing to do advances, but you need

13    to do them responsibly, right?

14    A.    Yes.  I agree.

15    Q.    And if you don't have answers, don't pretend you got

16    answers.   Fair?

17    A.    No, I think you pursue the answers, yes.

18    Q.    But ultimately what y'all did is y'all told the world

19    that you did have answers, didn't you?

20    A.    Yes.

21    Q.    And, in fact, you did not have those answers.

22    A.    I disagree.

23    Q.    Well, let's go back for a moment.

24         I asked you before the break, we were talking about

25    this -- this is the first exhibit you and I made together

1    where we were looking at the J&J DePuy excuses versus the

2    truth -- or themes versus the truth.

3         Do you remember this?

4    A.   Themes versus truth?

5    Q.   Yes.  And I talked to you about re-calling the ASR in

6    August of 2010, but you just kept pushing people to Pinnacle

7    metal-on-metal like Ms. Aoki?

8         Do you remember that?

9         Because she had her's then, September.

10   A.   You said pushing, yes.

11   Q.   And you said, oh, no, no, Pinnacle metal-on-metal was

12   performing very well.

13        And I wrote that down, and I said are you serious.

14   A.   Yes.

15   Q.   Do you remember?

16        Sir, during the break I went to three of your top doctors

17   that still work for DePuy that were paid millions and millions

18   of dollars, tens of millions of dollars on this product -- you

19   understand?

20        Dr. Schmalzried, you know him?

21   A.   I do.

22   Q.   We talked about him briefly.

23        In his deposition he was asked:

24   "Q.   So the last metal-on-metal total hip replacement you did

25   would have been when?

```
 1     "A.   March of 2010."
 2           He quit, didn't he?
 3     A.    That's what he says there, yes.
 4     Q.    Dr. Barrett, William Barrett, who put in the very first
 5     Pinnacle metal-on-metal hip or Pinnacle hip.
 6     "Q.   Did there come a time when you stopped using the cobalt
 7     chromium metal-on-metal liners?
 8     "A.   There was.
 9     "Q.   And when was that?
10     A.    The summer of 2010."
11           He quit, didn't he?
12     A.    And he mentioned there are several reasons we wouldn't
13     keep -- should we keep going?  I don't know what his reasons
14     were.
15     Q.    My point is he quit, didn't he?
16     A.    Yeah, but let's continue on.  Let's hear whatever his
17     reasons.  If you're going to -- if you're going to say he
18     quit, let's find out why he quit.
19     Q.    Okay.  We will.  Give me time.
20           Then you remember Dr. Fehring, don't you?
21     A.    Yes.
22     Q.    Dr. Fehring is the one who's given the presentations like
23     Exhibit Number 10, metal-on-metal total hip arthroplasty, how
24     did we get here.
25           That's Thomas Fehring.  That's Dr. Fehring, isn't it?
```

1    A.    Yes.

2    Q.    He's the one who tells everybody in his disclosure --

3              MR. QUATTLEBAUM:    Your Honor, I would object to the

4    use of this document.    This is Dr. Fehring's document.

5    Dr. Fehring is not an agent of DePuy.    We had this discussion

6    earlier.

7              THE COURT:    And I do remember that.    And I overrule

8    your objection for all the reasons you previously made to me,

9    and I do remember those.

10   BY MR. LANIER:

11   Q.    I mean, Dr. Fehring even discloses, as he's saying this,

12   he's getting royalties from DePuy and J&J, and he's a J&J

13   consultant and he gets research support from y'all.    Y'all pay

14   his research, right?

15   A.    He gets some support, yes.

16   Q.    And he's the one who said hip surgeons were seduced into

17   using metal-on-metal by manufacturers.    That would be DePuy.

18   Right?

19   A.    I don't think he said -- From what I read there, it

20   doesn't say that they were seduced by manufacturers or by

21   patients or by -- I can't read under your hand -- or

22   themselves.

23   Q.    Well, hip surgeons were seduced into using

24   metal-on-metal.

25              Manufacturers.    You think he's saying that manufacturers

1    were also seduced into using metal-on-metal?

2    A.   I don't know what he's saying.  I have not seen him

3    present this paper.

4    Q.   DePuy was a manufacturer of metal-on-metal and was at the

5    time, wasn't it?

6    A.   Yeah, we're among them.

7    Q.   And DePuy ran all the ads for metal-on-metal to patients.

8    Y'all had a big campaign on Pinnacle direct to consumers,

9    right?

10   A.   It's not metal-on-metal.

11   Q.   It's got a metal liner.

12   A.   Yes.   But it wasn't --

13   Q.   Okay.   And then it was DePuy who also paid the doctor's

14   community to go around and to give lectures and dinner talks

15   and -- and have surgeons invited into the operating room and

16   all the rest, right?

17   A.   Sir, I have no idea if that's what Dr. Fehring is saying

18   in this paper.

19   Q.   Sir, DePuy paid doctors to go around and give dinner

20   speeches for their product, their metal-on-metal product,

21   didn't they?

22   A.   We paid them to educate other surgeons on metal-on-metal

23   and other bearing materials and other surgical techniques.

24   Q.   Is that a yes or no?

25   A.   We paid them to educate, yes.

1    Q.    Sir, you called it education.  This came out of a sales

2    and marketing budget.  Y'all did a targeted marketing campaign

3    because you figured out how many more you could sell if you

4    had these surgeon dinners, right?

5    A.    It's education.

6    Q.    Okay.  I thought surgeons did all of that school that

7    Mr. Sarver talked about where they're already educated, and

8    they don't need to be educated further.

9          Is it your experience y'all need to teach them things

10   they didn't know?

11   A.    It's my experience that surgeons like to listen to other

12   surgeons and learn from their experience.  Absolutely.  That's

13   actually the foundation of their training.

14   Q.    Dr. Fehring --

15   A.    And they like to continue that.

16   Q.    "Q.   Dr. Fehring, When you said you used metal-on-metal

17   for about a year, would that be before this date, before

18   September 28th of 2010?

19   "A.    Correct.

20   "Q.    What year?

21   "A.    Maybe 2008, 2009, I'm not sure."

22         He quit too, didn't he?

23         Didn't he?

24   A.    He used it for a short period of time, yes.

25   Q.    So some of your very top doctors who are making top money

1  on this, they quit using the Pinnacle metal-on-metal even

2  though you were saying it's performing very well and your

3  company was telling doctors keep putting it in there, right?

4  A.   It was performing well and what we don't get to in your

5  review is why did they stop.

6      Why don't we put up why they stopped.

7  Q.   Sir, we got an answer to some of this by looking at the

8  internal data within the company.  Y'all kept track of

9  revision rates, didn't you?

10 A.   Yeah, we monitor a number of different sources on

11 performance of product, that's correct.

12 Q.   And your company knew that -- Well, we'll get to that

13 tomorrow.  Let me go back to something else I want to clean up

14 before we run out of time today.

15     You and I were talking at another point about how the FDA

16 clearance process went.  Do you remember that?

17 A.   Yes.

18 Q.   And it was when we were talking about the ASR being

19 substantially equivalent in safety and efficacy to the

20 Pinnacle.  Do you remember that?

21 A.   Yes, I do.

22 Q.   And then I talked about how the Pinnacle was said to be

23 substantially equivalent, and that was to the Ultima, among

24 other things, right?

25 A.   Yes.   The Pinnacle Ultamet --

1    Q.    Was equivalent to the Ultima?

2    A.    -- among other things.

3    Q.    And Pinnacle is called the Ultamet, m-e-t, but there's an

4    earlier device that goes before it that was called the Ultima.

5    Right?

6    A.    That's correct.

7    Q.    And that's where y'all got in through the FDA without

8    testing the product under PMA requirements --

9    A.    Well, hold on.  The FDA --

10    Q.    Yes, sir.

11    A.    -- guided us to a 510(k).

12    Q.    Time out.  Time out.  Time out.  No, sir.

13          You're familiar with New England Journal of Medicine

14    article writing up this fiasco, aren't you?

15                MR. LANIER:  May I approach, Your Honor?

16                THE COURT:  Yes.

17    BY MR. LANIER:

18    Q.    Are you familiar with the New England Journal of Medicine

19    writing up this fiasco?

20    A.    I am not.

21    Q.    One of the preeminent medical journals in the world,

22    isn't it?

23    A.    Certainly among them.

24    Q.    The New England Journal of Medicine, January the 10th,

25    2013, "The 510(k) ancestry of a metal-on-metal hip implant."

1    510(k), that's the FDA rule that y'all got this under,
2    right?
3    A.    In working with the FDA --
4              MR. LANIER:   Objection, nonresponsive.
5              THE COURT:   Sustained.
6    BY MR. LANIER:
7    Q.    The 510(k) is the FDA rule y'all got permission to sell
8    the product under, right?
9          It's a yes or no.
10   A.    It's a yes.
11   Q.    Okay.   Thank you.
12   "Q.   "Many medical devices that pose great safety risks to
13   Americans, including metal-on-metal hip implants, concurrently
14   enter the U.S. market through an FDA investigator pathway that
15   is not intended for evaluating safety and effectiveness.   This
16   pathway, called the 510(k) process, instead involves
17   evaluation of substantial equivalence to previously cleared
18   devices, many of which have never been assessed for safety and
19   effectiveness and some of which are no longer in use because
20   of poor clinical performance."
21        Do you see?
22   A.    I do.
23   Q.    This 510(k) clearance, they call a loophole.   Companies
24   who market these devices are often legally able to obtain
25   clearance without demonstrating safety and effectiveness by

1   claiming substantial equivalence to earlier predicate devices,

2   which themselves may have been found substantially equivalent

3   to earlier devices, and so on, all the way back.

4        Do you see that?

5   A.   I see where these authors have written that, yes.

6   Q.   And then, as Mr. Sarver said to the jury, the

7   peer-reviewed literature -- which is sacrosanct and important

8   and all of this.  That's what the New England Journal of

9   Medicine is.  It's peer-reviewed literature, isn't it?

10        This may not be its perspective, but this is a

11   peer-reviewed journal, isn't it?

12   A.   Yes.  I don't know if this one particular article would

13   have been peer-reviewed, but I --

14   Q.   And they focus in on your ASR, which was based in part

15   ultimately on the Pinnacle Ultamet, which works it's way all

16   the way back to that old McKee-Farrar that Graham Isaacs wrote

17   about, doesn't it?

18        Do you see that?

19   A.   I see that.

20   Q.   High rate of revision, no longer in use.

21        It's true, isn't it?

22   A.   That the McKee-Farrar is not in use?

23        That's correct.

24   Q.   High rate of revision, no longer in use, discontinued

25   device.

1          Not only that, but the other metal-on-metal that

2   Mr. Sarver showed this jury in opening that had that long

3   screw hole -- I mean screw end on it, the Ring hip system,

4   high rate of revision, no longer in use.  Right?

5   A.    Correct.

6   Q.    The other metal-on-metal y'all relied upon for ASR and

7   for Ultamet, Pinnacle, Sivash hip system, high rate of

8   revision, no longer in use.  Right?

9   A.    And what I don't know based on this article is did we

10  rely on those.  I don't know.

11  Q.    Well, sir, this whole article is based on your ASR, which

12  was supposed to be substantially equivalent to the Pinnacle as

13  you chain it all the way back.  Remember?

14        This is the one you re-called, sir.  Remember?

15  A.    No, I understand that.

16  Q.    And Pinnacle metal-on-metal is the one you quit selling.

17  Remember?

18  A.    Yes.

19  Q.    And as you chart them back the Pinnacle metal-on-metal

20  was based on the Ultima.

21  A.    Correct.  Among other things.  Among other things.

22        And the Ultima is the one that I said to you before the

23  break don't you remember that part of its problem is the

24  metal-on-metal debris.  And you said, no, I don't remember

25  that.

1      Do you recall?

2  A.   I do.

3  Q.   Let me give you Plaintiff's Exhibit 1052.

4           MR. LANIER:  May I approach, Your Honor?

5           THE COURT:  Yes.

6           MR. LANIER:  Thank you.

7  BY MR. LANIER:

8  Q.   1052 is the British equivalent of the FDA.  Mr. Sarver

9  mentioned the organization in opening but not this document,

10 the MHRA.

11          MR. QUATTLEBAUM:  We would renew our objection on

12 Ultima.

13          THE COURT:  And I do remember that objection.

14 Overrule your objection.

15 BY MR. LANIER:

16 Q.   MHRA, correct, that's the British FDA?

17 A.   Yes.

18 Q.   And they put out an alert.  And their alert was in 2007.

19 Wasn't it?

20 A.   It was.

21 Q.   And it was dealing with the Ultima, DePuy Ultima

22 metal-on-metal articulation, wasn't it?

23 A.   In conjunction I guess with the TPS femoral stem, a

24 cemented femoral stem, yes.

25 Q.   And if you look at the conclusions in the back, they give

1    background and investigate.

2         This was introduced by Johnson & Johnson Orthopedics, and

3    they talk about the metal-on-metal.  They talk about it being

4    cobalt and chromium.  They talk about their extensive

5    investigation to establish categorically why it sometimes

6    corrodes.

7         Do you see that?

8    A.   I'm trying to catch up.

9         Okay.

10   Q.   Do you see where it says it?

11   A.   Yeah, it says the Ultima TPS, the stem, sometimes

12   corrodes.  It says --

13   Q.   If you look at the very next page it says, "Following the

14   investigations and retrieval analysis DePuy believes" -- This

15   is DePuy's work, not the government's, right?

16        Do you see, sir, where it says "DePuy believes"?

17   A.   I do.

18   Q.   This isn't the government.  This is DePuy?

19   A.   Yes.

20   Q.   "DePuy believes that the necrosis" -- which means dead

21   tissue, right?

22   A.   Yes.

23   Q.   " . . . observed at revision is caused by patients

24   reacting to much higher levels of metallic ions than normal in

25   a metal-on-metal articulation derived principally from the

1    corroded surfaces of the stem combined with that generated
2    from normal wear of the metal-on-metal bearing."
3         Do you see that?
4    A.   Yeah, it says, as I read it, the principle issue is
5    corrosion from the stem combined with that generated from
6    normal wear of a metal-on-metal bearing.
7    Q.   Normally wear of a metal-on-metal bearing itself, even by
8    your own admission, you being DePuy, was contributing to this
9    problem, wasn't it?
10   A.   But -- well, what I would say is the issue is the stem.
11   Q.   Wasn't my question, sir.
12        My question is by the company's -- I mean, the company is
13   going to put the best shine on this it can, isn't it?
14   A.   No, I disagree with that.
15   Q.   All right.
16   A.   I disagree with your statement.
17   Q.   By the company's own admission, the company is saying
18   some of this is coming from the corroded surfaces of the stem.
19   Some of it's coming from that generated from normal wear.
20   This isn't anything abnormal.  It's normal wear generating
21   this problem, isn't it?
22   A.   Yeah.  As I read it, it's around the wear that's coming
23   from the corroded surface of a stem.  And just -- just so you
24   understand --
25   Q.   Do you ignore the "combined with" part?

1    A.    Neither of these products were sold in the United

2    States.

3    Q.    Actually the Ultima was.  It was used in the United

4    States.

5    A.    That product was never sold in the United States, sir.

6    Q.    This is the one y'all said was substantially equivalent

7    for the Pinnacle.

8    A.    It's a different product.

9    Q.    The Ultima is different?

10   A.    The Ultima sold outside of the United States and the

11   Ultima sold in the United States were different metals.

12   Q.    Okay.  I will fuss that with whomever I need to, if I

13   need to.  I don't think that's really an issue in the case.

14   So I want to come back to my issue and not distract anything.

15        Even your company knew dead tissue was from metal ions --

16   higher levels of metal ions than normal in the

17   metal-on-metal?

18   A.    Derived principally from --

19   Q.    Let me finish my question.  When the ion levels go up, it

20   can kill the tissue, can't it?

21   A.    Yes.  And in this case those can be derived principally

22   from corroded surfaces of a stem.

23   Q.    Go ahead and finish.  Combined with?

24   A.    Combined with that generated from normal wear.

25   Q.    Because it's not just -- All right.

1    A.    In a product not sold in the United States.

2    Q.    In the predicate product that's substantially equivalent.

3    All right?

4    A.    Incorrect.

5    Q.    And then the last thing I wanted to ask you is whether or

6    not Johnson & Johnson helped orchestrate the planning of how

7    to respond to this issue.

8              MR. LANIER:   And, Your Honor, if I may approach.

9              THE COURT:   Yes.

10             MR. LANIER:   Plaintiff's Exhibit Number 65.

11             THE WITNESS:   Thank you.

12             MR. LANIER:   Yes, sir.

13        Your Honor, we would move Plaintiff's Exhibit Number 65

14   into evidence.

15             MR. QUATTLEBAUM:   We have -- object, Your Honor.

16   This is a document I believe from Australia, deals with the

17   ASR issue in Australia.   It is not relevant to this action and

18   more prejudicial than probative in all respects, and is --

19   with regard to Australia a subsequent remedial issue.

20             THE COURT:   Overall your objections.   Also I do

21   remember your other objections generally to ASR and I overrule

22   that.

23             MR. QUATTLEBAUM:   Thank you.

24             MR. LANIER:   Thank you, judge.

25   BY MR. LANIER:

1   Q.   ASR XL, this was the product that your company re-called

2   in August of 2010 in the U.S.  The re-calls were later in

3   different places around the world, right?

4   A.   I actually believe it was a global re-call, but I wasn't

5   part of the re-call.  But I believe it was a global re-call.

6   Q.   You didn't know in India y'all were still selling them

7   until 2012 and the Indian government came in to shut y'all

8   down from doing it?

9          MR. QUATTLEBAUM:  Object, Your Honor, lack of

10   foundation.

11          THE COURT:  If he knows.

12          THE WITNESS:  I'm unaware of that.

13   BY MR. LANIER:

14   Q.   Okay.  "ASR situation assessment."

15          Here's the second meeting on how to deal with this

16   situation.  Do you see that?

17   A.   I see where that's written.

18   Q.   "Evaluate 4 strategic options --"

19   A.   What page is this?

20   Q.   This is on page 4.

21          "Evaluate 4 strategic options based on the results."

22          Do you see that?

23   A.   I'm just catching up.

24   Q.   Are you there?

25   A.   Yes.  Thank you for your time.

1    Q.    Okay.  Good.  Option 1, "Defend:  Its surgical

2    technique."

3          The surgeon put it in wrong.

4          Do you see that?

5    A.    I guess I would look at it a little differently.  I would

6    look at it as there is always an opportunity to train surgeons

7    on their surgical technique and if you find that there is a

8    higher revision rate there is an opportunity to train on a

9    surgical technique.

10   Q.    I appreciate you taking it that way, but that's not what

11   it says.

12         It uses the word "defend," doesn't it?

13   A.    That's what someone has written here --

14   Q.    Excuse me, sir.

15         I'm asking you what it says.  It says "defend" doesn't

16   it?

17   A.    You've read that correctly.

18   Q.    That's like the arguments for Ms. Aoki, that the spacing

19   was wrong from the surgery or something, the surgeon had to

20   put in a different size liner or something.  Defend its

21   surgical technique.  That was strategy one, wasn't it?

22   A.    Well, if you can help educate surgeons on a better

23   surgical technique that's a good thing.

24   Q.    Strategy -- well, it doesn't -- "Strategy 2.  Defend:

25   Its patient selection."

1        There's something wrong with the patient.

2        Do you see that?

3    A.   I don't think that's something wrong with the patient.

4    Q.   Oh, yeah, this is someone who is hypersensitive or this

5    is someone who has got a cyst or this is someone who rides a

6    bicycle too much or this is someone -- I mean, you put it in

7    the wrong patient.

8    A.   Well, there are certain select patient selection criteria

9    that may or may not be something you want to look at.

10   Absolutely.

11   Q.   "Defend:  It's patient selection."

12       Oh, by the way, patient criteria, do y'al put that in

13   your brochures and in your advertisements and in your

14   literature, there's patient -- what'd you call it?

15   A.   No.  That's not what I said.

16   Q.   No, you said --

17   A.   I use patient criteria --

18   Q.   Yeah.  There's patient selection criteria.

19       Tell me what the patient selection criteria is for the

20   Pinnacle metal-on-metal insert.

21   A.   I don't know it off the top of my head.

22   Q.   Would you agree with me if there's going to be patient --

23   well, let's go back.

24       Defend Number 3, global results are good.

25       Do you see that?

1    A.    Yeah.  I think you want to look at all your data sources

2    and determine your global results.

3    Q.    So, for example, in this case when Mr. Sarver gets up to

4    the jury and says, okay, admittedly in the biggest databases

5    our metal-on-metal has failed, but, hey, it's better in some

6    other databases, look at Sweden, Sweden never used your

7    Pinnacle metal-on-metal implants, did they?

8    A.    I don't know the answer to that.

9    Q.    Phase out:  If none of three works.

10         Then you develop soft landing strategies.

11         Do you see that?

12   A.    I see where that's written, yes.

13   Q.    And that's what y'all did with ASR when you tried to just

14   transfer people over to Pinnacle.  And it's what you've done

15   with Pinnacle metal-on-metal as you've now agreed people ought

16   to be using poly.  Right?

17   A.    Well, I would characterize it much differently than

18   you've characterized it.

19   Q.    All right.  One last piece of clean up from earlier today

20   and then we'll see if we've got time for another subject.

21         I asked you -- we were going over the budget.  I asked

22   you if maybe some of those doctors' and consultants' money

23   wasn't actually part of marketing and sales as opposed to

24   science.

25         I specifically talked to you about the 24 million dollar

1    man, Dr. Thomas Schmalzried, and whether he was in marketing

2    and sales or science.

3         Do you remember that?

4    A.   Yes.   And he's in science.

5    Q.   And we got -- well, we're going to probe that.   We got

6    into the fuss, now, over what a royalty was.

7         You will agree with me that y'all were giving a

8    royalty -- a percentage -- I was using the word cut -- of

9    money from products sold.   That includes Dr. Schmalzried,

10   doesn't it?

11   A.   On products that he has contributed intellectual property

12   to, that would be correct.

13   Q.   Is that a yes?

14   A.   Yes.

15   Q.   Okay.   Thank you.

16        So let's see what his contribution was.

17        First of all, at the sales meeting he went to he made a

18   presentation --

19             MR. LANIER:   May I approach, Your Honor?

20             THE COURT:   Yes.

21   BY MR. LANIER:

22   Q.   Plaintiff's Exhibit 44.   This was his presentation at the

23   sales meeting, wasn't it?

24   A.   I don't know.   I'd have to look through it.

25   Q.   Let's look through it together.

1          The second billion, this has got that ASR that got

2     re-called, right?

3          You see it?

4     A.    Yes, I do.

5     Q.    This has got the Pinnacle metal-on-metal.  Right?

6          Also called Ultamet.  Do you see it?

7     A.    I'm just trying to catch up.

8     Q.    Well, it's right on the front page.  It's not going to be

9     hard.

10    A.    Oh, okay.  Yes, I see that.

11    Q.    Okay.  This is that doctor.  He played college

12    basketball.  He's got in here, "I'm finally going to get to

13    play with Coach K."

14         That's the same year that y'all were using Coach

15    Krzyzewski to help sell the product, right?

16    A.    We were using Coach K to -- for the benefits of --

17    Q.    Let's be clear.  You're not using Coach K for science.

18    This is marketing/sales, isn't it?

19    A.    Yes.

20    Q.    So when your 24 million dollar doctor is going to get to

21    play with Coach K, he's not playing with Coach K on science,

22    he's on the marketing/sales side of the equation, isn't he?

23    A.    Yes.

24    Q.    And you can look the it, and he calls Pinnacle the

25    billion dollar baby.  And I said to you do you remember him

1    being a cheerleader about this.

2         You said I wouldn't call him a cheerleader.

3         "You can sell more."  Did you ever see him yell that out

4    to the audience, "You can sell more"?

5    A.   No.

6    Q.   I mean, he's talking to the sales force here.

7         He's not talking to science, is he?

8    A.   No.  He's talking to the sales force.  There's nothing

9    wrong with having him come talking to the sales force.

10   Q.   "The first billion is the hardest.  A billion here a

11   billion there, pretty soon it adds up to real money.  Anyone

12   want to go for two?"

13        My whole point, sir, is we got into this because you said

14   oh, no, that money we were paying to doctors and orthopedists

15   was for science, not sales.  I'm just saying this man who gets

16   a cut, royalty percentage, sure seems to be working on sales

17   to me, doesn't he?

18   A.   Yeah.  He attended a national sales meeting and talked

19   about the clinical product.

20   Q.   National sales meeting, "Too much good stuff.  The second

21   billion.  Do you know how to do it?"

22        In here he's starting to tell them how to sell.  Isn't

23   he?

24   A.   Yeah, he's talking to the -- talking to the sales force.

25   Q.   Okay.  I will quit going through this if you will just

1    agree with me that Dr. Schmalzried is a -- is -- is out there

2    selling this product.  He's part of marketing and sales.

3         Let's put him -- let's go ahead and put him where he

4    belongs.  Okay?

5         Do you agree with me?

6    A.   I think he's also on the science side.  That was my point

7    earlier.

8    Q.   Let's look at the science side.  Let's look at some of

9    the speeches he's given for science.

10             MR. LANIER:  Your Honor, may I approach?

11             THE COURT:  Yes.

12   BY MR. LANIER:

13   Q.   I give you Plaintiff's Exhibit Number 69.

14             MR. LANIER:  I move Plaintiff's Exhibit 69 into

15   evidence.

16             MR. QUATTLEBAUM:  This is something Dr. Schmalzried

17   did in a debate with another doctor at some meeting not on

18   behalf of DePuy or not for DePuy.  Dr. Schmalzried would be

19   the person to ask about it.

20             THE COURT:  Overrule your objection.

21   BY MR. LANIER:

22   Q.   Do you have Exhibit 69 in front of you?

23   A.   Yes, I do.  Yes.  Sorry.  I keep forgetting how to find

24   the number.

25   Q.   All right.  "Big balls and thin liners:  A triumph of

1    hope over reason."

2         This is your superstar doctor, isn't it?

3         Y'all have flown him around in the company jet, right?

4    A.   I don't know how many times he would have used -- or

5    we've flown him around, I can't tell you.

6    Q.   "Point of view:  The same thing can be bad or good,

7    depending upon what you've seen."

8         It's not the first time he used this slide.  He's used it

9    repeatedly, hasn't he?

10   A.   I don't know the answer.  And I've -- I've not seen him

11   use the slide.

12        It's quite offensive, actually.

13   Q.   It is, isn't it?

14   A.   Yes.

15   Q.   "Identifying the issues.  It's not the size.  It's not

16   the material.  The critical issue is the position of the cup.

17   It's not the position, it's not the material, the critical

18   issue is the size of the butt."

19        "Thank you.  This presentation was supported by DePuy and

20   the Piedmont Foundation."

21        Do you know who the Piedmont Foundation is?

22   A.   I do not.

23   Q.   That's a foundation that Dr. Schmalzried set up by

24   himself, with his wife --

25             MR. QUATTLEBAUM:  I object, Mr. Lanier is

 1    testifying.  He's not even asking a question.

 2              THE COURT:  Overruled.

 3    BY MR. LANIER:

 4    Q.   The Piedmont Foundation is -- tell me if this refreshes

 5    your memory, the Piedmont Foundation is something that

 6    Dr. Schmalzried set up to funnel money from DePuy into him and

 7    his hospital and his research.

 8    A.   I have no idea what the Piedmont Foundation is.  And, as

 9    I said, I think this is an offensive document.

10    Q.   Supported by DePuy?

11    A.   I don't know if it was or wasn't.  I haven't talked to

12    Dr. Schmalzried about this --

13    Q.   The first time --

14              THE COURT:  Y'all don't talk over each other.

15              MR. LANIER:  I'm sorry, I didn't hear.

16              THE COURT:  Say what you said.

17              THE WITNESS:  You would have to talk to

18    Dr. Schmalzried about this.  And, as I said, I think it was an

19    offense document.

20    BY MR. LANIER:

21    Q.   Okay.  Y'all paid for Dr. Schmalzried's lawyers in these

22    cases, don't you?

23    A.   I don't know the answer to that.

24              MR. LANIER:  Your Honor, may I approach again?

25              THE COURT:  Yes.

1   BY MR. LANIER:

2   Q.    Here's another one, Demonstrative Exhibit 33.

3         Do you have Exhibit 33 in front of you, sir?

4   A.    Yes, I do.

5              MR. LANIER:   Your Honor, it's a demonstrative

6   exhibit only at this point but I would move to show the jury

7   Demonstrative 33.

8              MR. QUATTLEBAUM:   Your Honor, it's hearsay, one.

9         Two, this witness has said he has no idea about this, so

10  all of these questions are merely argumentative because the

11  lack of foundation is established by the answer.

12             THE COURT:   Overruled.

13  BY MR. LANIER:

14  Q.    "The role of large diameter bearings" by Thomas

15  Schmalzried.

16        Do you see this presentation?

17  A.    I do.

18  Q.    Using the same slide that's offensive, isn't he?

19  A.    It's very offensive, I've said that.

20  Q.    And yet again we've got another presentation that is

21  supported by DePuy and the Piedmont Foundation.   Do you see

22  that?

23  A.    I see where he's written that, but --

24  Q.    In fact --

25  A.    -- I don't believe we supported it.

1    Q.    -- I don't know if his thank is to DePuy or to the

2    audience, do you?

3         Isn't it fair to say that when we try to assess whether

4    or not at least Dr. Thomas Schmalzried belongs on the side of

5    marketing and sales or on the side of science it sure seems

6    that he's a little bit more marketing and sales, fair?

7    A.    I disagree.

8    Q.    In fact, he had dealings with you personally because he

9    felt like he was being excluded from some sales meetings,

10   didn't he?

11   A.    Not that I recall.

12   Q.    You had a number of your doctors pursue you personally

13   because they felt like they weren't getting the attention they

14   needed, true?

15   A.    I don't know the answer to that.

16   Q.    All right.  Next subject.

17        Mr. Sarver said in opening that there had been excellent

18   long-term results in Europe.  And he put up a chart, a slide.

19             MR. LANIER:  Could I -- could we look for that?

20        I think it was around 555.

21             THE COMPUTER OPERATOR:  Say again.

22             MR. LANIER:  Excellent long-term results in Europe.

23   It was a chart that had a number of different places.

24   BY MR. LANIER:

25   Q.    You are familiar with the European market, aren't you?

1    A.    I am, yes.

2    Q.    You are familiar with the British Journal Registry,

3    aren't you?

4    A.    The National Joint Registry?

5    Q.    Yes.

6    A.    Yes.

7    Q.    There you go.  Put it up.  Put it up.

8          Long-term results with metal-on-metal in Europe.

9          Do you see that?

10   A.    I see that, yes.

11   Q.    Okay.  Let's make a note of these real quick that

12   Mr. Sarver was showing the jury.

13         What we see here -- oh, we lost it.

14         Oh, all right.  Go back to -- we're going to have to

15   memorize -- no, we're going to use --

16              MR. LANIER:  May I use the chart, Your Honor, the

17   pull-out?

18              THE COURT:  Yes.

19              MR. LANIER:  Thank you.

20   BY MR. LANIER:

21   Q.    Okay.  This is so we can remember.

22              MR. LANIER:  Thank you, Ronnie.

23              THE COURT:  Do I need to call Vanna White and bring

24   her down here?

25              MR. LANIER:  She would do a better job.

```
1              THE COURT:  She sure would.
2              MR. LANIER:  Make sure we got these numbers down,
3     because I got some questions for you.
4     BY MR. LANIER:
5     Q.   Okay.  This is not, by the way, DePuy Pinnacle
6     metal-on-metal in Europe.  This is metal-on-metal in general;
7     is that what you understand?
8     A.   Yeah.  I didn't create the slide deck or the chart, of
9     course.
10    Q.   All right.  Well, let's just make sure we've got it.
11    A.   Just going with the title.
12    Q.   Lass is 93 percent at 18.8 years.  Right?
13    A.   Okay.
14    Q.   And then we've got Randelli, which is 94 percent at 13
15    years.
16         Are you with me?
17    A.   I'm following you.
18    Q.   And we've got Nikolaou -- Nikolaou, which is 98.4 percent
19    at 11 years.
20         And last, but not least, Delaunay, which is 100 percent
21    at 10 years.
22         You got it?
23    A.   Got it.
24    Q.   Thank you.
25    A.   Are all these single centers, do you know whether
```

1    they're --

2    Q.    They're whatever Mr. Sarver picked for his opening

3    statement to the jury to try and tell the jury why he wins on

4    your behalf.

5          So what I'd like to do is show you --

6              MR. LANIER:   Your Honor, we've marked the National

7    Joint Registry of the UK, the most up-to-date 2015 numbers, as

8    demonstrative 3193.   May I approach the witness with a couple

9    of pages?

10             THE COURT:   Yes.

11             MR. LANIER:   Any -- I --

12             THE COURT:   Do you have --

13             MR. QUATTLEBAUM:   No objection.

14             THE COURT:   No objection.   Okay.

15   BY MR. LANIER:

16   Q.    Sir, I have pulled out a couple of numbers that are

17   relevant, but this is the largest registry there is, largest

18   official registry.   Greatest numbers, right?

19   A.    I'm sorry, yes.

20   Q.    Okay.   Now, if you look, we're going to see -- I have to

21   do it a little bit close up.

22         It's got Corail -- actually it's pronounced Corail but it

23   looks like Corail to me, but I'm from Lubbock.   How do you

24   pronounce it?

25   A.    Corail.

```
 1    Q.    Corail.  Are you sure it's not Corail?
 2    A.    It is in Texas.
 3    Q.    Okay.  Well, maybe just in Lubbock.  I wouldn't go much
 4    beyond that.  Muleshoe, maybe.
 5          Corail/Pinnacle, so this is the Pinnacle system.  And
 6    it's got metal-on-metal.  It's also got ceramic-on-plastic, or
 7    poly, ceramic-on-ceramic, and ceramic-on-metal, and
 8    metal-on-poly.  Do you see that?
 9    A.    Yes, I'm following along.
10    Q.    All right.  And metal-on-poly is the one that's big in
11    the United States.  Right?
12          And metal-on-metal.
13    A.    I'm sorry.  Yeah.  Correct.
14    Q.    Okay.  Let's look at the metal-on-metal.
15          If we look at the metal-on-metal out at five years we've
16    got 5.15 percent.  That's out five years.  Do you see that?
17          That doesn't do us, we need 10 years.
18          If you look at it out 10 years, 15.69 percent from 10
19    years.  You got that?
20          Do you see?
21    A.    Yeah.  Sorry.  I'm just trying to follow along.
22    Q.    That's okay.
23          By the way, metal-on-poly is working great, isn't it?
24          Do you see that metal-on-poly number?
25    A.    Can you circle it?
```

1    Q.    This is how many are revised, aren't they?

2          This is the probability of revision.

3          Do you follow what I mean?

4    A.    I see that.

5    Q.    Okay.  All I'm getting at, sir, is if we want to put the

6    statistic for DePuy's metal-on-metal from the nonbiased

7    government, you've got 100 minus 15.69.  And that's going to

8    equal 84 percent, 84.3 percent.  Right?

9    A.    Yes.  And you have to understand the background -- before

10   you can compare like you're going to do here, you've got to

11   understand the background of the statistics that Mr. Sarver

12   used and you've got to understand the statistics here.  And

13   you've got to understand -- get underneath it all and

14   understand what is creating this revision rate, both with the

15   studies that Mr. Sarver talked about as well as the studies in

16   this particular study, the registry.

17         So to compare them, Mr. Lanier, like you're doing, I'm

18   not sure it's a reasonable treatment of the statistics.

19                   MR. LANIER:  Objection, nonresponsive.

20                   THE COURT:  Sustained.

21   BY MR. LANIER:

22   Q.    What question were you answering?

23   A.    I was interpreting your question.

24   Q.    What question -- what did you think I asked?

25   A.    I thought we were having a dialogue around these numbers.

1    Q.    No, I asked you if 100 minus 15.69 equals 84.31 percent.

2    Does it?

3    A.    You've done the math correctly.

4    Q.    Now, Mr. Sarver -- let's get into the speech you gave

5    now.

6        Okay.  Mr. Sarver put up for the jury these numbers and

7    said that metal-on-metal has been doing wonderfully well in

8    Europe.  And he's cherry-picked certain numbers from certain

9    studies and put up here.  Do you see that?

10   A.    I don't know how he chose those.  He's behind you,

11   perhaps you could ask him.

12   Q.    Well, he won't take the stand.  I've got to ask you, sir.

13   Do -- you're the man who was over this for quite a period of

14   time.

15       The bottom line is if Mr. Sarver's numbers accurately

16   reflect the performance of metal-on-metal in Europe, then

17   y'all are horrible, aren't you?

18   A.    I disagree, because --

19           THE COURT:  Stop.

20       Okay.  We're going to quit for the day, ladies and

21   gentlemen.

22       Oh, wait, let me -- let me let you finish.  Go ahead.  I

23   didn't mean to cut you off, Mr. Ekdahl.

24           THE WITNESS:  I'm fine, sir.  I'll leave it there.

25           THE COURT:  You can finish if you want to.

```
 1              THE WITNESS:  I'm sure we'll be back at this
 2    tomorrow.
 3              THE COURT:  I'm sure we will.
 4                   (Laughter)
 5         That's the most prophetic statement said today.
 6         Y'all this is your first day of a full day of listening
 7    and sitting, and it's different.  It's just different.  I know
 8    all of y'all have jobs where you do some sitting, that kind of
 9    thing, but it's very different listening to me, listening to
10    the lawyers, trying to stay concentrated.
11         So tonight there are two big events.  Biggest one,
12    according to my wife, is the Bachelor is on tonight, so I
13    don't get to watch on the big TV, and the other, of course, is
14    the football playoff between Alabama and Clemson.
15         All I'm asking is make sure -- whatever your normal sleep
16    patterns, get plenty of sleep tonight because it's your first
17    time to do it.  I guarantee you, I don't know any one of
18    y'all, you're tired.  This is a whooping.  It just is.  But
19    it's an important process.  I promise you, your body will
20    adjust, you'll get used to it.
21         You've been very -- I watched you today, whether you knew
22    I was or not.  Y'all have been very alert.  It's important you
23    do that.  And I just want to thank you for working so hard
24    today.
25         Tomorrow it will be cooler in here.  Bring your warm
```

1    things again.  I know it got hot, but I'll work on it, just

2    like I worked on when the lights flew off or whatever happened

3    earlier.

4        We will hope the building doesn't fall down tonight.

5    It's a government building.  But short of that happening,

6    we'll be right back here tomorrow at 9:00 o'clock.  You'll see

7    Mr. Everett right over there.  We'll see you back them.

8        Don't talk about the case tonight.  Don't do any research

9    on it on your own.  We'll see you back in the morning.  Leave

10   your notes in the jury room.

11       Thank you.

12                        (End of proceedings.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    INDEX - VOLUME 2

 2  WITNESS NAME                                    Page  Line

 3  ANDREW EKDAHL

 4    DIRECT EXAMINATION BY MR. LANIER ................. 127   10

 5    DIRECT EXAMINATION (CONT.) BY MR. LANIER......... 196   23

 6  Motion        Description                        Page  Line
 7
               Mistrial ................................. 59   15
 8

 9  Opening Statements                              Page  Line

10  MR. LANIER............................................. 15    5

11  MR. CANNON............................................. 41    4

12  MR. LANIER............................................. 55    9

13  MR. SARVER............................................. 63    4

14

15  PLAINTIFF EXHIBITS

16
    Exhibit      Description           Identified  Admitted  Denied
17

18  10           PowerPoint ............ 121

19
    38           Proposed rule change  118
20

21

22

23

24

25
```

< Dates >
1995 may 194:23
August 2010
142:18, 142:22
JANUARY 11, 2016
4:1
January 11, 2016
1:14
January, 2016.
244:4
October 10, 1994
206:12
September 28th
212:18
"point 231:6
#1900 2:45
'84 151:23,
151:24
'87 151:24
'94 191:1, 197:1
'95 94:21,
188:9, 188:10,
197:1, 206:16
'96 197:1
'96. 188:9
'99 153:8
--to 130:1
.06 102:7
.5 102:9
.is 198:5


< 1 >
1 19:21, 75:4,
103:23, 157:3,
157:4, 224:1
1. 177:5
1.2 102:10
1.4 160:8,
160:11
1.89 164:19
10 121:5,
202:12, 202:22,
209:23, 236:21,
238:17, 238:18,
243:7, 243:35
100 236:20,
239:7, 240:1
100. 51:6
10016 2:23

1052 218:8
1052. 218:3
10:41. 58:22
10th 214:24
11 3:18, 89:14,
169:1, 184:15,
185:7, 202:13,
202:16, 202:22,
236:19
11-CV-1941 1:14
11-CV-2800 1:13
11-MD-2244-K
1:7, 4:11
1100 3:41
111 2:45
112 2:21
1193 1:40
11th 244:4
12 7:19
12-CV-1672 1:12
12:28. 117:10
12th 192:7
13 236:14
13,500 102:9
13-CV-1071 1:10
14 7:18, 7:19,
89:6, 89:7
14,000 102:6
14-CV-1994 1:11
14th 2:13
15 87:3, 93:4,
103:12, 196:4,
243:14
15.69 238:18,
240:1
15.69. 239:7
150 49:19
1525 3:41
155 243:19
17 103:13
18 60:8
18.8 236:12
189 164:19
1895 18:10
1895. 64:24
19 60:8
190 99:11,
100:20
1930s 78:7
1949 42:14

1960 1:33, 20:22
1961 52:4
1964 52:5
1965 181:25
1973 181:25
1977 85:6
1980s 86:6
1982 104:13
1982. 89:22
1990s 86:6
1992 97:18
1994 188:8
1994/1995 191:12
1995 29:23,
90:4, 99:15,
191:1, 197:1
1995. 25:15,
192:7, 195:24
1996 99:21
1998 95:13
1999. 153:6
1:35. 117:6
1:47. 117:11
1st 42:14


< 2 >
2 1:19, 4:1,
243:1
2. 25:11, 59:22,
60:8, 196:3,
224:24
20 51:11, 82:17,
93:6, 93:9,
181:1, 182:24,
183:2, 183:7,
183:9, 183:18,
184:5, 200:25,
201:23
20-year 201:9
2000 102:14,
159:9
2000. 90:18,
100:8
2000/2001 23:17
2001 30:1,
153:8, 157:6,
160:10
2001/2001. 27:17
2002 133:4,

204:16, 204:20
2002. 204:14
2004 75:17
2005 85:22,
107:1
2006 42:22
2006. 111:25
2007. 218:18
2008 212:21
2008. 78:23
2009 212:21
2010 43:2,
85:22, 150:13,
208:6, 212:18,
223:2
2010. 39:2,
43:9, 142:8,
209:1, 209:10
2011 75:8
2012 100:20,
150:13, 223:7
2013 43:11,
102:6, 150:13,
214:25
2015 85:22,
237:7
2015. 70:18,
70:23, 86:7,
100:22, 101:19,
111:24
2020 85:24
20s 44:22
20th 43:8
21 42:16
212-784-6410
2:24
214.662.1557
3:43
214/740-8453
3:13
214/740-8520
2:38
22 199:23
2200 2:35, 2:36,
3:11
2220 2:5
23 243:9
24 166:4, 166:5,
226:25, 228:20
2400 3:4

25 42: 17
254-918-1006
1: 42
27. 5 180: 25,
183: 6,   184: 5,
201: 20
27. 51 182: 24,
183: 2
2777 2: 13
279 206: 7,   206: 9
2: 30 4: 17
2nd 52: 3

< 3 >
3 60: 8,   189: 5,
225: 24
3. 197: 19
3. 5 18: 21
30 9: 8,   16: 2,
21: 1,   49: 5,
73: 3,   89: 13,
125: 24
317. 236. 1313
3: 20
3193. 237: 8
32 175: 12
33 233: 3
33.   233: 2,   233: 7
35 191: 21,
191: 23,   206: 16
3500 157: 2,
157: 3
3500.  156: 14
38 118: 4,   118: 5,
243: 38
3:  1: 7,   1: 10,
1: 11,   1: 12,
1: 13,   1: 14,   4: 11
3: 33.   196: 7
3: 52.   196: 8

< 4 >
4 75: 4,   223: 18,
223: 21,   243: 21,
243: 25
4.   223: 20
40 49: 5,   103: 11,
125: 24

401 59: 6,   59: 9
403 59: 6
403.   59: 9
404 59: 6
408 59: 6
40s 78: 7,   83: 13
410.   59: 6
414 243: 21
4350 3: 32
44.  227: 22
46 44: 18
46204-3535 3: 19

< 5 >
5 182: 9,   243: 19
5.   182: 6
5. 15 238: 16
5. 5 185: 9
50 34: 4,   51: 6,
125: 24,   183: 14
500 54: 10,   54: 15
501. 379. 1707
2: 47
504. 589. 9733 3: 6
50s 83: 13,   93: 20
51 100: 25,   101: 2
510(k 140: 3,
140: 11,   140: 12,
144: 23,   144: 25,
145: 1,   145: 8,
145: 17,   145: 20,
214: 11,   214: 25,
215: 1,   215: 7,
215: 16,   215: 23
525 182: 11
53 185: 6,
202: 18,   202: 21
55 6: 5,   15: 25
555.  234: 20
559 243: 23
56. 3 89: 7

< 6 >
60 92: 13
60s 73: 10,
176: 12,   176: 20
64 110: 21,
181: 11,   181: 14

65 222: 13
65-year-old 48: 2
65.  222: 10
667 191: 23
667.  191: 22,
194: 22
6810 1: 33
69 230: 14,
230: 22
69.  230: 13

< 7 >
70 110: 22
70112 3: 5
70s 20: 22,
90: 18,   176: 12,
176: 21
713. 400. 4001
2: 15
713/659-5200
1: 35
71309 2: 6
72201 2: 46
745 157: 10,
157: 11
749 158: 4
749.  157: 23
75 183: 15
75001 3: 33
75201-6776 2: 37
75204 3: 12
75242 3: 42
76401 1: 41
77019-2129 2: 14
77069 1: 34
7th 2: 22

< 8 >
80 92: 6,   92: 7,
162: 10
800/256-1050 2: 7
80s 90: 18,   93: 22
83 45: 7,   45: 9
84 239: 8
84. 3 239: 8
84. 31 240: 1
85.  75: 5,   75: 6
88 185: 10

< 9 >
9 243: 23
90 89: 4
909 3: 4
90s 18: 20,
90: 18,   93: 22
926 184: 25
93 236: 12
94 236: 14
95 21: 23
96 21: 24
97 36: 11
97. 9 105: 14
972/233-2300
3: 34
98. 4 236: 18
99. 9 24: 23
9: 00 242: 6
9: 40.  27: 3
9: 43.  27: 4

< A >
abandon 89: 16
ability 65: 21,
77: 13,   116: 1,
158: 15
able 9: 9,   15: 2,
25: 5,   47: 2,
60: 4,   72: 25,
75: 11,   75: 12,
76: 16,   76: 21,
76: 24,   109: 8,
133: 22,   157: 17,
182: 4,   215: 24
abnormal 220: 20
above 52: 16,
52: 19
above.  29: 11,
203: 17
absolute 46: 15
Absolutely
27: 17,   46: 17,
50: 6,   60: 21,
61: 1,   64: 18,
66: 13,   69: 19,
81: 13,   82: 4,
83: 20,   95: 9,

102: 17, 111: 15,
122: 15, 156: 3,
160: 3, 212: 12,
225: 10
absorber 70: 15
abundant 41: 19
accept 13: 3,
13: 7, 76: 7,
87: 14, 88: 7,
96: 5, 97: 11
acceptable
19: 20, 32: 6,
32: 8
accident 73: 21
accompanied
188: 1
accomplished
67: 18, 69: 2,
107: 15, 115: 18
According
184: 16, 184: 17,
193: 25, 201: 24,
207: 10, 241: 12
Account 15: 21,
16: 8
accountable
135: 4, 135: 10
accounts 61: 6
accumulates 82: 2
accurate 104: 15
accurately
240: 15
accusations 37: 9
accusing 86: 17
acetabular 83: 6,
103: 14, 185: 21,
206: 22
acetabulum 69: 6,
69: 7, 115: 5,
138: 20
achievement
85: 11, 95: 3
Across 81: 9,
105: 3, 109: 25
act 22: 13
acted 97: 16
action 38: 6,
222: 17
active 46: 22,
76: 7, 98: 24

activities
72: 17, 76: 24,
77: 14, 111: 14
activity 67: 23,
88: 23, 88: 25,
115: 19
acts 119: 9
actual 61: 21,
100: 7, 100: 8,
109: 20
Actually 8: 9,
11: 10, 47: 16,
60: 12, 60: 14,
60: 17, 65: 24,
75: 12, 79: 14,
81: 3, 84: 7,
84: 13, 84: 20,
84: 24, 93: 7,
96: 6, 104: 6,
104: 12, 110: 18,
114: 7, 114: 19,
123: 24, 133: 18,
142: 18, 147: 18,
147: 23, 153: 20,
154: 9, 156: 10,
159: 9, 170: 20,
180: 12, 188: 15,
189: 6, 212: 13,
221: 3, 223: 4,
226: 23, 231: 12,
237: 22
ad 20: 14, 36: 17,
36: 19
add 7: 25, 34: 7,
96: 3, 156: 3
adding 146: 20
Addison 3: 33
additional 9: 10,
14: 23
Additionally
13: 24
address 4: 13,
10: 4
adds 229: 11
adjust 241: 20
adjustments
157: 20
admission
123: 11, 220: 8,
220: 17

admit 30: 2,
77: 20
Admitted 11: 4,
13: 24, 14: 1,
181: 15, 243: 32
admittedly 226: 4
adopt 46: 11
adopted 46: 5,
46: 9, 46: 17,
50: 4, 50: 23
ads 91: 16,
204: 25, 211: 7
adults 19: 12
Advance 207: 8,
207: 9
advancements
188: 13
advances 188: 17,
189: 1, 207: 12
advantage 202: 22
adverse 69: 20,
126: 15
advertise 36: 3
advertisement
61: 16, 105: 9
advertisements
20: 13, 60: 10,
61: 3, 61: 8,
61: 17, 91: 6,
91: 10, 91: 13,
91: 19, 91: 23,
225: 13
Advertising
36: 8, 59: 18,
59: 25, 60: 3,
62: 8, 152: 6
advice 124: 2
advocate 41: 12
affected 14: 17,
124: 13
Afghanistan 46: 3
Africa 154: 19,
154: 20, 154: 22
afternoon 36: 6,
127: 11, 127: 12,
175: 2
age 46: 10
agent 123: 5,
123: 12, 210: 5
aggressive

114: 10
ago 20: 2, 28: 15,
64: 24, 74: 24,
79: 1, 82: 17,
85: 10, 92: 25,
106: 10, 106: 17,
112: 2, 178: 23,
179: 2, 179: 15,
179: 18, 199: 23,
203: 5
agree 13: 2,
117: 24, 128: 13,
129: 3, 129: 6,
130: 11, 130: 17,
130: 21, 131: 4,
131: 5, 131: 21,
132: 6, 132: 8,
132: 11, 134: 22,
134: 24, 135: 1,
136: 4, 137: 1,
137: 6, 137: 16,
140: 7, 144: 1,
147: 10, 147: 17,
148: 18, 155: 3,
158: 12, 165: 6,
170: 17, 171: 5,
173: 19, 174: 8,
186: 17, 188: 7,
207: 14, 225: 22,
227: 7, 230: 1,
230: 5
Agreed 37: 7,
65: 10, 131: 23,
162: 12, 162: 16,
162: 17, 226: 15
agreement 12: 25,
37: 3, 59: 2,
59: 3, 128: 22,
135: 7, 161: 12,
161: 15, 162: 6,
168: 17, 169: 4
agreements
117: 19
agrees 116: 20
Ah 118: 1
ahead 141: 5,
147: 1, 159: 19,
183: 1, 196: 21,
221: 23, 230: 3,
240: 22

aids 10:15
Air 46:2, 196:11
air-conditioning
196:14
ajb@lanierlawfir
m.com 1:36
Al 4:10, 104:12
Alabama 241:14
Alaska 42:9
alert 9:4,
218:18, 241:22
ALEX 1:31
Alexandria 2:6
alive 50:3,
53:19
allegations
161:22
alleged 14:16
Allen 2:13
allergic 57:19,
57:20, 89:25
allergies 57:17,
57:22
allow 16:1, 64:4
allowed 13:20,
55:25, 56:2,
95:1, 140:1,
143:7
alloys 90:1
almost 112:16,
135:17, 145:10
alone 100:22,
170:9
already 4:24,
7:25, 64:11,
112:9, 200:2,
201:4, 201:6,
212:7
alternate 192:9,
192:12
alternative
191:4, 192:18,
192:22, 193:4,
193:10, 193:17,
194:18, 206:21
alternatives
25:25, 27:23,
29:12, 179:9,
179:10, 180:2,
205:2

Although 14:11,
14:17
ALTRX 96:11,
96:13
amazing 50:5,
74:1
America 78:2,
150:20, 151:10
American 51:5,
86:8, 106:10
Americans 63:14,
215:13
Among 11:9,
19:9, 19:11,
19:12, 19:13,
82:23, 90:8,
132:18, 138:4,
140:15, 140:22,
145:23, 169:17,
169:19, 184:2,
211:6, 213:23,
214:2, 214:23,
217:21
amount 32:6,
67:1, 79:11,
79:13, 80:9,
80:10, 80:12,
99:7, 100:13,
108:1, 108:3,
108:4, 108:8,
118:8
analysis 34:15,
70:6, 101:16,
176:23, 219:14
analyzes 28:2
ancestry 214:25
ANDREW 3:24,
126:16, 127:15,
243:5
Andy 65:5
angle 131:8
angles 74:4
animal 77:2
Anna 52:11
annoying 105:18
annual 182:16,
185:8
answer 13:19,
13:20, 13:22,
14:24, 15:2,

54:24, 55:4,
65:8, 65:19,
83:16, 100:18,
136:17, 145:15,
147:1, 149:12,
149:14, 164:13,
182:21, 193:22,
213:7, 226:8,
231:10, 232:23,
233:11, 234:15
answered 13:21
answering 239:22
answers 13:12,
57:2, 57:4,
57:6, 207:10,
207:15, 207:16,
207:17, 207:19,
207:21
Antarctica 53:9,
53:13
anti-kickback
37:5, 161:22
Antonio 47:6
anybody 21:6,
25:17, 32:15,
38:21, 39:3,
56:8, 186:14,
187:17
Anytime 102:22
Anyway 23:2,
30:2, 36:24,
110:16, 147:10,
147:25, 156:11,
196:19, 196:20
Aoki 1:10, 39:2,
42:4, 42:15,
42:21, 47:9,
56:24, 66:23,
66:24, 67:13,
67:15, 72:10,
75:22, 107:19,
108:3, 108:12,
208:7, 224:18
apart 167:20
apologize
146:17, 173:22,
196:14, 197:20
appallingly 25:3
apparent 32:2
appear 12:4,

179:8, 203:21,
204:1, 204:2
appellate 62:13,
62:16
applicable 10:6
application
146:11
applications
63:13
Appreciate 15:9,
114:2, 118:2,
126:7, 224:10
approach 11:23,
155:2, 156:22,
177:1, 181:8,
184:22, 191:17,
206:4, 214:15,
218:4, 222:8,
227:19, 230:10,
232:24, 237:8
appropriate
29:6, 129:9,
129:12, 136:8,
200:13, 203:22,
204:2
approval 100:7
approve 97:24
approved 100:4,
100:6, 100:24,
140:8, 144:19,
144:23, 145:1,
145:8, 145:11,
145:17
approves 39:12,
100:3
AR 2:46
area 20:8, 52:9
arena 152:22
argue 57:20,
57:23
argument 5:7,
5:8, 60:18,
143:4
argumentative
128:17, 136:11,
188:22, 233:10
arguments 10:5,
10:10, 130:13,
224:18
arms-length

6: 16,  17: 9
Armstrong 6: 20,
6: 21
Army 46: 2
Around 17: 23,
18: 1,  20: 16,
23: 17,  23: 19,
24: 2,  24: 8,
38: 11,  63: 7,
69: 24,  82: 7,
84: 1,  89: 11,
94: 10,  100: 23,
101: 2,  101: 25,
103: 5,  167: 11,
167: 14,  176: 11,
176: 12,  211: 14,
211: 19,  220: 22,
223: 3,  231: 3,
231: 5,  234: 20,
239: 25
arrived 128: 6
Arsenault 2: 2,
2: 4
arthritis 83: 25
Arthroplasty
20: 5,  73: 13,
209: 23
article 78: 21,
102: 15,  214: 14,
216: 12,  217: 9,
217: 11
articles 35: 2,
90: 24,  199: 6
articulate 83: 10
articulating
26: 6,  139: 7,
180: 5,  197: 16,
198: 5,  198: 15,
198: 16,  200: 5
articulation
147: 7,  218: 22,
219: 25
articulations
171: 20
artist 42: 16
Asian 154: 18
aside 143: 5,
156: 8,  187: 16
aspects 128: 14
Asphere 39: 20

aspiration 68: 4
assess 234: 3
assessed 215: 18
assessment 122: 2
assessment.
223: 14
assist 9: 21
assistance
193: 10
associated
41: 18,  190: 11
ASSOCIATES 1: 39
assume 199: 3,
199: 5,  199: 8
Assuming 75: 6,
117: 16,  120: 15,
179: 12,  189: 17,
204: 4
astray 20: 17
athlete 69: 2,
69: 3,  69: 14,
115: 3
atrophy 49: 23,
50: 22
attack 42: 18
attacked 79: 25
attacks 80: 2,
87: 6
attempt 11: 3,
11: 23,  13: 19
attend 169: 2,
169: 3
attended 229: 18
attending 166: 9
attention 10: 11,
79: 6,  90: 21,
92: 19,  94: 5,
94: 9,  94: 20,
94: 22,  99: 9,
99: 13,  102: 2,
103: 15,  234: 13
attentive 177: 13
Attorney 37: 5,
162: 6
attributed
185: 18,  186: 2
audience 229: 4,
234: 2
August 142: 8,
181: 1,  181: 4,

181: 11,  181: 21,
201: 9,  208: 6,
223: 2
Austin 42: 6,
42: 12,  43: 2,
43: 5,  46: 1,
49: 18,  56: 9,
56: 16
Australia
103: 21,  222: 16,
222: 17,  222: 19
authors 93: 15,
216: 5
autoimmune
68: 12,  68: 16,
71: 21,  107: 21,
113: 25,  114: 9,
114: 10
automatically
123: 20
Autophor 86: 10
autopsies 20: 24
available 10: 25,
11: 5,  70: 23,
78: 7,  100: 14,
101: 17,  106: 11,
138: 5,  139: 14,
192: 15,  204: 13,
204: 16
avascular 71: 15,
71: 25,  73: 19,
111: 9
Ave 2: 21,  2: 35
Ave.  3: 11
average 185: 8
awarded 42: 19
aware 187: 10
away 39: 18,
68: 3,  81: 19,
87: 2,  87: 9,
87: 10,  87: 12,
87: 23,  88: 13,
179: 4
awesome 19: 17


< B >
baby 18: 25,
19: 2,  46: 20,
53: 16,  53: 20,

228: 25
Bachelor 241: 12
background
149: 19,  149: 21,
149: 23,  150: 1,
150: 3,  152: 2,
169: 22,  219: 1,
239: 9,  239: 11
bad 16: 8,  22: 2,
26: 8,  27: 25,
29: 2,  39: 23,
54: 5,  64: 25,
68: 2,  79: 19,
80: 9,  80: 10,
81: 25,  87: 14,
99: 17,  125: 16,
180: 6,  186: 2,
231: 6
badly 69: 25,
70: 3
bales 77: 2
Ball 17: 14,
17: 22,  18: 3,
26: 2,  38: 22,
39: 20,  39: 21,
61: 12,  139: 5,
139: 16,  139: 17,
139: 18,  171: 12,
172: 8,  173: 23,
192: 10,  198: 12,
198: 15
ballpark 162: 11
balls 166: 19,
230: 25
barely 72: 25,
73: 2,  75: 18,
115: 4
bargain 74: 17,
96: 5
Barnes 3: 17
Barrasso 3: 2
Barrett 209: 4
Barsky 60: 23,
60: 25
Based 35: 5,
115: 21,  116: 23,
133: 21,  160: 3,
168: 5,  168: 19,
172: 3,  185: 25,
198: 22,  198: 24,

205:16, 216:14,
217:9, 217:11,
217:20, 223:21
basically 40:16,
78:8, 135:17
basing 35:7
basket 172:8
basketball
36:13, 172:7,
228:12
Baylor 8:3,
196:16, 196:17
beads 85:7
beam 105:21
Beard 2:4
Bearing 26:1,
26:3, 187:1,
188:1, 189:8,
190:2, 192:9,
193:5, 193:10,
195:1, 211:23,
220:6, 220:7
bearing. 220:2
bearings 26:2,
48:17, 48:18,
191:4, 192:18,
192:23, 193:18,
194:18, 233:14
beat 70:17,
193:14
beating 193:25
Beaumont 44:10,
45:6
Beautiful 69:18,
106:16, 178:24
beautifully
72:24, 80:15,
103:19, 105:13
became 21:20,
32:2, 79:7,
152:13, 154:1,
154:3, 154:17,
154:24
become 10:14,
80:19, 105:7,
105:18, 105:23,
119:14, 120:23,
190:1
becomes 71:2,
71:3, 84:1,

95:24, 95:25,
97:10
beds 49:19
began 37:13,
148:14, 156:16
begin 38:6,
127:7
beginning 67:7,
79:7, 95:8,
110:13, 111:8,
122:17
beginnings
151:19
behalf 52:21,
128:10, 167:8,
230:18, 237:4
behavior 20:18
behind 15:20,
39:13, 52:6,
53:17, 54:2,
55:18, 55:22,
82:21, 96:22,
240:10
beings 63:7,
92:7, 99:1
belief 142:22
believes 219:14,
219:16, 219:20
bell 175:9
belongs 230:4,
234:4
Beltway 3:32
beneficial 25:8
benefit 63:24,
70:6, 90:13,
107:4, 116:2
benefits 24:2,
72:2, 77:15,
77:18, 77:25,
78:5, 78:17,
78:18, 79:4,
82:3, 106:23,
142:15, 228:16
Beret 42:20
besides 44:2
best 5:16, 7:11,
8:23, 15:15,
21:22, 22:9,
27:8, 28:13,
28:15, 31:21,

69:22, 70:16,
91:25, 92:4,
95:10, 96:15,
96:23, 98:7,
99:7, 103:22,
103:23, 103:24,
104:10, 104:22,
113:18, 143:25,
153:15, 160:21,
164:13, 189:24,
199:6, 199:22,
220:13
bet 6:14, 53:16
beyond 86:11,
86:16, 87:21,
96:14, 118:14,
238:4
bibliography
205:20
bicycle 42:18,
73:1, 77:2,
225:6
bid 26:21
bidding 56:12
bifurcate 4:22,
5:4
Big 8:24, 9:5,
32:24, 36:19,
38:1, 40:11,
47:4, 62:2,
81:7, 84:23,
86:14, 93:17,
130:13, 166:19,
175:13, 200:15,
204:9, 211:8,
230:25, 238:10,
241:11, 241:13
bigger 22:14,
76:2
Biggest 48:3,
192:25, 226:4,
241:11
billion 18:21,
98:23, 98:25,
160:11, 166:16,
166:17, 228:1,
228:25, 229:10,
229:11, 229:21
biological
78:24, 149:23

Bissell 2:34,
3:10
bit 7:2, 7:5,
41:1, 65:10,
80:7, 82:19,
105:22, 108:15,
128:17, 143:3,
151:14, 165:14,
186:21, 234:6,
237:21
bizarre 169:24,
169:25
Black 38:18,
78:3, 197:5
Blackberries
11:12
Blackberry 11:18
Blake 44:21
Blame 57:14,
58:3, 136:20,
136:23, 137:1,
137:6, 137:12
bleed 68:1
bleeding 67:23,
107:21, 113:20
bless 4:8, 54:13
blind 46:7
blink 48:10
blocky 86:14
blog 11:19
blood 68:4,
71:16, 79:24,
110:4, 110:8,
111:5, 113:4,
113:10, 113:18
blowing 196:11
board 105:4,
105:25
bodies 58:9,
82:7, 108:10,
129:23, 170:22
body 21:15,
23:9, 23:12,
30:4, 30:16,
39:8, 48:21,
57:16, 58:9,
66:1, 69:10,
69:16, 74:7,
74:10, 79:17,
79:25, 80:1,

80: 2,  80: 5,
80: 15,  80: 25,
81: 22,  82: 11,
82: 15,  84: 21,
87: 4,  92: 9,
92: 12,  92: 15,
94: 7,  110: 6,
170: 10,  170: 14,
170: 15,  170: 21,
171: 4,  171: 5,
190: 10,  241: 19
bogus 25: 1
boiling 39: 5
bomb 40: 16
Bonaventure 2: 5
bond 85: 10
Bone 17: 11,
17: 12,  17: 19,
17: 20,  71: 1,
71: 2,  71: 4,
71: 5,  71: 6,
71: 17,  71: 18,
74: 3,  85: 8,
85: 13,  87: 2,
87: 8,  87: 9,
87: 10,  87: 12,
87: 23,  87: 24,
88: 5,  88: 10,
88: 13,  89: 9,
110: 20,  114: 20,
138: 15,  138: 17,
138: 22,  138: 23,
138: 24,  190: 12
bony 69: 7
book 15: 18,
15: 19,  15: 20,
27: 14,  27: 15,
30: 8,  51: 18
booklets 173: 10
books 15: 16,
40: 15,  47: 15,
50: 2
boon 40: 11
bore 42: 21,
52: 10
bored 178: 5
boring 5: 22,
5: 24
born 42: 14,
45: 18,  53: 17,

70: 13,  70: 20
Boston 60: 23
bottom 40: 11,
114: 20,  149: 18,
165: 2,  240: 15
bought 16: 22,
18: 20
Box 1: 40,  7: 13,
59: 13
boy 62: 2,  204: 9
Boyd 2: 11
brag 51: 22,
51: 23,  51: 24,
51: 25,  52: 1,
52: 2
brain 46: 13
brand 16: 25,
17: 2
brand-new 22: 16,
28: 14
brave 52: 15
bravery 52: 17
break 26: 15,
26: 25,  28: 17,
58: 15,  58: 18,
65: 15,  73: 20,
97: 11,  117: 21,
120: 14,  128: 6,
167: 20,  175: 3,
190: 2,  196: 4,
200: 9,  207: 24,
208: 16,  217: 23
breakdown 188: 1
bribes 33: 18
bribing 37: 9
briefly 12: 15,
14: 7,  208: 22
Bring 8: 20,  9: 6,
47: 11,  47: 12,
55: 18,  59: 25,
60: 19,  60: 21,
60: 22,  61: 14,
61: 21,  61: 22,
84: 11,  126: 9,
152: 23,  235: 23,
241: 25
bringing 41: 24
brings 153: 1
British 95: 15,
218: 8,  218: 16,

235: 2
brittle 95: 25,
96: 1,  97: 10
brochures 24: 18,
132: 20,  173: 12,
225: 13
Bronze 46: 3
brother 195: 10,
195: 11,  195: 15,
195: 16,  195: 18
brothers 195: 13
brought 8: 16
Brown 1: 31,
99: 19,  113: 10
bruise 113: 4
bucked 42: 25,
49: 17
Budget 155: 25,
156: 2,  156: 4,
156: 5,  156: 6,
156: 10,  157: 6,
157: 21,  157: 24,
158: 4,  158: 14,
158: 16,  158: 22,
159: 9,  160: 7,
160: 10,  160: 12,
161: 4,  163: 25,
164: 3,  212: 2,
226: 21
budgeted 159: 10
buffed 173: 15
build 64: 21,
77: 1,  77: 22
building 29: 14,
205: 3,  242: 4,
242: 5
builds 82: 2
buildup 89: 8
built 46: 24,
86: 5,  139: 22
bunch 8: 6,
24: 10,  28: 10,
80: 7,  106: 14,
152: 23
burden 41: 17,
41: 24,  50: 10,
68: 21
burdened 41: 9
burning 48: 18
Burrow 2: 44

Burstein 104: 12,
104: 17
business 37: 8,
45: 7,  64: 24,
66: 10,  67: 19,
108: 9,  138: 4,
154: 7,  154: 12,
162: 12,  162: 16,
203: 2
businessman 65: 7
busy 98: 1,
110: 18
butt. 231: 18
buy 36: 4,  36: 18,
40: 5
buying 16: 25
buzz 189: 12
buzzword 177: 14


< C >
cake 9: 5
California 66: 1,
166: 2
call 9: 24,  9: 25,
34: 6,  35: 18,
36: 16,  39: 20,
60: 15,  65: 1,
126: 13,  126: 15,
166: 13,  179: 21,
183: 6,  215: 23,
225: 14,  229: 2,
235: 23
called 9: 19,
12: 21,  23: 21,
32: 22,  33: 25,
35: 3,  37: 4,
64: 7,  67: 3,
67: 24,  68: 4,
68: 16,  69: 6,
69: 21,  73: 12,
83: 22,  84: 8,
85: 6,  87: 6,
87: 10,  88: 11,
91: 4,  95: 15,
96: 11,  96: 24,
109: 19,  144: 23,
152: 14,  169: 24,
174: 6,  174: 10,
194: 11,  206: 20,

212: 1,   214: 3,
214: 4,   215: 16,
228: 6
calling 128: 16,
168: 10,   179: 22
calls 228: 24
camp 54: 15
campaign 35: 25,
211: 8,   212: 2
Campbell 66: 2,
66: 3,   83: 2,
88: 9,   108: 1,
109: 21
cancer 42: 23,
63: 11
Cannon 1: 38,
1: 39,   5: 18,   6: 6,
16: 2,   16: 3,
41: 1,   41: 3,
43: 16,   49: 7,
64: 18,   66: 12,
90: 23,   107: 11,
112: 11
canoe 125: 10
canoeing 77: 12
capable 70: 8
Captain 51: 3,
51: 8,   51: 12,
53: 14,   53: 25,
54: 6,   54: 13,
56: 25,   68: 23,
72: 24,   75: 15,
75: 16,   76: 2,
76: 23,   107: 21,
115: 1,   115: 24
captured 54: 3
car 21: 8,   40: 4,
46: 6,   46: 19,
46: 21,   131: 3
Carbon-reinforce
d 96: 23
Care 7: 7,   50: 9,
127: 18,   127: 19,
191: 7
career 66: 3,
70: 10,   106: 1,
148: 14,   148: 20
careful 10: 13,
160: 25
carefully 15: 1,

89: 20
carried 52: 7,
179: 4
carry 41: 14,
41: 16,   52: 6,
77: 1
cars 21: 6
cartilage 70: 14,
70: 18,   70: 25,
71: 2
case-by-case
135: 21
cases 8: 1,   14: 9,
14: 10,   14: 11,
14: 19,   31: 16,
31: 17,   40: 24,
55: 22,   59: 8,
59: 17,   59: 19,
59: 24,   60: 2,
61: 8,   64: 14,
66: 9,   155: 24,
232: 22
catastrophic
187: 25
catch 219: 8,
228: 7
catching 223: 23
categorically
219: 5
caught 180: 3
cause 4: 10,
22: 17,   60: 11,
68: 18,   69: 25,
75: 7,   79: 2,
80: 8,   80: 13,
82: 5,   87: 8,
88: 5,   102: 3,
121: 20,   178: 14,
185: 9
caused 64: 9,
67: 12,   68: 8,
68: 11,   68: 14,
68: 21,   69: 16,
71: 25,   72: 10,
72: 11,   72: 12,
87: 1,   87: 2,
109: 10,   110: 24,
111: 4,   113: 20,
113: 21,   114: 6,
114: 11,   115: 18,

192: 20,   219: 23
causes 25: 20,
68: 1,   68: 2,
71: 19,   95: 21,
178: 13
causing 108: 25
cautious 195: 25
cell 11: 11,
11: 18,   86: 14,
175: 13,   176: 5
cells 23: 13,
79: 25,   197: 25
cement 83: 8,
83: 9,   84: 19,
84: 20,   85: 9,
85: 14
cemented 218: 24
Center 2: 45
centers 236: 25
central 16: 20
Centrum 92: 13,
170: 4
CEO 49: 4,   70: 10,
116: 3
Ceramic 67: 9,
78: 9,   79: 13,
80: 18,   80: 20,
80: 23,   81: 1,
81: 3,   81: 6,
86: 10,   93: 25,
95: 2,   106: 9,
106: 10,   106: 21,
109: 3,   111: 3
ceramic-on-ceram
ic 27: 24,   29: 14,
180: 2,   180: 15,
191: 14,   205: 3,
238: 7
ceramic-on-metal
26: 5,   238: 7
ceramic-on-plast
ic 238: 6
ceramics 80: 23
certain 13: 1,
13: 5,   101: 10,
189: 9,   225: 8,
240: 8
Certainly 59: 24,
60: 24,   62: 14,
90: 25,   93: 4,

118: 18,   121: 14,
127: 16,   134: 17,
214: 23
certified 105: 25
certify 243: 43,
244: 1
cetera 196: 1
CFR 118: 7,
118: 14
chain 217: 13
chair 12: 19,
74: 25
chairs 21: 10
challenge 203: 8
challenging 89: 1
chance 8: 17,
16: 4,   17: 10,
19: 19,   77: 21,
105: 19,   157: 14,
183: 20,   192: 1
chances 55: 2
change 118: 6,
162: 12,   162: 16,
162: 17,   243: 38
change118 243: 38
changed 37: 8,
173: 5
changes 22: 1,
22: 2
chapter 19: 21,
25: 11
chapters 16: 11
characteristics
107: 5
characterize
202: 10,   226: 17
characterized
168: 1,   169: 8,
226: 18
charge 33: 8
Charnley 21: 4,
21: 13,   21: 18,
78: 11,   82: 22,
83: 1,   83: 7,
83: 18,   84: 12,
84: 18,   86: 10,
86: 20,   86: 21,
86: 22,   87: 12,
87: 15,   88: 18,
92: 20,   92: 23,

93: 2, 95: 18
chart 102: 16,
182: 23, 217: 19,
234: 18, 234: 23,
235: 16, 236: 8
Chasing 206: 1,
206: 2
chat 11: 19
check 21: 7
checking 22: 19,
197: 9
cheerleader
166: 10, 166: 13,
229: 1, 229: 2
cheese 17: 16
chemicals 87: 7,
87: 8
chemokines 87: 8
chemotherapy
42: 23
cherry 184: 9
cherry-picked
240: 8
Chevy 17: 1, 78: 3
chews 81: 4
Chicago 45: 22,
105: 20
chicken 9: 4
chief 25: 13
child 45: 11,
46: 9, 46: 11,
46: 12, 46: 13,
46: 16, 50: 8,
50: 23, 53: 3
children 19: 12,
52: 10, 70: 22,
85: 24
China 50: 4, 50: 5
choice 15: 10,
20: 18, 73: 17,
74: 25, 77: 23,
77: 24, 77: 25,
78: 2, 78: 4,
93: 10, 94: 2,
106: 11, 114: 23
Choices 17: 24,
63: 10, 63: 11,
63: 15, 64: 6,
74: 24, 77: 16,
85: 17, 92: 17,

93: 9, 94: 24,
106: 13, 106: 21
choose 70: 6,
91: 13, 95: 1,
105: 16, 106: 25,
107: 2, 116: 2
choosing 19: 25,
70: 9, 106: 2
chops 76: 21
chose 75: 25,
76: 2, 83: 7,
84: 2, 202: 2,
202: 3, 202: 5,
202: 6, 240: 10
chosen 87: 14
Chris 37: 5,
161: 12, 161: 13
Christopher
1: 11, 44: 10,
44: 17, 45: 13,
47: 9, 48: 1,
56: 25, 67: 15,
67: 18, 72: 16,
76: 10, 107: 20,
111: 5, 112: 17,
113: 15, 113: 22
Christy 37: 5,
161: 12, 161: 13
chrome 92: 7,
180: 18, 197: 16,
198: 5, 198: 10,
198: 11, 198: 13,
198: 16, 199: 13,
199: 18, 199: 19,
199: 21
Chromium 28: 3,
28: 12, 48: 13,
92: 5, 92: 12,
92: 14, 112: 8,
112: 19, 170: 3,
170: 5, 209: 7,
219: 4
chronic 190: 11
circle 238: 25
CIRCSH 2: 29
Circuit 4: 25
circumstance
145: 25
citations 205: 21
cite 31: 13

cited 24: 21,
181: 21, 201: 7,
201: 8
cites 200: 22
citing 181: 1
City 42: 9, 49: 13
claim 14: 13,
14: 16
claiming 216: 1
claims 14: 11,
14: 23
clarification
124: 11
clarifying
171: 10
Clark 78: 22
class 103: 22,
103: 24, 104: 10
classic 114: 14
classifications
177: 13
classify 176: 22
classroom 49: 13
clean 213: 13,
226: 19
clear 26: 11,
28: 3, 28: 11,
31: 13, 77: 1,
97: 24, 102: 25,
123: 6, 124: 24,
140: 24, 180: 17,
184: 3, 190: 25,
191: 12, 205: 25,
228: 17
clearance 100: 8,
213: 16, 215: 23,
215: 25
cleared 95: 12,
99: 10, 99: 11,
99: 24, 100: 20,
100: 24, 140: 3,
143: 9, 145: 19,
215: 17
clearly 59: 5,
68: 10, 131: 22,
132: 11
Clemson 241: 14
click 53: 5
clients 15: 11,
64: 19

climb 30: 25,
183: 12
Clinical 94: 8,
100: 2, 100: 3,
100: 5, 141: 17,
141: 18, 141: 21,
153: 19, 186: 16,
189: 9, 189: 15,
197: 15, 198: 2,
215: 20, 229: 19
Close 6: 8,
10: 11, 44: 13,
237: 21
closing 10: 9
clue 53: 5
clues 164: 20
clunk 108: 23,
109: 1
clunked 67: 6
clunking 110: 1
Coach 20: 14,
36: 14, 36: 16,
36: 17, 36: 19,
204: 9, 228: 13,
228: 14, 228: 16,
228: 17, 228: 21
coaching 36: 18
coating 138: 21
Cobalt 28: 3,
28: 12, 48: 13,
92: 5, 92: 7,
92: 12, 92: 14,
112: 8, 112: 18,
170: 5, 180: 18,
197: 16, 198: 5,
198: 10, 198: 11,
198: 12, 198: 16,
199: 13, 199: 18,
199: 19, 199: 21,
209: 6, 219: 4
Cobalt-chrome
186: 24, 190: 10
Cocr 199: 19
code 56: 15
coin 155: 14
cold 8: 22,
126: 11, 196: 11,
196: 19
Collaborate
194: 3, 206: 16

collapse 71: 20
collapsed 71: 21
collapses 71: 19
college 151: 22,
151: 23, 228: 11
Colorado 45: 23,
195: 11
Columbo 126: 4,
126: 7
column 160: 17
combination
197: 14, 197: 23,
198: 20
combinations
26: 3
combinations.
26: 1
combine 155: 18,
155: 20
Combined 37: 18,
220: 1, 220: 5,
220: 25, 221: 23,
221: 24
comes 21: 7,
59: 16, 77: 23,
111: 18, 111: 24,
136: 5, 170: 5,
171: 18, 174: 9,
175: 23
coming 43: 3,
46: 21, 115: 25,
122: 22, 158: 22,
176: 4, 220: 18,
220: 19, 220: 22
commentary
192: 24
Commerce 3: 41
common 19: 14,
26: 10, 43: 22,
43: 24, 44: 1,
45: 15, 67: 24,
74: 14
communicate
11: 15, 11: 17
community 15: 12,
24: 13, 89: 15,
89: 18, 92: 18,
132: 4, 162: 18,
186: 16, 191: 3,
191: 7, 211: 14

Companies 16: 24,
32: 24, 89: 19,
90: 5, 97: 1,
97: 4, 106: 19,
215: 23
compare 98: 15,
164: 24, 190: 5,
202: 23, 239: 10,
239: 17
compared 29: 10,
98: 20, 190: 12,
203: 16
comparing 92: 23
comparison 98: 22
compensated
166: 6
compensation
168: 11
competition
193: 14, 194: 1
competition.
193: 6
competitions
73: 2
complained 38: 22
complaints 43: 3,
43: 4
completed 10: 2,
10: 4
completely 165: 4
completes 46: 23
complication
72: 1
complications
73: 14
comply 244: 1
component
185: 20, 186: 9
component. 26: 4
components
28: 12, 112: 11,
186: 3, 186: 23,
187: 20, 206: 22
composed 64: 17
COMPUTER 3: 47,
234: 21
conceived 186: 9
concentrated
241: 10
concern 14: 11

concerned 112: 7
concerning
10: 22, 11: 24
concerns 197: 3
Conclusion
13: 14, 14: 22,
16: 12, 29: 12,
159: 22, 205: 2
conclusions
14: 5, 218: 25
concurrently
215: 13
condemning 97: 6
conditions 47: 1,
197: 15, 198: 2
conduct 12: 13
conduit 41: 13,
47: 11
confer 12: 12,
75: 10
Conference
89: 22, 244: 2
confidential
25: 5
confirmed 113: 7
conflict 122: 18
confusion 121: 19
Cong 54: 10,
54: 15
conjunction
218: 23
Conroy 2: 19,
2: 20
consent 116: 17
consent. 107: 7
consenting 70: 9
Consequences
16: 11, 37: 12
Consider 5: 1,
14: 2, 14: 3,
14: 13, 14: 18,
14: 19, 114: 8,
200: 20
considerable
118: 8
considered 26: 8,
27: 24, 89: 20,
116: 10, 129: 21,
180: 6
consist 12: 18

consolidate 14: 9
consortium 14: 16
constant 73: 9
consultant
122: 20, 153: 1,
210: 13
consultants
160: 22, 165: 17,
226: 22
consulting
121: 6, 161: 3,
169: 4
consumer 36: 2
consumers 36: 23,
211: 8
CONT. 196: 22,
243: 9
contained 118: 7,
118: 14
contemporaries
84: 12
contend 170: 20
contention
123: 17
contents 16: 9
context 121: 17,
123: 9, 135: 20,
136: 3, 188: 5
continue 27: 11,
105: 25, 120: 10,
157: 23, 209: 16,
212: 15
continues
114: 17, 189: 6
Continuing 86: 3,
114: 21, 115: 6,
122: 5, 124: 16,
141: 10, 163: 12,
163: 16
contraption
88: 3, 88: 15
contribute
167: 19, 168: 6
contributed
227: 11
contributing
220: 8
contribution
168: 20, 227: 16
contributions

166: 7,  166: 8
conveniently
12: 16
conventional
179: 11
conventions
158: 21,  160: 1
conversation
133: 10,  136: 16
convince 152: 20,
167: 11
cool  110: 19
cooler 241: 25
cooperative
123: 21
copy 10: 24,
156: 15,  156: 18,
157: 1,  159: 20,
184: 18
Corail 237: 22,
237: 23,  237: 25,
238: 1
Corail/pinnacle
238: 5
corner 28: 21,
148: 4,  157: 11
correction 75: 23
correctly 19: 7,
19: 9,  185: 23,
224: 17,  240: 3
corroded 220: 1,
220: 18,  220: 23,
221: 22
corrodes 219: 6,
219: 12
corrosion 220: 5
cortex 114: 21
cost 34: 16,
34: 17
counsel  116: 24,
156: 16
count 32: 13
counting 35: 13,
63: 14,  175: 12
countries 33: 1,
80: 20,  100: 25,
101: 2,  101: 25
country 19: 10,
19: 18,  23: 19,
24: 2,  24: 8,

95: 13,  97: 4,
97: 23,  99: 10,
101: 4,  106: 12,
167: 11
couple 17: 9,
34: 20,  179: 14,
179: 18,  203: 5,
237: 8,  237: 16
courage 52: 16
courageous 52: 15
course 8: 22,
81: 17,  85: 18,
91: 3,  96: 17,
97: 21,  97: 24,
169: 11,  236: 9,
241: 13
courthouse
196: 19
courtroom 16: 17,
25: 6,  38: 8,
38: 23,  44: 6,
60: 17,  136: 13
courtroom.  27: 6,
62: 23,  126: 10,
196: 9
courtrooms 128: 4
cover 155: 23
crack 65: 17,
173: 23,  173: 24,
174: 3
cranking 4: 14
cream 88: 10
create 79: 10,
80: 5,  81: 17,
97: 14,  121: 20,
177: 15,  236: 8
created 79: 12,
79: 13,  81: 19,
86: 6,  114: 20,
177: 11,  177: 22
creates 79: 15,
80: 25,  81: 16
creating 86: 17,
239: 14
credible 53: 15
cries 45: 3
criteria 225: 8,
225: 12,  225: 17,
225: 18,  225: 19
critical  231: 16,

231: 17
criticize 81: 14
cross-examinatio
n 118: 15
cross-linked
95: 11,  95: 12,
95: 22
CRR 3: 40,  244: 9
crude 84: 5
crushed 73: 20
crutches 72: 21
CSR 243: 43
CT 115: 21
cue 53: 8
cumulative
182: 17,  183: 2
cup 17: 19,
17: 20,  37: 18,
85: 16,  94: 25,
95: 1,  95: 3,
105: 11,  105: 12,
105: 15,  138: 19,
138: 22,  138: 25,
139: 1,  139: 5,
186: 4,  186: 25,
198: 9,  198: 16,
231: 16
cups.  185: 21
cured 69: 23
curious 179: 24,
184: 21
current 127: 17
currently 101: 17
cushioned 186: 25
customer 48: 4
cut 5: 21,  5: 23,
17: 12,  20: 7,
24: 3,  39: 3,
55: 1,  71: 16,
167: 16,  167: 21,
168: 15,  173: 23,
227: 8,  229: 16,
240: 23
cut.  167: 21,
168: 1,  168: 19
cycles 98: 23,
98: 24,  98: 25
cyst 69: 9,
69: 11,  107: 22,
115: 1,  115: 3,

115: 5,  115: 24,
135: 16,  225: 5
cysts 69: 6,
69: 8,  69: 9,
69: 10,  69: 12,
69: 14,  69: 17,
115: 8,  115: 16


< D >
dad 42: 7,  45: 7,
45: 8,  47: 22,
47: 23
daily 77: 2,
111: 14,  115: 11
Dallas 1: 3,
2: 37,  3: 12,
3: 42,  18: 7,
49: 20,  87: 19,
97: 14,  244: 12
damage 23: 14,
46: 7,  47: 16
damaged 46: 13,
190: 2
damages 4: 20,
14: 21,  52: 19
danger 125: 8
dangers 34: 24
data 144: 15,
213: 8,  226: 1
database 104: 4
databases 226: 4,
226: 6
date 102: 15,
206: 14,  212: 17
dated 124: 17,
192: 6,  206: 12
daughter 42: 21,
105: 19
Day 9: 8,  24: 13,
40: 20,  50: 19,
54: 23,  63: 7,
64: 2,  70: 21,
100: 19,  116: 22,
194: 19,  202: 8,
202: 10,  240: 20,
241: 6,  244: 4
days 7: 19,  40: 10
dead 219: 20,
221: 15

deal 36:19,
81:7, 116:3,
159:12, 223:15
dealing 194:20,
203:20, 218:21
dealings 234:8
deals 222:16
dearly 51:13
death 42:17,
70:1
debate 99:17,
123:7, 230:17
debated 78:19,
90:8, 90:10,
90:14
debaters 19:10
debating 203:3
debilitating
63:8
debris 23:12,
28:17, 28:25,
29:24, 30:3,
70:2, 82:5,
110:7, 115:22,
170:11, 170:14,
170:15, 170:21,
170:25, 171:5,
171:14, 171:16,
171:18, 171:20,
172:24, 173:3,
173:4, 173:18,
174:6, 174:9,
174:10, 174:17,
174:21, 190:3,
190:6, 192:20,
196:1, 197:5,
200:9, 217:24
debris. 188:2
decade 150:12
decades 79:1,
80:22, 82:6,
82:25, 84:17,
85:10, 85:16,
90:16, 90:18,
92:18
deceased 21:4
decent 66:16,
68:11
deception 36:25
decide 9:13,

9:14, 10:8,
114:23, 162:20,
190:17, 191:13
decided 15:15,
22:4, 31:9,
72:22, 98:17,
112:15, 206:19
decides 29:18,
37:23
deciding 116:10
decision 9:18,
13:13, 14:9,
92:4, 124:13,
144:14, 191:15
decisionmaker
144:15
decisions 35:5,
92:1, 132:25
deck 236:8
declare 13:6
decreased 190:11
dedication 41:20
deep 64:18
defect 64:9,
67:12, 68:8,
68:21, 111:4,
113:23, 115:25,
117:1
defective 64:9,
65:12, 66:11,
72:1, 86:4,
86:11, 86:16,
86:17, 87:13,
87:16, 88:7,
89:9, 89:17,
93:9, 96:13,
96:21, 97:12,
100:17, 100:18,
101:1, 101:13,
104:18, 105:6,
106:24, 111:23,
135:4, 135:5,
135:8, 135:12,
141:2, 175:8,
175:24
Defend 58:2,
224:1, 224:12,
224:15, 224:20,
224:24, 225:11,
225:24

defendant 9:24
DEFENDANTS 2:33,
63:19, 175:16
defenses 14:23,
79:25
deferred 37:3,
37:4, 59:2,
59:3, 161:11,
161:15, 162:5
define 134:6,
137:15
defines 20:17
degrade 81:21
degree 149:20,
151:4
Delaunay 236:20
delayed 69:21
deliberate 10:7,
138:2
deliberating
11:10
deliberations
11:1, 11:5
delivered 166:10
demanded 89:18
demanding 38:6
demonstrating
215:25
Demonstrative
181:11, 181:15,
181:18, 184:25,
233:2, 233:5,
233:7, 237:8
Denied 59:15,
243:32
Denmark 104:1
Dennis 3:26,
79:21
dental 83:8
Deny 5:11
denying 62:6
department 153:5
depend 40:20
depending 67:23,
199:11, 231:7
depends 132:1
deposition 20:3,
29:20, 29:22,
54:19, 121:22,
122:24, 123:4,

123:10, 188:16,
208:23
Depuy/Johnson
195:17
Derived 219:25,
221:18, 221:21
describe 138:6
described 116:12
describes
112:25, 113:1
Description
243:12, 243:32
deserve 55:6
design 21:3,
22:20, 67:8,
68:20, 160:23,
185:20, 186:2,
186:10, 186:25,
195:22
designed 66:11,
77:6, 86:5,
138:24, 186:10
designing 97:19
designs 63:21
destroy 81:1,
81:2
destroys 28:10
detail 16:18,
68:15, 107:19,
118:9, 151:14,
161:16, 169:9,
170:17
details 140:5
determine 13:16,
98:7, 190:23,
226:2
determined 36:10
determines 16:5
develop 75:4,
88:3, 153:16,
153:18, 160:9,
192:18, 226:10
developed 50:2,
70:18, 114:10,
115:5, 165:10
developer 115:3
developing
158:10, 160:1,
160:13
development

18:17, 25:18,
34:1, 82:21,
155:5, 155:21,
156:10, 157:25,
158:7, 158:22,
159:4, 160:23,
164:2, 164:3,
164:18, 164:25,
165:3, 168:6,
168:24, 177:8,
178:3
devise 87:10
devised 23:8
devoted 66:3
diagnose 114:7
diagnosed 63:8,
111:9, 114:3
diagnosis 71:10,
111:10, 116:19,
135:16
dialogue 133:16,
167:14, 239:25
diameter 233:14
Diamond-coated
78:12
Diaz 150:18,
150:19, 150:23
Dick 49:2, 49:18
died 50:7, 71:21
dies 71:17,
71:19
difference
15:11, 15:12,
19:18, 78:23,
82:11, 170:24,
171:23, 172:6,
172:19, 202:7,
202:8
differences
37:17, 77:23,
77:24, 78:5,
78:19, 80:6,
80:8, 93:11
differentiated
193:18
differentiating
193:5
differently
21:16, 82:13,
106:7, 224:5,

226:17
difficult 75:21,
84:1, 137:16
dig 17:12
digits 157:12
dinner 211:14,
211:19
dinners 212:4
dire 8:2, 18:6
DIRECT 36:2,
127:9, 196:22,
211:8, 243:7,
243:9
direct-to-consum
er 35:25
directly 199:17
director 150:25,
151:2, 151:3,
153:8, 153:9,
153:11, 153:15,
153:20, 154:1
dis-- 165:9
disability
52:20, 75:7,
83:14
disabled 50:8
disagree 119:16,
119:17, 119:19,
120:12, 144:21,
148:14, 160:3,
165:4, 165:9,
165:12, 165:19,
167:25, 169:8,
186:20, 194:21,
207:22, 220:14,
220:16, 234:7,
240:18
disagreeable
120:5
disagreement
11:1
disagrees 165:14
disaster 21:9,
80:25, 129:8,
129:13, 129:17
disc 48:16,
48:19
disclose 131:24,
131:25, 132:2,
132:4, 133:8,

133:15, 133:19
disclosed
131:23, 132:12,
133:1, 133:23
discloses 210:11
disclosure
122:19, 210:2
disclosures
133:12
discontinued
216:24
discovered 54:9
discuss 11:6,
11:7, 11:8,
11:23
discussed 14:7,
203:14
discussion
99:21, 161:15,
177:22, 178:1,
210:5
discussions
4:20, 107:6
disease 57:24,
68:13, 68:16,
71:1, 71:15,
71:16, 71:21,
88:12, 107:21,
114:7
diseases 63:9
dish 94:7
dislocation
107:5, 110:13,
110:15
dismal 32:21,
33:12, 176:21
disorder 114:10
displaying
156:19
disposal 202:4
dispute 168:18
disputed 9:13
distract 221:14
distracted 10:14
distributed
177:18
distributor
152:14, 152:16,
152:17, 152:22,
153:1

distributors
169:11, 169:12,
169:14
District 1:1,
1:2, 1:21, 4:4,
4:5, 244:11
divide 6:5
Division 1:3,
244:12
divvy 160:16
Dobbs 184:16,
184:17, 184:20,
184:25, 185:4,
202:19
Docket 1:4
Document 1:9,
75:16, 116:13,
119:4, 121:20,
121:23, 122:3,
157:14, 158:11,
158:12, 164:22,
177:10, 177:12,
177:15, 178:8,
178:12, 182:8,
182:11, 188:6,
188:7, 192:6,
210:4, 218:9,
222:16, 232:9,
232:19
documents
124:17, 192:2
doing 15:10,
18:7, 18:16,
21:13, 22:18,
30:22, 34:9,
34:14, 37:8,
63:25, 64:21,
75:1, 76:12,
89:4, 89:5,
93:3, 94:9,
98:9, 98:13,
99:6, 105:2,
108:9, 110:22,
112:20, 119:14,
119:18, 119:23,
119:25, 144:19,
151:23, 160:14,
160:20, 187:13,
190:15, 192:17,
194:13, 196:16,

223: 8,   239: 17,
240: 7
dollar 18: 14,
166: 5,   226: 25,
228: 20,   228: 25
dollars 18: 21,
24: 6,   34: 5,
34: 20,   43: 7,
60: 2,   159: 6,
159: 8,   162: 8,
162: 10,   166: 4,
166: 16,   168: 18,
208: 18
Don 46: 1
done 16: 5,   18: 6,
34: 22,   35: 12,
35: 18,   36: 7,
44: 18,   52: 22,
69: 13,   76: 6,
76: 19,   77: 8,
85: 23,   96: 16,
100: 1,   100: 3,
100: 5,   107: 8,
111: 17,   119: 20,
120: 3,   129: 4,
135: 19,   148: 2,
148: 9,   162: 20,
165: 6,   174: 2,
177: 7,   181: 25,
199: 8,   204: 20,
204: 23,   226: 14,
240: 3
donuts 8: 16
down 8: 18,
27: 14,   28: 17,
30: 18,   31: 1,
31: 2,   42: 13,
44: 19,   45: 19,
49: 5,   50: 25,
52: 14,   56: 9,
57: 21,   57: 24,
58: 5,   79: 23,
89: 7,   125: 2,
125: 5,   127: 2,
157: 11,   159: 4,
178: 2,   178: 25,
183: 12,   190: 2,
200: 9,   208: 13,
223: 8,   235: 24,
236: 2,   242: 4

downs 41: 15
dozens 98: 1,
98: 2
DPA 163: 13
drafted 177: 20
drafting 177: 16
dramatically
76: 8
dramatizing
123: 10
draw 13: 14,
14: 4,   173: 22
drawer 173: 22
drawing 173: 21
dressed-up
141: 23
Drive 3: 32,   36: 1
drop 80: 23
dropped 96: 10
drug 37: 24,
63: 11,   69: 23,
119: 12
Drumwright
148: 4,   148: 6
dual 44: 14
due 102: 13,
115: 21,   115: 22,
193: 20
Duke 36: 17
During 8: 2,
9: 16,   10: 8,
10: 12,   10: 25,
11: 4,   11: 5,
12: 12,   13: 11,
14: 7,   14: 20,
28: 25,   41: 8,
57: 3,   59: 1,
59: 7,   69: 12,
107: 6,   128: 6,
188: 14,   208: 16
duty 41: 20,
133: 8


< E >
E-k-d-a-h-l
127: 16
E.  3: 1
earlier 37: 24,
44: 24,   93: 25,

146: 14,   146: 19,
154: 14,   175: 8,
210: 6,   214: 4,
216: 1,   216: 3,
226: 19,   230: 7,
242: 3
early 114: 8,
120: 17,   120: 18
Earnest 16: 17,
16: 19
easier 182: 13
East 104: 6,
154: 18,   154: 22
easy 53: 20,
65: 15
eat 8: 17,   8: 24,
9: 4,   113: 9,
113: 10
eaten 50: 15
eats 48: 11
Ed 1: 20,   4: 6,
142: 6
edge 109: 20,
109: 22,   109: 25,
110: 2,   110: 10,
139: 19
edit 133: 4
educate 211: 22,
211: 25,   224: 22
educated 212: 7,
212: 8
educating 159: 3
education
167: 13,   212: 1,
212: 5
effect 118: 13,
190: 6
effective 81: 12
effectiveness
215: 15,   215: 19,
215: 25
effects 107: 4
efficacy 140: 10,
140: 13,   140: 21,
144: 18,   145: 3,
213: 19
efficiency 14: 11
effort 78: 13,
115: 14,   121: 18
efforts 85: 21

Egypt 101: 3
eight 14: 8,
14: 19,   44: 24,
185: 10
Either 19: 11,
29: 13,   49: 5,
63: 18,   86: 15,
96: 25,   97: 23,
114: 13,   123: 3,
165: 25,   186: 2,
198: 25,   204: 22,
205: 2
EKDAHL 65: 6,
117: 16,   118: 23,
121: 19,   126: 16,
126: 18,   126: 19,
126: 21,   126: 25,
127: 3,   127: 6,
127: 11,   127: 17,
128: 3,   136: 14,
240: 23,   243: 5
elderly 88: 20
elect 75: 13
electrical 45: 6,
45: 7,   67: 19
electronically
11: 15
eliminate 65: 20
Elise 52: 11
ELMO 19: 23,
27: 18,   176: 8
em 33: 10,   34: 10,
35: 2,   40: 5,
43: 12,   43: 20,
51: 14,   51: 15,
54: 21,   55: 5,
57: 5,   94: 14,
134: 10,   152: 18,
152: 19,   162: 21
Email 3: 14,
3: 35,   11: 18,
55: 24
Emerson 107: 1,
113: 2
eminently 47: 24
emotion 116: 24
emphasize
190: 15,   190: 16
emphasized
109: 17

emphasizing 190: 20
employed 98: 2, 150: 13
Employees 155: 16
encountered 112: 24
encourage 85: 8
encouraging 45: 8
End 9: 16, 11: 10, 16: 3, 25: 16, 25: 17, 27: 22, 28: 1, 35: 12, 50: 1, 116: 22, 157: 3, 177: 7, 178: 4, 194: 11, 197: 19, 205: 20, 217: 3, 242: 12
ended 43: 7
endings 71: 6
endure 54: 24
enemy 52: 6, 52: 7, 54: 2, 54: 3, 79: 8
engine 21: 8
engineer 180: 12
engineered 23: 8
engineering 26: 8, 27: 25, 149: 23, 180: 6
England 18: 19, 21: 4, 29: 9, 29: 21, 31: 12, 31: 14, 32: 23, 32: 24, 33: 1, 33: 5, 38: 10, 88: 22, 101: 5, 146: 3, 179: 20, 214: 13, 214: 18, 214: 24, 216: 8
enhance 162: 17
enheartening 45: 8
enough 30: 4, 45: 5, 68: 3, 70: 19, 72: 6, 74: 5, 77: 19, 79: 19, 79: 20, 110: 14, 110: 23, 110: 25, 151: 12,

152: 9, 162: 20
enter 215: 14
entering 37: 2
enters 27: 6, 62: 23, 126: 10, 196: 9
entertainment 158: 5, 158: 9, 158: 18, 159: 25, 160: 15, 164: 25, 165: 2
entire 66: 3, 70: 10, 83: 24
entirely 13: 10
entitled 10: 21, 25: 16, 168: 8, 243: 45
entries 100: 1
entry 151: 21
eosinophils 80: 1
Epilogue 16: 12
equal 239: 8
equals 240: 1
equation 96: 4, 228: 22
equivalence 140: 12, 215: 17, 216: 1
equivalent 37: 20, 101: 3, 101: 5, 140: 10, 140: 16, 140: 17, 140: 20, 140: 23, 144: 18, 145: 2, 145: 22, 213: 19, 213: 23, 214: 1, 216: 2, 217: 12, 218: 8, 221: 6, 222: 2
equivalents 100: 23
Eric 52: 11
ERNEST 1: 38, 1: 39
erosion 89: 8
essence 106: 1
establish 219: 5
established 191: 16, 233: 11
et 4: 10, 196: 1

Ethicon 127: 18, 127: 19
Europe 80: 19, 93: 20, 93: 23, 94: 10, 98: 14, 106: 11, 154: 22, 234: 18, 234: 22, 235: 8, 236: 6, 240: 8, 240: 16
European 80: 20, 154: 18, 234: 25
Europeans 93: 25
Evaluate 104: 20, 107: 17, 223: 18, 223: 21
evaluated 108: 1
evaluates 104: 24
evaluating 215: 15
evaluation 215: 17
event 13: 7, 124: 18
events 13: 5, 122: 8, 122: 12, 241: 11
eventually 87: 3, 114: 5
Everett 12: 1, 242: 7
everybody 20: 16, 22: 8, 23: 13, 23: 20, 24: 16, 118: 18, 122: 16, 186: 19, 210: 2
Everyone 24: 19, 86: 19, 116: 20
everything 10: 24, 24: 23, 33: 4, 35: 9, 35: 21, 38: 20, 41: 24, 72: 18, 77: 15
everywhere 24: 18
evidence-based 35: 3
exact 30: 23, 187: 6
exactly 80: 13, 80: 14, 121: 13,

147: 8, 175: 10
exaggerate 173: 21, 173: 24
EXAMINATION 127: 9, 196: 22, 243: 7, 243: 9
example 69: 22, 87: 18, 129: 7, 151: 13, 152: 22, 156: 13, 157: 6, 226: 3
examples 25: 23
Excellent 29: 10, 105: 3, 105: 4, 199: 4, 203: 16, 234: 17, 234: 22
except 188: 7
exchanged 32: 5
excited 40: 7, 179: 5
excluded 234: 9
excreted 82: 15, 170: 14, 170: 21, 170: 24, 171: 4
Excuse 5: 11, 10: 20, 11: 19, 15: 19, 128: 16, 136: 10, 143: 14, 163: 11, 164: 8, 166: 23, 224: 14
excuses 32: 16, 208: 1
exercise 73: 7, 75: 19
exercises 76: 20
Exhibit 118: 4, 118: 5, 121: 5, 156: 14, 157: 2, 177: 5, 181: 14, 191: 21, 191: 22, 194: 22, 206: 7, 206: 9, 206: 15, 207: 25, 209: 23, 218: 3, 222: 10, 222: 13, 227: 22, 230: 13, 230: 14, 230: 22, 233: 2, 233: 3, 233: 6, 243: 32
EXHIBITS 11: 4,

12:21, 12:22,
117:18, 117:20,
117:22, 123:20,
123:22, 123:23,
124:4, 125:22,
191:20, 192:2,
243:29
existence 13:2,
121:15
exists 79:13,
79:14, 185:16
expect 48:21,
113:2, 113:4,
113:5, 164:23
expected 70:5,
72:1, 74:14,
80:12, 82:8,
116:16, 143:4
expense 157:25,
158:3
experience
41:19, 212:9,
212:11, 212:12
experiences 14:6
Experiment
15:21, 16:8
experiments
22:19
expert 55:23,
56:19, 60:13,
61:3, 61:4,
61:10, 61:15,
61:16, 104:12,
115:20, 115:23,
187:14
experts 60:25,
61:19, 65:24,
116:21
explain 15:13,
47:1
explained 59:2
explanation
113:18
explant 66:5
explanted 65:24,
66:5, 83:1,
109:20
explode 131:7
explored 188:16
expression

144:11
extends 6:19
extension 110:24
extensive 219:4
extensively
123:4
extra 156:8
extraordinarily
84:1, 103:18
extremely 47:22,
64:1
Eyes 90:13
Ezra 64:23


< F >
Facebook 11:21
faced 75:23
factor 193:5
facts 12:22,
13:1, 13:5,
14:4, 44:7,
59:14
fail 25:23, 57:1
failed 22:5,
55:4, 183:4,
226:5
failing 20:23,
32:19, 37:22
fails 40:3,
40:5, 134:14
failure 21:2,
25:18, 25:21,
27:22, 32:8,
32:9, 32:21,
33:12, 37:14,
38:12, 147:6,
178:4, 178:13,
178:14
failures 29:14,
29:24, 31:15,
31:16, 32:11,
145:24, 146:3,
146:8, 176:21,
205:3
Fair 12:3, 12:4,
102:19, 125:21,
128:23, 137:12,
144:15, 144:16,
148:19, 150:3,

150:5, 151:12,
151:19, 152:9,
171:8, 207:16,
234:3, 234:6
fairly 68:12
fake 35:1
fall 242:4
false 95:14
familiar 129:20,
161:11, 169:25,
172:4, 173:11,
189:1, 189:13,
214:13, 214:18,
234:25, 235:2
families 191:9
family 11:16
family-run 18:13
famous 23:7
fancy 167:21
fantastic 23:20,
85:11, 85:15,
85:25
far 6:23, 21:22,
28:5, 108:4,
180:19, 184:4,
189:9
farm 73:4
farms 48:15
fast 22:13,
22:17, 41:20
fault 26:16,
26:17, 58:5,
119:2, 126:12
favor 90:11,
112:12, 205:6,
205:10, 205:11
favorable 101:18
favorite 35:20
feasibility
192:17
February 43:11,
192:7, 206:16
federal 59:6,
59:9, 119:9,
125:15, 196:18
feed 77:2
feel 14:5,
41:23, 50:20,
50:25, 51:16,
51:19, 52:20,

104:22, 108:22,
108:23, 125:10,
205:13
feeling 108:21
feels 68:2
fees 244:1
feet 37:24,
148:12
Fehring 20:2,
121:7, 121:12,
121:18, 122:22,
209:20, 209:22,
209:25, 210:4,
210:5, 210:11,
211:17, 212:14,
212:16
fellow 21:4,
25:13, 29:3,
121:25, 148:10,
197:9
fellowship
105:24
felt 53:14,
67:7, 77:9,
108:15, 234:9,
234:13
femoral 71:17,
71:18, 83:4,
114:21, 185:21,
218:23, 218:24
Femur 71:18,
83:5, 110:20,
138:16, 138:17
fence 46:24
fences 77:1
few 20:2, 34:17,
73:19, 73:21,
73:24
fiasco 214:14,
214:19
Fiction 93:14
field 70:10
Fifth 4:25
fight 54:10
fights 123:23
figure 15:14,
19:15, 19:16,
19:17, 21:22,
39:25, 66:6,
149:17, 173:20,

191: 2,  192: 17,
192: 19,  194: 14
figured 26: 14,
36: 8,  85: 10,
179: 22,  212: 3
figuring 169: 22
file 4: 16
files 162: 20
filing 55: 21
fill 58: 11
filled 108: 14
film 23: 9,  47: 18
final 10: 5,
118: 10,  119: 4,
119: 6,  119: 15
Finally 30: 7,
37: 25,  38: 15,
228: 12
find 23: 3,
47: 22,  53: 14,
54: 12,  57: 11,
57: 17,  90: 2,
103: 21,  109: 8,
112: 18,  112: 23,
153: 21,  175: 15,
182: 13,  209: 18,
224: 7,  230: 23
findings 118: 19
finds 41: 7
fine 37: 6,  40: 2,
64: 15,  68: 19,
69: 18,  88: 4,
112: 20,  124: 19,
126: 19,  127: 3,
177: 3,  240: 24
finest 81: 12
finish 6: 7,
55: 8,  99: 4,
164: 9,  221: 19,
221: 23,  240: 22,
240: 25
Finland 104: 1
fire 54: 10
fired 52: 7
Firm 1: 32,  3: 31
Fisher 2: 10,
2: 11
fit 15: 18,
17: 22,  73: 7,
75: 19,  106: 18,

106: 19,  186: 4
five-minute
120: 15,  120: 16
fix 19: 17,  40: 4,
58: 7,  88: 15,
110: 17,  114: 24
fixed 27: 8,
58: 8,  109: 12,
109: 13,  109: 18,
110: 25
flat 25: 2
flew 169: 1,
242: 2
flip 157: 23
Floor 2: 13,
2: 22,  40: 25
florid 190: 10
Florida 45: 24
flow 41: 17,
41: 22,  57: 4
flown 231: 3,
231: 5
fluid 23: 9,
112: 25,  113: 1,
115: 22
fly 117: 19
FM 1: 33
focus 216: 14
folks 19: 14,
26: 20,  41: 1,
70: 19,  76: 15,
93: 20,  152: 18,
158: 25,  159: 1,
159: 2,  167: 16
follow 9: 18,
36: 13,  128: 19,
128: 20,  131: 1,
131: 17,  157: 12,
164: 12,  173: 24,
175: 25,  176: 6,
190: 3,  197: 22,
207: 11,  238: 21,
239: 3
Following 12: 18,
57: 9,  219: 13,
236: 17,  238: 9
foot 98: 9
football 49: 9,
49: 12,  49: 14,
49: 15,  241: 14

Force 35: 1,
46: 2,  142: 12,
166: 10,  229: 6,
229: 8,  229: 9,
229: 24
forcing 75: 24
Ford 17: 1,  131: 6
forecast 16: 9
forefathers 21: 3
forefront 95: 7
foregoing
243: 43,  243: 44
foreign 74: 7,
79: 17,  190: 10
forever 22: 11,
44: 23
forget 76: 17
forgetting
230: 23
forgive 138: 8
forgot 5: 1,
76: 14,  111: 21,
111: 23,  177: 24,
178: 2
form 69: 11,
115: 8
format 244: 1
formed 69: 9
former 65: 6,
69: 9
forms 69: 10,
69: 16
formula 129: 8
forth 21: 10,
30: 21,  30: 24,
88: 23,  90: 10,
98: 6,  109: 11
fortunate 45: 5
fortunately
63: 16
forward 29: 19,
58: 11,  58: 12,
90: 2,  119: 21,
128: 10,  190: 18,
191: 13
fought 38: 16
found 23: 18,
49: 23,  50: 21,
74: 21,  85: 3,
89: 11,  89: 12,

93: 1,  102: 9,
103: 6,  104: 1,
104: 5,  111: 11,
111: 19,  113: 16,
162: 24,  163: 3,
201: 20,  216: 2
Foundation
161: 7,  161: 25,
163: 13,  166: 24,
212: 13,  223: 10,
231: 21,  231: 23,
232: 4,  232: 5,
232: 8,  233: 11,
233: 21
Foundation.
231: 20
Four 34: 4,
35: 10,  35: 11,
35: 14,  46: 3,
65: 24,  71: 7,
71: 8,  71: 13,
71: 14,  105: 22,
110: 23,  138: 6,
138: 12,  164: 10,
200: 24
fracture 65: 17,
96: 3,  97: 11
frame 197: 8
framework 185: 14
France 80: 19,
93: 24,  101: 5
franchise 154: 17
frankly 19: 4,
121: 15
fraught 85: 19
freedom 17: 4
Freeman 3: 3
Friday 9: 7
fried 9: 4
friend 41: 12
friends 11: 16,
125: 15,  125: 17
front 46: 15,
58: 12,  77: 20,
130: 18,  136: 5,
191: 23,  206: 9,
228: 8,  230: 22,
233: 3
frontal 46: 7
full 23: 9,

23:10, 241:6
function 111:17,
169:14
funnel 56:11,
232:6
funny 58:2,
80:7, 106:14
fuss 221:12,
227:6
fussing 140:19,
147:23
future 29:16,
75:23, 205:4
future. 187:2

< G >
gain 8:18
Gamble 151:24,
152:4
Game 23:23,
25:18, 27:22,
28:1, 36:18,
177:7, 178:4,
194:11, 197:19
Game. 25:16
garage 97:14
garbage 144:11
gave 123:5,
123:6, 123:8,
240:4
gee 178:5
General 37:6,
148:21, 150:4,
150:6, 236:6
Generally
138:14, 154:16,
222:21
generated 59:19,
220:1, 220:5,
220:19, 221:24
generating
220:20
generation
93:19, 193:9,
207:7
generations
178:23, 179:2
genetic 80:6,
80:8

genius 62:14,
62:16, 82:23
geniuses 82:21,
82:23
gentleman 8:8,
194:10
gentlemen 15:8,
37:12, 55:14,
58:14, 58:19,
63:4, 83:11,
117:6, 240:21
Germany 80:20,
93:23, 101:5
gets 35:17,
48:14, 72:21,
155:25, 170:14,
170:21, 171:4,
210:13, 210:15,
226:3, 229:15
getting 5:22,
23:12, 23:25,
28:8, 32:11,
32:17, 39:3,
41:19, 46:9,
46:13, 161:4,
182:19, 192:6,
197:2, 210:12,
234:13, 239:5
gills 81:21
Girdlestone
83:23
gist 79:22
given 13:12,
13:20, 15:23,
29:11, 59:17,
114:5, 121:24,
122:5, 144:8,
144:15, 156:15,
167:3, 201:6,
203:17, 209:22,
230:9
gives 98:1,
152:18, 184:5,
184:11
giving 16:9,
122:1, 227:7
glad 183:21
global 223:4,
223:5, 225:24,
226:2

glue 83:8
goal 64:3,
147:15, 147:18,
147:19, 153:23
God 4:8
golden-colored
113:16
Goletz 47:7
Golf 24:14
goodness 78:6
gotten 108:22
government
26:18, 33:3,
34:12, 37:2,
37:7, 119:9,
219:15, 219:18,
223:7, 239:7,
242:5
Governor 161:12
grab 17:4,
157:17
Graduated 151:23
Graham 25:14,
27:21, 94:21,
176:23, 177:7,
177:22, 177:24,
178:1, 178:8,
179:12, 181:22,
183:25, 185:14,
187:18, 188:4,
189:17, 190:4,
194:7, 197:9,
197:12, 200:11,
206:11, 206:13,
206:15, 207:10,
216:16
gramophone
86:13, 175:13
grandchild 45:9,
50:4
grandchildren
52:11, 52:24
grandfather
52:14
grandkids 54:16,
125:13
grandmother
52:12
graph 201:22
grater 17:16

greasing 48:16
Great 18:7,
26:20, 42:2,
43:16, 62:9,
66:16, 76:11,
80:21, 81:11,
82:24, 84:11,
88:4, 89:4,
89:5, 93:13,
93:21, 93:24,
94:14, 94:25,
96:2, 96:7,
98:16, 105:1,
106:21, 111:15,
111:21, 111:25,
140:5, 205:24,
215:12, 238:23
greater 10:21,
52:20
Greatest 22:9,
237:18
Green 42:20,
109:22
Greer 1:12,
45:13, 45:14,
45:15, 45:16,
45:18, 45:19,
45:22, 46:19,
46:22, 47:10,
48:24, 56:25,
68:9, 71:14,
71:15, 71:20,
71:25, 72:19,
76:19, 107:21,
113:24, 114:17,
114:23
grew 45:22
grief 92:12
groin 112:1
Grooms 2:44
grossly 166:24
ground 151:19
group 41:10,
41:18, 41:21,
48:3, 140:18,
145:4, 153:9
grow 60:5, 74:3,
85:8, 138:23,
138:24, 206:25
growing 85:13

grown 41: 11
gruesome 84: 2
grunt 196: 15
guarantee 28: 16,
134: 2,   134: 4,
134: 7,   200: 8,
241: 17
guarantee.   134: 6
guarantees
134: 1,   134: 21
guess 13: 19,
23: 23,   132: 14,
135: 20,   136: 2,
137: 14,   137: 15,
176: 1,   177: 18,
179: 14,   190: 15,
192: 21,   218: 23,
224: 5
guidance 133: 21
guided 12: 6,
214: 11
guidelines 32: 7
guilty 37: 3
guinea 31: 19
gun 52: 6,   52: 8
guy 45: 10,
51: 21,   51: 24,
54: 9,   54: 12,
170: 7,   170: 12,
170: 16,   171: 11,
179: 20,   180: 13,
183: 24,   184: 1,
184: 3,   184: 10,
196: 16,   198: 19,
203: 2
guys 19: 7,
27: 20,   40: 24,
54: 8,   54: 20,
131: 11,   189: 12,
205: 14

< H >
H.  1: 38,   3: 16
Haas 195: 18
half 15: 23,
16: 7,   50: 19,
75: 7,   110: 23,
111: 18,   173: 23,
184: 15,   185: 11

hand 8: 12,   11: 4,
39: 8,   126: 22,
138: 9,   177: 5,
210: 21
hand-chosen 38: 5
handed 106: 6
handing 181: 10
handle 12: 15,
92: 15,   136: 21
handled 82: 15
handles 39: 10,
39: 11
handling 110: 7,
170: 10
hands 54: 17,
63: 23,   106: 7
hands-on 137: 25,
138: 1
Hang 201: 20
Hanly 2: 20
happen 12: 15,
13: 8,   13: 19,
47: 2,   47: 5,
68: 5,   74: 11,
82: 10,   102: 5,
102: 12,   110: 13,
125: 3,   125: 16,
133: 10,   172: 2,
172: 3
happened 19: 16,
32: 1,   33: 13,
41: 14,   41: 25,
53: 10,   54: 12,
65: 15,   68: 16,
80: 14,   85: 21,
88: 1,   89: 6,
97: 25,   108: 10,
119: 5,   120: 4,
120: 9,   129: 21,
129: 24,   242: 2
happening 242: 5
happens 41: 19,
69: 9,   70: 25,
75: 11,   78: 21,
80: 23,   81: 5,
87: 4,   87: 9,
87: 17,   109: 24,
171: 24,   173: 8,
197: 12
Happy 40: 10,

73: 8
happy.  75: 20
hard 6: 22,   7: 8,
8: 22,   53: 16,
53: 20,   57: 18,
69: 13,   73: 25,
99: 5,   102: 22,
102: 24,   115: 9,
160: 9,   196: 19,
228: 9,   241: 23
Harder 53: 11,
53: 12,   53: 13,
55: 6,   81: 3,
95: 24,   96: 1,
96: 2,   97: 10
hardest 53: 10,
229: 10
harmful  28: 18,
200: 10
Harris 104: 23,
105: 3
hate 50: 19,
92: 9,   106: 13
hay 77: 2
he'll 12: 2,
29: 21,   38: 23,
48: 6,   65: 11,
164: 10
head 23: 10,
30: 19,   39: 21,
71: 18,   83: 4,
98: 15,   98: 18,
108: 25,   109: 24,
133: 24,   149: 2,
150: 25,   151: 5,
183: 24,   183: 25,
184: 3,   184: 10,
185: 21,   186: 4,
194: 15,   194: 16,
194: 17,   197: 10,
198: 19,   225: 21
headed 194: 7
heads 186: 3,
197: 9
Health 33: 1,
89: 21,   104: 6,
104: 13
healthy 73: 7,
75: 12,   75: 19,
199: 14

heard 10: 9,
18: 9,   33: 16,
48: 5,   51: 4,
63: 5,   64: 10,
74: 23,   101: 22,
116: 24,   128: 13,
131: 16,   144: 11,
144: 13,   165: 7,
169: 24,   171: 9,
186: 1
hearing 12: 13,
131: 16
hearsay 118: 9,
121: 10,   233: 8
heart 42: 18,
54: 13,   63: 11,
63: 12
Heavens 21: 10
heavily 155: 4,
155: 6
heavy 48: 13,
53: 13,   112: 4
Heinrich 43: 5,
50: 12,   50: 13,
54: 18,   55: 19,
55: 20,   55: 22,
56: 6,   56: 16,
69: 17,   116: 8,
116: 11,   116: 12
held 89: 22
Hello 48: 22
Help 5: 18,   9: 11,
20: 1,   29: 22,
55: 12,   56: 11,
63: 10,   64: 3,
83: 15,   108: 17,
124: 16,   134: 6,
147: 16,   147: 19,
153: 21,   181: 6,
195: 22,   224: 22,
228: 15
helped 33: 22,
147: 22,   222: 6
helping 160: 22
hema 113: 3
hemarthrosis
67: 24,   67: 25,
111: 6,   113: 21
hemathrosis
113: 3

hero 53:22
heroic 88:2
hesitate 48:9
hid 34:23
hidden 37:1,
86:20, 86:24
hide 48:9
High 19:10,
37:14, 101:9,
102:19, 103:6,
109:23, 110:2,
110:4, 110:5,
141:15, 141:20,
178:21, 179:1,
216:20, 216:24,
217:4, 217:7
higher 183:11,
183:12, 219:24,
221:16, 224:8
highest 38:24,
108:4
highly 59:10,
81:1, 105:17,
107:14
hiking 77:11
Hipreplacement.c
om 56:14
hips 25:19,
36:20, 36:21,
43:23, 50:13,
64:16, 66:9,
70:12, 70:13,
77:11, 78:1,
78:12, 80:24,
98:12, 102:7,
102:8, 115:6,
127:25, 130:9,
154:8, 154:9,
154:11, 154:14,
173:2, 177:8,
178:3, 181:24,
184:1, 197:2,
204:22, 205:1
hired 55:22,
136:8, 165:16
HIRSCHHORN 2:28
historically
122:1, 186:1
history 82:19,
151:16

hit 46:6, 131:7,
131:8
HOEKSTRA 2:3
hold 57:4,
139:2, 164:10,
168:21, 175:2,
214:9
hold-ups 35:15
hole 17:16,
217:3
holes 138:25
home 42:20,
48:15, 53:21,
159:20
homeschooling
45:11
homeschools 45:9
homework 18:16,
199:8, 203:6
honest 54:24,
55:4
Honorable 1:20,
4:5, 4:8
honorably 53:24
Hope 8:16, 28:9,
29:15, 35:11,
41:7, 62:14,
70:22, 85:23,
205:4, 231:1,
242:4
Hopefully
105:17, 138:22
hopes 115:11
horrible 20:4,
240:17
horse 46:9
horses 46:23
hospial 49:18,
50:1, 70:11,
116:4, 232:7
hospitals 181:25
hot 8:22,
196:11, 196:12,
196:13, 196:19,
242:1
hotel 159:21
hour 15:23,
16:7, 123:18
hours 7:19
Houston 1:34,

2:14, 48:2
Huguenard 2:12
hum-hum 6:24
human 63:7,
68:23, 92:7,
94:7, 99:1
Humans 66:5,
80:6, 80:7,
98:17
humble 70:19,
151:18
hundred 34:5,
34:17, 63:25,
64:22, 64:23,
64:25, 99:15,
105:13
hundreds 24:17,
43:6, 81:17
hurry 22:22,
22:23
hurt 55:3,
88:12, 142:2
hurting 141:20,
141:25
hurts 45:2,
54:16
husbands 14:17
Hylamer 96:24
hypersensitive
225:4
hypersensitivity
69:22, 99:22,
107:23, 116:14,
116:19
hypertrophy
112:25


< I >
Ian 78:22
ice 88:10
ida 170:2
idea 21:5, 22:5,
31:22, 58:16,
96:22, 97:15,
98:1, 170:10,
170:14, 171:4,
186:2, 195:1,
211:17, 232:8,
233:9

ideal 76:15
identical 26:6,
180:4
Identified
243:32
Identifying
231:15
ignore 220:25
ignored 13:10
imagine 51:19,
53:18
Immediately
11:25, 12:2,
50:23, 157:17
immune 80:11,
80:13
impartial 12:3,
12:4
impinging 114:19
IMPLANT 1:5,
16:23, 17:3,
20:6, 20:25,
22:10, 23:8,
33:15, 34:4,
36:6, 61:8,
81:2, 84:7,
88:20, 101:9,
101:10, 124:5,
124:12, 124:18,
130:4, 130:8,
130:11, 130:17,
131:10, 131:15,
131:18, 132:6,
132:8, 157:8,
176:15, 184:14,
191:9
implant. 214:25
implanted 14:14,
72:3, 94:10,
124:14
implants 20:22,
24:7, 28:4,
31:9, 33:19,
34:10, 34:19,
36:3, 57:21,
77:17, 101:8,
121:14, 124:10,
130:7, 130:23,
133:9, 134:3,
170:6, 174:9,

215:13, 226:7
implies 77:24,
93:10
important 12:3,
47:8, 47:10,
66:20, 79:16,
86:8, 92:16,
101:15, 103:2,
112:3, 112:5,
128:25, 129:2,
134:20, 216:7,
241:19, 241:22
importantly
72:12, 94:8
impressive 66:15
improper 59:10,
59:13
improve 76:8
improved 100:14,
107:5, 186:23,
186:24, 187:21
in. 17:13,
54:22, 56:15,
123:20, 126:9,
126:23
in/garbage
144:11
inaccurate
166:25
inadequate 31:4
inadmissible
59:4, 59:14
INC. 1:5
inches 87:21,
87:25
incidence 102:7
inclined 172:13
include 71:14,
105:14
included 166:8
includes 11:16,
158:5, 227:9
including 11:20,
80:3, 86:20,
86:23, 99:21,
116:21, 167:14,
215:13
Incorrect 222:4
increase 160:12,
183:19, 193:11,

193:24
increased 72:18,
75:12, 160:12
increasing
108:16
Incredible
50:11, 100:13,
105:15, 115:3
incredibly 71:6
incurred 159:10
independent
10:18, 12:5
INDEX 243:1
India 53:4,
53:6, 53:8,
223:6
Indian 223:7
Indiana 18:10,
18:23, 64:23
Indianapolis
3:19
indicate 185:5
indicated 10:1
indicating 52:22
indict 107:10
individual 8:1,
45:18, 117:2
individually
107:17
individuals
41:11, 47:13,
106:4
industry 162:13
infectious 114:7
inferences 14:5
inflamed 74:9
inflammation
114:15
inflammatory
59:10, 59:14,
68:17, 190:11
influence 13:16
influenced 10:19
inform 11:24
information
11:3, 75:16,
91:1, 91:6,
100:9, 100:10,
100:11, 100:13,
101:17, 105:8,

144:8, 152:19,
156:9, 206:12
ingrowth 190:12
initials 142:23
injected 79:23
injury 70:1
Inner 49:13,
79:20
innovated 95:7,
175:7
innovating 97:19
Innovation
85:11, 85:21,
86:3, 86:7,
86:11, 86:18,
97:16, 106:18,
128:25, 129:2,
129:3, 129:6,
129:7, 175:4,
175:7, 175:23,
207:8
insert 198:11,
225:20
inside 17:20,
19:3, 19:6,
33:8, 38:20,
79:17, 87:22,
108:10, 109:8,
139:5, 184:1,
198:9
insinuating
168:22
INSKEEP 3:16
instability
67:3, 67:14,
108:15, 108:20,
108:21, 108:25,
109:13, 111:2
instead 21:13,
53:6, 53:8,
129:12, 138:6,
139:21, 167:4,
205:11, 215:16
Institute 89:21,
104:13
instruct 9:17,
10:6, 13:25,
56:2
instructed 13:3
instructing

14:18
instruction
16:10
instructions
7:24, 9:10,
10:10, 14:23
insurance 33:1,
33:2, 34:13
integrity 53:24
intellectual
167:19, 168:5,
168:11, 227:11
intend 6:1
intended 9:21,
66:10, 215:15
intentionally
95:12
interact 19:13
interactions
132:19
interest 122:18
interesting
32:18, 39:17,
47:22
internal 25:16,
194:3, 206:17,
213:8
internally 27:21
International
73:2, 98:11
Internet 11:13,
11:19, 12:9
interpretation
47:18, 119:17
interpreting
239:23
introduce 16:18,
42:3
introduced 219:2
introduction
16:14
invent 33:22,
85:25, 97:22
invented 21:5,
21:18, 95:11,
96:10
inventing 97:19
inventor 168:23
inventors 23:22,
23:25

invents 63: 20
investigate
219: 1
investigating
192: 22
investigation
12: 5, 219: 5
investigations
219: 14
investigator
215: 14
invited 211: 15
involved 10: 13,
77: 4, 115: 12,
132: 25, 195: 16
involvement
114: 11, 138: 2
involves 14: 8,
78: 4, 215: 16
involving 14: 12
ion 110: 4,
110: 5, 112: 16,
197: 5, 221: 19
Ions 29: 25,
107: 4, 170: 10,
170: 23, 170: 24,
170: 25, 171: 9,
219: 24, 221: 15,
221: 16
ions. 171: 2
ipads 11: 15
iphone 11: 18
iphones 11: 11,
11: 15
ipod 86: 13
irradiate 95: 20
irradiated 96: 6
irrelevant 59: 8
irrespective
185: 9
Irving 38: 18
Isaac 25: 14,
27: 21, 29: 20,
94: 21, 176: 24,
177: 7, 177: 24,
183: 25, 185: 25,
187: 18, 189: 5,
197: 9, 197: 12,
206: 13, 206: 15,
207: 10

Isaacs 183: 5,
185: 15, 188: 15,
194: 7, 206: 11,
216: 16
issue 119: 11,
124: 6, 137: 8,
137: 14, 141: 8,
146: 11, 192: 25,
193: 17, 220: 4,
220: 10, 221: 13,
221: 14, 222: 7,
222: 17, 222: 19,
231: 16, 231: 18
issued 140: 24,
141: 2
issues 32: 12,
128: 23, 163: 13,
195: 25, 197: 4,
231: 15
it'll 68: 3,
85: 24, 112: 10
item 13: 25
iterative 78: 14
itself 190: 16,
198: 17, 220: 7
itself. 197: 16,
198: 8
IV 69: 22
ivory 78: 10


< J >
J&J 122: 20,
208: 1, 210: 12
J. 3: 40, 243: 43,
244: 8, 244: 9
J/depuy 30: 10,
33: 8, 33: 15,
128: 16
Jack 52: 13
Jackie 44: 23
Jacobson 8: 9,
8: 13
JAMES 3: 30
Jane 45: 16,
46: 20
January 214: 24
Japan 102: 8
Jay 44: 19
JAYNE 2: 19

jconroy@simmonsf
irm.com 2: 25
Jennifer 2: 3,
49: 20
Jesse 27: 19
jet 231: 3
Jim 196: 11
job 9: 11, 18: 8,
19: 17, 52: 1,
69: 18, 127: 17,
127: 18, 148: 24,
150: 23, 152: 8,
162: 22, 178: 2,
235: 25
jobs 151: 22,
241: 8
jog 31: 3
John 3: 25, 21: 4,
21: 13, 21: 18,
82: 22
Johnson 2: 11,
16: 24, 18: 20,
18: 21, 18: 25,
19: 2, 20: 12,
22: 6, 23: 4,
34: 23, 35: 6,
35: 24, 38: 5,
38: 24, 39: 5,
39: 8, 39: 9,
39: 10, 39: 11,
39: 12, 56: 10,
56: 13, 57: 7,
58: 1, 58: 2,
126: 15, 126: 16,
127: 19, 144: 9,
152: 9, 152: 10,
189: 2, 191: 8,
191: 9, 195: 17,
219: 2, 222: 6
Johnson/depuy
34: 23, 35: 6,
35: 24, 38: 5,
38: 24, 56: 10,
56: 13, 191: 8,
191: 9
Joint 32: 23,
68: 5, 69: 3,
69: 7, 71: 2,
73: 14, 83: 24,
110: 9, 110: 10,

110: 14, 111: 5,
113: 4, 113: 5,
113: 19, 114: 10,
115: 6, 128: 1,
148: 23, 149: 3,
235: 4, 237: 7
joints 75: 22
Journal 31: 12,
31: 14, 214: 13,
214: 18, 214: 24,
216: 8, 216: 11,
235: 2
journals 91: 4,
91: 5, 214: 21
Jr 46: 1
Juan 19: 23
Judge 1: 21, 4: 6,
9: 14, 43: 13,
44: 24, 119: 4,
120: 23, 120: 25,
125: 2, 163: 17,
172: 13, 181: 19,
222: 24
Judicial 13: 5,
13: 6, 14: 11,
244: 2
judicially 12: 23
June 111: 24
jungle 53: 17
juror 10: 20,
10: 22
jurors 11: 8,
11: 9, 173: 21
jury. 58: 23,
117: 14
justified 14: 6
justify 162: 21
justly 105: 16


< K >
K. 36: 16, 228: 13
Karen 51: 3,
51: 9, 52: 10,
53: 3
Kathy 99: 19
Kearns 48: 1,
48: 2, 48: 9,
112: 12
Keep 10: 8,

44: 25, 67: 4,
130: 15, 160: 20,
173: 6, 209: 13,
213: 3, 230: 23
keeping 32: 3
keeps 33: 4
ken.inskeep@btla
w.com 3: 21
KENNETH 3: 16
kept 30: 6,
116: 15, 208: 6,
213: 8
key 24: 1, 55: 17,
165: 6, 193: 24
kidding 6: 1
Kids 8: 4, 44: 21,
45: 25, 49: 14,
49: 21
kill 23: 13,
221: 20
killed 54: 15
kills 71: 1,
197: 24
kind 6: 11, 8: 25,
9: 5, 17: 3,
19: 14, 44: 2,
46: 25, 51: 22,
51: 24, 52: 7,
61: 9, 68: 7,
70: 6, 70: 20,
77: 10, 77: 16,
88: 9, 96: 17,
97: 22, 98: 22,
99: 1, 99: 25,
102: 10, 102: 11,
110: 18, 114: 4,
115: 8, 125: 13,
126: 4, 130: 7,
131: 16, 136: 13,
149: 17, 178: 22,
241: 8
kindness 41: 21
kinds 85: 2
Kinkeade 1: 20,
4: 6
kitchen 88: 24
Klusmann 1: 13,
48: 25, 49: 1,
49: 4, 56: 25,
57: 19, 69: 19,

70: 1, 73: 9,
77: 8, 80: 14,
99: 22, 107: 23,
116: 1, 116: 11,
116: 12, 116: 16,
116: 20, 129: 21
knee 63: 12,
69: 4, 76: 4
knowing 56: 17
knowledge 105: 7,
143: 25
knowledgeable
196: 15
Known 70: 5,
71: 24, 72: 1,
82: 5, 82: 8,
82: 16, 82: 17,
89: 10, 116: 16,
132: 3, 137: 14
knows 21: 6,
28: 24, 38: 21,
48: 17, 48: 19,
82: 6, 90: 21,
92: 15, 102: 3,
116: 4, 127: 13,
223: 11
Krzyzewski
20: 14, 36: 15,
228: 15
Kupperman 3: 2


< L >
lab 88: 9
laboratory 66: 1
lack 161: 25,
163: 13, 166: 24,
223: 9, 233: 11
Ladies 8: 8,
15: 8, 37: 12,
55: 14, 58: 14,
58: 19, 63: 4,
117: 6, 240: 20
lady 48: 15,
50: 6, 148: 4
Lake 42: 9
landing 226: 10
landscape 42: 16
language 37: 21,
141: 19, 141: 23

LANIER 1: 30,
1: 32, 5: 17,
6: 18, 15: 4,
17: 8, 35: 19,
59: 1, 60: 7,
62: 7, 64: 13,
65: 5, 65: 9,
65: 11, 66: 12,
70: 4, 81: 13,
82: 22, 90: 23,
91: 7, 92: 10,
93: 12, 94: 20,
96: 19, 98: 5,
104: 9, 107: 12,
116: 25, 118: 8,
123: 8, 136: 10,
163: 14, 172: 20,
175: 15, 231: 25,
235: 22, 237: 11,
239: 17, 243: 7,
243: 9
LANIER127 243: 7
LANIER196 243: 9
large 155: 4,
188: 2, 190: 2,
233: 14
larger 155: 19,
156: 4, 156: 5
largest 35: 25,
48: 3, 67: 1,
90: 4, 237: 17
Lass 236: 12
Last 7: 15, 7: 16,
8: 10, 22: 11,
40: 21, 50: 16,
51: 3, 76: 20,
89: 13, 99: 3,
99: 4, 118: 17,
120: 19, 126: 4,
127: 15, 146: 16,
157: 12, 162: 2,
208: 24, 222: 5,
226: 19, 236: 20
lasted 202: 12
lasting 94: 18
latched 56: 9
later 10: 16,
22: 10, 49: 22,
53: 6, 68: 15,
111: 17, 111: 18,

140: 5, 164: 1,
204: 6, 223: 2
Laughter 5: 25,
120: 24, 125: 6,
241: 4
Laughter. 26: 19,
43: 19, 49: 6,
172: 11
launch 207: 2
launched 90: 10
Law 1: 32, 3: 31,
9: 14, 9: 17,
10: 6, 13: 14,
14: 12, 121: 1
lawsuit 33: 14
lawyer 13: 13,
18: 7, 26: 16,
28: 21, 41: 12,
59: 18, 60: 3,
60: 10, 62: 2,
136: 14
lawyers 5: 21,
8: 6, 9: 1, 9: 18,
9: 22, 10: 4,
12: 13, 13: 1,
13: 11, 39: 10,
55: 24, 57: 9,
63: 18, 123: 21,
125: 9, 125: 16,
128: 8, 194: 20,
196: 1, 197: 4,
232: 21, 241: 10
lax 108: 18,
108: 25, 110: 14
laxness 109: 10
lay 31: 2
layer 23: 10
lead 20: 17,
112: 10, 202: 25
leading 54: 14,
75: 6
learn 12: 10,
19: 5, 66: 24,
66: 25, 67: 16,
67: 20, 70: 13,
73: 18, 78: 15,
105: 24, 152: 16,
179: 16, 212: 12
learned 33: 14,
39: 19, 68: 10

least 38: 8,
51: 3,  64: 11,
78: 7,  126: 16,
128: 13,  128: 17,
131: 16,  137: 1,
148: 18,  187: 6,
200: 2,  234: 4,
236: 20
Leave 6: 6,
48: 11,  48: 17,
56: 24,  165: 1,
170: 9,  187: 16,
240: 24,  242: 9
leaves 16: 3,
186: 6
lecterns 38: 11
lectures 211: 14
led 68: 13,
114: 15,  186: 25
LEE 2: 29
Leeds 18: 19,
194: 4,  194: 7,
197: 10,  205: 15,
206: 17,  206: 19
left 38: 9,
42: 10,  45: 11,
77: 8,  81: 24,
114: 22
left-handed
106: 5
leg 30: 23,  87: 25
legal  13: 16,
38: 2,  136: 13,
195: 25
legally 163: 7,
215: 24
length 110: 20,
110: 24
lengthened
110: 22
LEONE 2: 30
less 55: 2,  96: 2,
98: 21
letter 55: 24,
100: 7,  100: 8
level  30: 3,
30: 5,  76: 7,
112: 8,  112: 18,
131: 18,  151: 19,
151: 21

levels 110: 4,
110: 5,  112: 16,
197: 15,  197: 24,
198: 21,  219: 24,
221: 16,  221: 19
lewd 166: 20
LIABILITY 1: 6,
14: 21,  64: 7,
100: 16
licensed 149: 14,
149: 16,  150: 19,
151: 8
Liddell  2: 34,
3: 10
lie 25: 9
life 22: 10,
25: 2,  41: 15,
41: 18,  44: 9,
47: 4,  53: 24,
74: 11,  75: 1,
75: 12,  76: 7,
77: 4,  77: 15,
113: 25,  115: 13
lifetime 40: 22,
68: 12
lift 41: 24,  76: 4
lifting 77: 3,
112: 4,  115: 12
light 14: 6,
21: 7,  81: 25,
165: 5
lightly 135: 19
lightning 125: 11
lights 82: 1,
242: 2
likely 113: 20,
197: 14,  197: 23,
198: 20
limine 59: 20
limitation 75: 24
limitations
55: 1,  73: 15
limited 13: 24,
14: 1,  14: 2,
57: 12,  72: 17,
164: 9
limiting 75: 22
limits 112: 19
Line 40: 12,
93: 2,  125: 8,

155: 14,  158: 16,
163: 25,  164: 3,
164: 18,  164: 24,
165: 2,  240: 15,
243: 3,  243: 12,
243: 17
lined 70: 14
liner 17: 20,
17: 21,  17: 22,
18: 4,  23: 10,
26: 3,  37: 18,
58: 8,  139: 4,
139: 8,  139: 9,
139: 22,  168: 23,
168: 25,  171: 12,
192: 10,  194: 17,
200: 1,  206: 23,
211: 11,  224: 20
liners 25: 23,
166: 20,  204: 11,
209: 7,  230: 25
lines 52: 6,
53: 17
link 193: 3
Linkedin 11: 21
liquid 30: 16,
30: 17,  30: 19
list 73: 24
listed 33: 22
Listen 15: 1,
99: 18,  212: 11
listened 18: 6,
94: 5
listening 9: 1,
57: 5,  128: 4,
241: 6,  241: 9
Listerine 19: 1
lists 122: 17
literally 50: 15
literature
24: 22,  28: 3,
35: 2,  79: 6,
90: 23,  91: 3,
94: 4,  94: 11,
94: 18,  99: 19,
107: 2,  107: 8,
180: 17,  184: 4,
202: 4,  216: 7,
216: 9,  225: 14
LITIGATION 1: 6,

195: 25,  197: 4
Little 2: 46,
7: 5,  18: 22,
26: 15,  29: 24,
32: 25,  41: 1,
76: 20,  78: 22,
79: 22,  82: 19,
87: 5,  105: 22,
113: 9,  114: 19,
118: 11,  143: 3,
165: 14,  169: 9,
171: 14,  182: 20,
184: 14,  186: 21,
224: 5,  234: 6,
237: 21
live 45: 6,
49: 25,  55: 18,
72: 22,  83: 15,
122: 25,  123: 3,
166: 1
lived 42: 9,
42: 10,  42: 11,
45: 23,  53: 23
lives 49: 20,
166: 2
living 72: 23,
75: 1,  88: 24,
111: 14,  142: 7
LLC 2: 20
LLP 2: 12,  2: 34,
3: 10,  3: 17
lobe 46: 7
Locke 2: 34,  3: 10
lodged 161: 22
logical 98: 21
logistic 169: 14
long 5: 12,  7: 16,
18: 8,  29: 7,
49: 18,  50: 14,
65: 2,  67: 20,
68: 3,  74: 24,
88: 14,  90: 9,
92: 25,  94: 2,
94: 3,  97: 17,
98: 12,  99: 2,
101: 12,  103: 8,
103: 9,  106: 10,
106: 17,  116: 9,
166: 15,  176: 11,
217: 2

long-distance
73: 1
Long-term
200: 20,  234: 18,
234: 22,  235: 8
longer 55: 25,
75: 18,  86: 6,
215: 19,  216: 20,
216: 24,  217: 4,
217: 8
longest 94: 18
looked 23: 24,
40: 8,  47: 14,
47: 15,  47: 16,
89: 24,  104: 13,
113: 16,  129: 18,
162: 24,  164: 22,
198: 25
looking 6: 18,
30: 9,  57: 11,
89: 22,  98: 25,
103: 3,  103: 16,
104: 6,  105: 7,
115: 7,  122: 1,
157: 4,  157: 10,
157: 24,  158: 13,
160: 4,  181: 24,
191: 3,  197: 2,
201: 19,  206: 11,
208: 1,  213: 7
Looks 17: 16,
88: 9,  93: 3,
159: 24,  180: 22,
189: 20,  237: 23
loophole 31: 10,
31: 11,  31: 12,
31: 13,  215: 23
Lord 2: 34,  3: 10,
50: 5
lose 40: 9,
196: 25
losing 158: 15
loss 14: 16,
26: 11,  41: 9,
88: 5
lost 40: 11,
42: 22,  93: 12,
129: 22,  196: 24,
235: 13
lot 8: 18,  15: 15,

22: 7,  23: 14,
24: 6,  31: 6,
37: 24,  39: 6,
42: 8,  45: 11,
55: 16,  55: 20,
62: 15,  63: 6,
65: 9,  73: 22,
74: 1,  74: 13,
78: 6,  80: 22,
83: 7,  85: 9,
86: 22,  87: 11,
88: 21,  88: 25,
90: 22,  95: 18,
95: 19,  110: 23,
112: 4,  115: 14,
124: 4,  129: 22,
165: 22,  167: 16,
195: 4
lots 31: 21,
38: 25,  71: 6,
103: 4,  187: 10
loud 7: 6,  7: 7
Louisiana 2: 6,
3: 5,  44: 13,
44: 17
love 51: 13,
54: 21,  80: 20,
93: 13,  106: 8,
106: 12
loved 93: 25,
104: 9
lovely 42: 21
loves 45: 3
low 80: 12,
108: 8,  109: 22,
110: 2
lower 107: 5,
157: 11,  183: 10,
183: 12
lowest 26: 21,
108: 3
Lubbock 237: 23,
238: 3
lubrication
22: 25,  23: 9,
23: 10,  70: 16
lucky 48: 1,  48: 7
lunch 8: 24,  9: 5,
9: 6,  117: 7
lymphocytic

113: 11


< M >
m-e-t 214: 3
M.  2: 3,  3: 30
ma'am 42: 5
machine 30: 22,
189: 16
machines 30: 14,
30: 15,  30: 18,
187: 5,  187: 8,
187: 11
Macrophages
79: 25,  87: 5,
87: 6,  87: 7,
113: 8,  113: 10,
113: 17
mad 51: 25,
91: 25,  92: 1,
92: 3
Madison 2: 21,
49: 9
magazine 24: 14,
24: 15
main 10: 2
maintained
28: 17,  200: 8
maintenance
189: 8
major 25: 22,
80: 22
majority 64: 14
make.  20: 18
Malibu 78: 3
mammals 81: 20
Man 25: 14,  33: 8,
36: 9,  46: 25,
50: 18,  68: 11,
69: 1,  72: 25,
76: 20,  87: 5,
149: 3,  150: 8,
166: 5,  227: 1,
229: 15,  240: 13
managed 49: 18
management
148: 21,  150: 4,
150: 6
manager 25: 19,
177: 8,  178: 3

manager.  27: 23
manipulations
33: 15
mankind 70: 17
manufacture 31: 8
manufactured
28: 13,  189: 24,
199: 21
manufacturer
31: 7,  133: 7,
133: 17,  133: 18,
211: 4
Manufacturers
20: 11,  99: 12,
100: 12,  119: 13,
210: 17,  210: 20,
210: 25
manufactures
63: 22
Manufacturing
186: 22,  188: 13
many.  179: 4
map 109: 22
Marathon 96: 6,
96: 9,  96: 12,
204: 6,  204: 9,
204: 11
March 209: 1
Margaret 42: 4,
42: 5,  42: 6,
42: 8,  42: 13,
42: 14
marginally 51: 22
Marine 81: 20
Mark 1: 30,
34: 11,  43: 3
marked 25: 5,
156: 13,  237: 6
market 22: 14,
22: 16,  23: 2,
23: 16,  23: 17,
40: 10,  86: 6,
86: 24,  120: 10,
121: 16,  134: 18,
134: 20,  141: 18,
141: 22,  142: 17,
153: 21,  153: 25,
155: 24,  157: 7,
193: 11,  193: 25,
194: 14,  206: 1,

206: 2,  206: 21,
206: 25,  207: 1,
215: 14,  215: 24,
234: 25
marketers 34: 24
marketing/sales
228: 18,  228: 22
marketplace
193: 4
markets 154: 18
married 42: 14,
42: 16,  44: 23,
50: 4,  50: 8
Mars 112: 9
Martin 79: 21
marvelous 18: 8,
23: 6,  64: 17,
75: 9,  76: 18
Mary 49: 19
massive 20: 23,
21: 2,  33: 25,
36: 17,  37: 6,
38: 1
massively 37: 22
MASTER 3: 30
material 186: 25,
193: 10,  231: 16,
231: 17
materials 18: 5,
78: 7,  132: 15,
132: 20,  190: 6,
197: 14,  197: 23,
198: 20,  211: 23
math 58: 2,  240: 3
matter 12: 6,
12: 21,  119: 11,
171: 24,  243: 45
matters 12: 15,
106: 6
Matthew 55: 19
maximize 39: 25
Mayo 47: 22,
47: 23
Mckee 84: 12,
84: 20,  92: 23,
93: 2,  93: 7
Mckee-farrar
84: 9,  86: 9,
176: 14,  180: 22,
181: 24,  216: 16,

216: 22
Mckim 152: 6
MDL 1: 4,  4: 10
means 6: 24,
13: 12,  20: 5,
20: 17,  23: 23,
28: 4,  36: 2,
40: 18,  41: 13,
64: 7,  64: 11,
73: 13,  77: 24,
77: 25,  87: 14,
93: 9,  108: 8,
114: 15,  141: 23,
144: 4,  174: 13,
189: 15,  189: 24,
192: 10,  197: 24,
198: 3,  198: 5,
219: 20
meant 40: 19,
96: 21,  179: 17,
189: 17
measure 32: 9,
146: 15,  146: 18
mechanical  3: 46
mechanism 190: 1
medal 52: 25
medal-on-medal
20: 4,  20: 11
Medicare 34: 12,
104: 4
Medicine 24: 7,
31: 13,  31: 14,
86: 8,  106: 2,
214: 13,  214: 18,
214: 24,  216: 9
medicine. 35: 3
meet 26: 2,
56: 20,  141: 17,
141: 18,  141: 21,
153: 19
meeting 99: 14,
104: 13,  153: 24,
166: 9,  166: 12,
167: 1,  167: 3,
167: 4,  194: 23,
194: 24,  195: 23,
223: 15,  227: 17,
227: 23,  229: 18,
229: 20,  230: 17
meetings 90: 4,

158: 21,  159: 1,
160: 1,  160: 16,
165: 1,  169: 1,
169: 5,  234: 9
Meg 79: 21
mega-rads 96: 7
melt 87: 2,  87: 9
melted 87: 23
melted-away
88: 10
melting 87: 10,
87: 12,  88: 13
memo 27: 21,
136: 20,  177: 7,
177: 10,  177: 12,
179: 12,  179: 13,
179: 16,  179: 17,
183: 5,  193: 25,
194: 10,  194: 11,
197: 12,  197: 19,
199: 1
memorize 235: 15
memory 10: 16,
10: 17,  10: 18,
151: 7,  232: 5
Men 64: 1,  113: 9
mentioned
209: 12,  218: 9
merely 233: 10
Meridian 3: 18
Merritt 99: 19
mess 6: 2,  38: 2
messaging 11: 18
messed 5: 20,
32: 17,  56: 21,
58: 5
messing 6: 24
met 42: 15,
42: 17,  49: 11
metal-ion 196: 2
metal-on-plastic
29: 7,  81: 24,
82: 24,  103: 5,
103: 16,  179: 11,
185: 10,  192: 13,
200: 21,  201: 2
metal-on-poly
21: 5,  21: 14,
21: 18,  25: 21,
29: 13,  36: 21,

192: 13,  201: 12,
201: 23,  202: 8,
202: 12,  202: 22,
204: 21,  238: 8,
238: 10,  238: 23,
238: 24
metallic 219: 24
Metallosis
102: 17,  103: 5
metals 23: 11,
42: 19,  221: 11
Metasul 98: 13,
98: 16,  98: 17,
98: 21
methacrylate
83: 8
method 84: 22
methods 186: 22
MHRA 95: 15,
218: 10,  218: 16
mic 55: 15
MICHAEL 2: 33,
3: 9
Michigan 42: 6,
42: 8
microphone 127: 5
microscope
174: 14
microscopic
79: 11,  79: 23,
85: 7
mid-court 172: 8
Middle 22: 25,
52: 13,  116: 13,
154: 18,  154: 22
Mike 97: 13,
97: 22
mile 50: 18,
50: 19
military 125: 14
millimeters
110: 21,  110: 22,
110: 24
million 34: 20,
75: 8,  98: 24,
160: 8,  160: 11,
162: 10,  164: 19,
166: 4,  166: 5,
226: 25,  228: 20
millions 24: 5,

60: 2,  69: 24,
81: 18,  85: 11,
162: 8,  208: 17,
208: 18
Milwaukee 49: 10
Mimi 148: 3,
148: 5
mind 10: 8,  64: 3
minding 66: 9,
108: 9
Mindy 49: 22,
49: 23,  50: 21
minus 129: 7,
154: 14,  239: 7,
240: 1
minuscule 79: 12,
79: 14,  108: 8
minute 26: 23,
54: 24,  55: 13,
95: 16,  169: 10,
170: 19,  171: 3
minutes 6: 5,
6: 6,  6: 7,  6: 13,
6: 14,  7: 20,  9: 8,
15: 25,  16: 2,
16: 3,  41: 8,
51: 11,  55: 10,
114: 1,  124: 15,
194: 23,  196: 4
miracle 70: 18
miracles 46: 15
misheard 171: 1,
171: 7
misplaced 32: 14
missed 93: 17
missing 104: 1
Mistrial 59: 12,
243: 14
Mistrial 59
243: 14
mixed 29: 13,
205: 2
modern 21: 3,
77: 16,  186: 25
modest 51: 21
modification
203: 20
modified 204: 5
modify 187: 11,
203: 25,  204: 4

modular 206: 22
Molecular
178: 21,  179: 1
molecules 95: 22
mom 18: 23
moment 143: 5,
190: 22,  207: 23
moments 41: 8
Monday 35: 13
money 18: 15,
22: 7,  23: 19,
39: 1,  40: 9,
40: 10,  48: 22,
134: 8,  142: 19,
147: 19,  155: 25,
162: 21,  168: 9,
168: 15,  212: 25,
226: 22,  227: 9,
229: 11,  229: 14,
232: 6
monitor 213: 10
monograph 133: 4
month 43: 21
months 7: 18,
7: 19,  77: 11,
99: 3,  99: 4
more. 229: 3
Morning 8: 8,
15: 8,  41: 7,
63: 4,  64: 2,
118: 21,  128: 5,
131: 16,  180: 23,
242: 9
Morrey 47: 20,
47: 21
mother 42: 7,
52: 12
Motion 4: 16,
4: 25,  30: 20,
58: 25,  59: 15,
187: 6,  187: 13,
243: 12
motions 187: 12
mounted 35: 25
mouth 170: 3
Move 4: 19,
17: 22,  30: 23,
59: 12,  60: 17,
65: 21,  75: 11,
78: 15,  83: 14,

90: 1,  90: 2,
108: 25,  142: 13,
175: 3,  222: 13,
230: 14,  233: 6
moved 45: 23,
53: 6,  86: 18,
148: 24,  153: 5,
153: 9
movement 173: 2
moves 18: 1
movie 79: 20
movies 79: 20
moving 26: 7,
72: 13,  84: 1,
109: 10,  109: 24,
198: 6,  198: 15
mpowell@lockelor
d.com 2: 39
MR. CANNON 41: 5,
41: 7,  43: 20,
44: 13,  44: 16,
51: 8,  51: 12,
54: 8,  243: 21
MR. POWELL 4: 15,
4: 19,  4: 23,  5: 3,
5: 5,  59: 1,
61: 18,  126: 5
MR. SARVER 5: 16,
6: 12,  7: 1,  7: 5,
7: 10,  7: 22,
58: 16,  59: 16,
60: 1,  60: 12,
60: 21,  61: 13,
61: 22,  61: 25,
62: 5,  62: 13,
62: 20,  63: 1,
63: 3,  114: 2
Ms 7: 7,  8: 2,
9: 2,  39: 2,
42: 21,  56: 24,
171: 3,  208: 7,
224: 18
Mspec 139: 18
Muleshoe 238: 4
multibillion
18: 14
multinational
18: 15
multiple 14: 10,
33: 15,  109: 6

Mumbai 53: 3,
53: 6
muscle 23: 13,
28: 10,  108: 16,
129: 22,  170: 6
muscles 49: 24,
67: 4,  108: 18
muscular 49: 23,
50: 22
musician 67: 17
myself 182: 19
mysterious 57: 24


< N >
nailed 114: 7
NAME 16: 25,
17: 1,  36: 15,
52: 13,  55: 19,
65: 5,  127: 14,
127: 15,  150: 17,
243: 3
named 21: 4,
25: 14,  43: 5,
52: 11
names 195: 4
Nanometer
174: 10,  174: 11,
174: 13
Nargol 38: 10
nation 51: 6
National 32: 22,
33: 1,  89: 21,
104: 13,  229: 18,
229: 20,  235: 4,
237: 6
native 44: 10
natural 85: 8
nature 120: 6
Navy 45: 24,
52: 3,  53: 12,
73: 3
Neblett 2: 4
necessary 12: 12,
12: 17
necrosis 71: 16,
71: 25,  73: 19,
111: 10,  219: 20
need 6: 10,  9: 4,
22: 9,  26: 15,

31: 10,   51: 20,
56: 15,   57: 8,
57: 14,   58: 15,
68: 14,   101: 9,
102: 13,   116: 9,
117: 19,   119: 14,
124: 2,   127: 2,
130: 23,   132: 4,
135: 3,   137: 8,
153: 25,   155: 23,
156: 17,   169: 23,
177: 13,   184: 19,
195: 25,   199: 13,
207: 12,   212: 8,
212: 9,   221: 12,
221: 13,   235: 23,
238: 17
needed 69: 11,
75: 18,   111: 14,
115: 4,   166: 11,
234: 14
needs 21: 11,
46: 12,   46: 14,
46: 18,   50: 24,
92: 12,   106: 17,
121: 11,   124: 24,
134: 22,   153: 19,
156: 21
Neither 221: 1
Nelson 113: 14
nerve 71: 6
networking 11: 20
New 2: 23,   3: 5,
5: 7,   11: 21,
31: 12,   31: 14,
61: 6,   81: 2,
86: 1,   95: 17,
157: 24,   158: 7,
159: 4,   160: 1,
164: 2,   164: 3,
164: 18,   164: 25,
165: 2,   175: 22,
176: 5,   187: 21,
194: 15,   194: 16,
194: 17,   194: 18,
198: 19,   214: 13,
214: 18,   214: 24,
216: 8
news 61: 6
Next 12: 20,

35: 13,   44: 9,
113: 24,   117: 21,
123: 18,   126: 25,
130: 3,   134: 1,
135: 14,   147: 13,
165: 15,   169: 21,
175: 1,   193: 9,
207: 6,   219: 13,
234: 16
Nice 27: 14,
125: 19
night 54: 9,
72: 12,   72: 13,
72: 14,   202: 8,
202: 10
Nikolaou 236: 18
No.  1: 4,   8: 4,
31: 7,   39: 7,
65: 16,   65: 19,
100: 18,   133: 2,
133: 24,   144: 22,
145: 25,   146: 2,
149: 13,   151: 5,
153: 14,   153: 18,
167: 7,   167: 18,
167: 23,   167: 25,
177: 15,   183: 16,
195: 20,   199: 2,
203: 10,   215: 9,
225: 15,   229: 5,
229: 8
Nobody 30: 2,
30: 5,   50: 9,
86: 10,   86: 21,
88: 17
non-detect--
112: 18
nonbiased 239: 6
None 19: 8,
49: 24,   86: 9,
86: 15,   119: 13,
170: 21,   183: 21,
226: 9
nonresponsive
145: 12,   162: 14,
215: 4,   239: 19
Nordic 103: 25
normal  46: 17,
77: 4,   108: 24,
112: 19,   115: 12,

219: 24,   220: 2,
220: 6,   220: 19,
220: 20,   221: 16,
221: 24,   241: 15
Normally 26: 7,
26: 8,   27: 24,
76: 5,   180: 5,
220: 7
Northern 1: 2,
4: 4,   244: 11
Norway 101: 5,
104: 1
notch 114: 21
note 10: 14,
165: 13,   235: 11
notes 10: 12,
10: 13,   10: 15,
10: 17,   10: 18,
10: 20,   10: 24,
242: 10
Nothing 7: 25,
46: 16,   66: 16,
67: 7,   67: 21,
68: 5,   68: 19,
68: 20,   85: 1,
91: 22,   91: 23,
91: 24,   111: 2,
112: 16,   114: 16,
119: 6,   173: 18,
229: 8
notice 8: 20,
13: 5,   13: 6,
53: 4,   53: 7,
118: 18,   118: 19,
124: 6
noticed 12: 23,
119: 10,   196: 20
Number 4: 11,
5: 2,   32: 23,
59: 22,   60: 8,
102: 8,   103: 22,
103: 23,   118: 9,
118: 10,   123: 22,
132: 19,   162: 9,
162: 23,   176: 17,
177: 5,   182: 15,
182: 22,   182: 24,
183: 19,   184: 25,
206: 16,   209: 23,
213: 10,   222: 10,

222: 13,   225: 24,
230: 13,   230: 24,
234: 12,   234: 23,
238: 24
numbers 33: 9,
33: 11,   57: 11,
57: 13,   60: 4,
60: 5,   104: 2,
157: 11,   236: 2,
237: 7,   237: 16,
237: 18,   239: 25,
240: 6,   240: 8,
240: 15
NY 2: 23


< 0 >
o'clock 242: 6
oath 8: 10,   30: 2
Object 62: 6,
136: 11,   141: 6,
146: 9,   161: 14,
161: 24,   163: 12,
166: 24,   172: 13,
210: 3,   222: 15,
223: 9,   231: 25
objecting 118: 3
Objection 13: 8,
13: 18,   13: 22,
62: 1,   62: 4,
117: 23,   118: 9,
123: 13,   124: 16,
124: 17,   136: 15,
141: 11,   145: 12,
146: 14,   146: 19,
161: 6,   161: 14,
162: 14,   163: 9,
163: 12,   163: 17,
166: 21,   181: 12,
181: 13,   188: 21,
188: 24,   210: 8,
215: 4,   218: 11,
218: 13,   218: 14,
230: 20,   237: 13,
237: 14,   239: 19
objections
13: 11,   13: 14,
13: 15,   156: 17,
161: 17,   222: 20,
222: 21

objective
206:21, 206:25
observed 219:23
obtain 11:3,
215:24
obvious 79:7
obviously 154:15
Occasionally
6:2, 8:19
occur 46:15,
203:11
occurred 121:13,
124:10, 124:12,
124:13, 124:18
October 100:8
off-kilter
114:19
offense 232:19
offensive
231:12, 232:9,
233:18, 233:19
offer 61:10,
70:22, 121:6,
123:20, 156:18
offered 59:5,
85:18, 94:24,
95:4
offering 106:20
OFFICER 4:3,
12:2, 27:2,
27:5, 58:21,
117:9, 117:12,
196:6
offices 24:18
Official 237:18,
244:10
often 63:9,
76:17, 102:5,
102:13, 143:23,
215:24
oil 21:7, 21:9,
21:11, 22:25
old 44:18, 45:8,
45:9, 49:25,
50:7, 79:19,
83:1, 95:18,
113:10, 113:18,
175:23, 179:11,
196:17, 200:2,
206:23, 216:16

older 24:15,
89:13
Olympic 36:18
Once 39:5, 53:4,
53:7, 109:16,
124:19, 124:23,
124:24, 125:3,
158:15, 163:8
one" 134:12
one-piece 100:4
one. 23:6,
24:10, 32:24,
34:21, 35:13,
39:21, 40:6,
44:9, 45:1,
58:8, 64:14,
82:25, 84:11,
104:1, 123:14,
172:10, 175:3,
233:8
ones 11:21,
17:9, 20:24,
31:24, 47:13,
91:8, 130:24,
132:12, 133:1,
133:22, 154:14,
187:21, 201:8,
202:5, 202:6
ongoing 72:8,
113:25
online 15:17
onset 112:2
onsets 72:20
open 10:8, 20:8,
56:8, 90:13
Opening 4:20,
5:12, 5:13,
9:19, 9:21,
9:23, 15:3,
15:14, 15:24,
16:6, 28:22,
59:1, 59:7,
62:7, 74:23,
118:20, 121:7,
128:5, 147:14,
169:24, 177:6,
186:6, 186:7,
186:11, 186:14,
199:12, 201:22,
217:2, 218:9,

234:17, 237:2,
243:17
operate 50:18,
112:21
operated 47:23
operating
112:20, 153:2,
211:15
operation 47:17,
76:13, 84:2,
88:2
operative 107:7,
109:17
OPERATOR 234:21
opinion 136:13
opinions 47:25
opportunity
9:25, 42:3,
59:18, 62:7,
128:7, 151:21,
186:15, 193:11,
224:6, 224:8
opposed 17:1,
30:16, 75:13,
170:11, 177:20,
189:15, 190:16,
201:11, 226:23
opposing 10:2,
156:16
opposite 93:6
optimally 28:13,
189:24, 199:21
Option 205:6,
205:10, 205:11,
224:1
options 63:12,
63:16, 106:22,
223:18, 223:21
orange 93:2
orchestrate
222:6
order 4:3, 13:9,
41:14, 41:16,
72:2, 73:16,
74:2, 88:3,
99:2, 112:15,
117:12, 192:3
ordered 9:7
orders 143:19
ordinary 141:23,

173:2
organ 80:3, 80:4
Organization
98:11, 153:19,
155:19, 218:9
organize 177:17
oriented 155:3
orienting 182:19
original 110:19,
111:19
originally
111:9, 114:3
Orleans 3:5
Orthopaedics
1:4, 148:23,
150:9, 154:24,
192:25
orthopedic 48:3,
89:15, 89:18,
105:23, 132:3,
149:8, 149:10,
150:18, 162:13,
162:18, 186:15,
191:3, 195:10
orthopedically
149:6
Orthopedics
151:21, 219:2
orthopedist
149:3, 149:12,
150:9, 150:10,
150:13, 150:22,
151:6, 153:12,
167:10
orthopedists
25:8, 165:16,
229:14
Osteoarthritis
69:11, 71:1,
71:14, 73:20,
75:5, 111:12
Osteolysis
87:11, 87:12,
87:15, 87:20,
88:5, 88:11,
88:12, 89:8,
102:18, 103:7,
103:12, 103:13,
103:14, 103:17,
192:19, 192:25

others 22:4,
32:14, 56:22,
73:21, 84:16,
96:22, 108:7,
110:2, 117:24,
129:22, 171:13
otherwise 13:3,
20:18, 123:24,
125:1
ought 87:22,
131:25, 186:24,
203:12, 226:15
outcome 59:9
outed 111:3
outline 39:14
outlined 57:7
outlines 39:9
outperforming
93:7
outperforms
104:15
outrageous
33:17, 35:21,
91:12
Outrageous.
35:20, 91:12
outset 25:13,
66:15
Outside 45:18,
58:23, 58:24,
117:14, 118:23,
160:22, 161:3,
221:10
outweighed
118:12, 121:19
Overall 101:8,
185:6, 205:1,
222:20
overflow 128:4
overloaded 43:4
overnight 159:21
overpaid 163:3
Overrule 5:9,
13:22, 123:13,
136:15, 146:24,
161:18, 210:7,
218:14, 222:21,
230:20
Overruled 141:9,
146:12, 161:8,

162:4, 163:15,
167:2, 232:2,
233:12
oversees 39:11
overview 15:24
overwhelmed
41:9, 52:21
own 10:18, 12:9,
14:6, 54:17,
56:8, 66:10,
67:18, 76:9,
81:15, 93:18,
97:3, 108:9,
114:23, 143:22,
177:16, 177:17,
177:20, 177:23,
186:8, 220:8,
220:17, 242:9
owns 67:18
Oxford 104:24

< P >
Pac 87:5, 113:9
packet 68:17
Page 157:4,
157:10, 158:4,
176:19, 182:11,
185:24, 189:5,
195:24, 196:3,
197:19, 201:4,
201:18, 206:8,
219:13, 223:19,
223:20, 228:8,
243:3, 243:12,
243:17
pages 237:9
paid 18:21,
23:25, 33:18,
37:6, 38:24,
43:6, 62:15,
94:4, 94:20,
121:25, 122:6,
161:4, 162:8,
162:21, 166:4,
168:4, 168:5,
169:2, 169:3,
194:25, 208:17,
211:13, 211:19,
211:22, 211:25,

232:21
painful 71:3,
71:5, 71:7,
75:21
Pam 7:11, 171:3
pam_wilson@txnd.
uscourts.gov
3:44
PAMELA 3:40,
243:43, 244:9
paper 25:15,
25:16, 44:6,
94:21, 181:21,
182:2, 182:3,
182:19, 182:23,
183:9, 184:16,
184:17, 184:20,
184:25, 197:18,
202:2, 202:3,
202:19, 211:3,
211:18
papers 44:6,
44:7, 202:24,
203:4, 205:21
Pardon 165:9,
186:13
parents 36:12
Park 42:18
Parkway 2:13
Part 10:14,
12:13, 12:17,
16:20, 26:2,
47:4, 64:11,
64:12, 64:13,
65:15, 69:7,
69:10, 70:5,
74:17, 83:5,
93:17, 103:13,
105:12, 107:7,
115:5, 132:6,
147:6, 147:18,
158:4, 158:7,
162:22, 163:20,
164:1, 164:2,
191:15, 199:13,
216:14, 217:23,
220:25, 223:5,
226:23, 230:2
partial 29:15,
205:4

participant
168:24
particles 81:16,
81:18, 82:14,
87:4, 89:25,
146:7, 190:12
particular 11:2,
13:13, 132:1,
136:3, 137:14,
216:12, 239:16
particularly
103:3, 104:7
parties 9:19,
10:2, 14:9,
14:24
parts 69:10,
152:23, 206:22
party 10:3,
51:18
past 19:19,
22:5, 28:5,
29:14, 78:15,
180:18, 205:3
Pat 83:2, 88:9
patent 33:23,
168:22, 200:1,
200:2, 200:4
patents 23:24
pathologist
114:12
Pathologists
113:14
pathology
111:12, 113:7,
113:8, 113:13
pathway 215:14,
215:16
patient 34:5,
34:11, 69:19,
81:23, 83:1,
87:19, 101:10,
106:3, 106:18,
106:19, 112:6,
112:8, 135:15,
135:18, 135:23,
135:24, 136:21,
136:23, 137:2,
137:7, 137:12,
224:25, 225:1,
225:3, 225:7,

225: 8,  225: 11,
225: 12,  225: 14,
225: 17,  225: 18,
225: 19,  225: 22
patient-by-patie
nt 136: 16
Patricia 66: 2
patterns 241: 16
pause 40: 25
Pause.  59: 23
Pay 10: 11,  24: 1,
33: 2,  33: 20,
34: 4,  34: 16,
34: 25,  38: 10,
40: 6,  94: 8,
103: 15,  163: 3,
169: 5,  210: 13
pay-offs 37: 1
paying 31: 20,
33: 4,  33: 21,
34: 9,  34: 12,
56: 16,  56: 17,
56: 19,  79: 6,
90: 21,  92: 19,
94: 22,  99: 9,
99: 13,  102: 2,
142: 19,  161: 5,
161: 9,  161: 21,
163: 7,  163: 8,
167: 11,  167: 16,
195: 11,  195: 14,
195: 15,  195: 17,
195: 18,  229: 14
payments 33: 17,
162: 24
PC 3: 31
Pearce 109: 7,
110: 17
peer-reviewed
91: 4,  99: 18,
107: 2,  216: 7,
216: 9,  216: 11,
216: 13
pelvis 84: 24,
87: 22,  87: 24,
138: 19
pending 119: 7
penicillin
69: 23,  69: 25
Pennsylvania

51: 4,  51: 5
percent 21: 23,
21: 24,  24: 23,
36: 11,  89: 4,
89: 7,  89: 14,
102: 7,  102: 10,
103: 11,  103: 12,
103: 14,  105: 13,
180: 25,  182: 17,
183: 14,  183: 15,
184: 5,  185: 6,
185: 9,  185: 10,
185: 11,  201: 20,
202: 18,  202: 21,
236: 12,  236: 14,
236: 18,  236: 20,
238: 16,  238: 18,
239: 8,  240: 1
percentage
103: 6,  167: 17,
168: 4,  168: 9,
168: 15,  168: 17,
182: 16,  182: 22,
182: 24,  183: 2,
227: 8,  229: 16
percentages
102: 21
perception
196: 1,  197: 4
perfect 19: 7,
21: 19,  21: 21,
25: 23,  73: 11,
77: 19,  77: 22,
78: 16,  84: 16,
86: 1,  124: 22,
130: 4,  130: 6,
130: 9,  130: 12,
130: 17,  130: 23,
131: 3,  131: 10
Perfection
130: 18,  130: 19
perform 66: 11
performance
134: 2,  187: 21,
213: 11,  240: 16
performance.
215: 20
performed 88: 2,
103: 18,  103: 19,
104: 5,  104: 7,

107: 25
performing
66: 10,  142: 17,
142: 24,  208: 12,
213: 2,  213: 4
performs 105: 12
Perhaps 47: 2,
140: 5,  156: 12,
240: 11
period 66: 25,
187: 25,  188: 8,
188: 14,  205: 25,
212: 24,  240: 13
permission 6: 4,
215: 7
permit 11: 7
permitted 10: 3,
100: 24
person 39: 13,
65: 10,  79: 23,
81: 5,  83: 6,
102: 2,  102: 3,
134: 13,  149: 18,
173: 3,  198: 3,
230: 19
personal 162: 22,
177: 20,  178: 5
personally
132: 16,  162: 19,
234: 8,  234: 12
perspective
102: 13,  102: 18,
216: 10
Peters 195: 23
Peterson 1: 14,
51: 3,  51: 4,
51: 7,  51: 12,
53: 15,  54: 7,
54: 13,  57: 1,
68: 23,  72: 24,
75: 15,  75: 16,
76: 2,  76: 23,
107: 21,  115: 1,
115: 24
petri 94: 7
Ph 177: 24,  194: 7
pharmaceutical
143: 23
pharmacy 149: 21
Phase 226: 9

philosophy 207: 6
phone 11: 18,
86: 14,  175: 14,
176: 5,  179: 21
phones 11: 11
photo 109: 20
phrase 168: 18,
169: 25,  186: 14
physical 47: 3,
50: 3,  75: 23,
76: 12
physically 75: 19
pick 27: 14,
27: 15,  78: 3,
105: 17,  184: 9,
199: 5
picked 24: 1,
43: 6,  50: 8,
237: 2
picture 23: 7,
32: 22,  93: 17
pictures 16: 18,
23: 6,  81: 20
pie 102: 16
piece 9: 5,
80: 24,  139: 22,
173: 11,  226: 19
pieces 138: 7,
138: 12,  139: 21,
171: 14
Piedmont 231: 20,
231: 21,  232: 4,
232: 5,  232: 8,
233: 21
pig 90: 6
pigment 113: 10,
113: 17
pigs 31: 19
Pintos 131: 6
pistoning 109: 9,
109: 10,  109: 15,
109: 16,  109: 19,
110: 1
pitch 166: 10
place 18: 22,
67: 5,  74: 3,
83: 9,  85: 1,
87: 10,  101: 10,
103: 17,  114: 22,
115: 2,  125: 16,

136: 13,  149: 2,
165: 10,  175: 7
placed 19: 7
places 42: 8,
223: 3,  234: 23
PLAINTIFF 9: 23,
14: 13,  14: 25,
15: 2,  69: 20,
113: 24,  118: 3,
121: 5,  124: 5,
156: 14,  157: 1,
177: 5,  181: 11,
181: 14,  191: 21,
194: 22,  206: 7,
206: 9,  218: 3,
222: 10,  222: 13,
227: 22,  230: 13,
230: 14,  243: 29
PLAINTIFFS 1: 30,
14: 8,  14: 14,
14: 15,  14: 19,
44: 25,  63: 19,
64: 8,  64: 10,
65: 21,  65: 25,
66: 18,  66: 22,
67: 13,  70: 8,
71: 7,  71: 9,
71: 11,  71: 13,
72: 8,  76: 3,
76: 8,  91: 18,
91: 19,  99: 5,
107: 11,  111: 13,
116: 21,  116: 24,
129: 19,  129: 20,
130: 1,  136: 7,
171: 13
plan 117: 20
planet 81: 13,
96: 16
planning 222: 6
plants 18: 18
plastic. 28: 18
plastics 95: 17,
95: 18,  97: 6
play 45: 10,
57: 11,  57: 13,
166: 1,  228: 13,
228: 21
played 49: 9,
123: 1,  123: 3,

228: 11
playing 228: 21
playoff 241: 14
plea 37: 3
Please 4: 9,
15: 5,  19: 24,
27: 18,  30: 8,
36: 6,  40: 5,
41: 5,  42: 5,
55: 7,  63: 1,
117: 13,  127: 15,
145: 16,  148: 5,
159: 19,  164: 9,
175: 16,  176: 9,
177: 2,  182: 9,
183: 23
pledge 35: 11
plenty 241: 16
PLLC 2: 44
PMA 119: 13,
120: 11,  214: 8
PO 1: 40
pocket 68: 17
pod 80: 24
podium 6: 15,
6: 16,  6: 23,  7: 4,
17: 9
point 38: 24,
59: 12,  112: 9,
127: 24,  148: 2,
154: 9,  157: 24,
163: 18,  169: 13,
174: 17,  176: 3,
186: 18,  190: 16,
190: 20,  191: 4,
194: 13,  197: 1,
200: 3,  209: 15,
213: 15,  229: 13,
230: 6,  233: 6
point. 172: 15,
178: 24,  190: 15
pointed 31: 14
points 185: 15,
207: 1
poison 58: 10,
92: 9,  92: 11
polarized 81: 25
polish 174: 3
polished 173: 15,
173: 17

politically
52: 12
poly 17: 21,
17: 24,  21: 17,
21: 25,  25: 23,
29: 5,  29: 10,
31: 21,  32: 20,
178: 19,  201: 2,
204: 11,  226: 16,
238: 7
Polyethylene
26: 4,  32: 10,
139: 9,  178: 22,
179: 1,  190: 12,
193: 2,  193: 17,
200: 10
polymalgia 114: 3
polymethyl 83: 8
polymyalgia
114: 9
poor 54: 12,
105: 4,  185: 17,
185: 20,  186: 3,
186: 9,  186: 10,
215: 20
poorly 84: 16,
105: 2
pop 18: 23,  58: 7,
64: 13,  64: 14
popular 80: 19,
93: 15
population 89: 2
populations.
101: 11
porch 74: 25,
83: 22
POROCOAT 85: 6,
85: 7
Porocoated 94: 25
pose 164: 14,
215: 12
position 61: 18,
61: 20,  132: 5,
231: 16,  231: 17
positioning
131: 2
possibility
79: 1,  112: 7,
114: 8
possible 108: 5

possibly 42: 10
postdate 124: 5
postdated
124: 10,  124: 12
postdating 124: 7
poster 204: 9
pot 88: 24
Potential 74: 16,
90: 19,  107: 3,
107: 4,  116: 5,
171: 16,  171: 17,
171: 19,  171: 24,
172: 2,  172: 3,
172: 5,  172: 6,
172: 7,  172: 9,
172: 17,  172: 18,
172: 19,  172: 23,
172: 25,  173: 4,
173: 5,  173: 7
powder 19: 1
Powell  2: 33,
4: 13,  18: 7,
39: 6,  57: 17,
58: 25,  74: 23,
83: 22,  97: 13,
126: 3
power 26: 12
power-lifter
41: 23
Powerpoint
15: 20,  19: 23,
19: 24,  27: 10,
121: 6,  121: 8,
122: 4,  166: 19,
243: 35
Powerpoint121
243: 35
Poydras 3: 4
practical 119: 11
practice 19: 19,
27: 25,  56: 8,
106: 2
practice. 26: 9,
180: 6
practicing 24: 7
pray 4: 7,  28: 9
pre-existing
69: 5,  107: 22
pre-operative
107: 6

preacher 51:13
preclude 4:20
predates 206:11
predicate 216:1,
222:2
predictable 70:5
predominately
113:8
preeminent
214:21
preexisting
115:1
prejudicial
118:13,  222:18
premium 31:20
prepared 138:20
prescribed 244:2
prescribes
152:25
prescribing
193:19
presence 11:8,
12:14,  58:23,
58:24,  117:14
PRESENT 2:28,
3:24,  9:24,
9:25,  10:3,
15:14,  21:9,
29:4,  29:9,
104:12,  113:12,
203:16,  211:3
presentation
20:1,  20:9,
122:4,  122:12,
122:21,  123:5,
166:14,  166:25,
167:6,  227:18,
227:22,  231:19,
233:16,  233:20
presentations
209:22
presented 14:20,
15:1,  19:23,
19:24
preserve 62:1,
62:14
preserves 62:11
President 47:23,
65:6,  126:16,
127:18,  127:24,

128:1,  148:22,
149:5,  150:8,
154:3,  154:6,
154:7,  154:12,
154:17,  154:24,
154:25,  155:11
presiding 4:6
press 181:4
pressure 68:1,
113:20,  115:17,
115:22
pressure-intense
d 96:24
pressuring 69:15
presume 124:6
pretend 39:20,
207:15
Pretty 6:8,
54:5,  66:4,
73:9,  92:8,
93:17,  110:18,
120:17,  120:18,
229:11
prevent 47:2
previous 118:6
previously
210:8,  215:17
price 26:21,
34:11
primarily 88:21,
88:22,  95:20
primary 111:20
principally
219:25,  221:18,
221:21
principle 220:4
printed 24:17
prior 183:10,
183:11
privilege 52:18
probability
185:6,  185:8,
239:2
probably 6:5,
18:9,  40:21,
48:15,  86:15,
112:10,  121:15,
128:16,  147:9,
147:11,  162:11,
205:14

probative
118:11,  121:17,
222:18
probe 203:12,
227:5
Problem 22:24,
23:1,  23:5,
23:16,  28:6,
28:8,  28:23,
29:4,  29:6,
29:9,  32:3,
38:1,  38:4,
40:18,  58:7,
58:8,  75:22,
85:20,  86:20,
86:24,  88:6,
89:23,  102:14,
135:23,  136:6,
137:7,  137:11,
137:13,  137:15,
170:11,  185:15,
186:1,  186:16,
186:19,  200:14,
200:15,  203:15,
217:23,  220:9,
220:21
problems 28:23,
29:24,  55:21,
129:18,  136:22
procedure 9:15,
83:23
proceed 90:6
Proceedings
3:46,  27:4,
117:11,  196:8,
243:44
proceedings.
242:12
process 16:22,
114:9,  119:13,
136:21,  145:9,
145:18,  145:20,
213:16,  215:16,
241:19
Proctor 151:24,
152:3
produce 64:3,
64:4,  147:16
produced 3:47,
12:22,  28:17,

29:1,  190:10,
192:3,  200:9
produced.  190:3
produces 63:22
Products 1:6,
18:16,  24:9,
64:3,  64:4,
64:21,  64:25,
65:2,  99:7,
118:7,  134:23,
138:11,  143:18,
143:19,  143:21,
145:4,  147:16,
147:19,  147:20,
147:21,  147:24,
152:10,  153:1,
153:16,  158:10,
160:2,  160:9,
160:13,  160:23,
166:11,  168:9,
168:16,  193:19,
221:1,  227:9,
227:11
professional
47:14,  66:3,
167:13
professionals
90:5,  91:1
professions
148:16
professor 42:7,
198:22
profoundly 25:8
progress 78:14,
86:16
project 122:1,
192:9,  192:16,
192:18,  197:10,
206:20
promise 8:23,
12:14,  13:9,
35:21,  55:5,
125:4,  241:19
promotion 205:1
pronounce 36:15,
237:24
pronounced
237:22
proper 118:15,
129:7,  129:12

properly 71:22
properties 70:16
property 167:19,
168:6, 168:12,
227:11
prophetic 241:5
proponents 187:1
propose 123:19
Proposed 118:6,
118:10, 119:20,
243:38
prosecuted 37:6
prosecution
37:3, 37:4,
59:2, 59:3,
161:11, 161:15,
162:5
Prosecutor
161:13
prostheses 28:4,
180:18, 182:15,
185:5
prosthesis
180:22, 184:11
protected 192:2
protective 192:3
proud 64:1,
68:24, 85:3,
105:16, 105:18
prove 28:25,
35:20, 48:23,
62:8, 67:12,
68:7, 68:8,
68:21, 100:16,
121:22, 121:23,
121:24
proven 13:4,
14:4
provide 14:22,
63:15, 100:10,
101:9, 169:14,
193:4, 193:5,
193:10, 206:21
provided 65:24,
84:17, 89:1,
205:23
provides 152:19
providing 167:13
psychologists
19:13

PT 108:15
public 33:10,
97:20, 97:21
publicity 38:1
published 78:22,
82:17, 90:14,
90:16, 90:17,
90:20, 94:4,
94:11, 94:14,
94:18, 99:18,
99:21
pull 38:16
pull-out 235:17
pulled 120:9,
145:24, 237:16
pulls 50:5
punch 56:15,
194:1
punch. 193:14
punitive 4:20
purpose 13:25,
14:1, 14:2,
14:3, 124:7,
124:17
purposes 12:24,
14:10, 140:6,
159:24
pursue 207:17,
234:12
pursued 134:17
push 207:6
pushed 86:22
Pushing 193:9,
208:6, 208:10
puts 23:9,
63:22, 122:20,
139:1, 205:20
putting 28:7,
32:18, 59:13,
85:7, 173:6,
173:18, 213:3


< Q >
Quaid 79:21
qualifications
149:5
qualified 47:24,
61:3, 61:23,
149:2

qualify 195:12
quality 28:16,
189:9, 200:8
QUATTLEBAUM
2:43, 2:44,
117:21, 118:1,
141:13, 163:21
question 13:18,
13:20, 29:6,
56:23, 66:12,
66:13, 69:21,
70:3, 116:19,
117:22, 136:12,
143:14, 145:15,
155:7, 169:15,
182:21, 190:19,
191:5, 191:12,
193:22, 193:23,
200:13, 220:11,
220:12, 221:19,
232:1, 239:22,
239:23, 239:24
questioning
118:13
questions 9:13,
9:14, 13:12,
13:16, 14:25,
15:2, 63:10,
64:5, 65:9,
146:10, 156:20,
163:14, 164:10,
164:13, 169:23,
170:7, 170:12,
170:16, 174:18,
233:10, 236:3
quick 27:10,
58:18, 235:11
quickly 56:9
quirky 65:10
Quit 30:7, 39:1,
39:2, 39:24,
40:1, 40:2,
142:20, 147:25,
163:7, 209:2,
209:11, 209:15,
209:18, 212:22,
213:1, 217:16,
229:25, 240:20
quite 231:12,
240:13

quoted 199:17
quotes 72:9


< R >
R&D 153:18,
155:20, 157:24,
157:25, 158:3,
158:25, 159:1,
159:2, 160:7,
160:13, 160:23,
161:4, 194:7,
206:17
R&D. 194:4
races 73:1
radiation 95:21,
96:7, 96:13,
97:9
raft 125:12
raise 8:12,
126:22
raking 24:5
ran 98:10, 211:7
ranch 46:23,
73:5, 75:19,
75:24, 77:1
Randelli 236:14
range 201:10
rare 68:12,
74:13, 81:4,
135:17
rarely 143:23
rarsenault@nbala
wfirm.com 2:8
rate 20:23,
32:8, 32:9,
37:14, 89:4,
89:13, 133:7,
141:15, 141:17,
141:21, 180:25,
181:2, 183:10,
183:11, 183:12,
216:20, 216:24,
217:4, 217:7,
224:8, 239:14
rated 103:23
rates 98:20,
107:5, 213:9
rather 115:22
ratio 101:14,

101: 18,  102: 9,
182: 4
Ray 198: 23
RE 1: 4
re-- 130: 21
re-call 37: 23,
61: 7,  101: 2,
140: 25,  141: 2,
141: 7,  142: 6,
142: 8,  223: 4,
223: 5
re-called 37: 24,
37: 25,  141: 15,
142: 11,  217: 14,
223: 1,  228: 2
re-calling 208: 5
re-calls 223: 2
react 21: 16,
70: 3,  82: 13
reacted 58: 10
reacting 110: 6,
219: 24
reaction 69: 20,
69: 22,  70: 2,
78: 25,  79: 3,
80: 9,  80: 10,
80: 11,  80: 13,
82: 5,  87: 1,
88: 14,  99: 22,
102: 1,  102: 4,
102: 7,  112: 7,
112: 24,  113: 6,
113: 11,  113: 12,
113: 21,  116: 6,
190: 11
reactions 82: 14,
89: 25,  102: 9
reacts 69: 25,
82: 11,  92: 8
read 7: 24,  9: 10,
15: 16,  24: 16,
50: 2,  72: 4,
72: 6,  91: 19,
115: 23,  121: 1,
146: 5,  158: 15,
175: 10,  179: 14,
179: 17,  179: 18,
182: 23,  185: 22,
185: 23,  187: 22,
197: 5,  202: 24,

203: 4,  203: 11,
210: 19,  210: 21,
220: 4,  220: 22,
224: 17
reading 9: 20,
15: 17,  24: 13,
24: 14,  177: 16,
182: 8,  188: 6,
188: 7,  192: 22,
195: 3,  205: 13
reads 205: 18
ready 4: 12,  8: 7,
126: 13
real 16: 20,
17: 9,  27: 10,
32: 20,  37: 17,
40: 7,  55: 4,
57: 17,  77: 23,
77: 24,  77: 25,
78: 1,  78: 4,
92: 16,  93: 10,
94: 9,  100: 5,
125: 13,  159: 2,
160: 24,  171: 14,
196: 15,  229: 11,
235: 11
really 8: 17,
9: 3,  18: 12,
18: 14,  22: 17,
25: 24,  32: 18,
33: 5,  34: 9,
34: 14,  39: 7,
39: 17,  39: 22,
47: 10,  53: 25,
64: 17,  72: 19,
73: 18,  84: 6,
86: 22,  86: 24,
94: 19,  95: 23,
97: 4,  97: 6,
110: 11,  115: 18,
165: 7,  178: 7,
184: 19,  221: 13
ream 17: 16
rear 105: 20,
131: 7
reason 31: 15,
35: 9,  44: 4,
44: 5,  60: 1,
61: 4,  66: 21,
67: 3,  67: 20,

71: 10,  75: 2,
83: 12,  95: 19,
105: 14,  108: 11,
111: 1,  114: 18,
120: 9,  146: 8,
177: 19
reason. 231: 1
Reasonable 14: 5,
111: 10,  131: 21,
131: 22,  132: 5,
132: 7,  132: 9,
239: 18
reasonably
131: 12
reasoned 115: 2
reasons 73: 19,
73: 22,  73: 23,
73: 25,  74: 13,
81: 6,  102: 16,
102: 17,  117: 2,
209: 12,  209: 13,
209: 17,  210: 8
rebuttal 10: 3
recall 118: 5,
147: 8,  162: 9,
166: 18,  166: 22,
167: 7,  167: 9,
188: 18,  201: 15,
204: 15,  204: 22,
218: 1,  234: 11
receive 77: 13,
168: 17
received 12: 21,
167: 18
recent 102: 15
Recess 27: 3,
58: 22,  117: 10,
196: 7
recipe 21: 9
recognize 195: 4
recognized
89: 24,  119: 1,
192: 24
recollection
10: 21
recommends 112: 8
Reconstruction
128: 2,  148: 23
record 5: 6,
33: 5,  47: 18,

57: 25,  58: 25,
60: 16,  60: 19,
62: 1,  62: 11,
115: 6,  124: 25,
171: 10,  243: 44
records 72: 9,
76: 9,  108: 14,
116: 12,  116: 20,
204: 2
red 74: 9,  109: 23
redo 64: 11
redone 73: 23
reduce 65: 20,
193: 2
references
108: 14,  205: 22,
205: 23
referred 59: 2
referring 60: 23
reflect 240: 16
refreshes 232: 4
refused 83: 15,
83: 16,  83: 20
regained 111: 17
regard 13: 4,
124: 2,  151: 13,
222: 19
regarding 118: 7,
141: 7
regardless
12: 22,  144: 1
registries
57: 10,  103: 20
Registry 32: 23,
103: 25,  104: 6,
104: 9,  104: 16,
235: 2,  235: 4,
237: 7,  237: 17,
237: 18,  239: 16
regularly 152: 18
regulate 8: 21,
8: 23,  196: 19
regulators 89: 18
regulatory
39: 11,  82: 7,
133: 11
reject 74: 6,
74: 10,  89: 16
rejected 80: 4
relate 13: 15

related 114:9,
128:14, 154:15
Relates 1:9
relationships
195:5
relatively
41:20, 67:24,
73:19, 80:9,
80:10, 80:12,
102:15
release 188:1,
197:5
release. 196:2
released 87:4,
97:18, 97:20,
97:21
releases 87:7
relevant 222:17,
237:17
reliable 131:12
relied 91:20,
144:8, 217:6
relief 72:21,
75:10, 77:13,
84:17, 87:15
relies 31:7,
61:16
relieved 77:9
rely 10:17,
10:18, 60:25,
91:9, 91:13,
91:15, 217:10
remaining 14:15
remarkable 66:4,
68:23, 69:1,
70:14, 95:3
remarkably 66:15
remedial 146:15,
146:18, 222:19
remembered 8:20
Remind 59:20,
124:25
reminder 107:18
remotely 31:22
remove 101:9
removed 182:15,
182:16
render 116:22
renew 161:16,
218:11

reoperation
105:14
reorienting
197:20
Repeat 137:9,
190:19
repeatedly
121:24, 231:9
replace 64:12,
81:2
replaced 69:5,
76:4, 77:10,
77:11, 111:25,
114:24, 196:17
replacement
25:18, 27:22,
72:4, 72:7,
73:14, 76:4,
76:10, 78:8,
79:8, 82:20,
82:21, 111:20,
178:5, 208:24
replacements
185:4
replies 93:10
report 33:9,
60:24, 60:25,
109:17, 146:5,
147:5, 147:8
reported 3:46,
109:6, 154:11
Reporter 3:40,
10:23, 244:10
reports 60:13,
112:4
represent 43:1,
52:18, 64:1
representation
60:16, 60:19
represented 51:1
requesting 13:13
require 5:4
required 88:14,
100:10, 119:12,
133:11
requirement
119:21
requirements
141:18, 141:21,
148:16, 214:8

requires 14:12,
100:16, 153:24
research 12:8,
18:17, 34:1,
96:14, 105:10,
155:5, 155:20,
156:9, 158:22,
192:17, 192:18,
194:3, 199:5,
206:17, 210:13,
210:14, 232:7,
242:8
research-driven
18:13
residency 44:14,
105:20, 105:23
resident 42:6
residents 123:7
resilience 42:24
resorb 87:9
respect 39:6,
64:18, 193:20
respectively
185:11
respects 222:18
respond 62:7,
222:7
responding 66:12
responds 87:5
response 46:8,
46:13, 60:6,
60:7, 119:3
responsibilities
131:14
responsibility
131:13, 133:19
responsible
131:11, 134:23,
135:3, 154:9
responsibly
97:16, 129:4,
207:13
rest 39:8,
53:23, 54:13,
63:6, 118:19,
151:15, 162:18,
211:16
restored 65:21
restrictions
111:13

result 16:16,
33:3, 55:2,
109:19, 193:18
results 29:5,
29:7, 29:9,
29:11, 29:13,
33:7, 34:6,
93:24, 94:3,
94:12, 94:15,
94:17, 94:18,
94:19, 101:20,
101:21, 101:22,
101:25, 105:3,
182:3, 185:5,
185:9, 200:20,
202:16, 203:16,
203:17, 205:2,
225:24, 226:2,
234:18, 234:22,
235:8
results. 223:21
resume 34:8
resumed 27:4,
117:11, 196:8
retire 10:7
retired 73:3
retrieval 219:14
review 177:20,
203:4, 205:23,
213:5
revise 50:16
revised 66:14,
70:3, 73:23,
103:7, 103:9,
107:13, 107:19,
109:7, 109:12,
113:22, 115:24,
116:25, 239:1
Revisions 32:4,
32:6, 40:10,
54:25, 67:13,
74:11, 74:12,
74:13, 102:12,
117:2, 141:24,
142:1, 142:4
rheumatica 114:3
Richard 2:2,
3:1, 42:15
rid 73:16
Ride 77:2,

115: 11
rides 46: 22,
225: 5
ridiculous
91: 10,  98: 10
riding 42: 18,
46: 23
rigged 109: 13
right-hand
157: 11
Ring 84: 22,
175: 9,  217: 3
rise 4: 3,  27: 2,
27: 5,  58: 21,
117: 9,  117: 12,
196: 6,  197: 15,
197: 24,  198: 20
risk-benefit
101: 14,  101: 18
risk/benefit
73: 15
risks 71: 23,
73: 14,  75: 9,
77: 15,  77: 18,
78: 1,  78: 5,
78: 23,  79: 4,
80: 16,  80: 17,
80: 22,  82: 3,
90: 13,  90: 16,
92: 17,  97: 8,
106: 23,  131: 15,
131: 21,  132: 3,
132: 5,  132: 7,
132: 8,  132: 9,
132: 25,  133: 7,
133: 15,  133: 20,
215: 12
risky 76: 6
RMR 3: 40,  244: 9
road 46: 22
ROBERT 2: 28,
2: 30
ROBERTS 3: 9
Robin 42: 21
Rock 2: 46,  51: 5
rocket 157: 16,
173: 20
rocking 74: 25
Rodrigo 150: 18,
150: 19

Rodriguez 151: 1
role 143: 13,
143: 16,  195: 9,
233: 14
roll 21: 10
Ronnie 55: 12,
55: 13,  126: 23,
235: 22
Room 3: 41,  11: 9,
11: 20,  81: 9,
88: 25,  117: 7,
118: 23,  211: 15,
242: 10
rooms 90: 8
rose 151: 18
Ross 2: 35,  3: 11
roughened 71: 3
routine 74: 14
rowing 73: 2
rows 76: 21
royalties
122: 19,  210: 12
royalty 167: 18,
167: 21,  168: 5,
168: 9,  168: 10,
168: 11,  168: 14,
168: 15,  168: 19,
227: 6,  227: 8,
229: 16
rsarver@barrasou
sdin.com 3: 7
rub 79: 10,
139: 6,  174: 6
rubber 125: 12
rubbing 48: 14,
71: 4,  71: 5,
171: 12,  173: 18,
174: 4
ruining 48: 18
Rule 13: 14,
59: 9,  117: 19,
118: 6,  118: 10,
119: 14,  215: 1,
215: 7,  243: 38
ruled 4: 24
rules 5: 1,  9: 17,
59: 6
ruling 13: 15,
62: 6,  119: 12
run 21: 8,  137: 4,

213: 14
runs 72: 25
Ryan 79: 21

< S >
s/pamela 244: 8
sacrosanct 216: 7
saddest 72: 19
safe 30: 3,  30: 5,
131: 12
safer 203: 21,
204: 1
safety 140: 10,
140: 13,  140: 20,
144: 18,  145: 2,
213: 19,  215: 12,
215: 15,  215: 18,
215: 25
salaries 158: 16,
160: 7
sale 39: 25,
145: 1,  153: 1
salesman 153: 15
salespeople
169: 13
Salt 42: 9
sample 32: 25
San 47: 6
sandwiches
126: 11
sarcoid 68: 16,
114: 11,  114: 14
SARVER63 243: 25
satisfactory.
28: 5,  180: 19,
184: 4
save 9: 8,  174: 16
saves 85: 13
saving 123: 25,
124: 2
saw 4: 17,  20: 14,
36: 10,  47: 16,
88: 14,  112: 24
saying 5: 7,
20: 23,  38: 6,
64: 8,  101: 3,
101: 7,  101: 12,
111: 22,  116: 17,
124: 9,  130: 8,

130: 24,  133: 16,
135: 18,  141: 19,
171: 23,  172: 19,
172: 20,  173: 1,
175: 25,  183: 18,
184: 8,  185: 25,
205: 14,  207: 11,
210: 11,  210: 25,
211: 2,  211: 17,
213: 2,  220: 17,
229: 15
scan 112: 9,
115: 21
schemes 33: 20
Schmalzried
165: 20,  165: 24,
168: 22,  168: 24,
208: 20,  227: 1,
227: 9,  230: 1,
230: 16,  230: 18,
231: 23,  232: 6,
232: 12,  232: 18,
232: 21,  233: 15,
234: 4
School  19: 11,
45: 25,  49: 10,
52: 3,  56: 6,
56: 7,  56: 8,
105: 22,  212: 6
schools 8: 4
science 28: 13,
74: 20,  149: 19,
149: 20,  153: 13,
155: 9,  155: 17,
155: 20,  156: 1,
156: 3,  156: 6,
156: 10,  157: 16,
167: 19,  168: 6,
169: 12,  169: 22,
169: 24,  169: 25,
171: 11,  173: 20,
180: 12,  183: 24,
183: 25,  184: 3,
184: 10,  198: 19,
203: 1,  203: 9,
226: 24,  227: 2,
227: 4,  228: 17,
228: 21,  229: 7,
229: 15,  230: 6,
230: 8,  230: 9,

234: 5
scientific 35: 2,
79: 5,  90: 22,
90: 24,  91: 2,
91: 15,  105: 10,
166: 6,  166: 8
scientist 65: 7,
102: 2,  199: 3,
199: 4,  201: 25,
202: 25,  206: 20
scientists
21: 22,  21: 25,
89: 18,  90: 5,
90: 9,  90: 11,
90: 12,  91: 5,
92: 11,  99: 15,
99: 16,  99: 20
scoop 88: 10
scope 57: 12,
118: 14
Score 104: 23,
104: 24,  105: 3
scores 43: 6,
54: 15
Scott 113: 14
scratch 173: 17
scratches 173: 15
screen 118: 20,
182: 13
screw 84: 23,
84: 24,  217: 3
screws 84: 5,
85: 14,  139: 1
scrub 77: 1
SEAL 52: 3,  52: 4,
53: 12
Seals 54: 14
season 48: 16
seat 51: 9,
126: 25
seated 4: 9,
8: 15,  27: 7,
62: 24,  196: 10
Second 8: 24,
43: 24,  48: 3,
103: 23,  103: 24,
121: 11,  141: 4,
163: 19,  195: 24,
204: 14,  204: 20,
223: 15,  228: 1,

229: 20
secondly 163: 13
secret 116: 15
section 5: 1,
178: 19,  180: 15,
182: 5,  200: 18
SECURITY 4: 3,
27: 2,  27: 5,
58: 21,  117: 12,
196: 6
seduced 20: 10,
20: 11,  20: 12,
20: 15,  210: 16,
210: 20,  210: 23,
211: 1
Seduction 16: 11,
19: 21,  20: 17,
20: 19,  23: 18,
121: 8
seeding 33: 25
seeing 29: 1,
51: 19
seem 41: 9
seemed 98: 14
Seems 7: 22,
59: 17,  183: 18,
185: 25,  229: 16,
234: 5
seen 25: 1,
70: 17,  81: 19,
136: 20,  166: 14,
166: 15,  167: 6,
211: 2,  231: 10
seen. 231: 7
seize 65: 17
select 225: 8
selection 14: 7,
225: 8,  225: 18,
225: 19
selection.
224: 25,  225: 11
self-polishing
173: 11,  173: 14
sell 20: 1,
23: 18,  24: 9,
24: 11,  31: 9,
33: 15,  35: 1,
48: 20,  97: 23,
97: 24,  130: 24,
134: 10,  134: 12,

134: 14,  143: 6,
143: 7,  153: 17,
166: 11,  166: 17,
195: 19,  212: 3,
215: 7,  228: 15,
229: 3,  229: 4,
229: 22
sellable 153: 22
selling 18: 16,
24: 6,  27: 17,
29: 19,  30: 1,
30: 6,  30: 13,
34: 18,  36: 12,
40: 1,  40: 2,
130: 25,  134: 17,
147: 20,  147: 25,
188: 11,  189: 2,
192: 12,  192: 13,
199: 24,  217: 16,
223: 6,  230: 2
sells 133: 19
seminars 122: 5
send 25: 17,  34: 5
sending 110: 7
sends 80: 1
senior 19: 10
sense 19: 14,
26: 10,  134: 4,
134: 7
sensible 196: 18
sent 55: 24,  66: 1
sentence 205: 16,
205: 17
separate 14: 8,
14: 24
separately
14: 13,  14: 19,
14: 20,  14: 21
September 42: 14,
43: 8,  208: 9
serious 63: 8,
70: 1,  72: 8,
75: 5,  85: 20,
88: 5,  88: 6,
208: 13
sermon 51: 13
SERVICE 12: 1,
41: 20,  53: 25,
68: 25,  117: 9,
161: 3

session 4: 5
set 33: 25,
56: 13,  78: 21,
79: 5,  128: 9,
143: 5,  161: 16,
231: 23,  232: 6
set-out 157: 20
SETH 3: 9
seven 87: 3,
108: 7,  153: 3
several 10: 5,
49: 17,  209: 12
severe 72: 8,
72: 14,  87: 20
sew 50: 17
shape 37: 19
shards 81: 1
share 22: 15,
41: 10,  153: 21,
193: 25,  206: 1,
206: 2,  206: 25,
207: 1
share. 193: 11
shatter 80: 25
shattering 81: 4
shatters 80: 24
She'll 67: 5,
148: 8
sheet 122: 18,
159: 14,  163: 24
sheets 159: 12
shell 106: 21,
139: 22
shift 38: 3
shine 220: 13
shock 70: 15
shocked 60: 18
shoes 50: 19
shoot 52: 6,
95: 21
shooting 76: 16
Short 5: 21,
26: 15,  79: 22,
212: 24,  242: 5
shorter 87: 25,
119: 22
shortest 66: 24
shot 172: 20
shoulder 63: 12,
69: 4

shouldn't 86:4,
86:7, 135:19
shoved 87:24
Show 7:5, 17:17,
19:5, 25:3,
25:10, 25:22,
28:22, 33:11,
35:8, 35:22,
35:24, 40:19,
49:14, 57:9,
60:17, 90:24,
107:13, 156:13,
233:6, 237:5
showed 7:24,
46:19, 102:6,
121:7, 123:8,
176:14, 177:6,
180:23, 217:2
showing 7:3,
35:21, 102:5,
102:8, 102:16,
105:11, 235:12
shown 28:18,
101:8, 117:20,
200:10
shows 28:23,
32:20, 89:3,
158:13, 182:15,
202:12
shrunk 79:22
shut 223:7
sic 98:15, 151:1
sick 19:4
side 15:23,
16:6, 17:15,
17:16, 155:14,
201:13, 228:22,
230:6, 230:8,
234:4, 234:5
sides 12:25,
13:1, 125:9
sideways 30:24
signed 116:16,
140:1, 162:5
significant
183:19, 188:14
significantly
193:11, 193:24
silent 88:12
Silver 52:16,

52:25, 53:23,
92:13, 170:4
Simmons 2:20
Simple 56:23,
71:11, 106:5,
110:11, 144:4,
144:5
Simply 13:12,
68:7, 86:11,
86:18, 89:10,
144:8, 181:17
Simulator 98:5,
98:8, 98:18,
187:5, 187:8,
187:17, 187:20
simulators
187:14
singing 98:9
single 14:10,
14:18, 131:24,
132:3, 236:25
sit 31:1, 31:25,
42:13, 44:19,
45:19, 50:25,
74:25, 83:21
site 56:14,
100:22, 101:7
sites 11:20
sitting 9:1,
48:15, 132:14,
241:7, 241:8
situation 176:4,
189:9, 189:15,
223:14, 223:16
Sivash 217:7
six 7:19, 54:11,
69:13, 76:11,
77:5, 87:3,
108:7, 115:13,
200:22
size 32:25,
79:23, 174:11,
224:20, 231:15,
231:18
skin 23:23
skip 47:10,
180:15
skipped 47:9
skipping 98:9
sleep 72:13,

75:21, 83:14,
241:15, 241:16
slide 78:22,
98:1, 121:7,
123:9, 175:12,
175:13, 175:15,
175:19, 231:8,
231:11, 233:18,
234:18, 236:8
slides 166:20
sliding 109:25
slightly 37:19
slim 172:17
Slippery 51:4
sliver 74:8
small 18:9,
32:25, 45:6,
80:9, 80:10,
80:12, 81:1,
86:14, 89:25,
166:19, 171:14,
174:10, 174:13
smaller 156:2
SMU 8:5
social 11:20,
19:12
socket 110:9
soft 226:10
sold 24:4, 39:4,
98:3, 130:24,
139:13, 145:3,
147:25, 166:16,
167:17, 168:9,
168:16, 168:18,
221:1, 221:5,
221:10, 221:11,
222:1, 227:9
soldiers 54:4
solely 12:6
solution 200:12
solution. 203:22
solutions 29:15,
205:4
solve 85:19,
186:16
solved 22:24,
23:1, 23:4,
23:15, 30:12,
32:3, 186:18
solves 193:17

Somebody 8:5,
48:21, 57:11,
61:16, 85:25,
121:11, 134:16
somehow 57:11,
93:12, 108:19
Someone 20:8,
20:17, 46:11,
47:14, 65:5,
68:23, 92:3,
112:12, 115:8,
122:17, 135:16,
135:17, 155:2,
166:4, 169:23,
170:6, 174:16,
176:4, 205:18,
224:13, 225:4,
225:5, 225:6
sometime 121:13
sometimes 8:22,
41:23, 80:3,
80:4, 138:25,
143:22, 177:15,
219:5, 219:11
somewhat 41:9,
112:13
son 46:5, 46:6,
53:22, 94:13
song 98:9
Sonny 38:22
Soon 9:18,
229:11
sooner 22:14
sophisticated
101:6
Sorry 5:22,
51:1, 61:13,
62:20, 66:5,
67:15, 73:5,
83:15, 100:7,
102:14, 104:5,
118:25, 119:1,
126:23, 131:2,
134:4, 137:8,
137:22, 138:1,
138:8, 138:10,
147:3, 149:4,
159:18, 160:18,
161:9, 162:1,
171:7, 182:8,

183: 1,   186: 7,
190: 19,   195: 17,
195: 21,   230: 23,
232: 15,   237: 19,
238: 13,   238: 21
sort 73: 3,
97: 14,   119: 24,
205: 18
sought 134: 18
soul 54: 13
sound 71: 5,   81: 7
sounds 9: 5
source 12: 11
sources 213: 10,
226: 1
South 3: 18
Space 11: 21,
36: 19,   79: 21
spacing 224: 18
span 75: 12
spar 62: 18
speaking 52: 21
SPECIAL 3: 30,
46: 12,   46: 14,
46: 18,   50: 23,
52: 17,   177: 14
specialist 114: 7
specialized
105: 24
specific 11: 1,
11: 2,   14: 23,
164: 3,   164: 6
specifically
188: 16,   226: 25
speculate 205: 16
speech 121: 23,
193: 22,   240: 4
speeches 211: 20,
230: 9
speed 43: 14
spell 127: 13,
127: 15
spend 159: 25
spending 91: 22,
158: 9,   165: 1
spends 18: 15
spent 91: 7,
91: 19,   118: 8,
156: 11,   160: 13,
165: 22,   165: 23

spinal 49: 23,
50: 22
spite 29: 18
splendid 43: 21
spoke 28: 11
sports 36: 14
spring-loaded
112: 13
spurred 71: 3
squeak 21: 10,
81: 7,   109: 5
squeaked 67: 6
squeaking 109: 2,
109: 3,   109: 6
sroberts@lockelo
rd.com 3: 14
St 2: 45
St. 49: 19
stability
109: 14,   109: 15,
109: 16
Stable 110: 9
staff 8: 16
stairs 30: 25
Stan 99: 19
Stand 8: 9,   31: 1,
42: 5,   67: 5,
84: 3,   124: 15,
126: 17,   148: 5,
159: 22,   163: 17,
240: 12
standard 21: 20,
77: 21,   107: 7,
130: 18,   130: 19
Standards 98: 11
standing 30: 19
standpoint 47: 3
stands 20: 5,
178: 21
Stanmore 184: 11,
184: 14
Stanton 3: 30,
3: 31
Stanton@stantont
rialfirm.com
3: 35
Star 52: 16,
52: 25,   53: 23
Stars 46: 3
start 16: 14,

29: 19,   30: 25,
56: 18,   93: 18,
110: 20,   117: 6,
122: 20,   152: 3,
187: 12,   189: 6
started 18: 10,
27: 17,   30: 1,
30: 13,   37: 15,
48: 8,   64: 23,
73: 10,   97: 17,
108: 22,   112: 1,
114: 6,   151: 19,
151: 23,   152: 9
starting 80: 19,
88: 18,   151: 18,
229: 22
starts 27: 25,
32: 11,   32: 16,
36: 16,   37: 22,
39: 5,   178: 13,
185: 15
stated 140: 11
statement 9: 19,
15: 15,   15: 24,
16: 6,   28: 22,
59: 1,   59: 7,
62: 7,   74: 23,
124: 8,   135: 21,
136: 3,   137: 9,
160: 3,   165: 4,
170: 18,   171: 6,
174: 19,   177: 6,
186: 20,   220: 16,
237: 3,   241: 5
Statements 4: 21,
5: 12,   5: 13,
9: 21,   9: 23,
15: 3,   128: 5,
172: 21,   173: 12,
243: 17
States 1: 1,
1: 21,   4: 4,   4: 8,
47: 24,   74: 12,
75: 7,   80: 18,
89: 21,   100: 21,
139: 14,   140: 4,
140: 12,   142: 7,
143: 10,   145: 11,
150: 19,   151: 11,
154: 4,   154: 6,

221: 2,   221: 4,
221: 5,   221: 10,
221: 11,   222: 1,
238: 11,   244: 3
statistic 239: 6
statistically
21: 1
statistics
40: 19,   102: 22,
102: 23,   102: 25,
103: 3,   103: 9,
103: 15,   202: 24,
239: 11,   239: 12,
239: 18
statute 37: 5
stay 6: 15,   17: 8,
53: 19,   64: 24,
68: 3,   73: 7,
74: 3,   75: 19,
83: 9,   84: 25,
85: 4,   87: 10,
171: 21,   201: 17,
241: 10
stays 74: 5,
82: 1,   170: 15,
170: 21,   171: 5
steak 9: 4
stem 17: 11,
17: 13,   17: 15,
103: 13,   103: 23,
103: 24,   114: 18,
114: 20,   114: 22,
114: 24,   138: 15,
138: 21,   139: 5,
139: 11,   139: 19,
186: 25,   218: 23,
218: 24,   219: 11,
220: 1,   220: 5,
220: 10,   220: 18,
220: 23,   221: 22
stenographic
10: 23
stenography 3: 46
stent 63: 11
step 31: 3,
52: 16,   52: 18,
71: 5,   81: 16,
118: 23,   171: 25
Stephen 45: 25,
46: 1,   46: 5

Stephenville
1: 41
steroids 68: 13,
71: 22, 71: 24,
72: 1, 72: 2
Steve 195: 5,
195: 14, 195: 15,
195: 16, 195: 18
STEVEN 2: 43
stick 83: 5,
83: 6, 84: 19,
84: 20, 84: 25,
85: 4, 183: 23
stinking 174: 13
stipulate 13: 2
stipulated 12: 23
stipulation
12: 25, 13: 3
STOLLE 3: 26
stomach 19: 5
stood 166: 9
Stop 30: 25,
47: 8, 65: 18,
69: 5, 75: 1,
90: 1, 96: 9,
141: 4, 187: 12,
204: 24, 213: 5,
240: 19
stopped 96: 15,
209: 6, 213: 6
stopping 30: 22
store 36: 4, 36: 5
stores 81: 22
stories 36: 25,
41: 21, 50: 11,
93: 13, 93: 14
storm 21: 19
story 36: 25,
37: 13, 41: 15,
49: 11, 63: 5,
63: 6, 78: 14,
78: 16, 93: 12,
93: 13, 118: 20
storybook 93: 16
straightforward
55: 4
strange 84: 6
strategic
223: 18, 223: 21
strategies

226: 10
Strategy 39: 9,
39: 14, 39: 16,
57: 7, 136: 20,
154: 7, 154: 12,
224: 21, 224: 24
stray 7: 2
Street 3: 4,
3: 18, 3: 41
strength 42: 24,
108: 16
strenuous 69: 14,
115: 18
strenuously
77: 3, 115: 12
stress 88: 21
Stretch 6: 19,
6: 21
stricken 13: 9
strict 88: 19
strike 125: 2,
125: 4, 137: 3
strong 92: 8
struck 125: 11
struggling 131: 1
students 8: 3
studied 66: 4,
83: 2, 90: 14,
104: 25
studies 92: 22,
94: 7, 94: 8,
100: 3, 100: 5,
100: 6, 102: 5,
104: 23, 105: 6,
165: 6, 165: 7,
165: 8, 165: 10,
200: 22, 201: 5,
201: 25, 202: 1,
202: 2, 202: 3,
239: 15, 240: 9
study 24: 21,
24: 25, 25: 1,
25: 7, 33: 25,
34: 7, 34: 8,
34: 15, 89: 3,
100: 3, 100: 4,
102: 6, 102: 8,
105: 10, 105: 11,
157: 14, 159: 15,
181: 1, 181: 4,

181: 11, 198: 22,
201: 9, 239: 16
studying 158: 12
stuff 51: 16,
79: 17, 116: 4,
161: 1, 189: 2,
229: 20
subject 11: 2,
147: 13, 169: 21,
175: 1, 175: 2,
192: 3, 226: 20,
234: 16
subjects 31: 23
subluxation
110: 10, 110: 12,
110: 15
submarine 79: 22,
79: 24
submissions
100: 21
Subsequent
146: 14, 146: 18,
222: 19
subsidiary
127: 20
substantial
140: 12, 215: 17,
216: 1
substantially
37: 20, 118: 12,
121: 19, 140: 10,
140: 15, 140: 17,
140: 20, 140: 22,
144: 18, 145: 2,
145: 22, 213: 19,
213: 23, 216: 2,
217: 12, 221: 6,
222: 2
substantive 5: 2
success 80: 22,
103: 10, 180: 25,
181: 2, 182: 4,
205: 5
success. 29: 16
successful
20: 24, 24: 20,
24: 24, 107: 15,
147: 21, 203: 21,
204: 1
sudden 87: 25,

112: 2, 187: 25
sue 31: 8
sued 64: 8
suffer 40: 23
suffered 99: 23,
113: 24, 176: 21
suffering 72: 15,
72: 17, 187: 25
suggest 35: 19,
62: 18, 187: 1,
187: 21
suggested 147: 15
suggesting
130: 23, 133: 14
Suite 2: 36, 3: 4,
3: 11
summaries 158: 3
summary 157: 25
summer 209: 10
superstar 231: 2
supplement
146: 14
supply 45: 6
support 210: 13,
210: 15
Supported
231: 19, 232: 10,
233: 21, 233: 25
supports 101: 18
suppose 97: 13
supposed 20: 7,
49: 25, 50: 7,
74: 6, 77: 6,
87: 21, 108: 9,
108: 23, 112: 21,
163: 7, 217: 12
supposedly 37: 9,
46: 10
sure. 212: 21
surface 26: 1,
26: 3, 81: 15,
95: 25, 139: 7,
187: 1, 188: 1,
189: 9, 190: 1,
190: 2, 200: 5,
220: 23
surfaces 26: 6,
28: 17, 78: 12,
79: 10, 180: 4,
189: 23, 200: 9,

220: 1,   220: 18,
221: 22
Surgeon 45: 22,
46: 24,   68: 9,
87: 19,   88: 2,
102: 3,   105: 23,
106: 5,   106: 6,
106: 7,   111: 16,
124: 14,   136: 17,
149: 8,   149: 10,
150: 18,   152: 25,
195: 10,   212: 4,
224: 3,   224: 19
Surgeons 20: 10,
34: 25,   35: 1,
78: 17,   87: 18,
89: 15,   90: 5,
90: 25,   91: 8,
93: 23,   94: 24,
95: 1,   95: 16,
105: 21,   106: 3,
106: 12,   106: 13,
106: 17,   106: 25,
107: 8,   142: 15,
142: 19,   162: 18,
162: 24,   167: 13,
193: 19,   194: 24,
210: 16,   210: 23,
211: 15,   211: 22,
212: 6,   212: 11,
212: 12,   224: 6,
224: 22
surgeries 50: 15,
55: 1,   105: 16,
189: 20
surgery 24: 24,
40: 19,   47: 14,
64: 12,   69: 8,
69: 12,   72: 4,
72: 7,   73: 10,
73: 12,   73: 19,
73: 22,   73: 23,
73: 25,   74: 1,
74: 16,   75: 3,
75: 8,   75: 9,
75: 13,   76: 5,
76: 25,   77: 17,
78: 8,   78: 14,
79: 8,   105: 2,
110: 19,   110: 23,

112: 22,   115: 10,
116: 13,   152: 23,
224: 19
Surgical  127: 18,
127: 19,   155: 24,
211: 23,   224: 1,
224: 7,   224: 9,
224: 21,   224: 23
surprise 78: 18,
78: 24,   79: 2,
80: 7,   82: 9,
82: 13,   86: 4,
86: 7,   86: 19,
110: 5,   116: 15
surprised 46: 20
survival 89: 4,
103: 15,   183: 8,
185: 6,   185: 8
survive 182: 17
survived 42: 19,
42: 20,   183: 7,
200: 25
surviving
103: 14,   182: 22,
182: 24,   183: 2,
183: 14,   183: 15,
184: 15
Survivorship
28: 3,   101: 9,
103: 3,   103: 4,
104: 17,   105: 13,
180: 17,   182: 5,
182: 12,   184: 4,
185: 4,   185: 17,
201: 11,   201: 14
Susan 49: 3,   49: 8
Sustain 13: 8,
13: 18,   188: 23
Sustained
145: 13,   215: 5,
239: 20
swear 126: 23,
145: 2
swearing 144: 17
Sweden 89: 11,
101: 6,   103: 25,
226: 6
swelling 113: 19
swimmer 51: 5
swimming 51: 6

swinging 51: 2
Switzerland
93: 23
swore 37: 20,
140: 8,   140: 20,
145: 21
sworn 9: 12,
12: 19
sworn.  8: 14,
126: 24
symptoms 114: 4,
114: 6
synovial 112: 25
Synthes 128: 1,
148: 23,   154: 25
system 53: 14,
63: 15,   138: 12,
139: 4,   217: 3,
217: 7,   238: 5


< T >
Table 16: 9,
182: 6,   182: 9
talented 66: 15,
67: 16,   68: 9
talked 25: 21,
27: 23,   50: 1,
64: 13,   78: 19,
82: 22,   84: 13,
84: 18,   90: 14,
91: 16,   93: 25,
94: 21,   94: 25,
96: 19,   97: 8,
98: 5,   99: 20,
101: 15,   102: 12,
105: 7,   106: 20,
107: 18,   119: 21,
179: 12,   179: 16,
203: 5,   203: 11,
208: 5,   208: 22,
212: 7,   213: 22,
226: 25,   229: 18,
232: 11,   239: 15
talks 9: 2,
25: 20,   29: 7,
72: 25,   78: 23,
101: 14,   166: 16,
189: 8,   197: 13,
211: 14

targeted 157: 25,
212: 2
taste 79: 20
taught 49: 10,
49: 13
tea 88: 24
teach 19: 11,
19: 12,   34: 25,
38: 10,   212: 9
teacher 42: 7
team 52: 4,
132: 18,   133: 11
Tech 56: 7
technical  133: 4,
138: 17,   141: 19
technique 224: 7,
224: 9,   224: 21,
224: 23
technique.  224: 2
techniques
211: 23
technology
11: 13,   26: 18,
193: 9,   207: 6
teenager 46: 6
teens 72: 17,
76: 12
Teflon 78: 11,
83: 18
tell'em 51: 14
tells 26: 10,
32: 15,   92: 10,
93: 13,   112: 20,
122: 16,   133: 14,
210: 2
temporarily 27: 8
ten 28: 15,   87: 3,
89: 4,   89: 5,
93: 4,   105: 13,
169: 1
tend 5: 21
tendons 50: 16,
129: 23
tens 24: 17,
208: 18
tenser 108: 19
term 20: 20,
29: 7,   35: 4,
120: 1
terms 15: 16,

71: 10, 133: 15
terrible 16: 16,
49: 24, 81: 5,
97: 15
terrific 81: 15
test 23: 2,
30: 22, 31: 7,
31: 23, 67: 11,
98: 8, 98: 10,
98: 12, 99: 4,
105: 4, 105: 5,
112: 15, 143: 18,
144: 3
tested 30: 14,
31: 5, 31: 9,
108: 1, 143: 11,
143: 15, 144: 2,
144: 5
testified 123: 4,
203: 13
testify 46: 25,
48: 7, 52: 23,
54: 18, 56: 19,
60: 22, 61: 1,
87: 19, 91: 9,
107: 1, 148: 9
testifying 232: 1
testimony 10: 11,
10: 15, 10: 19,
10: 22, 10: 25,
11: 2, 12: 19,
38: 19, 61: 3,
143: 1, 180: 8
testing 31: 4,
31: 10, 97: 19,
98: 22, 99: 1,
129: 7, 129: 9,
143: 19, 187: 5,
187: 17, 187: 20,
214: 8
tests 30: 17,
31: 6, 98: 2,
99: 3, 100: 1,
143: 21, 143: 23
Texan 44: 10
Texas 1: 2, 2: 14,
3: 42, 4: 5, 8: 22,
44: 11, 45: 18,
48: 3, 56: 7,
238: 2, 244: 11

text 11: 18
THA 20: 5, 73: 13,
115: 2
thanks 118: 1
theater 153: 2
Themes 128: 9,
128: 12, 128: 17,
208: 2, 208: 4
themselves
20: 15, 24: 9,
44: 7, 51: 1,
51: 22, 51: 23,
177: 16, 210: 22,
216: 2
therapy 50: 3
They've 16: 6,
17: 14, 18: 18,
43: 22, 50: 4,
61: 10, 64: 21,
96: 10
thigh 17: 11,
17: 12, 17: 15,
114: 17, 114: 18,
138: 15, 138: 17
thin 230: 25
Thinking 13: 17,
44: 25, 53: 19,
112: 10, 177: 17,
177: 23, 207: 9
thinks 77: 20
Third 44: 1,
121: 13
thirty 6: 6
Thomas 165: 20,
209: 25, 227: 1,
233: 14, 234: 4
Thornburg 3: 17
thorough 182: 23,
205: 23
thoroughly 31: 4,
164: 16
though 10: 23,
21: 21, 23: 1,
76: 12, 160: 14,
204: 25, 213: 2
thousand 34: 17,
98: 25, 164: 19
Thousands 24: 17,
31: 17, 40: 16,
40: 17, 40: 18,

40: 23, 43: 7,
59: 8, 59: 17,
59: 19, 60: 2,
74: 12, 81: 16,
93: 22, 94: 10,
164: 21, 164: 23
thrash 147: 10
Three 14: 15,
16: 10, 34: 4,
45: 25, 46: 2,
49: 21, 52: 5,
52: 10, 55: 18,
70: 3, 76: 20,
78: 21, 87: 21,
87: 25, 111: 12,
111: 16, 112: 1,
138: 7, 157: 12,
204: 6, 206: 25,
207: 1, 208: 16,
226: 9
three. 78: 8
throughout
65: 14, 94: 16,
106: 1, 115: 15,
116: 20
throw 61: 12,
156: 8, 172: 7
thumb 74: 8
thunderstorm
125: 11
tight 74: 5,
110: 14, 110: 25
tighter 108: 19
timeline 29: 22,
29: 23, 99: 25
timing 5: 21
tinkering 22: 2
tired 72: 22,
241: 18
tiring 9: 3
tissue 23: 14,
68: 18, 78: 25,
79: 2, 81: 23,
82: 1, 82: 5,
87: 1, 102: 1,
102: 4, 113: 16,
113: 17, 116: 5,
129: 22, 170: 6,
219: 21, 221: 15,
221: 20

tissues 50: 14,
67: 4, 74: 5,
108: 25, 110: 24
title 148: 24,
150: 23, 178: 2,
236: 11
titled 178: 4
Tjarks 8: 2
to-date 65: 2
Today 5: 22,
5: 23, 6: 21, 8: 3,
8: 24, 9: 7, 41: 7,
56: 23, 68: 10,
70: 23, 78: 2,
87: 19, 106: 18,
126: 18, 127: 17,
127: 18, 150: 11,
178: 5, 183: 14,
213: 14, 226: 19,
241: 5, 241: 21,
241: 24
together 7: 17,
79: 10, 84: 13,
95: 22, 178: 9,
178: 12, 186: 24,
191: 25, 207: 25,
227: 25
token 150: 7
tolerancing
185: 20, 186: 3,
186: 10, 186: 11
Tom 165: 24
Tomorrow 159: 22,
183: 15, 213: 13,
241: 2, 241: 25,
242: 6
ton 40: 9
tonight 241: 11,
241: 12, 241: 16,
242: 4, 242: 8
Tony 38: 9
Took 21: 19,
24: 10, 49: 12,
49: 13, 55: 13,
73: 6, 80: 18,
81: 6, 87: 2,
91: 21, 96: 17,
97: 17, 99: 2
tool 173: 10
tools 11: 13,

11: 15, 17: 17,
17: 18
top 17: 12,
19: 10, 38: 9,
71: 18, 84: 23,
115: 5, 133: 24,
149: 18, 150: 24,
151: 5, 151: 18,
201: 25, 206: 20,
208: 16, 212: 25,
225: 21
torture 54: 4
Total 20: 5,
25: 18, 27: 22,
73: 10, 73: 12,
73: 13, 75: 8,
82: 21, 178: 4,
185: 4, 208: 24,
209: 23
totally 46: 20
touch 23: 11,
138: 22
touching 6: 16
tour 42: 19
tours 52: 5
touting 24: 2
toxic 23: 13,
197: 15, 197: 24,
198: 20
toy 6: 20
TPS 218: 23,
219: 11
track 32: 3,
196: 25, 213: 8
trade-off 96: 1
tragedies 41: 16
tragic 31: 15,
31: 16
train 77: 3,
224: 6, 224: 8
trained 47: 22,
47: 23, 105: 17,
149: 6
training 52: 4,
53: 12, 106: 1,
149: 7, 212: 13
TRANSCRIPT 1: 19,
3: 47, 4: 1,
243: 44, 244: 1
transfer 226: 14

transplant 80: 4
trauma 130: 8
travel 158: 5,
158: 9, 158: 18,
159: 25, 164: 25,
165: 2
traveling 160: 15
treat 13: 22,
50: 3, 136: 9
treated 33: 3,
47: 13, 71: 22
treating 110: 7
treatment 71: 10,
239: 18
tremendous
71: 20, 83: 13,
83: 14, 99: 7,
170: 11
Trevor 44: 22
TRIAL 1: 19, 4: 1,
8: 11, 9: 16,
9: 17, 10: 8,
10: 12, 11: 4,
11: 6, 12: 7,
12: 12, 12: 14,
12: 17, 13: 11,
14: 8, 14: 10,
14: 20, 14: 22,
28: 25, 41: 8,
57: 3, 58: 1,
65: 14, 107: 1,
109: 14, 118: 6,
120: 19, 146: 11
triathlons 73: 1
Tried 7: 16,
31: 17, 56: 8,
78: 10, 78: 11,
78: 12, 78: 13,
83: 7, 83: 17,
83: 18, 84: 22,
85: 2, 97: 1,
151: 15, 187: 11,
226: 13
tries 50: 16,
50: 18, 152: 19
triumph 230: 25
trouble 43: 24,
48: 8, 89: 2,
120: 20, 161: 5,
161: 9, 161: 21,

161: 25, 162: 3,
163: 8
True 12: 24,
13: 1, 13: 7,
25: 10, 35: 7,
38: 20, 51: 17,
52: 15, 82: 21,
93: 14, 94: 16,
120: 7, 130: 5,
144: 5, 144: 6,
172: 1, 174: 19,
183: 3, 187: 18,
188: 22, 191: 14,
193: 5, 194: 15,
202: 22, 216: 21,
234: 14
trump 203: 1
trust 36: 23
trusted 16: 15,
16: 16
Truth 16: 11,
25: 11, 32: 20,
33: 14, 41: 25,
43: 21, 47: 12,
78: 1, 128: 22,
128: 23, 144: 4,
144: 5, 144: 8,
168: 8, 174: 25,
208: 2, 208: 4
truths 37: 1
try 5: 24, 7: 13,
8: 18, 8: 21,
9: 12, 12: 10,
21: 24, 35: 19,
48: 9, 55: 5,
57: 9, 57: 13,
70: 21, 78: 15,
84: 24, 97: 14,
102: 25, 125: 19,
142: 12, 234: 3,
237: 3
trying 7: 14,
15: 14, 21: 22,
22: 18, 41: 24,
58: 12, 62: 14,
72: 13, 74: 10,
83: 19, 83: 20,
85: 19, 92: 3,
95: 8, 96: 15,
136: 21, 149: 17,

153: 16, 153: 18,
153: 20, 167: 11,
182: 10, 182: 20,
184: 8, 190: 17,
190: 22, 191: 1,
191: 7, 191: 13,
192: 17, 192: 18,
194: 14, 219: 8,
228: 7, 238: 21,
241: 10
TULL 2: 44, 3: 25
turn 55: 14,
196: 13
Turned 40: 11,
86: 19, 96: 7,
98: 20, 111: 10
Turns 40: 9,
70: 1, 92: 22,
93: 6, 201: 23
TV 36: 10, 241: 13
Twitter 11: 19
Two 7: 17, 7: 19,
26: 1, 26: 3,
38: 8, 44: 21,
49: 22, 50: 2,
50: 13, 50: 16,
52: 11, 59: 13,
63: 9, 75: 22,
79: 10, 84: 7,
98: 23, 98: 24,
98: 25, 99: 15,
112: 1, 117: 22,
118: 10, 123: 17,
123: 18, 139: 21,
152: 12, 172: 21,
180: 2, 181: 25,
191: 20, 201: 4,
204: 5, 229: 12,
233: 9, 241: 11
two. 103: 22
TX 1: 34, 1: 41,
2: 37, 3: 12, 3: 33
tying 159: 7
type 61: 8, 69: 22
types 136: 21
typewritten
10: 24
typically
135: 22, 135: 23
typing 171: 3

typos 40: 15


< U >
UCLA 99: 15,
113: 15
Uh-ha 166: 8
UHMWPE 178: 21
UK 104: 9,
104: 16, 237: 7
Ultamet 99: 10,
100: 25, 103: 18,
103: 21, 104: 10,
104: 15, 113: 23,
114: 5, 115: 15,
121: 16, 140: 21,
143: 9, 144: 25,
168: 23, 168: 25,
198: 11, 200: 1,
213: 25, 214: 3,
216: 15, 217: 7,
228: 6
Ultima 76: 18,
98: 18, 100: 3,
145: 22, 145: 24,
146: 8, 146: 10,
147: 5, 213: 23,
214: 1, 214: 4,
217: 20, 217: 22,
218: 12, 218: 21,
219: 11, 221: 3,
221: 9, 221: 10,
221: 11
Ultimate 29: 12,
178: 21, 197: 3
ultimately 30: 7,
152: 19, 195: 18,
207: 18, 216: 15
Ultra 179: 1
unable 68: 7,
83: 14
unaware 223: 12
underneath
239: 13
underpaid
162: 25, 163: 2
understand
26: 16, 82: 7,
102: 20, 116: 2,
116: 3, 116: 17,

117: 21, 120: 21,
120: 25, 136: 2,
136: 3, 136: 4,
142: 15, 143: 17,
143: 19, 149: 4,
150: 21, 159: 15,
160: 25, 172: 6,
172: 9, 183: 16,
191: 10, 197: 24,
208: 19, 217: 15,
220: 24, 236: 7,
239: 9, 239: 11,
239: 12, 239: 13,
239: 14
understanding
9: 22, 70: 9
understands
143: 11
understood
71: 24, 82: 18,
89: 10, 92: 18,
99: 23
undertaken 90: 7
underwent 75: 8
unduly 10: 19
unfolds 39: 16
Unfortunately
43: 7, 50: 12,
75: 4
unheard 135: 17
uniform 49: 12,
49: 14
unique 136: 6
unit 138: 2
United 1: 1,
1: 21, 4: 4, 4: 8,
47: 24, 74: 12,
75: 7, 80: 18,
89: 21, 100: 21,
139: 14, 140: 3,
142: 7, 143: 10,
145: 10, 150: 19,
151: 11, 154: 4,
154: 6, 221: 1,
221: 3, 221: 5,
221: 10, 221: 11,
222: 1, 238: 11,
244: 3
units 196: 15
University

36: 18, 105: 20,
196: 16
unknown 107: 3
unless 13: 3,
109: 4
unmet 153: 19,
153: 24
unpredictable
187: 23, 187: 24
unravel 37: 13
unrelenting
72: 8, 74: 20
unrevised 103: 12
unstable 67: 7,
67: 10, 107: 20,
108: 12, 110: 10,
110: 25
Until 4: 25,
8: 25, 10: 9,
11: 6, 11: 9,
22: 10, 24: 25,
25: 6, 28: 8,
30: 6, 42: 17,
49: 25, 111: 16,
117: 21, 119: 15,
120: 14, 175: 2,
188: 23, 223: 7
untimely 42: 17
unusual 36: 15,
57: 16
unwilling 31: 19
up-to-date 237: 7
ups 41: 15
upside 30: 18
urinate 174: 19,
174: 21
Usdin 3: 2
useful 190: 5
users 95: 5
uses 72: 20,
86: 10, 224: 12
Using 20: 10,
20: 20, 23: 7,
39: 1, 39: 2,
87: 13, 93: 23,
142: 12, 142: 13,
142: 20, 175: 19,
204: 24, 209: 6,
210: 17, 210: 23,
211: 1, 213: 1,

226: 16, 227: 8,
228: 14, 228: 16,
228: 17, 233: 18
utter 70: 18
utterly 68: 23,
81: 1, 95: 13


< V >
V. 2: 33
Valor 52: 16,
53: 25
value 118: 11,
118: 12, 121: 17
valve 63: 12
vanilla 88: 10
Vanna 235: 23
variance 159: 11
variety 33: 20
various 99: 12,
128: 9
Vast 64: 14
Vcrs 86: 15
verdict 10: 7,
116: 23
Vermont 46: 19
version 59: 3
versus 116: 2,
208: 1, 208: 2,
208: 4
vessel 79: 24
vessels 71: 16
Vice 154: 3,
154: 6, 154: 7,
154: 11, 154: 17
victim 57: 15,
58: 3
victories 41: 16
video 38: 9,
166: 1, 166: 14
Viet 54: 10,
54: 15
Vietnam 42: 19,
42: 20, 45: 24,
52: 5, 53: 12
view 231: 6
viewed 102: 21
violates 59: 9
violation 59: 5
Virginia 53: 4,

53:5, 53:8
virtually 105:13
vision 57:12
vitamins 92:13,
170:4, 199:13
voice 7:6, 7:8
voir 8:2, 18:6
VOLUME 1:19,
4:1, 188:2,
243:1
volumes 190:2
voluntary 49:24
vulnerable 55:3

< W >
W. 2:43
wages 160:7
Wagner 94:13
Wait 22:9, 23:2,
24:25, 28:8,
31:25, 55:17,
68:2, 95:16,
133:13, 137:2,
147:12, 170:19,
188:23, 240:22
waited 50:14
wakes 72:14
walk 25:10,
30:23, 50:18,
50:19, 71:5,
72:25, 73:2,
75:18, 88:24,
98:24, 115:4
walked 72:11
walking 40:16,
77:3, 81:9,
99:1, 103:5,
115:12, 178:13
walks 44:8
wanted 4:13,
4:15, 22:15,
50:9, 52:8,
72:22, 76:6,
100:11, 106:10,
202:19, 203:3,
203:8, 222:5
wants 52:23,
93:16, 164:11
warm 8:20,

241:25
warned 74:15,
110:12, 116:5,
116:6, 116:11
warning 6:11
warranty 40:4
Warsaw 18:10,
18:22
watch 20:13,
241:13
watched 241:21
watching 7:9,
37:7
water 127:1
Waxahachie
42:11, 42:15
WAYNE 2:10
ways 28:14,
67:16, 69:1,
83:7, 85:17,
95:19, 97:5,
102:24, 104:19
weak 193:3
wearing 98:21,
110:1, 178:19
wears 70:25,
98:7
weather 8:21
web 11:20,
56:14, 100:22,
101:7
weeds 196:24
week 35:12,
43:17
weeks 10:5,
35:10, 35:11,
35:14, 112:2,
164:10, 179:14,
179:18, 203:5
weigh 107:3,
107:8
Weight 8:18,
10:21, 178:22,
179:1
weighted 155:4,
155:6
welcome 159:20
well-aware 91:2
well-known
78:17, 78:25,

92:18, 99:23
well-respected
68:9
well. 142:25
West 1:33
wet 148:13
wfisher@fisherbo
yd.com 2:16
What'd 112:23,
225:14
Whatever 7:14,
16:3, 16:5,
32:15, 34:13,
47:15, 54:12,
62:4, 100:10,
118:11, 121:16,
121:18, 183:6,
209:16, 237:2,
241:15, 242:2
whatsoever 67:7,
76:11, 76:13,
111:20, 114:16
Where'd 155:13
whereas 170:15,
171:5
whereby 190:1
Whether 19:20,
60:22, 63:11,
68:6, 94:6,
105:4, 105:5,
111:2, 124:6,
162:20, 164:1,
164:2, 174:18,
182:21, 190:17,
191:13, 194:25,
222:5, 227:1,
234:3, 236:25,
241:21
Whilst 29:8,
29:9
White 3:24,
78:3, 197:6,
235:23
whole 24:6,
40:6, 53:24,
56:16, 85:9,
155:3, 178:18,
205:17, 217:11,
229:13
whomever 221:12

whooping 241:18
wide 90:13
widely 177:18
wife 44:15,
44:20, 44:23,
45:16, 46:25,
52:10, 231:24,
241:12
wildly 24:19
Wiley 102:6
William 45:25,
46:1, 46:6,
52:13, 209:4
willing 23:19,
73:15, 76:7
WILSON 3:40,
7:7, 9:2,
243:43, 244:8,
244:9
winds 34:11
wins 73:1, 73:2,
237:3
Wisconsin 49:7,
49:8
Wish 43:16,
68:24
wishes 48:5,
48:6
withdrawn 121:16
within 6:15,
17:8, 25:17,
110:9, 112:19,
158:3, 185:14,
188:11, 197:8,
213:8
Without 21:8,
22:24, 48:18,
56:8, 56:17,
75:23, 77:4,
81:15, 82:3,
115:13, 120:20,
129:6, 158:12,
158:15, 214:7,
215:25
WITNESS 11:2,
12:21, 13:19,
44:12, 44:15,
47:15, 60:17,
60:23, 61:15,
61:21, 117:16,

118: 13,  118: 15,
120: 15,  120: 16,
126: 13,  126: 15,
126: 24,  136: 16,
147: 9,  148: 8,
156: 18,  161: 9,
162: 5,  163: 10,
166: 22,  172: 12,
177: 2,  181: 8,
181: 10,  191: 17,
222: 11,  223: 12,
232: 17,  233: 9,
237: 8,  240: 24,
241: 1,  243: 3
witnesses 9: 24,
9: 25,  12: 19,
12: 20,  35: 19,
55: 16,  55: 17,
60: 10,  60: 13,
60: 20,  60: 21,
60: 25,  61: 22,
66: 17
wives 14: 17
wobbly 108: 15
Woman 24: 13
women 64: 1
won 51: 6
wonder 31: 25
wonderful 70: 15,
71: 23,  76: 17,
81: 13,  82: 23,
115: 11,  115: 18,
207: 12
wonderfully
240: 7
wood 67: 9,
76: 21,  111: 3
word 17: 25,
19: 22,  31: 11,
47: 12,  53: 15,
91: 11,  126: 4,
138: 17,  162: 2,
167: 21,  173: 6,
189: 18,  224: 12,
227: 8
wording 120: 8
words 12: 8,
35: 20,  76: 9,
183: 14,  189: 12,
203: 25

Wore 69: 3,  69: 4
worked 33: 6,
50: 1,  53: 9,
56: 1,  80: 14,
83: 9,  84: 7,
84: 11,  84: 13,
84: 14,  84: 16,
86: 22,  88: 4,
96: 18,  121: 25,
132: 15,  132: 16,
132: 18,  147: 22,
147: 24,  148: 11,
148: 12,  151: 19,
162: 17,  242: 2
working 21: 25,
32: 5,  33: 9,
39: 19,  56: 5,
65: 18,  73: 4,
97: 18,  98: 16,
98: 19,  115: 9,
145: 19,  150: 10,
150: 22,  152: 9,
160: 9,  160: 13,
165: 17,  187: 24,
196: 20,  215: 3,
229: 16,  238: 23,
241: 23
works 36: 7,
46: 23,  50: 8,
66: 6,  85: 1,
92: 8,  94: 7,
105: 5,  150: 9,
152: 21,  195: 6,
216: 15,  226: 9
works.  32: 1
world 15: 11,
15: 12,  18: 19,
21: 19,  21: 20,
24: 12,  28: 16,
35: 25,  63: 7,
69: 24,  77: 16,
82: 7,  89: 11,
95: 10,  100: 23,
101: 2,  101: 25,
171: 13,  207: 18,
214: 21,  223: 3
world-class
69: 3,  69: 14
worldwide
148: 22,  154: 7,

154: 25
worried 73: 4,
73: 5
worry 23: 12
worse 29: 1,
29: 2,  74: 21,
108: 22,  130: 25,
201: 24
worth 75: 1
wow 8: 7
wrecked 129: 23
write 35: 1,
57: 2,  57: 21,
57: 24,  58: 5,
178: 25
write-ups 61: 5
writer 183: 24
writers 132: 19
writes 47: 15,
112: 6
writing 161: 16,
180: 9,  184: 9,
190: 22,  194: 10,
197: 12,  197: 13,
205: 9,  205: 14,
205: 18,  214: 14,
214: 19
written 60: 13,
60: 24,  93: 14,
128: 20,  180: 7,
180: 21,  184: 7,
188: 4,  189: 11,
190: 4,  193: 8,
194: 2,  197: 7,
200: 11,  203: 19,
203: 24,  205: 8,
207: 5,  216: 5,
223: 17,  224: 13,
226: 12,  233: 23
Wrong.  15: 21
wrote 25: 14,
29: 23,  52: 14,
107: 1,  178: 2,
179: 16,  183: 5,
205: 10,  208: 13,
216: 16

< X >
x-rays 84: 6

XL 139: 12,
139: 15,  140: 3,
140: 8,  223: 1

< Y >
y'al 225: 12
year 19: 10,
23: 17,  33: 7,
37: 7,  42: 22,
74: 12,  75: 17,
81: 17,  98: 25,
157: 6,  200: 2,
212: 17,  212: 20,
228: 14
year-to-date
159: 9,  159: 10
yell 229: 3
yellowish-greeni
sh 113: 1
yes.  104: 17
yesterday 7: 22
York 2: 23,  61: 6
you-all 200: 15
young 22: 11
younger 88: 16,
89: 1,  89: 2,
89: 12
yourself 5: 15,
5: 17
yourselves 11: 9
Youtube 11: 21

< Z >
Zilker 42: 17
zip 56: 15

```
 1
 2                    C E R T I F I C A T I O N
 3        I, PAMELA J. WILSON, CSR, certify that the foregoing is a
 4    transcript from the record of the proceedings in the foregoing
 5    entitled matter.
 6        I further certify that the transcript fees format comply
 7    with those prescribed by the Court and the Judicial Conference
 8    of the United States.
 9        This the 11th day of January, 2016.
10
11                              s/Pamela J. Wilson
12                              PAMELA J. WILSON, CRR, RMR
                                Official Court Reporter
13                              The Northern District of Texas
                                  Dallas Division
14
15
16
17
18
19
20
21
22
23
24
25
```